# EXHIBIT B

**2122-CC09815**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

## IN THE CIRCUIT COURT OF ST. LOUIS CITY, MISSOURI
## TWENTY-SECOND JUDICIAL CIRCUIT

| | |
|---|---|
| RUBY FREEMAN, | ) |
| | ) |
| and | ) |
| | ) |
| WANDREA MOSS, | ) |
| | ) Cause No. _____ |
| Plaintiffs, | ) |
| | ) Division No. _____ |
| v. | ) |
| | ) |
| **James Hoft**, | ) |
| 5105 Lindell Blvd | ) |
| Saint Louis, MO 63108 | ) |
| | ) |
| **Joseph Hoft**, | ) |
| 8750 S. Ocean Dr. Apt. 534 | ) |
| Jensen Beach, FL 34957 | ) |
| | ) |
| and | ) |
| | ) |
| **TGP Communications LLC d/b/a The** | ) |
| **Gateway Pundit**, | ) |
|    Serve on: | ) |
|    James Hoft | ) |
|    5105 Lindell Blvd | ) |
|    Saint Louis, MO 63108 | ) |
| | ) |
| Defendants. | ) |

## PETITION

Plaintiffs Ruby Freeman and Wandrea Moss, through their attorneys, bring this Petition

against Defendants James Hoft, Joseph Hoft, and TGP Communications LLC d/b/a *The Gateway*

*Pundit* (collectively, "Defendants").

## INTRODUCTION

1.      The intentional dissemination of known falsehoods aimed at sowing doubt about

the integrity of our elections threatens our very ability to function as a democracy. These

1

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

falsehoods also destroy the lives of America's election workers, whose service to our system of government places them in the crosshairs of those who seek to undermine it with their disinformation. Plaintiffs Ruby Freeman and Wandrea "Shaye" Moss have been the targets of such a campaign of lies, accused by Defendants James Hoft, Joseph Hoft, and *The Gateway Pundit* of committing ballot fraud to alter the outcome of the 2020 presidential election in Georgia. The lies about Ms. Freeman and Ms. Moss have not only devastated their personal and professional reputations but instigated a deluge of intimidation, harassment, and threats that has forced them to change their phone numbers, delete their online accounts, and fear for their physical safety.

2.      *The Gateway Pundit* presents itself as an online news source committed to responsible journalism: "All our content should be true. No value is more important than this."[1] But *The Gateway Pundit*'s stock in trade is spreading disinformation, including lies about the integrity of the 2020 election. According to NewsGuard, a company that rates journalistic credibility, during the 2020 presidential election *The Gateway Pundit* regularly featured "false reports, conspiracy theories, and unfounded allegations, with no distinction made between opinions and actual news reports."[2]

3.      In fact, Defendants are among the leading purveyors of false information in the United States, spreading baseless conspiracy theories and disinformation for fame and fortune. *The Gateway Pundit* has been identified as ***the*** top producer of false content during and after the 2020 presidential election. In the fourth quarter of 2020, *The Gateway Pundit* raked in ad revenue by achieving 7.2 million shares on social media of its bogus election fraud stories—far

---

[1] Gateway Pundit, *About*, https://www.thegatewaypundit.com/about/ (last visited Nov. 30, 2021).

[2] NewsGuard, *Media Analysis of the US Election: August 2020*, Pressrelations – Knowledge Discovery, 36 (Sept. 4, 2020), https://www.pressrelations.com/files/user_upload/US-election_analysis_August_withAppendix_EN.pdf.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

more than the social media shares for such national news sites such as *The Washington Post*, NBC News and NPR.[3]

4.      This action seeks to hold Defendants accountable for just some of their knowing lies—their false and endlessly repeated accusations that Ms. Freeman and Ms. Moss committed election fraud by, among other things, conspiring to empty the room where they were counting ballots of poll watchers, producing secret "suitcases" full of illegal ballots, and running those ballots through vote counting machines multiple times. In making these false accusations, Defendants apparently drew their inspiration from lawyers for the Trump campaign, who contended on December 3, 2021, that video from a grainy security camera showed unidentified persons counting illegal ballots. Defendants took these unsupported factual assertions and almost immediately published them to millions of readers, subsequently attributing names and additional accusations of criminal fraud against Ms. Freeman and Ms. Moss.

5.      Within 24 hours, the claims had been publicly and definitively refuted by Georgia elections officials through a detailed explanation of what the misinterpreted video actually showed: no suitcases; no illegal ballots; no voter fraud. Defendants nonetheless repeated and republished the completely fictitious account, month after month, long after it was conclusively shown to be untrue. With no concern for the truth or the consequences of their willful conduct, Defendants baselessly portrayed Plaintiffs as traitors who participated in a carefully planned conspiracy to steal the presidential election in Georgia.

6.      Defendants' reports were both false and consequential. They caused Ms. Freeman and Ms. Moss to be vilified on social media and subjected to an onslaught of violent, racist

---

[3] Adrienne Goldstein, *Social Media Engagement with Deceptive Sites Reached Record Highs in 2020 | Strengthening Transatlantic Cooperation*, German Marshall Fund of the United States (Jan. 27, 2021), https://www.gmfus.org/news/social-media-engagement-deceptive-sites-reached-record-highs-2020/.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

threats and harassment of all kinds. At the height of Defendants' campaign of disinformation, Ms. Freeman, at the recommendation of the FBI, fled her home and did not return for two months. On January 6, 2021, a crowd on foot and in vehicles surrounded Ms. Freeman's house. Ms. Freeman was forced to shutter her online business when social media became impossible to navigate. Ms. Moss has suffered personal and professional consequences in her ongoing work on Fulton County elections. On at least two occasions, strangers showed up at her grandmother's home and attempted to push into the house in order to make a "citizens' arrest." Fulton County elections' general email address would forward incoming emails to Ms. Moss and many of her colleagues, filling her workplace with harassing messages.

7.      As a result of Defendants' ongoing campaign, both women are afraid to live normal lives. Ms. Freeman is fearful when she hears her name called in public; Ms. Moss now fears risking even a visit to the grocery store and must get her groceries delivered instead. Defendants have inflicted and continue to inflict severe and ongoing emotional, and economic damage on both plaintiffs.

8.      Plaintiffs file this lawsuit to vindicate their reputations and to ensure that other patriotic Americans who step forward to help make our election system function do not likewise become victims of abuse.

## PARTIES

9.      Plaintiff Ruby Freeman is a natural person and citizen of Georgia. Ms. Freeman worked as a temporary election worker with the Fulton County Registration and Elections Department during the 2020 general election. Her responsibilities as a temporary election worker included verifying signatures as absentee ballots came in, and then preparing absentee ballots for counting and processing.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

10.     Plaintiff Wandrea "Shaye" Moss is a natural person and citizen of Georgia. Ms. Moss has worked for the Fulton County Registration and Elections Department since 2012. Ms. Moss's current position with the County is a Registration Officer, and her responsibilities include processing voter applications and assisting voters in person and over the phone. During the 2020 general election, she supervised Fulton County's absentee ballot operation.

11.     Defendant James "Jim" Hoft is a natural person and citizen of Missouri whose principal place of residence is in St. Louis City, Missouri. Jim Hoft is the owner and the sole organizer of TGP Communications LLC. He is the editor of and frequent contributor to a political website and blog called *The Gateway Pundit* that he created in 2004.

12.     Defendant Joseph "Joe" Hoft is a natural person and citizen of Missouri, where he hosts a daily radio show from a studio in Chesterfield, Missouri. He also maintains a residence in Jensen Beach, Florida. He is Jim Hoft's twin brother. Joe Hoft writes regularly for *The Gateway Pundit*.

13.     Defendant TGP Communications LLC d/b/a The Gateway Pundit ("*The Gateway Pundit*") is a limited liability company organized and existing under the laws of Missouri. At all times, *The Gateway Pundit* was acting by or through its authorized agent(s), employee(s), representative(s) or owner(s). Upon information and belief, *The Gateway Pundit* publishes its articles and related social media posts from James Hoft's principal place of residence in St. Louis City, Missouri.

14.     *The Gateway Pundit* has no registered agent. Gregory J. Hickel, the only agent *the Gateway Pundit* had registered with the Missouri Secretary of State, passed away in 2016, and *The Gateway Pundit* has not registered another agent.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

## JURISDICTION AND VENUE

15.     The Courts of the State of Missouri have personal jurisdiction over all Defendants because all Defendants have published defamatory statements in Missouri, and taken other actions in Missouri, such statements and actions being the subject of this Petition, and accordingly this suit arises out of and relates to Defendants' contacts with Missouri.

16.     This Court may exercise personal jurisdiction over Jim Hoft as he is a resident and domiciliary of Missouri and he committed tortious actions giving rise to this cause of action within Missouri.

17.     This Court may exercise personal jurisdiction over Joe Hoft as he is a resident and domiciliary of Missouri, writes for and maintains business contacts with *The Gateway Pundit*, and, on information and belief, visited Missouri and/or had contacts with this State in connection with the conduct giving rise to this action.

18.     This Court may exercise personal jurisdiction over *The Gateway Pundit* as it is formed within and exists under the laws of Missouri, and it committed tortious actions giving rise to this cause of action within Missouri.

19.     Venue is proper in St. Louis City, Missouri, because, pursuant to §508.010 R.S. Mo., in this action for defamation, the plaintiffs were first injured in St. Louis City, the jurisdiction in which the defamation was first published.  Additionally, individual defendant Jim Hoft's principal place of residence is St. Louis City, Missouri.

## FACTS

**A.     The Role, Reach and Reputation of *The Gateway Pundit***

20.     *The Gateway Pundit* reaches a large audience. A study by the Berkman Klein Center for Internet & Society at Harvard University of mainstream and social media coverage

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

during the 2016 presidential race showed that the website was one of the most popular media sources on the right. Between May 1, 2015, and November 7, 2016, the website was the fifth-most popular source on Twitter and the third-most popular source on Facebook (notably, Fox News was the fourth most popular source on Facebook for the same period).[4]

21.     The reach of *The Gateway Pundit* grew further in the 2020 election cycle. Research by the German Marshall Fund, a non-partisan policy organization, found the site to have been "particularly dominant" during the election, with a ninefold increase in the sharing of its content on Twitter between the fourth quarter of 2018 and the fourth quarter of 2020.[5] The report also noted that nine of the website's ten most popular articles in the fourth quarter of 2020 presented disinformation about voter fraud.

22.     In September 2021, *The Gateway Pundit* had more than 2.8 million unique visitors, making it the eleventh-most-visited U.S. conservative site, according to one assessment.[6] More than 650,000 users "like" its Facebook page, while 630,000 users "follow" the page.[7] Roughly 98,000 people subscribe to its YouTube channel, and its videos regularly garner thousands of views.[8]

---

[4] Robert Faris et al., *Partisanship, Propaganda, and Disinformation: Online Media and the 2016 U.S. Presidential Election* at 13, Berkman Klein Ctr. for Internet & Soc'y, 13 (2017), http://nrs.harvard.edu/urn-3:HUL.InstRepos:33759251/.

[5] Goldstein, *supra* note 3.

[6] *US Conservative Websites Ranked by Unique Visitors, September 2021*, The Righting, https://www.therighting.com/september-2021-conservative-website-metrics (last visited Nov. 30, 2021).

[7] *Gateway Pundit*, Facebook, https://www.facebook.com/gatewaypundit (last visited Nov. 30, 2021).

[8] *Gateway Pundit*, YouTube, https://www.youtube.com/c/GatewayPunditVideo/ (last visited Nov. 30, 2021).

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

23.     According to published reports, *The Gateway Pundit* earned as much as $1.1 million in Google Ad revenue between November 2020 and June 2021.[9] In February 2021, *The Gateway Pundit* began offering a subscription service.[10]

24.     Despite its professed allegiance to the truth, *The Gateway Pundit* regularly publishes false claims. The Berkman Klein Center study identified seven online sources—both left- and right-leaning—that were highly influential on social media, highly partisan, and sometimes explicitly deceptive. Among these, the study stated, "Gateway Pundit is in a class of its own, known for 'publishing falsehoods and spreading hoaxes.'"[11]

25.     Defendant Jim Hoft has responded derisively to the notion that *The Gateway Pundit* should verify information before publishing it. After a *New Yorker* reporter interviewing him in 2017 told Hoft to expect a call from the magazine's fact-checkers, he responded: "Oh yeah, just like at the Gateway Pundit. We've got a huge department of full-time fact-checkers." He then "laughed so hard that he nearly spilled his lemonade."[12]

B.      **The 2020 Election in Fulton County, Georgia**

26.     In the fall of 2020, Americans cast ballots in the nation's 59th presidential election, which pitted the incumbent, Republican Donald J. Trump, against the former Vice President, Democrat Joseph R. Biden. News coverage in the lead-up to Election Day noted that

---

[9] *One of the Biggest Publishers of Election Misinfo Earned Up to $1.1 Million in Google Ad Revenue*, Ctr. for Countering Digital Hate (July 29, 2021), https://www.counterhate.com/post/gatewaypundit.

[10] Paul Wagman, *Loud, shrill and unknown: The strange case of the Gateway Pundit*, Gateway Journalism Review (July 6, 2021), https://gatewayjr.org/loud-shrill-and-unknown-the-strange-case-of-the-gateway-pundit/; *Subscribe to The Gateway Pundit!*, The Gateway Pundit, https://www.thegatewaypundit.com/join/ (last visited Nov. 30, 2021).

[11] Faris et al, *supra* note 4, at 15 (quoting Ben Schreckinger, *'Real News' Joins the White House Briefing Room*, Politico Mag. (Feb. 15, 2017), https://www.politico.com/magazine/story/2017/02/fake-news-gateway-pundit-white-house-trump-briefing-room-214781/).

[12] Andrew Marantz, *Is Trump Trolling the White House Press Corps?*, New Yorker (Mar. 13, 2017), https://www.newyorker.com/magazine/2017/03/20/is-trump-trolling-the-white-house-press-corps.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Georgia had "emerged as one of the nation's biggest electoral battlegrounds in the race for the White House."[13]

27.     The voting process in Georgia began on September 15, 2020, when local officials began mailing out absentee ballots. Voters could cast early voting ballots in-person from October 12, 2020 until October 30, 2020, and they could vote by mail until Election Day, on November 3, 2020. All told, more than 4 million Georgians cast ballots during early voting or via absentee ballot in the 2020 election.[14] On Election Day, when another 975,540 people cast votes,[15] Georgia Secretary of State Brad Raffensperger observed, "We are having a successful election in Georgia today."[16]

28.     In Fulton County, absentee ballots were counted in State Farm Arena. Plaintiffs were employed to assist in the vote tabulation process at the arena.

29.     On November 3, 2020, an overflowing urinal at State Farm Arena led to a brief voluntary evacuation of the affected area.[17] According to a press release at the time:

> At approximately 6:07 a.m., the staff at State Farm Arena notified Fulton County Registration & Elections of a water leak affecting the room where absentee ballots were being tabulated. The State Farm Arena team acted swiftly to remediate the issue. Within 2 hours, repairs were complete. No ballots were damaged, nor was

---

[13] Greg Bluestein, *Election Day Arrives: 5 Factors That Will Decide Georgia's 2020 Race*, Atlanta J.-Const., (Nov. 3, 2020), https://www.ajc.com/politics/election-day-arrives-5-factors-that-will-decide-georgias-2020-race/5K5HAAJJGBHDRLB6KWTHQ7ODRE/; *see also id.* (noting how "tantalizingly close" Democrats came to winning a statewide official in 2018).

[14] *November 3, 2020 General Election*, Ga. Sec'y of State, https://results.enr.clarityelections.com/GA/105369/web.264614/#/detail/5000 (last visited Nov. 30, 2021).

[15] *Id.*

[16] Kate Brumback & Sudhin Thanawala, *Despite A Few Hiccups, Voting in Georgia Goes Smoothly*, Associated Press (Nov. 4, 2020), https://apnews.com/article/election-2020-virus-outbreak-primary-elections-georgia-elections-ce8204935e991f740c94d6bc464481cf.

[17] Decl. of Frances Watson ¶¶ 4, 6, *Pearson v. Kemp*, Civ. No. 1:20-cv-04809-TCB (N.D. Ga. Dec. 6, 2020), ECF No. 72-1, https://s3.documentcloud.org/documents/20420664/frances-watson-affidavit.pdf.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

> any equipment affected. There was a brief delay in tabulating
> absentee ballots while the repairs were being conducted.[18]

The *Atlanta Journal-Constitution* reported on November 3 that a pipe break had caused a water

leak at the ballot processing site and specifically noted that no ballots were damaged.[19] It was

later determined that the water leak had been caused by an overflowing urinal.[20]

30.     On November 13, 2020, NBC and CNN declared Biden the projected winner of

Georgia.[21]

31.     From November 11 through November 19, 2020, county election officials carried

out a risk-limiting audit, which included a full manual tally of all votes cast and confirmed Biden

had won Georgia's election.[22] "Audit boards from all 159 Georgia countries examined 41[,]881

batches, hand-sorting and counting each ballot as part of the process, which was the largest hand

count of ballots in United States history." According to the audit, "no individual county showed

---

[18] *Statement Regarding Absentee Ballot Tabulation at State Farm Arena*, State Farm Arena (Nov. 3, 2020), https://www.statefarmarena.com/news/detail/statement-regarding-absentee-ballot-tabulation-at-state-farm-arena.

[19] Ben Brasch, *Fulton County Election Results Delayed After Pipe Bursts in Room with Ballots*, Atlanta J.-Const. (Nov. 3, 2020), https://www.ajc.com/news/atlanta-news/fulton-election-results-delayed-after-pipe-bursts-in-room-with-ballots/4T3KPQV7PBEX3JVAIGJBNBSVJY/.

[20] Declaration of Frances Watson ¶ 5, *Pearson v. Kemp*, Civ. No. 1:20-cv-04809-TCB (N.D. Ga. Dec. 6, 2020), ECF No. 72-1 (stating that the Secretary of State's Office launched an investigation that "revealed that the incident initially reported as a water leak late in the evening on November 3rd was actually a urinal that had overflowed early in the morning of November 3rd" and confirming that this leak "did not affect the counting of votes by Fulton County later that evening"), https://s3.documentcloud.org/documents/20420664/frances-watson-affidavit.pdf.

[21] Adam Edelman, *With final states called, Biden's projected Electoral College victory matches Trump's in 2016*, NBC News (Nov. 13, 2020), https://www.nbcnews.com/politics/2020-election/final-states-called-biden-s-projected-electoral-college-victory-matches-n1247766. Gregory Krieg, *Joe Biden becomes first Democrat in 28 years to win Georgia*, CNN (Nov. 13, 2021), https://www.cnn.com/2020/11/13/politics/joe-biden-wins-georgia/index.html.

[22] "Like any risk-limiting audit, this audit does not confirm or correct the exact margin of victory. It only provides sufficient evidence that the correct winner was reported." *Risk-Limiting Audit Report: Georgia Presidential Contest, November 2020*, Georgia Secretary of State (Nov. 19, 2020), https://sos.ga.gov/admin/uploads/11.19_.20_Risk_Limiting_Audit_Report_Memo_1.pdf.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

a variation in margin larger than 0.73%." Moreover, "103 of the 159 counties showed a margin variation of less than 0.05%."[23] It concluded that "the correct winner was reported."[24]

32.     On November 20, 2020, Secretary of State Raffensperger certified Biden's victory. That same day, Republican governor Brian Kemp certified Georgia's election results.[25]

33.     President Trump requested a recount, which was conducted using scanners that read and tally the votes.[26] The recount was the third tally of votes in the Georgia presidential race and the third tally to conclude that Joe Biden won the election. On December 7, 2020, Georgia officials recertified Biden's victory of the state's 16 electoral votes.[27]

## C.     Trump's Legal Team Initiates the Lie That Georgia Election Workers Illegally Instructed Observers to Leave and Counted Thousands of Fraudulent Ballots Unobserved

34.     On December 3, 2020, Donald Trump's legal team testified before the Georgia State Senate, alleging that fraud and misconduct had occurred during Georgia's November 2020 election.[28]

35.     In an attempt to demonstrate that there had been irregularities in ballot-counting, a lawyer for the Trump campaign named Jacki Pick played cherry-picked snippets of surveillance video of the absentee and military vote count at the State Farm Arena.[29] While the surveillance

---

[23] *Id.*

[24] *Id.*

[25] Kate Brumback, *Georgia Officials Certify Election Results Showing Biden Win*, Associated Press (Nov. 20, 2020), https://apnews.com/article/georgia-certify-election-joe-biden-ea8f867d740f3d7d42d0a55c1aef9e69.

[26] Kate Brumback, *Georgia Again Certifies Election Results Showing Biden Won*, Associated Press (Dec. 7, 2021), https://apnews.com/article/election-2020-joe-biden-donald-trump-georgia-elections-4eeea3b24f10de886bcdeab6c26b680a.

[27] *Id.*

[28] Beau Evans, *Georgia Senate Panel Hosts Trump Attorney Giuliani As Election Officials Dispute Fraud Claims*, Augusta Chron. (Dec. 3, 2020),https://www.augustachronicle.com/story/news/2020/12/03/georgia-senate-panel-probing-election-hosts-trump-attorney-giuliani/3818365001/.

[29] Angelo Fichera, *Video Doesn't Show 'Suitcases' of Illegal Ballots in Georgia*, FactCheck.org (Dec. 4, 2020), https://www.factcheck.org/2020/12/video-doesnt-show-suitcases-of-illegal-ballots-in-georgia/. For video of the

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

video of the vote counting on November 3 is 14 hours long, Ms. Pick played only a few brief
excerpts during her 17-minute testimony.

36.     While playing the video excerpts for the State Senate, Ms. Pick provided her own
interpretation of what was being shown. She claimed that Republican observers had been asked
to leave the arena in contravention of Georgia law and that, once they were gone, the election
workers produced and counted 18,000 hidden, fraudulent ballots—more than the margin of
victory in the presidential race.[30]

37.     Ms. Pick described the surveillance videotape as showing Republican observers
and the press leaving the room shortly before 11 p.m. after a "lady who has blonde braids" asked
them to leave and told them that election workers were going to stop counting ballots for the day.
The surveillance video had no sound to corroborate this claim, but Ms. Pick said she had been
provided this information by the observers and noted that the video showed four election workers
staying while observers and press departed. She identified the election workers in the room as
"the lady in purple," "two women in yellow," and "the lady with the blonde braids also, who told
everyone to leave."[31]

38.     Ms. Pick's commentary continued as she played her video excerpt: "Once
everyone is gone, coast is clear, they are going to pull ballots out from underneath a table."
Ms. Pick said it was not typical to store "suitcases" full of ballots under a table and pointed out a
table which she claimed had been placed there earlier in the day by "the lady with the blonde

---

hearing, *see also* 11Alive, *Second Georgia Senate Election Hearing*, YouTube (Dec. 3, 2020),
https://www.youtube.com/watch?v=hRCXUNOwOjw.

[30] 11Alive, *Second Georgia Senate Election Hearing*, YouTube (Dec. 3, 2020),
https://www.youtube.com/watch?v=hRCXUNOwOjw (showing Ms. Pick's commentary on the surveillance footage
from 33:27 to 50:26).

[31] *Id.*

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

braids." Ms. Pick did not identify the four election workers by name but said "one of them had the name Ruby across her shirt somewhere."[32]

39.     Ms. Pick acknowledged that the Trump legal team had taken only a couple of hours to review the 14 hours of surveillance footage, and no one working for the campaign had watched the entire video, even once.[33]

40.     Both the Georgia Secretary of State and the Georgia Bureau of Investigation immediately investigated Ms. Pick's claims. The Secretary of State is a Republican who had been endorsed during his campaign by Donald Trump. They reviewed the security videotape, interviewed all witnesses who were present at the time of the alleged misconduct, and found no evidence whatsoever to substantiate any of Ms. Pick's claims.[34]

41.     Secure the Vote, a website maintained by the office of the Secretary of State, provides a detailed fact check of Ms. Pick's claims about what is depicted in the video.[35] Secure the Vote's timeline documents the events from November 3, 2020, actually shown on the video, including:

| 5:22 a.m. | Workers arrive at the State Farm Arena and discover a water leak. They immediately move tables and ballots away from the leak to prevent any water damage. |
| --- | --- |
| 6:30 a.m. | Workers can be seen moving tables, but not tampering with ballots. |
| 7:11 a.m. | Workers are seen vacuuming and drying the floors. |
| 8:22 a.m. | Workers begin rearranging the room to its original layout. They move tables and ballot containers. The table under which a |

---

[32] *Id.*

[33] *Id.*

[34] Response of the Georgia Secretary of State to the Court's Order of September 20, 2021, *Favorito v. Wan*, Civ. No. 2020CV343938 (Fulton Cnty. Ga. Super. Ct. Oct. 12, 2021), https://www.gpb.org/news/2021/10/12/election-investigators-havent-found-evidence-of-counterfeit-ballots-in-georgia/.

[35] *State Farm Arena*, Secure the Vote, https://securevotega.com/fact-check/ (last visited Nov. 30, 2021).

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

| | |
|---|---|
| | "suitcase" full of ballots was allegedly stashed is moved, revealing nothing hidden there. |
| 9:57 p.m. | Poll workers prepare to stop work for the night and empty ballot containers are brought into the room. Workers then fill the containers with uncounted ballots. |
| 10:06 p.m. | Poll workers store the containers with uncounted ballots under the table for the night while there are still many people in the room. |
| 11:02 p.m. | After the Secretary of State[36] told poll workers they should continue working through the night, they remove the containers with uncounted ballots from underneath the table and resume their counting. |

**D.     Defendants Publish and Republish the Lie**

42.    Immediately after Ms. Pick spoke in the Georgia Senate on December 3, 2020, the false accusation of wrongdoing and misleading excerpts from the surveillance video were circulated widely by the Trump campaign and various media outlets. For example, One America News Network rebroadcast the surveillance video shown earlier that day by the Trump lawyers with Ms. Pick's commentary.[37]

43.    The Trump campaign promptly amplified and republished a brief excerpt from the One America News Network's coverage[38] and distributed it repeatedly on Twitter that same day.[39] The excerpt depicted four individuals walking between desks while one individual

---

[36] Voting Implementation Manager for the State of Georgia, Gabriel Sterling reported that Georgia's Secretary of State Brad Raffensperger ordered election workers to continue counting ballots through the night. Maggie Astor, *A Georgia Election Official Debunked Trump's Claims of Voter Fraud, Point by Point*, N.Y. Times (Jan. 4, 2021), https://www.nytimes.com/2021/01/04/us/politics/trump-georgia-election-fraud.html.

[37] One America News Network, *Giuliani, TRUMP Legal Team Testify in GA.FULL 12/3/20*, YouTube (Dec. 4, 2020), https://www.youtube.com/watch?v=3wObE1JCQMg/.

[38] Donald J. Trump, *Video from GA Shows Suitcases Filled with Ballots Pulled From Under a Table AFTER Poll Workers Left*, YouTube (Dec. 3, 2020), https://www.youtube.com/watch?v=nVP_60Hm4P8/.

[39] @TeamTrump, Twitter (Dec. 3, 2020, 10:32 AM), *available at* https://web.archive.org/web/20201205122001/https://twitter.com/TeamTrump/status/1334566301205925889/ (last visited Nov. 30, 2021); @TeamTrump, Twitter (Dec. 3, 2020, 10:44 AM), *available at*

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

removes containers from underneath a table in the foreground and brings them back to the desks. The individuals then remove ballots from the containers and process them.[40] (This edited footage from the surveillance video will hereafter be called the "Trump Edited Video.")

44.     That same day, December 3, 2020, *The Gateway Pundit* published its first article disseminating the same Trump Edited Video. The story was promoted under the headline "HUGE! Video Footage From Georgia Shows Suitcases Filled with Ballots Pulled From Under Table AFTER Supervisor Told GOP Poll Workers to Leave Tabulation Center." Written by Cristina Laila, the article republished two Team Trump tweets about the video and added the following claims:

> Poll watchers were kicked out of the State Farm Arena tabulation center on election night after a burst pipe caused flooding.
>
> …
>
> We now know that a pipe never burst. It was all a lie in order to kick out poll watchers while a few crooks stayed behind to count illegal ballots for Joe Biden.
>
> Trump's legal team showed a video from the State Farm Arena tabulation center when poll workers were told to leave at 10:25 PM.
>
> A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated![41]

45.     The article concludes with a photo captioned, "Close up photo of the suitcases being wheeled out from under tables."[42]

---

https://web.archive.org/web/20201205122001/https://twitter.com/TeamTrump/status/1334569329334083586/ (last visited Nov. 30, 2021). The @TeamTrump account is no longer accessible on Twitter.

[41] Cristina Laila, *HUGE! Video Footage From Georgia Shows Suitcases Filled with Ballots Pulled From Under Table AFTER Supervisor Told GOP Poll Workers to Leave Tabulation Center*, Gateway Pundit (Dec. 3, 2020, 1:11 PM), https://www.thegatewaypundit.com/2020/12/video-footage-georgia-shows-suitcases-filled-ballots-pulled-table-supervisor-told-gop-poll-workers-leave-tabulation-center/. A true and correct copy of this article is attached as Exhibit 1.

[42] *Id.*

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



46.     Defendant Jim Hoft amplified this story and its defamatory claims using his

Twitter account.[43]

47.     A little while later, Hoft again amplified the story and added additional

defamatory remarks, calling Ms. Freeman and Ms. Moss "dirty Crooks" and insinuating that they

were political operatives:[44]



---

[43] Jim Hoft (@gatewaypundit), Twitter (Dec. 3, 2020), *available at*
https://web.archive.org/web/20201207070649/https://twitter.com/gatewaypundit/status/1334577520478392320 (last
visited Nov. 30, 2021). The @gatewaypundit account is no longer accessible on Twitter.

[44] Jim Hoft (@gatewaypundit), Twitter (Dec. 3, 2020), *available at*
https://web.archive.org/web/20201207070649/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021).

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

48.     In the afternoon on December 3, *The Gateway Pundit* published another article, titled, "WHERE'S BILL BARR? — We Got Your Voter Fraud AG Barr — It's On Video and They Attempted to Steal Georgia with It! — HOW ABOUT A FEW ARRESTS?"[45] It accused those in the video of "stay[ing] behind to count illegal ballots for Joe Biden" and "cheating":

> We now know that a pipe never burst. It was all a lie in order to kick out poll watchers while a few crooks stayed behind to count illegal ballots for Joe Biden.
>
> Trump's legal team showed a video from the State Farm Arena tabulation center when poll workers were told to leave at 10:25 PM.
>
> A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated!
>
> They were caught cheating!

49.     Later on December 3, *The Gateway Pundit* published another article repeating the false report, headlined "What's Up, Ruby?… BREAKING: Crooked Operative Filmed Pulling Out Suitcases of Ballots in Georgia IS IDENTIFIED." Written by Defendant Jim Hoft, this article reasserted the false claims about "crooked Democrats" engaging in "voter fraud."[46]

50.     This article was the first to identify by name Plaintiff Ruby Freeman as one of the workers in the video, naming Ms. Freeman and her business and falsely accusing her of voter fraud. It stated:

> One woman in the video is wearing a purple top.
>
> …

---

[45] Jim Hoft, *WHERE'S BILL BARR? — We Got Your Voter Fraud AG Barr — It's On Video and They Attempted to Steal Georgia with It! — HOW ABOUT A FEW ARRESTS?*, Gateway Pundit (Dec. 3, 2020, 2:29 PM), https://www.thegatewaypundit.com/2020/12/bill-barr-got-voter-fraud-ag-barr-video-attempted-steal-georgia-arrests/. A true and correct copy of this article is attached as Exhibit 2.

[46] Jim Hoft, *What's Up, Ruby?... BREAKING: Crooked Operative Filmed Pulling Out Suitcases of Ballots in Georgia IS IDENTIFIED*, Gateway Pundit (Dec. 3, 2020, 8:49 PM), https://www.thegatewaypundit.com/2020/12/ruby-breaking-crooked-democrat-filmed-pulling-suitcases-ballots-georgia-identified/. A true and correct copy of this article is attached as Exhibit 3.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Her name is Ruby Freeman.

And she made the mistake of advertising her purse on her desk the same night she was involved in voter fraud on a MASSIVE SCALE.

Her T-shirt says "Lady Ruby" and her purse says, "LaRuby" which is her company.

This was not a very smart move.

Her company is called "LaRuby's Unique Treasures."

It's on her LinkedIn page!

…

Maybe the Georgia police or Bill Barr's DOJ may want to pay Ruby Freeman a visit.[47]

51.    The article concluded with the following images of Ms. Freeman, over a banner saying "CROOK GETS CAUGHT."



52.    Defendants Jim and Joe Hoft amplified this story on Twitter, too.[48]

---

[47] *Id.*

[48] Jim Hoft (@gatewaypundit), Twitter (Dec. 3, 2020), *available at* https://web.archive.org/web/20201207070649/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021); Joe

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**E.     Despite Prompt and Authoritative Refutation of the False Report by Multiple Sources, Defendants Republish and Magnify the Lies for Months**

53.     The Trump legal team's claim of voter fraud in the State Farm Arena was flatly, fully, and publicly repudiated by Georgia election officials within 24 hours after it was made. At 6:41 a.m. on December 4, 2020, the Voting Implementation Manager for the State of Georgia, Gabriel Sterling, shot down the fanciful claim on Twitter: "The 90 second video of election workers at State Farm arena, purporting to show fraud was watched in its entirety (hours) by @GaSecofState investigators. Shows normal ballot processing. Here is the fact check on it."[49]

54.     Mr. Sterling's tweet shared a link to a fact check published by Lead Stories, a fact-checking website that identifies false or misleading stories. It demonstrated that the Trump Edited Video did not show suitcases full of ballots being pulled from under a table, and that poll watchers were not told to leave.[50] The fact check quotes Georgia election officials explaining that the containers in the video contained ballots that were processed for counting earlier in the night, that the vote count data and voter verifications negated the claim that thousands of fraudulent ballots had been introduced into the count, and that it was not illegal for election workers to count ballots in the observers' absence.[51]

55.     Several days earlier, after reports of harassment and death threats against election officials, Mr. Sterling had made clear what he believed were the likely consequences of the

Hoft (@joehoft), Twitter (Dec. 4, 2020), *available at* https://web.archive.org/web/20201207070649/https://twitter.com/joehoft (last visited Nov. 30, 2021). Note that for many of Jim and Joe Hoft's tweets, web.archive.org does not appear to have captured the preview image.

[49] Gabriel Sterling (@GabrielSterling), Twitter (Dec. 4, 2020, 6:41 AM), https://twitter.com/GabrielSterling/status/1334825233610633217.

[50] Alan Duke & Hallie Golden, *Fact Check: Video From Georgia Does NOT Show Suitcases Filled With Ballots Suspiciously Pulled From Under A Table; Poll Watchers Were NOT Told To Leave*, Lead Stories (Dec. 3, 2020), https://leadstories.com/hoax-alert/2020/12/fact-check-video-from-ga-does-not-show-suitcases-filled-with-ballots-pulled-from-under-a-table-after-poll-workers-dismissed.html.

[51] *Id.*; *see* Angelo Fichera, *Video Doesn't Show 'Suitcases' of Illegal Ballots in Georgia*, FactCheck.org (Dec. 4, 2020), https://www.factcheck.org/2020/12/video-doesnt-show-suitcases-of-illegal-ballots-in-georgia/.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

continued attacks on Georgia's election system. "Someone's going to get hurt, someone's going to get shot, someone's going to get killed," he had stated in a news conference.[52]

56.      Nonetheless, Jim Hoft authored another article published on *The Gateway Pundit* later that morning under the title "BREAKING: CROOKED GEORGIA ELECTIONS SUPERVISER [sic] Filmed Pulling Out Suitcases of Ballots from Beneath Table IS IDENTIFIED — IT'S RUBY'S DAUGHTER! (Video)." The article repeated the now-debunked allegations from the night before and introduced new false claims:

> Earlier on Thursday Cristina Laila reported on the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats pulled out suitcases full of ballots and began counting those ballots without election monitors in the room.
>
> Trump's legal team showed a video from the State Farm Arena tabulation center when poll workers were told to leave at 10:25 PM.
>
> A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated!
>
> …
>
> We identified one of the operatives last night who was caught on video counting illegal ballots from a suitcase stashed under a table!
>
> As you can see from the video one woman in a purple top was filmed helping pull out the ballots and then sitting down to count the ballots.
>
> That woman has now been identified.
>
> Local 11 News covered the story from the State Farm Arena that a pipe had burst.
>
> (This later was proven to be complete fraud and an excuse to kick out the GOP election observers!)

---

[52] Stephen Fowler, *'Someone's Going To Get Killed': Ga. Official Blasts GOP Silence On Election Threats*, NPR (Dec. 1, 2020, 8:58 PM ET), https://www.npr.org/sections/biden-transition-updates/2020/12/01/940961602/someones-going-to-get-killed-ga-official-blasts-gop-silence-on-election-threats.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

…

Her name is Ruby Freeman.

And she made the mistake of advertising her purse on her desk the same night she was involved in voter fraud on a MASSIVE SCALE.

…

Ruby's purse was a hit and several fans wrote her on her LinkedIn page after they saw her and her purse on TV.

They then commented on her LinkedIn page.

Ruby Freeman still has an active Facebook page (as of 11 PM on Thursday night).

On her page Ruby Freeman brags about her "Shaye" being her supervisor.

It is clear from a video that was released that Shaye and Ruby are very close.

Here are a few entries from Ruby's Facebook page.

…

Ruby made a post on Facebook on Nov 3, "Look at my Baby giving that look to the employees. Mommie is so proud of you. Supervisor of registration."

And here is a closeup of the woman in question via a Getty image.

Her official name is "Wandrea Moss."

…

You can clearly see "Shaye" the woman in blonde pigtails removing suitcases of ballots from under a table after GOP observers were evacuated from the room and told to go home.[53]

---

[53] Jim Hoft, *BREAKING: CROOKED GEORGIA ELECTIONS SUPERVISER Filmed Pulling Out Suitcases of Ballots from Beneath Table IS IDENTIFIED — IT'S RUBY'S DAUGHTER! (Video)*, Gateway Pundit (Dec. 4, 2020, 7:35 AM), https://www.thegatewaypundit.com/2020/12/breaking-crooked-elections-superviser-filmed-pulling-suitcases-ballots-georgia-identified-rubys-daughter-video/. A true and correct copy of this article is attached as Exhibit 4.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

57.    The same morning, Georgia Public Broadcasting published its own article fact-checking the election fraud claims made during the George State Senate hearing on the previous day. The article directly refuted the Trump legal team's claims concerning the contents of the Trump Edited Video. It reported that the video showed a normal tabulation process, which both state and county officials had verified. It also reported that no observers had been asked to leave, but Republican monitors and the press did leave when some election employees stopped their work for the night. And it clarified that Georgia law does not require poll monitors to be present for the ballot counting process.[54]

58.    Defendants learned of the ongoing fact checks almost immediately after they were published.

59.    Less than two hours after Voting Implementation Manager Sterling tweeted that what the video of Ms. Freeman and Ms. Moss showed was "normal ballot processing," Defendant Joe Hoft published an article titled, "CLOWN SHOW: Georgia Election Insider Gabriel Sterling Freaks Out and Labels Election Fraud Caught on Camera 'Normal Ballot Processing.'" Rather than acknowledge the falsity of *The Gateway Pundit*'s earlier stories—or even neutrally reporting on the fact checks, that article lobbed a series of ad hominem attacks against Mr. Sterling and doubled down on Defendants' false claims, including the statement:

> Unfortunately for Sterling, we can't even keep up with the amount of corruption in Georgia related to this year's election. Yesterday for example, a video was unearthed by the Trump team showing Democrat counters in Atlanta pulling out suitcases full of ballots and counting them after sending Republicans home due to a falsely reported water main break (um, this is against the law Mr. Sterling).

---

[54] Stephen Fowler, *Fact Checking Rudy Giuliani's Grandiose Georgia Election Fraud Claim*, Georgia Public Broadcasting (Dec. 4, 2020, 8:27 AM), https://www.gpb.org/news/2020/12/04/fact-checking-rudy-giulianis-grandiose-georgia-election-fraud-claim, archived at
https://web.archive.org/web/20201204170112/https://www.gpb.org/news/2020/12/04/fact-checking-rudy-giulianis-grandiose-georgia-election-fraud-claim.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

> But Sterling still wants to call it all a lie. He claims there was no corruption in this year's election and he shares another totally bogus 'fact check' from Lead Stories as in his Facebook page as support that this is all normal.[55]

60.     Even after acknowledging the first fact check, and after the second fact check was published and available online, Jim Hoft published another article on *The Gateway Pundit* on December 4, 2020, repeating and realleging the false claims that Ms. Freeman and Ms. Moss secretly brought illicit ballots into the arena to be counted and had committed massive voter fraud. This article was titled "NEW VIDEO Shows Anti-Trump Georgia Ballot Counter Ruby Freeman with Piles of Ballots, Walking Past Boxes of Ballots, Working Alone in Cubes WITH NO GOP OBSERVERS IN SIGHT!" and made new false and defamatory claims about Ms. Freeman:

> Now there is video of Ruby Freeman filming herself entering the building to count Georgia ballots.
>
> Ruby walks by several boxes of ballots just sitting around in the room.
>
> The elections workers were each given their own secret cube.
>
> Then Ruby goes to her desk and pulls out a tray of ballots on her desk.
>
> There is NO supervisor or GOP observer anywhere in sight.
>
> And then Ruby leaves the ballots on her desk as she goes to take a break.

---

[55] Joe Hoft, *CLOWN SHOW: Georgia Election Insider Gabriel Sterling Freaks Out and Labels Election Fraud Caught on Camera 'Normal Ballot Processing'*, Gateway Pundit (Dec. 4, 2020, 8:15 AM), https://www.thegatewaypundit.com/2020/12/clown-show-georgia-election-insider-gabriel-sterling-freaks-labels-election-fraud-caught-camera-normal-ballot-processing/. A true and correct copy of this article is attached as Exhibit 5.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

> This is suspicious activity. The State Farm Center was full of unsecured ballots and illegal conduct.[56]

61.     Jim and Joe Hoft amplified this story using their Twitter accounts.[57]

62.     Seeking to magnify the false claims and gain still more shares on social media, Jim Hoft published a third article on *The Gateway Pundit* on December 4, repeating the false and disproven claims from his earlier articles. This article was titled, "UPDATE: More on the Suitcase Vote Scam, the Elections Supervisor and that Strange 'Pass' Between Mother and Daughter That Was Also Caught on Video." It discussed the relationship between Ms. Freeman and Ms. Moss and introduced a new baseless allegation of still more illicit activity supposedly shown on the Trump Edited Video:

> On her [Facebook] page Ruby Freeman brags about her "Shaye" being her supervisor.
>
> …
>
> And now there is video of Ruby secretly passing something to her daughter during the ballot counting.
>
> It is not clear what was passed. Some readers say it was a USB stick but it is not clear what they passed to each other.
>
> It sure looks like they were trying to hide this transaction.[58]

---

[56] Jim Hoft, *NEW VIDEO Shows Anti-Trump Georgia Ballot Counter Ruby Freeman with Piles of Ballots, Walking Past Boxes of Ballots, Working Alone in Cubes WITH NO GOP OBSERVERS IN SIGHT!*, Gateway Pundit (Dec. 4, 2020, 8:53 AM), https://www.thegatewaypundit.com/2020/12/new-video-shows-anti-trump-georgia-ballot-counter-ruby-freeman-piles-ballots-walking-past-boxes-ballots-no-gop-observers-sight. A true and correct copy of this article is attached as Exhibit 6.

[57] Jim Hoft (@gatewaypundit), Twitter (Dec. 4, 2020), *available at* https://web.archive.org/web/20201207070649/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021); Joe Hoft (@joehoft), Twitter (Dec. 4, 2020), *available at* https://web.archive.org/web/20201208010821/https://twitter.com/joehoft (last visited Nov. 30, 2021).

[58] Jim Hoft, *UPDATE: More on the Suitcase Vote Scam, the Elections Supervisor and that Strange "Pass" Between Mother and Daughter That Was Also Caught on Video*, Gateway Pundit (Dec. 4, 2020, 1:51 PM), https://www.thegatewaypundit.com/2020/12/update-ruby-freeman-elections-supervisor-shaye-ross-strange-pass-also-caught-video/. A true and correct copy of this article is attached as Exhibit 7.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

63.     This article made clear Defendants' ill-will toward Ms. Freeman in repeating the false claims against her over and over again. In it, Jim Hoft noted the consequences of *The Gateway Pundit*'s publicity on Ms. Freeman and implicitly urged readers to harass her:

> Ruby's purse was a hit and several fans wrote her on her LinkedIn page after they saw her and her purse on TV.
>
> They then commented on her LinkedIn page.
>
> Note: Please do not confuse this with a similar business in Snellville!
>
> Ruby Freeman had an active Facebook page last night.
>
> It was shut down early on Friday morning.[59]

64.     Jim Hoft amplified this story on social media.[60]

65.     At approximately 10:08 a.m. ET, Voting Implementation Manager Gabe Sterling joined Newsmax for a roughly 17-minute segment.[61] After playing a clip of the Trump Campaign's footage and soliciting comments from another guest, the host asked Sterling to weigh in on the video. Sterling straightforwardly debunked any claim that the video showed anything nefarious:

> Unlike watching 90 seconds of it like we saw in the Senate hearing yesterday, we've had our investigators watch all many several hours of it yesterday. And what essentially happened is—and we knew about this, part of this, on election night itself—around 10:15/10:20, there's two groups of people in this room that are working. There are cutters—the people who are opening the envelopes—and then there's the people who are scanning, which is the ones we see on the video.

---

[59] *Id.*

[60] Jim Hoft (@gatewaypundit), Twitter (Dec. 4, 2020), *available at* https://web.archive.org/web/20201207070649/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021).

[61] Monkey Savant, *Gabriel Sterling and Chad Robichaux On Newsmax Discuss The GA Ballot Fraud Situation 12/04/20*, YouTube (Dec. 4, 2020), https://www.youtube.com/watch?v=o6k2zRRPx4I.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

And let's keep a few things in mind. I've been in this room. It's really obvious there's video cameras everywhere, so they know they're being watched on that front.

So what happened was, when the cutters were—they were, once they were done, they were, they was like, "Okay, we're done, time to go home," and the media started packing up. And then the monitors kept packing up.

Now the one thing we have is that he said she said, where the officials there said, "we didn't tell anybody that they had to leave." The people who left—the Republican monitor said, "we were told we had to leave." And we have no audio from those videotapes to ascertain the absolute truth. That's what is he said she said on that front.

But when you watch the video, the process—those aren't suitcases. Those are regular absentee carriers used in dozens of counties across the state. That's how they bring those in. Nothing was brought in without the monitors there, so everything was there. There was nothing new brought in. We didn't see somebody wheeling stuff into the room; we saw stuff that was already in the room that the monitors already saw brought in.

And then you saw the processes they're doing. Essentially what happened, the elections director called the absentee coordinator that's saying we're not shutting down. Tell them they gotta go get back to work because the counting people thought they were also getting to go home. So they were kind of disappointed. So you see him on his phone. He walks over to them, they kind of shrug their shoulders like, "crap, we got to go back to work again." So, so they started doing that, and then we found out that the monitors weren't there anymore. So, we called their elections directors, and we called our state elections board monitor, who we have placed in Fulton County under a consent decree that we had ordered because of their screw-ups in the June election, and yes, there was 82 minutes where there wasn't a person there. But we have all the videotape that we are literally looking at right now.

We have to ask ourselves in that period of time, I think it was about three to five thousand votes that were scanned, and did this elections crew of, you know, medium-paid, tired elections workers suddenly become the Ocean's Eleven crew as part of a theft of an election? Or is it more likely they were tired and irritated?

You see when the SEB monitor gets there, and when the investigator gets there, the armed investigator, they keep doing the exact same

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

thing they were doing. They don't even pay any mind because it's just—they're doing their regular processes.

And the problem we have is people don't understand this, and when people whip people's emotions up, it goes back to the issue I was talking about before of threats being against these thousands of workers across the country.

66.     On information and belief, Jim Hoft watched this segment, as he immediately criticized Newsmax for airing the segment and reiterated his false claims:[62]



67.     Not satisfied with the harm done, Defendants published another article about Ms. Freeman on *The Gateway Pundit* later on December 4. Written by Joe Hoft, this article summarized the false and already debunked claims in the three previous articles by Jim Hoft, and it advanced the new false and defamatory smear that Ms. Freeman supposedly counted the same votes for Biden three times. Titled "UNBELIEVABLE: Anti-Trump Democrat In Georgia 'Suitcase Scandal' Caught Running Same Batch of Ballots Through Tabulator THREE TIMES! (VIDEO)," the article stated:

> The mother – daughter team of ballot counters in Atlanta really overdid their fraud. We saw last night how they stuck around and counted ballots after kicking Republicans out of the State Farm Center on a fake water main break hoax.

---

[62] Jim Hoft (@gatewaypundit), Twitter (Dec. 4, 2020), *available at* https://web.archive.org/web/20201207070649/https://twitter.com/gatewaypundit/status/1334881814670938113 (last visited Nov. 30, 2021). Plaintiffs believe the timestamp available through web.archive.org is in Pacific Time.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

We also saw the mother and daughter pass an object the size of a thumb drive between each other in a suspicious manner[.]

Now we have evidence mother Ruby sent the same stack of votes through a tabulator in the State Farm Center three times. This is illegal.

The corrupt Republican politicians in Georgia are giving the election to Joe Biden. Besides them, nobody did more to steal the election for Joe Biden than this mother – daughter combo. The good people in Georgia need to stand up.[63]

68.     Defendants later boasted that they originated the false and defamatory claim that Ms. Freeman tabulated the same votes three times.[64]

69.     On December 4, PolitiFact—a non-profit website that checks the accuracy of claims made by elected officials and others—published another fact check of the claim repeatedly made by *The Gateway Pundit* that video footage from Georgia showed suitcases filled with ballots being illegally counted after election monitors were told to leave. The PolitiFact article confirmed the conclusions of Lead Stories and Georgia Public Broadcasting that the claim was plainly false. It featured a statement from Richard Barron, the elections director in Fulton County, who confirmed that no announcement was made telling people to leave. Rather, certain staff members left as their work was finished. Mr. Barron himself told the workers scanning the

---

[63] Joe Hoft, *UNBELIEVABLE: Anti-Trump Democrat In Georgia 'Suitcase Scandal' Caught Running Same Batch of Ballots Through Tabulator THREE TIMES! (VIDEO)*, Gateway Pundit (Dec. 4, 2020, 5:45 PM), https://www.thegatewaypundit.com/2020/12/unbelievable-mother-along-daughter-handled-counted-ballots-alone-hours-georgia-ruby-freeman-caught-running-batch-ballots-tabulator-three-times/. A true and correct copy of this article is attached as Exhibit 8.

[64] Joe Hoft, *Fulton County 2020 Election Case's Request is Granted - Election Workers Ruby Freeman, Wandrea Moss, and Happy Faces Personnel Group Are Added to the Case*, Gateway Pundit (Aug. 14, 2021, 9:15 AM), https://www.thegatewaypundit.com/2021/08/fulton-county-2020-election-cases-request-add-ruby-freeman-wandrea-moss-happy-faces-personnel-group-case-granted/. A true and correct copy of this article is attached as Exhibit 9.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

ballots to keep working. Mr. Barron also confirmed that it was normal to keep containers under

the tables near the scanners.[65]

70.     Two days later, on December 6, 2020, after the Defendants' statements had been

thoroughly refuted by multiple state and county officials, Defendants published two more articles

in *The Gateway Pundit.* The articles purported to disclose "exclusive" new information about the

"man in red" shown in the security video, and each repeated the false claims that Ms. Freeman

and Ms. Moss were involved in "voter corruption":

> [I]t was uncovered that a mother and daughter team, Ruby
> Freeman and her daughter "Shaye" Moss as well as a couple
> others, stuck around after sending everyone home and started
> running ballots through tabulators. Ballots were pulled out from
> under a table that were previously covered up and processed with
> no Republican observers.
>
> The mother - daughter team have become infamous in the annals
> of voter corruption[.][66]

71.     Jim Hoft amplified this story on Twitter.[67]

72.     Also on December 6, Georgia Governor Brian Kemp filed in federal court a

sworn affidavit from Frances Watson, chief investigator for the Georgia Secretary of State,

further refuting these lies. Gov. Kemp filed this affidavit in *Pearson v. Kemp*, Civ. No. 1:20-cv-

---

[65] Bill McCarthy, *No, Georgia Election Workers Didn't Kick Out Observers and Illegally Count 'Suitcases' of Ballots*, PolitiFact (Dec. 4, 2020), https://www.politifact.com/factchecks/2020/dec/04/facebook-posts/no-georgia-election-workers-didnt-kick-out-observe/.

[66] Joe Hoft, *EXCLUSIVE: Review of Late-Night Ballot Counting in Atlanta's State Farm Arena Shows Mysterious 'Man In Red' Receiving Numerous Calls During the Ballot Heist But from Whom?*, Gateway Pundit (Dec. 6, 2020, 6:35 PM), https://www.thegatewaypundit.com/2020/12/review-late-night-ballot-counting-atlantas-state-farm-arena-shows-mysterious-man-red-making-numerous-calls/; Jim Hoft, *BREAKING EXCLUSIVE: Third Suspect from State Farm Center 'Suitcase Scandal' Identified as Ralph Jones, Sr. – Who Was in the News for Shady Deal with ATL Mayor Keisha Bottoms*, Gateway Pundit (Dec. 6, 2020, 9:23 PM), https://www.thegatewaypundit.com/2020/12/breaking-exclusive-third-suspect-state-farm-center-suitcase-scandal-identified-ralph-jones-sr-news-shady-deal-atl-mayor-keisha-bottoms/ (republishing same paragraph). True and correct copies of these articles are attached as Exhibits 10 & 11.

[67] Jim Hoft (@gatewaypundit), Twitter (Dec. 6, 2020), *available at* https://web.archive.org/web/20201207070649/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021).

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

04809-TCB (N.D. Ga), in response to claims by a group of Presidential Electors for Trump of widespread election-related misconduct. The affidavit detailed the results of an investigation by Ms. Watson into the alleged events at the State Farm Arena. Ms. Watson attested that her investigative team interviewed witnesses and reviewed the entire security footage. Her investigation found that (a) observers and members of the press were *not* told to leave, but exited the room after seeing a group of workers responsible for opening envelopes leave; and (b) no ballots were brought in from an unknown location and hidden under a table. She also stated that the video showed opened but uncounted ballots being placed in boxes and stored under the table, and later showed the boxes being opened so the workers could scan the ballots when the counting resumed later that night.[68]

73.      The Watson affidavit's submission and its content were widely reported in the press on December 6 and 7, 2020.[69]

74.      Nonetheless, Jim Hoft published two more articles early on December 7 containing additional false and defamatory statements about Plaintiffs. The first labeled Ms. Freeman and Ms. Moss "suspects in the suitcase ballot fraud at the State Farm Center" and said they were captured on the "most explosive video of the entire campaign season" pulling "hidden ballots in the suitcases" out and counting them "after all of the GOP observers and media was

---

[68] Declaration of Frances Watson, *Pearson v. Kemp*, Civ. No. 1:20-cv-04809-TCB (N.D. Ga. Dec. 6, 2020), ECF No. 72-1, *available at* https://s3.documentcloud.org/documents/20420664/frances-watson-affidavit.pdf.

[69] *See, e.g.*, Daniel Chaitin, *Chief Georgia Investigator: No 'Mystery Ballots' Seen in Security Video,* Wash. Examiner (Dec. 6, 2020, 11:56 PM), https://www.washingtonexaminer.com/news/chief-georgia-investigator-no-mystery-ballots-seen-in-security-video; Ronn Blitzer, *No 'Mystery Ballots' Hidden Under Table in Fulton County, Georgia Investigator Swears in Affidavit*, Fox News (Dec. 7, 2020), https://www.foxnews.com/politics/fulton-county-georgia-no-mystery-ballots-under-table-investigator-affidavit; Peter Weber, *Georgia's Top Election Investigator Debunks A Vote Fraud Conspiracy Involving 'Suitcases' of Ballots, A Urinal*, Yahoo News (Dec. 7, 2020), https://news.yahoo.com/georgias-top-election-investigator-debunks-115236191.html.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

sent home for a 'water main' break." It then mocked Ms. Freeman for supposedly saying she

"needed a lawyer" and declining an interview request by "Carolyn Ryan TV."[70]

75.     Jim Hoft amplified this article on Twitter.[71]

76.     In a second article on December 7, 2020, Jim Hoft blasted out the "HUGE" news

that the third "suspect" in the "suitcase scandal" was the same man who told reporters there had

been a "water main break." The article depicted the claim of a water problem as clever ruse to

facilitate election fraud by plaintiffs:

> We know this was a lie because there was NEVER a work order
> filed and the water department never received a call.
> It never happened!
>
> But it gave Ralph and Ruby and Shaye cover to complete their
> scam on Georgia and America![72]

77.     Jim Hoft amplified this story on Twitter.[73]

78.     In a news conference on December 7, Gabriel Sterling, Georgia's Voting

Implementation Manager, once more refuted the lies about the Trump Edited Video that *The*

*Gateway Pundit* was continuing to spread. He yet again confirmed that the surveillance video

showed that the containers taken from under a table held valid, uncounted ballots that had been

stored by workers who thought they were leaving for the night. After realizing that they were

---

[70] Jim Hoft, *"I Won't Be Able to Be Interviewed – I Need an Attorney" — Georgia's Ruby Freeman Lawyers Up, Cancels Interview*, Gateway Pundit (Dec. 7, 2020, 7:15 AM), https://www.thegatewaypundit.com/2020/12/wont-able-interviewed-need-attorney-georgias-ruby-freeman-lawyers-cancels-interview/. A true and correct copy of this article is attached as Exhibit 12.

[71] Jim Hoft (@gatewaypundit), Twitter (Dec. 6, 2020), *available at* https://web.archive.org/web/20201207070649/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021).

[72] Jim Hoft, *HUGE! WE CAUGHT THEM! Conspiracy Revealed — 3rd Suspect in GA 'Suitcase Scandal' is Also the Same Man Who Spoke to Reporters on Water Main Break*, Gateway Pundit (Dec. 7, 2020, 8:29 AM), https://www.thegatewaypundit.com/2020/12/huge-caught-criminal-conspiracy-revealed-3rd-suspect-ga-suitcase-scandal-also-man-spread-lies-water-main-broke-state-farm-center/. A true and correct copy of this article is attached as Exhibit 13.

[73] Jim Hoft (@gatewaypundit), Twitter (Dec. 7, 2020), *available at* https://web.archive.org/web/20201208081456/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021).

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

staying, the workers unpacked the ballots from the containers and resumed scanning them. Mr.

Sterling specifically refuted the claim that election workers had scanned the same ballots

multiple times, explaining that any such action would have been revealed by the hand count

undertaken by Georgia election officials and machine-based recount requested by the Trump

campaign. Neither recount showed a meaningful change in results originally reported.[74]

79.     In the evening on December 7, Jim Hoft further evidenced Defendants' awareness

of the fact checks, sharing a link to an article in *The Federalist* discussing the various fact-

checks:[75]



80.     Nonetheless, with full awareness that his statements about Ms. Freeman and

Ms. Moss had been flatly and fully refuted by multiple officials and multiple fact-checking

organizations, Jim Hoft continued to publish false statements on *The Gateway Pundit*.

---

[74] Nick Corasaniti, *Top Georgia Election Official Debunks 'Ridiculous' Claims About Election Fraud*, The New York Times (Dec. 7, 2020), https://www.nytimes.com/2020/12/07/technology/suitcases-ballots-georgia-election.html.

[75] Jim Hoft (@gatewaypundit), Twitter (Dec. 7, 2020, 6:38 PM),
https://twitter.com/gatewaypundit/status/1336137974875033602, *available at*
https://web.archive.org/web/20201208024013/https://twitter.com/gatewaypundit/status/1336137974875033602
(including link to Mollie Hemingway, *No, The Georgia Vote-Counting Video Was Not 'Debunked.' Not Even Close*,
Federalist (Dec. 7, 2020), https://thefederalist.com/2020/12/07/no-the-georgia-vote-counting-video-was-not-
debunked-not-even-close/).

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

81.     On December 8, 2020, Jim Hoft published three new articles repeating and doubling down on the false and defamatory claims. The first article was titled "CONFIRMED: Supervisor Shaye Moss - Who "Yelled Out" for Georgia GOP Observers to GO Home - Is Same Woman Who Pulled the Suitcase Ballots Out from Underneath the Table When they Left." In addition to repeating previously made false claims about Ms. Freeman and Ms. Moss, it stated:

> Mollie Hemingway at The Federalist reported earlier today that poll watchers in sworn affidavits claim it was "a woman with blonde braids" who appeared to be a supervisor "yelled out" to those present in the room that they would stop working for the night and would resume in the morning.
>
> Shaye told everyone to go home.
>
> Then Shaye, her mother and a couple others including Ralph Jones, Sr. were filmed taking "suitcases" of ballots hidden under a table out to be tabulated. This was right before Joe Biden got his surprise spike in ballots.
>
> And now the liberal media and their fake "fact-checkers" are lying about the incredible incident caught on video![76]

82.     Jim Hoft's second article on December 8 was titled, "NOW WITH AUDIO: Georgia Election Official Ralph Jones, Sr. Announced on Nov. 3rd Evening that Counting would Stop at 11 PM — Then Led Team to Count Stashed 'Suitcase' Ballots." This article noted both the *Pearson v. Kemp* affidavit, which stated that the count was never intended to stop at 10:00 p.m., and Mr. Sterling's statement that counting was resumed at 11:00 p.m. It stated:

> Ralph led a team of operatives in carrying out a massive voter fraud scandal on election night at the State Farm Center in Atlanta, Georgia.
>
> Ralph and his team plotted to remove ALL elections observers (Republicans) from the counting room so they could roll out their

---

[76] Jim Hoft, *CONFIRMED: Supervisor Shaye Moss – Who "Yelled Out" for Georgia GOP Observers to Go Home – Is Same Woman Who Pulled the Suitcase Ballots Out from Underneath the Table When they Left*, Gateway Pundit (Dec. 8, 2020, 7:20 AM), https://www.thegatewaypundit.com/2020/12/confirmed-supervisor-shaye-moss-yelled-georgia-gop-observers-go-home-woman-pulled-suitcase-ballots-underneath-table-left/. A true and correct copy of this article is attached as Exhibit 14.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

suitcases full of Joe Biden ballots and run them through the machine.

…

For the record — Georgia anti-Trump elections official Gabe Sterling later said that the local officials called for the counting to resume at 11 PM but this is just not true.

…

The elections officials used the "water main break" to say there was a delay in counting and they used that to send people home — except for the suitcase gang.

Then Ralph Jones, Sr., Ruby Freeman and her daughter Shaye Ross went to work rolling out the hidden suitcases of ballots stashed under the table and hidden from view.

It was their actions that gave Joe Biden the spike in unexplained votes in Georgia on Wednesday morning.

It appears that this was a conspiracy to remove observers from the center and then to commit their hidden suitcase ballot fraud.

…

The lying fake news media wants you to believe this entire incident was debunked.

Nothing could be further from the truth — something that is lacking in the mainstream media and their "fact-checkers" today.

We now have actual audio of Ralph Jones — the elections official at the heart of the "suitcase scandal" telling government officials the State Farm Center will shut down at 10 or 11 PM on Election night!

Georgia Secretary of State officials released an affidavit insisting there never was an intent to stop the count at 10:00 PM, but only the cutters were going to stop.[77]

---

[77] Jim Hoft, *NOW WITH AUDIO: Georgia Election Official Ralph Jones, Sr. Announced on Nov. 3rd Evening that Counting would Stop at 11 PM — Then Led Team to Count Stashed 'Suitcase" Ballots*, Gateway Pundit (Dec. 8, 2020, 8:59 AM), https://www.thegatewaypundit.com/2020/12/now-audio-georgia-election-official-ralph-jones-sr-announced-nov-3rd-evening-counting-stop-11-pm-led-team-count-stashed-suitcase-ballots/. A true and correct copy of this article is attached as Exhibit 15.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

83.      Jim Hoft authored a third article that same day to discredit the fact check organization Lead Stories, one of the several outside groups that had found the "suitcase scandal" to be no scandal at all. He sought to undermine their credibility by writing: "Lead Stories we now know is funded by Facebook and a Chinese company. So it makes sense that they would target any conservative outlet that reported on this explosive video."[78] He used the occasion to repeat yet again the false claim that plaintiffs had "stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated after the GOP inspectors and media left the room," in a pre-planned conspiracy to commit election fraud.

84.      Jim Hoft amplified each of these stories on Twitter.[79]

85.      Defendants' false and defamatory tirade targeting Ms. Freeman and Ms. Moss continued later that same month. On December 23, 2020, Jim Hoft published an article repeating a tweet posted by Team Trump the day before. This article was titled "Has the FBI Spoken with Ruby Freeman or Ralph Jones Yet? And If Not, Why in the Hell Do we Have an FBI?" It repeated prior false and defamatory claims about Ms. Freeman and Ms. Moss published on *The Gateway Pundit*, boasting of the publication's leading role in spreading the misinformation:

> On Tuesday night President Trump tweeted out an OANN report on a Gateway Pundit investigation of the Atlanta suitcase voter fraud scandal.
>
> The Gateway Pundit was first to identify Ruby Freeman, her daughter Wandrea "Shaye" Moss, and their boss Ralph Jones, Sr. in the infamous suitcase ballot hoist [sic].

---

[78] Jim Hoft, *China-Funded 'Fact-Checker' Lead Stories Pushes Bullsh\*t That Fulton County 'Suitcase' Scandal Was Debunked — Will They EVER Tell the Truth?*, Gateway Pundit (Dec. 8, 2020, 1:11 PM), https://www.thegatewaypundit.com/2020/12/china-funded-facebook-fact-checker-lead-stories-pushes-bullsht-fulton-county-suitcase-scandal-debunked-will-ever-tell-truth/. A true and correct copy of this article is attached as Exhibit 16.

[79] Jim Hoft (@gatewaypundit), Twitter (Dec. 8, 2020), *available at* https://web.archive.org/web/20201208224901/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021).

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

We later reported on Ruby Freeman running the same batch of ballots through the counting machines at least three times after these Democrat operatives cleared the room of observers!

On Tuesday night President Trump tweeted this OANN and Gateway Pundit video.



Shaye Moss is the same person who called out for observers to go home late on election night before the ballot hoist.

Ralph Jones, Sr. is ON AUDIO telling reporters he was going to shut down the State Farm Center early and send observers home. This was BEFORE the suitcase ballot hoist [sic]!

It was a carefully planned event!

They had NO IDEA they would get caught!

At this time there is no evidence that FBI or the Georgia Bureau of Investigations have interviewed or arrested Ruby Freeman, Shaye Ross, or Ralph Jones, Sr.

They were able to flip Georgia for Beijing Biden by their actions.

Why is the FBI or DOJ not involved?

36

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

This tells you everything you need to know about your federal government.[80]

86.     Jim Hoft amplified this story on Twitter.[81]

87.     On January 2, 2021, Donald Trump placed a telephone call to Georgia's Secretary of State Brad Raffensperger, during which Mr. Trump pressured Mr. Raffensperger to change the outcome of the Georgia presidential election by finding more votes for him. To justify his request, Mr. Trump repeated some of the many false allegations about Ms. Freeman that Defendants had been publishing throughout December. These include statements calling her "a vote scammer, a professional vote scammer and hustler," and asserting, "we're so far ahead of these numbers, even the phony ballots of Ruby Freeman — known scammer."[82]

88.     The next day, Jim Hoft published an article on *The Gateway Pundit* about this phone call. The article's headline announced, "HUGE: TRUMP DROPS A BOMB DURING PHONE CALL! Tells Raffensperger 'Vote Scammer and Hustler' Ruby Freeman Was Behind Alleged 18,000 FRAUDULENT VOTES in Suitcase Scandal! (VIDEO)." The article republished the portion of the call's transcript when Mr. Trump made the accusation of election fraud that defendants had been publishing repeatedly since December 3, and it inserted Ms. Freeman's name where it had been omitted by *The Washington Post*, which had broken the story about the call. It stated:

> President Trump: We have at least 18,000, that's on tape. We had them counted very painstakingly. 18,000 voters having to [sic] with BEEP [in red] (Ruby Freeman). She's a vote scammer, a

---

[80] Jim Hoft, *Has the FBI Spoken with Ruby Freeman or Ralph Jones Yet? And If Not, Why in the Hell Do we Have an FBI?*, *The Gateway Pundit* (Dec. 23, 2020, 8:40 a.m.), https://www.thegatewaypundit.com/2020/12/fbi-spoken-ruby-freeman-ralph-jones-yet-not-fbi/. A true and correct copy of this article is attached as Exhibit 17.

[81] Jim Hoft (@gatewaypundit), Twitter (Dec. 23, 2020), *available at* https://web.archive.org/web/20201226003813/https://twitter.com/gatewaypundit(last visited Nov. 30, 2021).

[82] WSJ Staff, *Trump's Georgia Call: Listen to the Audio and Read a Full Transcript*, Wall St. J. (Jan. 3, 2021, 9:47 PM), https://www.wsj.com/articles/listen-to-the-full-trump-ga-call-11609713527.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

professional vote scammer and hustler. BEEP [in red] (Ruby
Freeman) that is the tape that is shown all over the world. It makes
everybody look bad, you, me and everybody else. Number one,
they said very clearly, and it's been reported that they said that
there's a water main break. Everybody fled the area. And then they
came back. BEEP [in red] (Ruby Freeman) and her daughter and a
few people.[83]

89.     The article then reminded readers of *The Gateway Pundit* that it "was first to
identify Ruby Freeman, her daughter Shaye Moss and supervisor Ralph Jones, Sr. in the suitcase
fraud scandal that was caught on tape and went viral online."[84]

90.     Jim Hoft amplified this story on Twitter.[85]

91.     On January 4, 2021, Georgia election officials held yet another press conference
to refute the already-debunked election fraud allegations that Mr. Trump had raised in his call
with Mr. Raffensperger.[86] Gabriel Sterling once again described the events that occurred on
election day at State Farm Arena, explained how they represented entirely normal ballot
processing, and directed listeners to the Georgia's Secretary of State's website for a detailed
timeline matched to the surveillance footage.[87] Sterling reiterated for the assembled reporters the
actual series of events:

> Late in the evening, after the water main break had been fixed,
> election workers prepared to go home for the night and followed
> standard procedures to store ballots securely: placing them in
> containers and affixing numbered seals. But when Mr.

---

[83] Jim Hoft, *HUGE: TRUMP DROPS A BOMB DURING PHONE CALL! Tells Raffensperger 'Vote Scammer and Hustler' Ruby Freeman Was Behind Alleged 18,000 FRAUDULENT VOTES in Suitcase Scandal! (VIDEO)*, Gateway Pundit (Jan. 3, 2021, 6:20 PM), https://www.thegatewaypundit.com/2021/01/huge-trump-drops-bomb-phone-call-tells-raffensperger-vote-scammer-hustler-ruby-freeman-behind-18000-fraudulent-votes-suitcase-scandal-video/. A true and correct copy of this article is attached as Exhibit 18.

[84] *Id.*

[85] Jim Hoft (@gatewaypundit), Twitter (Jan. 2, 2021), *available at* https://web.archive.org/web/20210105040422/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021).

[86] 11Alive, *Georgia Senate Runoffs | Secretary of State's Office Addresses Election Day, Claims*, YouTube (Jan. 4, 2021), https://www.youtube.com/watch?v=K7lDlqJ66fU&t=740s.

[87] *Fact Check*, Secure the Vote, https://securevotega.com/fact-check/ (last accessed Nov. 7, 2021).

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

> Raffensperger found out that they were closing up shop, he ordered
> them to continue counting through the night — so the workers
> retrieved the containers and resumed counting ballots.[88]

Sterling expressed his great frustration that the Trump legal team "had the entire tape" revealing

these facts, and nevertheless "intentionally misled the State Senate, the voters and the people of

the United States about this."[89]

92.     Defendants were well aware Georgia Secretary of State's website and additional

fact check, as evidenced by Jim Hoft's tweet on January 4, 2021:[90]



93.     PolitiFact published a fact-check article about the Raffensperger call that same

day, finding that the events described by Mr. Sterling lined up with previous reports from

PolitiFact and other fact-checkers. This article repeated PolitiFact's earlier assessment that the

arena surveillance video showed no wrongdoing and provided no evidence of election fraud. It

---

[88] Maggie Astor, *A Georgia Election Official Debunked Trump's Claims of Voter Fraud, Point by Point*, N.Y. Times (Jan. 4, 2021), https://www.nytimes.com/2021/01/04/us/politics/trump-georgia-election-fraud.html.

[89] *Id.*

[90]  Jim Hoft (@gatewaypundit), Twitter (Jan. 4, 2021), *available at* https://web.archive.org/web/20210105040422/https://twitter.com/gatewaypundit/status/1346240056055517185 (last visited Nov. 30, 2021).

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

rated Mr. Trump's claim that Georgia election workers pulled 18,000 ballots from suitcases and counted them for Biden as "Pants on Fire!" false.[91]

### F.   *The Gateway Pundit's* Continuing Publication of False and Defamatory Claims

94.      Nonetheless, Jim Hoft continued to return to his false statements about Ms. Freeman and Ms. Moss long after Inauguration Day. In June 2021, prompted by an online report that batches of absentee ballots were missing in Fulton County, he published another article replete with baseless and disproven allegations of voter fraud by plaintiffs:

> This follows news first reported by The Gateway Pundit that election operative Ruby Freeman was also caught tripe [sic] counting stacks of votes late at night at the counting center after GOP observers were sent home.
>
> …
>
> On December 4th TGP reported with video on anti-Trump ballot counter Ruby Freeman working in a private cube with trays of ballots, walking past open boxes of ballots, working alone with NO ELECTION OBSERVERS IN SIGHT!
>
> This is the DEFINITION OF CHEATING!
>
> The video and tweet was removed from Twitter but we found the video on YouTube and we are saving a copy. [Embedded is a copy of an Instagram video taken by Ms. Freeman in October 2020 that she had removed.]
>
> …
>
> Now there is video of Ruby Freeman filming herself entering the building to count Georgia ballots.
>
> Ruby walks by several boxes of ballots just sitting around in the room.
>
> The elections workers were each given their own secret cube.

---

[91] Bill McCarthy, *Trump Rehashes Debunked Claim About 'Suitcases' of Ballots in Georgia Phone Call*, PolitiFact (Jan. 4, 2021), https://www.politifact.com/factchecks/2021/jan/04/donald-trump-trump-rehashes-debunked-claim-about-suitcases-ball/.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

> Then Ruby goes to her desk and pulls out a tray of ballots on her desk.
>
> There is NO supervisor or GOP observer anywhere in sight.
>
> And then Ruby leaves the ballots on her desk as she goes to take a break.
>
> This is suspicious activity. The State Farm Center was full of unsecured ballots and illegal conduct.
>
> The Democrat operatives were running a voter fraud factory inside the State Farm Center on Election Day and into Election Week![92]

95. On August 14, 2021, Joe Hoft published another article on *The Gateway Pundit* falsely describing how Ms. Freeman, Ms. Moss, and other election workers had been added to a lawsuit against Fulton County alleging election fraud.[93] The article republished *The Gateway Pundit*'s prior defamatory statements about Ms. Freeman and boasted about its role in promulgating and amplifying the false claims:

> We first discovered Ruby Freeman and her daughter Shaye Moss in December when The Gateway Pundit first reported that these two election workers took ballots out from under a table on Election night and jammed thousands of ballots into the tabulators numerous times.
>
> This was after all of the election observers were sent home for the night. This was also after Trump had accumulated what experts said was an insurmountable lead in the state.
>
> We revealed first that the ballots taken out from under tables on Election night were pushed into tabulators up to three times each.

---

[92] Jim Hoft, *IT WAS A VOTER FRAUD FACTORY: 2nd Carter Jones Report Describes Complete Breakdown of GA Election Systems — BALLOTS EVERYWHERE, NO CHAIN OF CUSTODY, COMPLETE DISARRAY and WE HAVE THE VIDEO*, Gateway Pundit (June 19, 2021, 8:31 PM), https://www.thegatewaypundit.com/2021/06/voter-fraud-factory-2nd-carter-jones-report-describes-complete-breakdown-election-systems-ballots-everywhere-no-chain-custody-complete-disarray-video/. A true and correct copy of this article is attached as Exhibit 19.

[93] This lawsuit has since been dismissed. *See* Associated Press, *Judge Dismisses Fulton County Ballot Review Case in Georgia*, U.S. News (Oct. 13, 2021), https://www.usnews.com/news/best-states/georgia/articles/2021-10-13/judge-dismisses-fulton-county-ballot-review-case-in-georgia.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

…

This is not good for Ruby and her daughter.

It's also pathetic that these two are not in jail already. Their crimes were videotaped![94]

## G.     Defendants Published the Statements With Knowledge of Their Falsity or Serious Doubts About Their Truth

96.     Defendants knew that their statements about Ms. Freeman and Ms. Moss were not true or had serious doubts about their truth.

97.     Defendants were aware of the numerous statements by Georgia officials disproving the portrayal of misconduct that had been advanced by the Trump lawyers, and they also knew that multiple fact-checking organizations had confirmed the facts as presented by the Georgia officials. Defendants disregarded the reliable sources refuting their claims and had no credible basis for the false allegations they continued to make.

98.     At no point in publishing their many stories about Ms. Freeman and Ms. Moss did Defendants ever attempt to contact Plaintiffs to obtain their account of the events being reported. Nor did Defendants contact for corroboration other obvious available sources, and they specifically avoided contacting sources who had evidence to disprove their lies.

99.     Defendants ignored the truth because they had a predetermined story in mind that would continue to attract readers—that widespread voter fraud would taint the 2020 presidential election. Even before the vote counting began, defendants cultivated this narrative.[95] In

---

[94] Ex. 9.

[95] *See, e.g.*, Jim Hoft, *BREAKING: US Mail Found in Ditch in Rural Wisconsin – Included Absentee Ballots*, Gateway Pundit (Sept. 23, 2020, 11:18 AM), https://www.thegatewaypundit.com/2020/09/breaking-us-mail-found-ditch-greenville-wisconsin-included-absentee-ballots/.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

November 2020, Defendants published multiple articles focusing on baseless claims of election fraud in several states.[96]

100.    Defendants advanced this predetermined fictitious storyline in the face of the facts because it was financially advantageous to do so. They were motivated to publish lies about Plaintiffs because lying about the election was more profitable than telling the truth.

101.    Defendants consciously avoided the truth in order to profit from the repeated publication of scandalous material. *The Gateway Pundit*'s articles about voter fraud throughout the 2020 election cycle increased its readership, reach, and engagement. Its articles about voter fraud, in particular, performed well, and it earned increased advertising revenue by publishing and republishing such well-performing falsehoods about Plaintiffs.

102.    Defendants additionally hoped that repeating their preconceived narrative would affect the outcome of the presidential election.

---

[96] *E.g.,* Cristina Laila, As Many as 6,000 Illegal Votes Identified in Nevada – Thousands of People Referred to DOJ For Potential Criminal Violation of Election Laws, Gateway Pundit (Nov. 5, 2020, 7:45 PM), https://www.thegatewaypundit.com/2020/11/many-6000-illegal-votes-identified-nevada-thousands-people-referred-doj-potential-criminal-violation-election-laws/; Jim Hoft, *HUGE! Corrupted Software Used in Michigan County that Stole 6,000 Votes from Trump – Is Also Used in ALL SWING STATES – PA, GA, NV, MI, WI, AZ, MN!,* Gateway Pundit (Nov. 6, 2020, 8:35 PM), https://www.thegatewaypundit.com/2020/11/huge-corrupted-software-used-michigan-county-stole-6000-votes-trump-also-used-swing-states-pa-ga-nv-mi-wi-az-mn/; Joe Hoft, *BREAKING EXCLUSIVE: Analysis of Election Night Data from All States Shows MILLIONS OF VOTES Either Switched from President Trump to Biden or Were Lost*, Gateway Pundit (Nov. 10, 2020, 6:32 PM), https://www.thegatewaypundit.com/2020/11/breaking-exclusive-analysis-election-night-data-states-shows-millions-votes-either-switched-president-trump-biden-lost/); Joe Hoft, *SHOCKING EXCLUSIVE: WE CAUGHT THEM! Pennsylvania Results Show a Statistically Impossible Pattern Behind Biden's Steal! WE CAUGHT THEM!*, Gateway Pundit (Nov. 13, 2020, 6:47 PM), https://www.thegatewaypundit.com/2020/11/shocking-exclusive-caught-pennsylvania-results-show-statistically-impossible-pattern-behind-bidens-steal-caught/; Jim Hoft, *WE CAUGHT THEM! Part 2: Email Inventor Dr. Shiva Finds SAME IMPOSSIBLE BALLOT RATIO Feature in Michigan Results – WE CAUGHT THEM!*, Gateway Pundit (Nov. 14, 2020, 5:49 PM), https://www.thegatewaypundit.com/2020/11/caught-part-2-email-inventor-dr-shiva-finds-impossible-ballot-ratio-feature-michigan-results-caught/.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**H.      Defendants Caused Substantial Reputational Harm With Their False Statements About Ms. Freeman and Ms. Moss That Constitute Defamation *Per Se***

103.     Defendants' falsely stated or implied that (a) Ms. Freeman and Ms. Moss planned and carried out with others a plot to "steal the election" and "flip Georgia" for Joe Biden; (b) Ms. Freeman and Ms. Moss helped to fake a water main break that was used as a cover to bring suitcases stuffed with fraudulent ballots into the vote tabulation center; (c) Ms. Freeman and Ms. Moss engaged in a criminal conspiracy to exclude observers during the counting of ballots so that they could engage in election fraud; (d) Ms. Freeman and Ms. Moss criminally introduced "suitcases" of illegal ballots into the ballot counting process when no observers were present; (e) Ms. Freeman fraudulently triple-counted the same ballots by running them through a tabulator three times; and (f) Ms. Freeman and Ms. Moss committed election fraud and other crimes for which they are subject to arrest and imprisonment. These claims are false and constitute defamation *per se*.

104.     Given the nature of Plaintiffs' employment with the Registration and Elections Department of Fulton County, Defendants' claims that Ms. Freeman and Ms. Moss participated in a conspiracy to fraudulently overturn a democratic election would tend to injure them in their trade, office, or profession: A reputation for integrity is a requirement for workers in a profession whose responsibility is to accurately and legitimately tabulate and report elections results while maintaining public confidence in elections.

105.     Defendants also stated that Ms. Freeman and Ms. Moss participated in criminal activity punishable by law. Defendants labeled both Ms. Freeman and Ms. Moss as "crooks" and claimed that "nobody did more to steal the election for Joe Biden than this mother-daughter

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

combo."[97] Defendants asserted that the actions of Ms. Freeman and Ms. Moss were "illegal" and that "the Georgia police or Bill Barr's DOJ may want to pay Ruby Freeman a visit."[98]

106.    Published on a website with nearly three million unique visitors per month, Defendants' stories did cause and continue to cause substantial reputational harm to Ms. Freeman and Ms. Moss.

107.    Defendants are directly responsible for the reputational harm that Ms. Freeman and Ms. Moss experienced. Though the initial claims by the Trump legal team were based only on short selections of security footage and did not name any individual Fulton County election workers, "[t]he Gateway Pundit was first to identify Ruby Freeman [and] her daughter Wandrea "Shaye" Moss . . . in the infamous suitcase ballot hoist [sic]," as the Defendants themselves boast.[99]

I.    **Impact of Defendants' Campaign Against Ms. Freeman and Ms. Moss**

108.    Defendants repeatedly published the full names of Ms. Freeman and Ms. Moss, in addition to numerous images of Ms. Freeman and Ms. Moss, the name of Ms. Freeman's business, and Ms. Freeman's social media account information. In so doing, Defendants were fully aware that their readers would target Ms. Freeman and Ms. Moss in response to their stories. Defendants even urged their readers not to "confuse [Ms. Freeman's business] with a similar business in Snellville!"[100]

---

[97] Ex. 8.

[98] Ex. 3.

[99] Ex. 17.

[100] Ex. 7.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

109.    As a direct result of Defendants' campaign of lies, Ms. Freeman and Ms. Moss began receiving—almost immediately—an onslaught of extremely violent and graphic threats and dangerous harassment.

Ms. Freeman

110.    As Defendants' false accusations began to spread across the internet, Ms. Freeman received at least 420 emails and seventy-five text messages, including one that read, "We know where you live, we coming to get you."

111.    Ms. Freeman sought intervention from the local police; a local officer answered more than twenty harassing calls on Ms. Freeman's cell phone. Despite these efforts, Ms. Freeman was ultimately forced to change her phone number and email address.

112.    On multiple occasions, strangers camped out at Ms. Freeman's home and/or knocked on her door. When Ms. Freeman was not home or would not answer the door, these strangers would sometimes also harass her neighbors. Strangers were coming to her home so frequently that the local police agreed to add her address to their patrols of the area.

113.    During this time, numerous pizza deliveries showed up at her home that she and her family had never ordered. This is an often-chronicled result of being "doxxed"—the term for when strangers post and share a target's personal information as a means to organize a coordinated harassment campaign.

114.    Christmas cards were mailed to Ms. Freeman's address with messages like, "Ruby please report to the FBI and tell them you committed voter fraud. If not you will be sorry," and "You deserve to go to jail, you worthless piece of shit whore."

115.    The level of harassment Ms. Freeman received at her home led the FBI to conclude that she would not be safe in her home on beginning on January 6, 2021, the date of

46

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

former President Trump's infamous rally and the subsequent insurrection at the U.S. Capitol, and continuing at least through Inauguration Day, January 20, 2021.

116.    On January 6, 2021, a crowd surrounded Ms. Freeman's house, some on foot, some in vehicles, others equipped with a bullhorn. Fortunately, Ms. Freeman had followed the FBI's advice and had temporarily relocated from her home. She was not able to return for two months.

117.    Since returning home, Ms. Freeman has had to purchase eleven cameras and three motion sensors in an effort to safeguard her own home.

118.    Ms. Freeman was also forced to deactivate the social media pages for herself and her business, Lady Ruby's Unique Treasures, a pop-up clothing boutique. Though she has long been a local entrepreneur, she was forced to shutter her business when she was unable to attend public events or conduct online marketing through social media.

119.    The reputational impacts of Defendants' lies continue to be felt across Ms. Freeman's social and professional networks. After being publicly accused of crimes, she has lost friendships.

120.    When people recognize her in public and call out her name, Ms. Freeman is fearful. Her experiences over the months since *The Gateway Pundit*'s defamation campaign began have taught Ms. Freeman to be distrustful of strangers and concerned for her safety.

121.    To this day, Ms. Freeman continues to receive threatening communications referencing Defendants' defamation. On November 13, 2021, she received an email accusing her of treason, insinuating she would soon be serving jail time, and including a link to an article about election fraud in Georgia from *The Gateway Pundit.*

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

<u>Ms. Moss</u>

122.    The day after *The Gateway Pundit*'s campaign of falsehoods began, Ms. Moss's

then fourteen-year-old son informed her that numerous calls were coming into Ms. Moss's old

phone, which he was using at the time. When he answered the calls, he was bombarded with

racial slurs and threats of violence. One caller stated that her son "should hang alongside [his]

nigger momma."

123.    These harassing calls continued for months and were so numerous and disturbing

that her son eventually got into the habit of turning the cell phone off. However, the Wi-Fi

hotspot feature on the phone was his only method of accessing the internet for school and all of

his classes were virtual because of the ongoing coronavirus pandemic. After months of this

abuse, Ms. Moss learned her son had failed multiple classes, and as a result, Ms. Moss had to pay

for several summer school courses.

124.    Defendants' defamation also caused Ms. Moss to suffer an onslaught of online

harassment. She received dozens of messages through Facebook, LinkedIn, and Pinterest, many

of which threatened violence. These messages did not merely suggest Ms. Moss lose her job but

insisted that she deserved to die and would be killed in retribution for her "treason." She has

since deleted her Pinterest and LinkedIn accounts.

125.    Because Ms. Moss had previously lived with her grandmother, it was her

grandmother's address that harassers found and exploited. As they did with Ms. Freeman, these

harassers repeatedly sent unwanted pizzas to Ms. Moss's grandmother's house.

126.    On at least two occasions, strangers showed up at her grandmother's home and

attempted to push into the house in order to make a "citizens' arrest." On these occasions,

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Ms. Moss's grandmother, who is in her mid-seventies, called her in a panic, confused and scared for her safety.

127.     The impacts of Defendants' lies also followed Ms. Moss at work. The general email addresses used by the public to contact the Fulton County elections offices would forward incoming emails to Ms. Moss and many of her colleagues. As a result, Ms. Moss and her colleagues received, directly in their work inboxes, harassing emails sent to those public email addresses.

128.     Inspired by the demonstrably false conspiracy theory pushed by Defendants, people have also protested about Ms. Moss outside of her Fulton County workplace, demanding she be fired from her job.

129.     This whirlwind of negative attention around Ms. Moss has left her feeling fearful and ashamed in an office where she has worked since 2012. Before the 2020 general election, she generally enjoyed the parts of her job that allowed her to work with and assist the public. Now, even when she is assisting constituents over the phone, she begins to sweat and feel anxious if they ask her name. She is afraid that when people hear her name, they will think she is a fraud and a cheater.

130.     Like her mother, Ms. Moss is now fearful whenever people recognize her in public. As a result, Ms. Moss has largely retreated from social and public life. She has gone as far as to avoid the grocery store, opting to have groceries delivered in order to avoid it. She feels trapped by the unshakable fear that there are unknown people after her who want her dead.

131.     Over the last year, Ms. Moss has suffered from disrupted sleep and has gained fifty pounds as a result of the stress caused by Defendants' campaign of lies. The onslaught of threats that Plaintiffs have experienced and the necessary measures they have been forced to take

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

to protect themselves are the direct result of Defendants' defamatory conduct. Plaintiffs have and will continue to experience serious and severe emotional distress as a result. The harm Defendants have caused to Plaintiffs' reputations, privacy, safety, and earnings and other pecuniary loss is immense.

**J.      Plaintiffs' Cease and Desist Letter and Defendants' Failure to Retract**

132.    In an effort to attempt to mitigate the harm caused by the publication of the false statements in Defendants' stories, Ms. Freeman and Ms. Moss engaged legal counsel, Dowd Bennett, LLC, and DuBose Miller, LLC to seek retraction from Defendants.

133.    On November 22, 2021, counsel sent Defendants a letter demanding that they retract and take down the numerous defamatory statements they have published and continue to publish about Ms. Freeman and Ms. Moss.

134.    As of the date of this filing, Defendants have not responded to that letter.

## FIRST CLAIM
### (Defamation of Ms. Freeman)

135.    Plaintiffs incorporate and re-allege all paragraphs preceding and following as if fully set forth herein.

136.    Beginning on December 3, 2020, Defendants published a series of false and defamatory statements of fact about Ms. Freeman, including by and through *The Gateway Pundit*'s own agents making the statements themselves; and by republishing the statements on *The Gateway Pundit*'s website and social media accounts, and the social media accounts of its agents, as detailed extensively above. Those statements include, but are not limited to, the following nonexhaustive list:

   a)   In their December 3, 2020, article published at 1:11 p.m., Defendants made the following false statements:

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

> Poll watchers were kicked out of the State Farm Arena tabulation center on election night after a burst pipe caused flooding.
>
> …
>
> We now know that a pipe never burst. It was all a lie in order to kick out poll watchers while a few crooks stayed behind to count illegal ballots for Joe Biden.

b) In their December 3, 2020, article published at 1:11 p.m., Defendants made the following false statement, which they republished verbatim seven (7) times on December 3, 2020 at 8:49 p.m.; December 4, 2020 at 7:35 a.m., 8:53 a.m., and 1:51 p.m.; December 7, 2020 at 7:15 a.m.; and December 8, 2020 at 7:20 a.m. and 1:11 p.m.[101]:

> A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated!

c) In their December 3, 2020, article published at 8:49 p.m., Defendants made the following false statement, which they republished verbatim six (6) times on December 4, 2020 at 7:35 a.m., 8:53 a.m., and 1:51 p.m.; December 7, 2020 at 7:15 a.m.; and December 8, 2020 at 7:20 a.m. and 1:11 p.m.:

> Cristina Laila reported on the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats pulled out suitcases full of ballots and began counting those ballots without election monitors in the room.

d) In their December 3, 2020, article published at 8:49 p.m., Defendants made the following false statement, which they republished verbatim five (5) times on December 4, 2020 at 7:35 a.m., 8:53 a.m., and 1:51 p.m.; December 7, 2020 at 7:15 a.m.; and December 8, 2020 at 7:20 a.m.:

> We identified one of the operatives [last/Thursday] night who was caught on video counting illegal ballots from a suitcase stashed under a table!

e) In their December 3, 2020, article published at 8:49 p.m., Defendants made the following false statement, which they republished verbatim four (4) times on December 4, 2020 at 7:35 a.m., 8:53 a.m., and 1:51 p.m.; and December 8, 2020 at 7:20 a.m.:

> As you can see from the video one woman in a purple top was filmed helping pull out the ballots and then sitting down to count the ballots.

---

[101] The December 8, 2020 1:11 p.m. article added the additional defamatory statement: "A few liberal election 'workers' stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated after the GOP inspectors and media left the room!"

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

f)  In their December 3, 2020, article published at 8:49 p.m., Defendants made the following false statements, which they republished four (4) times on December 4, 2020 at 7:35 a.m., 8:53 a.m.,[102] and 1:51 p.m.[103]; and December 8, 2020 at 7:20 a.m.:

> One woman in the video is wearing a purple top.
>
> She later appeared in the suitcase video!
>
> The woman in the purple made a mistake and left her purse on her desk advertising her business.
>
> Her name is Ruby Freeman.
>
> And she made the mistake of advertising her purse on her desk the same night she was involved in voter fraud on a MASSIVE SCALE.
>
> Her T-shirt says "Lady Ruby" and her purse says, "LaRuby" which is her company.
>
> This was not a very smart move.
>
> Her company is called "LaRuby's Unique Treasures."
>
> It's on her LinkedIn page!
>
> Ruby's purse was a hit and several fans wrote her on her LinkedIn page after they saw her and her purse on TV.
>
> They then commented on her LinkedIn page.[104]

g)  Defendants end their December 3, 2020, article published at 8:49 p.m. with the following false statements:

> Maybe the Georgia police or Bill Barr's DOJ may want to pay Ruby Freeman a visit.
>
> …
>
> CROOK GETS CAUGHT

---

[102] The December 4, 2020, 8:53 a.m. article's republication deletes the following sentences: "The woman in the purple made a mistake and left her purse on her desk advertising her business," and "It's on her LinkedIn page!"

[103] The December 4, 2020, 1:51 p.m. article's republication deletes the following sentences: "Her T-shirt says 'Lady Ruby' and her purse says, 'LaRuby' which is her company. This was not a very smart move. Her company is called 'LaRuby's Unique Treasures.' It's on her LinkedIn page!"

[104] The original publication of this article added that "Ruby Freeman still has an active Facebook page (as of 11 PM on Thursday night)," while republications noted that Freeman's Facebook account was no longer active.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

h)   In their December 4, 2020, article published at 8:53 a.m., Defendants made the following false statements, which they republished verbatim on June 19, 2021 at 8:31 p.m.:

> Now there is video of Ruby Freeman filming herself entering the building to count Georgia ballots.
>
> Ruby walks by several boxes of ballots just sitting around in the room.
>
> The elections workers were each given their own secret cube.
>
> Then Ruby goes to her desk and pulls out a tray of ballots on her desk.
>
> There is NO supervisor or GOP observer anywhere in sight.
>
> And then Ruby leaves the ballots on her desk as she goes to take a break.
>
> This is suspicious activity. The State Farm Center was full of unsecured ballots and illegal conduct.

i)   In their December 4, 2020, article published at 1:51 p.m., Defendants made the following false statements:

> And now there is video of Ruby secretly passing something to her daughter during the ballot counting.
>
> It is not clear what was passed. Some readers say it was a USB stick but it is not clear what they passed to each other.
>
> It sure looks like they were trying to hide this transaction.

j)   In their December 4, 2020, article published at 5:45 p.m., Defendants made the following false statements:

> The mother – daughter team of ballot counters in Atlanta really overdid their fraud. We saw last night how they stuck around and counted ballots after kicking Republicans out of the State Farm Center on a fake water main break hoax.
>
> We also saw the mother and daughter pass an object the size of a thumb drive between each other in a suspicious manner[.]
>
> Now we have evidence mother Ruby sent the same stack of votes through a tabulator in the State Farm Center three times. This is illegal.
>
> The corrupt Republican politicians in Georgia are giving the election to Joe Biden. Besides them, nobody did more to steal the election for Joe Biden than this mother – daughter combo. The good people in Georgia need to stand up.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

k)  In their December 6, 2020, article published at 9:23 p.m., Defendants made the following false statements, which they republished on December 7, 2020 at 8:29 a.m.:

> Next it was uncovered that a mother and daughter team, Ruby Freeman and her daughter "Shaye" Moss as well as a couple others, stuck around after sending everyone home and started running ballots through tabulators. Ballots were pulled out from under a table that were previously covered up and processed with no Republican observers.
>
> The mother – daughter team have become infamous in the annals of voter corruption[.]

l)  In their December 7, 2020, article published at 8:29 a.m., Defendants made the following false statements, which they republished on December 8, 2020 at 8:59 a.m.[105]:

> Ralph Jones, Sr. was identified as the third suspect in the Fulton County Georgia suitcase scandal.
>
> ** Ralph led a team of operatives in carrying out a massive voter fraud scandal on election night at the State Farm Center in Atlanta, Georgia.
>
> ** Ralph and his team plotted to remove ALL elections observers (Republicans) from the counting room so they could roll out their suitcases full of Joe Biden ballots and run them through the machine.
>
> ...
>
> They sent everyone home!
>
> ...
>
> ** The elections officials used the "water main break" to say there was a delay in counting and they used that to send people home — except for the suitcase gang.
>
> ** Then Ralph Jones, Sr., Ruby Freeman and her daughter Shaye Ross went to work rolling out the hidden suitcases of ballots stashed under the table and hidden from view.
>
> ** It was their actions that gave Joe Biden the spike in unexplained votes in Georgia on Wednesday morning.
>
> ** It appears this was a conspiracy to lie to the public including local news, to remove observers from the center and then to commit their hidden suitcase ballot fraud.

---

[105] The December 8, 2020 at 8:59 a.m. article shortens the final sentence to read, "It appears this was a conspiracy to remove observers from the center and then to commit their hidden suitcase ballot fraud."

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

m) Defendants end their December 7, 2020, article published at 8:29 a.m. with the following false statements:

> We know [the alleged pipe burst at State Farm Arena] was a lie because there was NEVER a work order filed and the water department never received a call.
>
> It never happened!
>
> But it gave Ralph and Ruby and Shaye cover to complete their scam on Georgia and America!

n) In their December 8, 2020, article published at 7:20 a.m., Defendants made the following false statements:

> Shaye told everyone to go home.
>
> Then Shaye, her mother and a couple others including Ralph Jones, Sr. were filmed taking "suitcases" of ballots hidden under a table out to be tabulated. This was right before Joe Biden got his surprise spike in ballots.
>
> And now the liberal media and their fake "fact-checkers" are lying about the incredible incident caught on video!

o) In their December 23, 2020, article published at 8:40 a.m., Defendants made the following false statements:

> The Gateway Pundit was first to identify Ruby Freeman, her daughter Wandrea "Shaye" Moss, and their boss Ralph Jones, Sr. in the infamous suitcase ballot hoist [sic].
>
> We later reported on Ruby Freeman running the same batch of ballots through the counting machines at least three times after these Democrat operatives cleared the room of observers!
>
> ...
>
> Shaye Moss is the same person who called out for observers to go home late on election night before the ballot hoist [sic].
>
> Ralph Jones, Sr. is ON AUDIO telling reporters he was going to shut down the State Farm Center early and send observers home. This was BEFORE the suitcase ballot hoist [sic]!
>
> It was a carefully planned event!
>
> They had NO IDEA they would get caught!
>
> At this time there is no evidence that FBI or the Georgia Bureau of Investigations have interviewed or arrested Ruby Freeman, Shaye Ross, or Ralph Jones, Sr.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

They were able to flip Georgia for Beijing Biden by their actions.

Why is the FBI or DOJ not involved?

This tells you everything you need to know about your federal government.

p) In their January 3, 2021, article published at 6:20 p.m., Defendants made the following false statements:

President Trump: We have at least 18,000, that's on tape. We had them counted very painstakingly. 18,000 voters having to with BEEP [in red] (Ruby Freeman). She's a vote scammer, a professional vote scammer and hustler. BEEP [in red] (Ruby Freeman) that is the tape that is shown all over the world. It makes everybody look bad, you, me and everybody else. Number one, they said very clearly, and it's been reported that they said that there's a water main break. Everybody fled the area. And then they came back. BEEP [in red] (Ruby Freeman) and her daughter and a few people.

q) In their June 19, 2021, article published at 8:31 p.m., Defendants made the following false statements:

This follows news first reported by The Gateway Pundit that election operative Ruby Freeman was also caught tripe [sic] counting stacks of votes late at night at the counting center after GOP observers were sent home.

It was a carefully planned event!

They had NO IDEA they would get caught!

On December 4th TGP reported with video on anti-Trump ballot counter Ruby Freeman working in a private cube with trays of ballots, walking past open boxes of ballots, working alone with NO ELECTION OBSERVERS IN SIGHT!

This is the DEFINITION OF CHEATING!

…

The Democrat operatives were running a voter fraud factory inside the State Farm Center on Election Day and into Election Week!

r) In their August 14, 2021, article published at 9:15 a.m., Defendants made the following false statements:

We first discovered Ruby Freeman and her daughter Shaye Moss in December when The Gateway Pundit first reported that these two election

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

workers took ballots out from under a table on Election night and jammed thousands of ballots into the tabulators numerous times.

This was after all of the election observers were sent home for the night. This was also after Trump had accumulated what experts said was an insurmountable lead in the state.

We revealed first that the ballots taken out from under tables on Election night were pushed into tabulators up to three times each.

…

This is not good for Ruby and her daughter.

It's also pathetic that these two are not in jail already. Their crimes were videotaped!

137.     The defamatory meanings of Defendants' false statements are apparent from the face of the publications, refer to Ms. Freeman by name, are accompanied by images of Ms. Freeman, and/or are understood to be about her.

138.     The statements authored and published by Defendants about Ms. Freeman are reasonably understood to state or imply that she:

a) Planned and carried out with others a plot to "steal the election" and "flip Georgia" for Joe Biden;

b) Helped to fake a water main break that was used as a cover to bring suitcases stuffed with fraudulent ballots into the vote tabulation center;

c) Engaged in a criminal conspiracy to exclude observers during the counting of ballots so that election fraud could be committed;

d) Criminally introduced illegal ballots taken from the hidden suitcases into the ballot counting process when no observers were present;

e) Fraudulently triple-counted ballots by running them through a tabulator three times; and

f) Committed election fraud and other crimes for which she is subject to arrest and imprisonment.

139.     Each of these statements and implications is false and defamatory.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

140.     Each of these statements was read by millions of visitors to *The Gateway Pundit* website, as well as social media users who read social media posts shared by Defendants.

141.     Each of these false statements was published with actual malice, *i.e.*, with knowledge of its falsity or with reckless disregard as to its truth.

142.     Defendants failed to contact and question obvious available sources for corroboration; disregarded reliable sources refuting their claims; had no credible basis for the false allegations made; and published their allegations in a manner to create false inferences.

143.     Defendants had both political and financial motives for promulgating lies about Plaintiffs.

144.     Defendants did not neutrally report the allegations about Ms. Freeman that were advanced by Trump lawyers and promptly disproven by Georgia election officials. Rather, they endorsed and adopted the allegations as their own, publishing and republishing them for months with full knowledge of their falsity or reckless disregard for their truth.

145.     Defendants had no applicable privilege or legal authorization to make these false and defamatory statements, or if they did, they abused it.

146.     Defendants repeated and embellished the false accusations without ever attempting to verify them and invented and published defamatory lies about Ms. Freeman without once seeking comment from her.

147.     Defendants' defamatory statements were inherently improbable to begin with and have only become more improbable over time.

148.     Defendants have never retracted their defamatory statements and those statements remain published on *The Gateway Pundit* to this day. Even after Plaintiffs specifically requested

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

that Defendants retract their defamatory statements, Defendants took no action, further evidencing their actual malice.

149.    Defendants' statements and implications about Ms. Freeman constitute defamation *per se* in that they damaged her in her trade, office, or profession and claimed that she participated in criminal activity punishable by law and labeled her a "crook."

150.    Defendants acted with willful misconduct, malice, fraud, wantonness, oppression, and/or entire want of care which would raise the presumption of conscious indifference to consequences, and they specifically intended to cause Ms. Freeman harm.

151.    Defendants' statements damaged Ms. Freeman's reputation in the general public, in her profession, in her neighborhood, and with friends, relatives, and neighbors.

152.    As a direct and proximate result of Defendants' conduct, Ms. Freeman has suffered significant general, actual, consequential, and special damages including, without limitation, impairment of reputation and standing in the community, personal humiliation, mental anguish and suffering, emotional distress, stress, anxiety, lost earnings, and other pecuniary loss. Among other things, Ms. Freeman lost income when she was forced to shutter her online business.

## SECOND CLAIM
### (Defamation of Ms. Moss)

153.    Plaintiffs incorporate and re-allege all paragraphs preceding and following as if fully set forth herein.

154.    Beginning on December 3, 2020, Defendants published a series of false and defamatory statements of fact about Ms. Moss, including by and through *The Gateway Pundit*'s own agents making the statements themselves; and by republishing the statements on *The Gateway Pundit*'s website and social media accounts, and the social media accounts of its agents,

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

as detailed extensively above. Those statements include, but are not limited to, the following

nonexhaustive list:

a)  In their December 3, 2020, article published at 1:11 p.m., Defendants made the following false statements:

> Poll watchers were kicked out of the State Farm Arena tabulation center on election night after a burst pipe caused flooding.
>
> …
>
> We now know that a pipe never burst. It was all a lie in order to kick out poll watchers while a few crooks stayed behind to count illegal ballots for Joe Biden.

b)  In a December 3, 2020, article published at 1:11 p.m., Defendants made the following false statement, which they republished verbatim seven (7) times on December 3, 2020 at 8:49 p.m.; December 4, 2020 at 7:35 a.m., 8:53 a.m., 1;51 p.m.; December 7, 2020 at 7:15 a.m.; and December 8, 2020 at 7:20 a.m. and 1:11 p.m.:

> A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated!

c)  In their December 3, 2020, article published at 8:49 p.m., Defendants made the following false statement, which they republished verbatim six (6) times on December 4, 2020 at 7:35 a.m., 8:53 a.m., and 1:51 p.m.; December 7, 2020 at 7:15 a.m.; and December 8, 2020 at 7:20 a.m. and 1:11 p.m.:

> Cristina Laila reported on the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats pulled out suitcases full of ballots and began counting those ballots without election monitors in the room.

d)  In their December 3, 2020, article published at 8:49 p.m., Defendants made the following false statement, which they republished verbatim on December 4, 2020 at 7:35 a.m.:

> Local 11 News covered the story from the State Farm Arena that a pipe had burst. (This later was proven to be complete fraud and an excuse to kick out the GOP election observers!)

e)  In their December 4, 2020, article published at 7:35 a.m., Defendants made the following false statement, which they republished verbatim on December 8, 2020 at 7:20 a.m.:

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

"Shaye" [was] the woman in blonde [pigtails/braids] [who was filmed] removing suitcases of ballots from under a table after GOP observers were evacuated from the room and told to go home.

f)  In their December 4, 2020, article published at 1:51 p.m., Defendants made the following false statements:

And now there is video of Ruby secretly passing something to her daughter during the ballot counting.

It is not clear what was passed. Some readers say it was a USB stick but it is not clear what they passed to each other.

It sure looks like they were trying to hide this transaction.

g)  In their December 4, 2020, article published at 5:45 p.m., Defendants made the following false statements:

The mother – daughter team of ballot counters in Atlanta really overdid their fraud. We saw last night how they stuck around and counted ballots after kicking Republicans out of the State Farm Center on a fake water main break hoax.

We also saw the mother and daughter pass an object the size of a thumb drive between each other in a suspicious manner[.]

Now we have evidence mother Ruby sent the same stack of votes through a tabulator in the State Farm Center three times. This is illegal.

The corrupt Republican politicians in Georgia are giving the election to Joe Biden. Besides them, nobody did more to steal the election for Joe Biden than this mother – daughter combo. The good people in Georgia need to stand up.

h)  In their December 7, 2020, article published at 7:15 a.m., Defendants made the following false statements:

And [Ruby's] daughter Wandrea "Shaye" Moss was later identified as her supervisor who was helping cart out the hidden ballots in the suitcases to be counted after all of the GOP observers and media was sent home for a "water main" break.

It was all a fraud.

i)  In their December 7, 2020, article published at 8:29 a.m., Defendants made the following false statements, which they republished on December 8, 2020 at 8:59 a.m.:

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Ralph Jones, Sr. was identified as the third suspect in the Fulton County Georgia suitcase scandal.

\*\* Ralph led a team of operatives in carrying out a massive voter fraud scandal on election night at the State Farm Center in Atlanta, Georgia.

\*\* Ralph and his team plotted to remove ALL elections observers (Republicans) from the counting room so they could roll out their suitcases full of Joe Biden ballots and run them through the machine.

...

They sent everyone home!

...

\*\* The elections officials used the "water main break" to say there was a delay in counting and they used that to send people home — except for the suitcase gang.

\*\* Then Ralph Jones, Sr., Ruby Freeman and her daughter Shaye Ross went to work rolling out the hidden suitcases of ballots stashed under the table and hidden from view.

\*\* It was their actions that gave Joe Biden the spike in unexplained votes in Georgia on Wednesday morning.

\*\* It appears this was a conspiracy to lie to the public including local news, to remove observers from the center and then to commit their hidden suitcase ballot fraud.

j)  Defendants end their December 7, 2020, article published at 8:29 a.m. with the following false statements:

We know [the alleged pipe burst at State Farm Arena] was a lie because there was NEVER a work order filed and the water department never received a call.

It never happened!

But it gave Ralph and Ruby and Shaye cover to complete their scam on Georgia and America!

k)  In their December 8, 2020, article published at 7:20 a.m., Defendants made the following false statements:

Shaye told everyone to go home.

Then Shaye, her mother and a couple others including Ralph Jones, Sr. were filmed taking "suitcases" of ballots hidden under a table out to be tabulated. This was right before Joe Biden got his surprise spike in ballots.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

And now the liberal media and their fake "fact-checkers" are lying about the incredible incident caught on video!

l) In their December 23, 2020, article published at 8:40 a.m., Defendants made the following false statements:

The Gateway Pundit was first to identify Ruby Freeman, her daughter Wandrea "Shaye" Moss, and their boss Ralph Jones, Sr. in the infamous suitcase ballot hoist [sic].

We later reported on Ruby Freeman running the same batch of ballots through the counting machines at least three times after these Democrat operatives cleared the room of observers!

...

Shaye Moss is the same person who called out for observers to go home late on election night before the ballot hoist.

Ralph Jones, Sr. is ON AUDIO telling reporters he was going to shut down the State Farm Center early and send observers home. This was BEFORE the suitcase ballot hoist[sic]!

It was a carefully planned event!

They had NO IDEA they would get caught!

At this time there is no evidence that FBI or the Georgia Bureau of Investigations have interviewed or arrested Ruby Freeman, Shaye Ross, or Ralph Jones, Sr.

They were able to flip Georgia for Beijing Biden by their actions.

Why is the FBI or DOJ not involved?

This tells you everything you need to know about your federal government.

m) In their January 3, 2021, article published at 6:20 p.m., Defendants made the following false statements:

President Trump: We have at least 18,000, that's on tape. We had them counted very painstakingly. 18,000 voters having to with BEEP [in red] (Ruby Freeman). She's a vote scammer, a professional vote scammer and hustler. BEEP [in red] (Ruby Freeman) that is the tape that is shown all over the world. It makes everybody look bad, you, me and everybody else. Number one, they said very clearly, and it's been reported that they said that there's a water main break. Everybody fled the area. And then they came back. BEEP [in red] (Ruby Freeman) and her daughter and a few people.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

n)  In their June 19, 2021, article published at 8:31 p.m., Defendants made the
following false statement:

> The Democrat operatives were running a voter fraud factory inside the
> State Farm Center on Election Day and into Election Week!

o)  In their August 14, 2021, article published at 9:15 a.m., Defendants made the
following false statements:

> We first discovered Ruby Freeman and her daughter Shaye Moss in
> December when The Gateway Pundit first reported that these two election
> workers took ballots out from under a table on Election night and jammed
> thousands of ballots into the tabulators numerous times.
>
> This was after all of the election observers were sent home for the night.
> This was also after Trump had accumulated what experts said was an
> insurmountable lead in the state.
>
> We revealed first that the ballots taken out from under tables on Election
> night were pushed into tabulators up to three times each.
>
> …
>
> This is not good for Ruby and her daughter.
>
> It's also pathetic that these two are not in jail already. Their crimes were
> videotaped!

155.    The defamatory meanings of Defendants' false statements are apparent from the

face of the publications, refer to Ms. Moss by name, are accompanied by images of Ms. Moss,

and/or are understood to be about her.

156.    The statements authored and published by Defendants about Ms. Moss are

reasonably understood to state or imply that she:

a)  Planned and carried out with others a plot to "steal the election" and "flip
Georgia" for Joe Biden;

b)  Helped to fake a water main break that was used as a cover to bring suitcases
stuffed with fraudulent ballots into the vote tabulation center;

c)  Engaged in a criminal conspiracy to exclude observers during the counting of
ballots so that election fraud could be committed;

d)  Criminally introduced illegal ballots taken from the hidden suitcases into the
ballot counting process when no observers were present;

64

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

e) Committed election fraud and other crimes for which she is subject to arrest and imprisonment.

157. Each of these statements and implications is false and defamatory.

158. Each of these statements were read by millions of visitors to *The Gateway Pundit* website, as well as social media users who read social media posts shared by Defendants.

159. Each of these false statements was published with actual malice, *i.e.* with knowledge of its falsity or with reckless disregard as to its truth.

160. Defendants failed to contact and question obvious available sources for corroboration; disregarded reliable sources refuting their claims; had no credible basis for the false allegations made; and published their allegations in a manner to create false inferences.

161. Defendants had both political and financial motives for promulgating lies about Plaintiffs.

162. Defendants did not neutrally report the allegations about Ms. Moss that were advanced by Trump lawyers and promptly disproven by Georgia election officials. Rather, they endorsed and adopted the allegations as their own, publishing and republishing them for months with full knowledge of their falsity or reckless disregard for their truth.

163. Defendants had no applicable privilege or legal authorization to make these false and defamatory statements, or if they did, they abused it.

164. Defendants repeated and embellished the false accusations without ever attempting to verify them, and they invented and published defamatory lies about Ms. Moss without once seeking comment from her.

165. Defendants' defamatory statements were inherently improbable to begin with and have only become more improbable over time.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

166.    Defendants have never retracted their defamatory statements and those statements remain published on *The Gateway Pundit* to this day. Even after Plaintiffs specifically requested that Defendants retract their defamatory statements, Defendants took no action, further evidencing their actual malice.

167.    Defendants' statements and implications about Ms. Moss constitute defamation *per se* in that they claim Ms. Moss participated in criminal activity punishable by law and labeled her a "crook."

168.    Defendants acted with willful misconduct, malice, fraud, wantonness, oppression, and/or entire want of care which would raise the presumption of conscious indifference to consequences, and they specifically intended to cause Ms. Moss harm.

169.    Defendants' statements damaged Ms. Moss's reputation in the general public, in her profession, in her neighborhood, and with friends, relatives, and neighbors.

170.    As a direct and proximate result of Defendants' conduct, Ms. Moss has suffered significant general, actual, consequential, and special damages including, without limitation, impairment of reputation and standing in the community, personal humiliation, mental anguish and suffering, emotional distress, stress, anxiety, lost earnings, and other pecuniary loss. Among other things, Ms. Moss has had to pay for summer school for her son when he turned off his phone and failed classes as a result of the harassment prompted by Defendants' defamation.

### THIRD CLAIM
#### (Intentional Infliction of Emotional Distress)

171.    Plaintiffs incorporate and re-allege all paragraphs preceding and following as if fully set forth herein.

172.    Defendants' months-long campaign of false and defamatory accusations directed specifically at Ms. Freeman and Ms. Moss was malicious, wanton, and intentional.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

173.    Defendants carried out their campaign with actual malice as they either knew that their accusations were false or published them with reckless disregard for their truth.

174.    Defendants wrongful conduct was extreme and outrageous, and it was calculated to cause harm to Ms. Freeman and Ms. Moss. Defendants accused plaintiffs of stealing an election through a pre-conceived plan that would make them "infamous in the annals of voter corruption." They exploited public fear and taunted the "good people of Georgia" to stand up to the corrupt "mother-daughter combo" who stole the election for Joe Biden. Defendants encouraged readers to retaliate and harass plaintiffs, publicizing that Ms. Freeman could be contacted through the LinkedIn page of her business and coyly warning not to confuse her business with another in Georgia with a similar name.

175.    Defendants' wrongful conduct is so outrageous in character and so extreme in degree that it is beyond all possible bounds of decency and is to be regarded as atrocious and utterly intolerable in a civilized community.

176.    Defendants acted with willful misconduct, malice, fraud, wantonness, oppression, and/or entire want of care which would raise the presumption of conscious indifference to consequences, and they specifically intended to cause Ms. Freeman and Ms. Moss harm.

177.    Defendants' wrongful conduct had its intended effect. All aspects of plaintiffs' lives have been altered as a result of Defendants' actions, including such simple things as where to live, how to go out in public, and when to see family and friends. This result was entirely foreseeable. Defendants' conduct is so outrageous in character and extreme in degree as to be beyond all bounds of decency. It should be regarded as atrocious and determined intolerable in a civilized community.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

178.    Defendants' wrongful conduct has inflicted severe emotional distress on plaintiffs. They have suffered mental reactions including fright and fear for their safety, horror and helplessness in the face of the intense hatred directed at them by defendants and by their readers, anger, anxiety, sleeplessness, shame and humiliation. The emotional distress defendants caused to be inflicted on Ms. Freeman and Ms. Moss was so severe that no reasonable person could be expected to endure it.

179.    Defendants' wrongful conduct caused physical manifestations of harm to plaintiffs including weight gain, disrupted sleep, and anxiety attacks, as well as mental anguish, requiring them to seek treatment for the mental anguish resulting directly from the severe emotional trauma inflicted by defendants.

180.    As a direct and proximate result of Defendants' conduct, plaintiffs have suffered significant general, actual, incidental, and special damages including, without limitation, emotional distress, overwhelming stress and anxiety, lost earnings, and other pecuniary loss.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against Defendants for each of the causes of action raised herein. Plaintiffs respectfully request a judgment in their favor and against Defendants for:

A.  Nominal damages;

B.  Compensatory damages, including general, actual, consequential, and special damages, in an amount to be determined at trial;

C.  Punitive damages;

D.  Reasonable and necessary attorneys' fees;

E.  Reasonable and necessary costs of the suit;

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

F.  Prejudgment and post-judgment interest at the highest lawful rates;

G.  Declarative relief stating that the statements authored and published by

    Defendants identified within this Petition, individually and collectively, were

    and are false;

H.  Injunctive relief enjoining Defendants to remove their false and defamatory

    statements about plaintiffs from any website and/or social media accounts

    under their control;

I.  Such other and further relief as this Court deems just and appropriate.

Dated:  December 2, 2021                    Respectfully submitted,

                                            *By: /s/ James F. Bennett*

                                            James F. Bennett, No. 46826
                                            John C. Danforth, No. 18438
                                            Matt D. Ampleman, No. 69938
                                            Dowd Bennett LLP
                                            7733 Forsyth Blvd, Suite 1900
                                            St. Louis, MO 63105
                                            Phone: (314) 889-7373
                                            Fax: (314) 863-2111
                                            jbennett@dowdbennett.com
                                            jdanforth@dowdbennett.com
                                            mampleman@dowdbennett.com

                                            Von A. DuBose*
                                            75 14th Street, NE
                                            Suite 2110
                                            Atlanta, Georgia 30309
                                            Telephone: (404) 720-8111
                                            dubose@dubosemiller.com

                                            Kurt G. Kastorf*
                                            Kastorf Law LLC
                                            1387 Iverson Street NE
                                            Suite #100
                                            Atlanta, GA 30307
                                            (404) 900-0330
                                            kurt@kastorflaw.com

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Brittany Williams*
UNITED TO PROTECT DEMOCRACY, INC.
15 Main St., Suite 312
Watertown, MA 02472
(202) 579-4582
brittany.williams@protectdemocracy.org

John Langford*
Rachel Goodman*
UNITED TO PROTECT DEMOCRACY, INC.
82 Nassau Street, #601
New York, NY 10038
(202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

David A. Schulz*
Michael Linhorst*
Stephanie Rice (law student intern)
Chelsea Thomeer (law student intern)
MEDIA FREEDOM & INFORMATION
        ACCESS CLINIC
FLOYD ABRAMS INSTITUTE FOR
        FREEDOM OF EXPRESSION
YALE LAW SCHOOL
127 Wall Street
P.O. Box 208215
New Haven, CT 06520
(203) 436-5827
david.schulz@yale.edu
michael.linhorst@yale.edu

*Pro hac vice forthcoming

Attorneys for Plaintiffs

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 1

Case: 4:21-cv-01424-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 73 of 320 PageID #: 90

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

### HUGE! Video Footage From Georgia Shows Suitcases Filled with Ballots Pulled From Under Table AFTER Supervisor Told GOP Poll Workers to Leave Tabulation Center

By Cristina Laila
Published December 3, 2020 at 1:11pm
1 Comment





The Georgia Senate Oversight Committee held a hearing on Thursday on the massive election fraud in the state.

President Trump was ahead of Joe Biden by more than 110,000 votes in Georgia on election night when all of a sudden Fulton County stopped counting ballots after a pipe burst.

Poll watchers were kicked out of the State Farm Arena tabulation center on election night after a burst pipe caused flooding.

WATCH:



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

> *Video footage from Georgia shows that poll workers were told to stop counting and leave, while 4 people stayed behind to continue counting ballots in private* ***pic.twitter.com/bEYdFMAvsa***
>
> – Team Trump (@TeamTrump) ***December 3, 2020***

We now know that a pipe never burst. It was all a lie in order to kick out poll watchers while a few crooks stayed behind to count illegal ballots for Joe Biden.

Trump's legal team showed a video from the State Farm Arena tabulation center when poll workers were told to leave at 10:25 PM.

A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated!

WATCH:

> *WATCH: Video footage from Georgia shows suitcases filled with ballots pulled from under a table AFTER supervisors told poll workers to leave room and 4 people stayed behind to keep counting votes* ***pic.twitter.com/AcbTI1pxn4***
>
> – Team Trump (@TeamTrump) ***December 3, 2020***

Close up photo of the suitcases being wheeled out from under tables:



**Submit a Correction**

Hello Commenters!

The Gateway Pundit is always committed to ensuring your voice can and

11/17/21, 1:27 PM    Video Footage From Georgia Shows Suitcases Filled with Ballots Pulled From Under Table After Supervisor Told GOP Poll Worker…

Case: 4:21-cv-01424-HEA   Doc. #: 1-2   Filed: 12/05/21   Page: 75 of 320 PageID #: 92

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

will be heard. To reinforce that commitment, we are switching our commenting platform to Insticator. Don't worry! All you have to do is create a commenting account with Insticator, and then you will be able to link past comments into your new Insticator account. For more information, we've written an article that you can read HERE. If you have any feedback or questions about your Insticator commenting account, please email them at: commenting-help@insticator.com.

f Share    Twitter    Gab

**Cristina Laila**

More Info | Recent Posts | Contact

Cristina began writing for The Gateway Pundit in 2016 and she is currently the Associate Editor.







**Be the first to react to this post!**


Love!


LOL


Whoa

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

## Popular in the community

**Dr. Fauci: 'There is a Misplaced Perception About People's Individual Right to Make a Decision that Supersedes the Societal Safety' (VIDEO)**



4670 Comments

**Kenosha Prosecutor Thomas Binger Raises Rittenhouse's Firearm, Points it at People in Courtroom with Finger on Trigger (VIDEO)**



2862 Comments

**BREAKING NEWS: Pfizer Hid from Public the Number of Deaths in COVID Clinical Trials -- Actual Number Was 21 Which Was 6 More than...**



1829 Comments

**Rittenhouse Prosecutor Thomas Binger's Closing Argument: "You Lose the Right to Self-Defense When You're the One Who Brought the Gun"...**



**Active on Page: 1**

## 1 Comment

Leave a comment

Comments                                        Log In

**061966ninel** .  —
Jun 20

Only bla-bla-bla...If the election fraud is well documented I do not understand why we have the same status quo ?! Yes I am convinced that the Democrats stealed this last election, yeah! But we are in the same disapointing situation. Proof with out any serious legal action....

Reply



11/17/21, 1:27 PM    Video Footage From Georgia Shows Suitcases Filled with Ballots Pulled From Under Table After GOP Poll Worker…

Case: 4:21-cv-01424-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 77 of 320 PageID #: 94



**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

Twitter

YouTube

Terms

Contact

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 2

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# WHERE'S BILL BARR? – We Got Your Voter Fraud AG Barr – It's On Video and They Attempted to Steal Georgia with It! – HOW ABOUT A FEW ARRESTS?

By Jim Hoft
Published December 3, 2020 at 2:29pm
Comments



**AWOL US Attorney General Bill Barr told the Associated Press on Tuesday that the he had not seen evidence of widespread voter fraud that would change the outcome of the 2020 election.**

Barr claimed that the FBI has followed up on specific complaints of voter fraud yet they have uncovered no evidence that would change the outcome.

**The Trump campaign responded to the AWOL AG on his ridiculous statement.**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



### Trump Legal Team Slams Bill Barr Comments on Voter Fraud, 'There Hasn't Been Any Semblance of a DOJ Investigation'

AWOL US Attorney General Bill Barr told the Associated Press on Tuesday that the DOJ has not uncovered evidence of widespread fraud that would change the outcome of the 2020 election. Barr claimed that the FBI has followed up on specific complaints of voter fraud yet they have uncovered no evidence that would change the ...

Continue reading

 The Gateway Pundit

**So we got your fraud, Bill Barr.**



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



As **reported earlier by Cristina Laila** Georgia Senate Oversight Committee held a hearing on Thursday on the massive election fraud in the state.

President Trump was ahead of Joe Biden by more than 110,000 votes in Georgia on election night when all of a sudden Fulton County stopped counting ballots after a pipe burst.

Poll watchers were kicked out of the State Farm Arena tabulation center on election night after a burst pipe caused flooding.

We now know that a pipe never burst. It was all a lie in order to kick out poll watchers while a few crooks stayed behind to count illegal ballots for Joe Biden.

**Trump's legal team showed a video from the State Farm Arena tabulation center when poll workers were told to leave at 10:25 PM.**

Case: 4:21-cv-01424-HEA   Doc. #: 1-2   Filed: 12/05/21   Page: 82 of 320 PageID #: 89

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated!**



**They were caught cheating!**

WATCH:

> *WATCH: Video footage from Georgia shows suitcases filled with ballots pulled from under a table AFTER supervisors told poll workers to leave room and 4 people stayed behind to keep counting votes* **pic.twitter.com/AcbTl1pxn4**
>
> – *Team Trump (@TeamTrump)* **December 3, 2020**

**So we got your fraud, Bill Barr!**
**How about a few arrests!**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



# Prove to us the DOJ is NOT a branch of the DNC!

## Submit a Correction



**Jim Hoft**

| More Info | Recent Posts | Contact |
|---|---|---|

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.









Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

11/28/21, 12:22 AM    THEY GOT HIM!... Where Was Your Voter-Fraud War, Bill Barr? Video and Page Attempted to Steal George Summit –NOW ABOU...

Case: 4:21-cv-01424-HEA    Doc. #: 1-2    Filed: 12/05/21    Page: 85 of 320    PageID #: 92

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

**Home**

**About**

**Advertise**

**Privacy**

**Facebook**

**Twitter**

**YouTube**

**Terms**

**Contact**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 3

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# What's Up, Ruby?... BREAKING: Crooked Operative Filmed Pulling Out Suitcases of Ballots in Georgia IS IDENTIFIED

**By Jim Hoft**
**Published December 3, 2020 at 8:49pm**
**Comments**





Earlier today Cristina Laila **reported on** the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats pulled out suitcases full of ballots and began counting those ballots without election monitors in the room.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**Trump's legal team showed a video from the State Farm Arena tabulation center when poll workers were told to leave at 10:25 PM.**

**A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated!**

***This was the most explosive video of the entire campaign season!***

> *WATCH: Video footage from Georgia shows suitcases filled with ballots pulled from under a table AFTER supervisors told poll workers to leave room and 4 people stayed behind to keep counting votes* ***pic.twitter.com/AcbTl1pxn4***
>
> *– Team Trump (@TeamTrump)* **December 3, 2020**

**We now have identified one of those people involved who were caught on video counting illegal ballots from a suitcase stashed under a table!**

**As you can see from the video one woman in a purple top was filmed helping pull out the ballots and then sitting down to count the ballots.**

**That woman has now been identified.**

**Local 11 News** covered the story from the State Farm Arena that a pipe had burst.

(This later was proven to be complete fraud and an excuse to kick out the GOP election observers!)

*Hat tip to Christina Diggins*

Ballot counting in Fulton County delayed after pipe bur...

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**One woman in the video is wearing a purple top.**

She later appeared in the suitcase video!



The woman in the purple made a mistake and left her purse on her desk advertising her business.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**Her name is Ruby Freeman.**

**And she made the mistake of advertising her purse on her desk the same night she was involved in voter fraud on a MASSIVE SCALE.**

Her T-shirt says "Lady Ruby" and her purse says, "LaRuby" which is her company.
This was not a very smart move.

Her company is called **"LaRuby's Unique Treasures."**

It's on her LinkedIn page!



**Ruby's purse was a hit and several fans wrote her on her LinkedIn page after they saw her and her purse on TV.**

They then commented on her LinkedIn page.

Ruby was wearing a different shirt but had the same purse by her side.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**Here's another shot of Ruby and her purse.**



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**Maybe the Georgia police or Bill Barr's DOJ may want to pay Ruby Freeman a visit.**



### Submit a Correction

Hello Commenters!

The Gateway Pundit is always committed to ensuring your voice can and will be heard. To reinforce that commitment, we are switching our commenting platform to Insticator. Don't worry! All you have to do is create a commenting account with Insticator, and then you will be able to link past comments into your new Insticator account. For more information, we've written an article that you can read **HERE**. If you have any feedback or questions about your Insticator commenting account, please email them at: **commenting-help@insticator.com**.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



f Share    Twitter    Gab



**Jim Hoft**

| More Info | Recent Posts | Contact |
|---|---|---|

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.





Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Be the first to react to this post!



Love!  LOL  Whoa

Shrug  Sob  Grrr

## Popular in the community

**Dr. Fauci: 'There is a Misplaced Perception About People's Individual Right to Make a Decision that Supersedes the Societal Safety' (VIDEO)**



4670 Comments

**Kenosha Prosecutor Thomas Binger Raises Rittenhouse's Firearm, Points it at People in Courtroom with Finger on Trigger (VIDEO)**



2862 Comments

**BREAKING NEWS: Pfizer Hid from Public the Number of Deaths in COVID Clinical Trials -- Actual Number Was 21 Which Was 6 More than...**



1829 Comments

**Rittenhouse Prosecutor Thomas Binger's Closing Argument: "You Lose the Right to Self-Defense When You're the One Who Brought the Gun"...**



11/17/21, 1:33 AM    What's a primary?... BREAKING: Crooked Operative Filmed Pulling Suitcases of Ballots in Georgia IDENTIFIED

Case: 4:21-cv-01424-HEA    Doc. #: 1-2    Filed: 12/05/21    Page: 96 of 320 PageID #: 100

**Active on Page: 1**

Leave a comment

**Comments**                                                    Log In

**Join the conversation**

**Help**

By posting you agree to our **Terms of Use**





Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

**Home**

**About**

**Advertise**

**Privacy**

**Facebook**

**Twitter**

**YouTube**

**Terms**

**Contact**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 4

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# BREAKING: CROOKED GEORGIA ELECTIONS SUPERVISER Filmed Pulling Out Suitcases of Ballots from Beneath Table IS IDENTIFIED – IT'S RUBY'S DAUGHTER! (Video)

**By Jim Hoft**
**Published December 4, 2020 at 7:35am**
**Comments**

f Share (6.8k)   Tweet   Gab



*Ruby Freeman and daughter and elections supervisor Wandrea "Shaye" Moss*

Earlier on Thursday Cristina Laila **reported on** the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats pulled out suitcases full of ballots and began counting those ballots without election monitors in the room.

Trump's legal team showed a video from the State Farm Arena tabulation center when poll workers were told to leave at 10:25 PM.

A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated!

*This was the most explosive video of the entire campaign season!*

> *WATCH: Video footage from Georgia shows suitcases filled with ballots pulled from under a table AFTER supervisors told poll workers to leave room and 4 people stayed behind to keep counting votes*
> **pic.twitter.com/AcbTl1pxn4**
>
> *– Team Trump (@TeamTrump)* **December 3, 2020**

We identified **one of the operatives last night** who was caught on video counting illegal ballots from a suitcase stashed under a table!

## As you can see from the video one woman in a purple top was filmed helping pull out the ballots and then sitting down to count the ballots.

## That woman has now been identified.

**Local 11 News** covered the story from the State Farm Arena that a pipe had burst.

https://www.thegatewaypundit.com/2020/12/breaking-crooked-elections-supervisor-filmed-pulling-suitcases-ballots-georgia-identified-rubys-daughter-video/

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

(This later was proven to be complete fraud and an excuse to kick out the GOP election observers!)

*Hat tip to Christina Diggins*

**One woman in the video is wearing a purple top.**

She later appeared in the suitcase video!



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

The woman in the purple made a mistake and left her purse on her desk advertising her business.



**Her name is Ruby Freeman.**

**And she made the mistake of advertising her purse on her desk the same night she was involved in voter fraud on a MASSIVE SCALE.**

Her T-shirt says "Lady Ruby" and her purse says, "LaRuby" which is her company.
This was not a very smart move.

Her company is called **"LaRuby's Unique Treasures."**

It's on her LinkedIn page!

Case: 4:21-cv-01424-HEA   Doc #: 1-2   Filed: 12/05/21   Page: 103 of 320   PageID #: 110

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**Ruby's purse was a hit and several fans wrote her on her LinkedIn page after they saw her and her purse on TV.**
They then commented on her LinkedIn page.

Ruby Freeman still has an active Facebook page (as of 11 PM on Thursday night).

**On her page Ruby Freeman brags about her "Shaye" being her supervisor.**
It is clear from a video that was released that Shaye and Ruby are very close.

Here are a few entries from Ruby's Facebook page.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



Ruby made a post on Facebook on Nov 3, "Look at my Baby giving that look to the employees. Mommie is so proud of you. Supervisor of registration."

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



And here is a closeup of the woman in question via a Getty image.

Her official name is **"Wandrea Moss."**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



Thank you Gateway Pundit readers for sending this information.

You can clearly see "Shaye" the woman in blonde pigtails removing suitcases of ballots from under a table after GOP observers were evacuated from the room and told to go home.

**And it is clear from this video from The Hill that Ruby and Shaye are very close!**

Case: 4:21-cv-01424-HEA Doc. #: 12 Filed: 12/05/21 Page: 109 of 320 PageID #: 116

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

## Submit a Correction

Hello Commenters!

The Gateway Pundit is always committed to ensuring your voice can and will be heard. To reinforce that commitment, we are switching our commenting platform to Insticator. Don't worry! All you have to do is create a commenting account with Insticator, and then you will be able to link past comments into your new Insticator account. For more information, we've written an article that you can read **HERE**. If you have any feedback or questions about your Insticator commenting account, please email them at: **commenting-help@insticator.com**.





**Jim Hoft**

| | More Info | Recent Posts | Contact |

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.





**Be the first to react to this post!**













Love!    LOL    Whoa    Shrug    Sob    Grrr

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# Popular in the community

**Dr. Fauci: 'There is a Misplaced Perception About People's Individual Right to Make a Decision that Supersedes the Societal Safety' (VIDEO)**



4670 Comments

**Kenosha Prosecutor Thomas Binger Raises Rittenhouse's Firearm, Points it at People in Courtroom with Finger on Trigger (VIDEO)**



2862 Comments

**BREAKING NEWS: Pfizer Hid from Public the Number of Deaths in COVID Clinical Trials -- Actual Number Was 21 Which Was 6 More than…**



1830 Comments

**Rittenhouse Prosecutor Thomas Binger's Closing Argument: "You Lose the Right to Self-Defense When You're the One Who Brought the Gun"…**



1486 Comments

**Band Apologizes After Female Lead Singer Calls Fan on the Stage Then Pees on His Face (VIDEO)**



1503 Comments

**Critical Race Theory Supporter Threatens Parents Who Question CRT: "I've Got Over 1,000 Soldiers - Locked And Loaded" (VIdeo)**



1489 Comments

**Load more articles**

**Active on Page: 1**

Leave a comment

**Comments**                                    Log In

**Join the conversation**

**Help**

By posting you agree to our **Terms of Use**



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**SHOP TILL YA**

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

Twitter

YouTube

Terms

Contact

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 5

Case: 4:21-cv-01424-HEA Doc #: 1-2 Filed: 12/05/21 Page: 115 of 320 PageID #: 132

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# CLOWN SHOW: Georgia Election Insider Gabriel Sterling Freaks Out and Labels Election Fraud Caught on Camera 'Normal Ballot Processing'

By Joe Hoft
Published December 4, 2020 at 8:15am
Comments





This guy is just plain weird.  Gabriel Sterling somehow wormed his way into the election process in Georgia and as colossal corruption is being uncovered, he claims it's normal.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Attorney Lin Wood tweeted out to Gabriel Sterling and asked if he indeed had a state of Georgia email address:

> *Hey, @GabrielSterling, you don't have State of GA email??? How does your company, Sterling Innovative, make money? Did you or your company receive any of this $10+M grant? Implementation Manager??? What do you do except go on TV to deny the clear voting fraud in GA?#FightBack pic.twitter.com/O1oSKXOjmB*
>
> *– Lin Wood (@LLinWood) November 24, 2020*



We then reported on Gabriel Sterling when it was observed in the letter referred to by Wood that his name was associated with a non-state email address – a gmail address. We learned years ago (i.e. Hillary Clinton) that when someone uses a nongovernmental email account to do business, they probably are participating in activities that they don't want the government to know about.

Oh, and this account was involved in an $11 million grant to the state of Georgia that we believe needs auditing:

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



## Whatever Happened to the $11 Million Given to Georgia's Secretary of State Brad Raffensperger for COVID Relief?

Georgia attorney Lin Wood's bombshell tweets of late include one about an almost $11 million grant award to the Georgia Secretary of State, Republican Brad Raffensperger. What ever happened to this money? In a recent tweet Lin Wood zeroed in on an anomaly, or something much, much worse, relating to the Secretary of State's Office ... Continue reading

 **The Gateway Pundit**

At the same time we were forwarded a little known video where Sterling admitted to helping setting up drop boxes and hiring far-left radicals to perform the election counting for the 2020 election:

Is this Gabe Sterling hiding something?

○ Yes    ○ No    Enter your email

Submit

Completing this poll entitles you to The Gateway Pundit news updates free of charge. You may opt out at anytime. You also agree to our **Privacy Policy** and **Terms of Use**.

Case: 4:21-cv-01424-HEA   Doc. #: 1-2   Filed: 12/05/21   Page: 118 of 320   PageID #: 135

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



## WE CAUGHT THEM: Lin Wood Outed Mysterious Georgia Operative Gabe Sterling – Now Video Shows Him Admitting He Helped Set Up Drop Boxes and Promoted Far Left Activists as Absentee Ballot Counters

Yesterday we reported on Lin Wood's bombshell tweet about an almost $11 million grant award to the Georgia Secretary of State, Republican Brad Raffensperger and his accomplice Gabe Sterling. We wondered who Sterling even was.  Now we have more. In a recent tweet Lin Wood zeroed in on an anomaly, or something much, much worse, … Continue reading

 The Gateway Pundit

Then a couple days ago we reported that Sterling went on a rampage saying there was no corruption in Georgia while belittling Americans and Trump voters for thinking there was in an attempt to shift the focus away from him and Georgia  (really who is this guy?):

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



## WTH? Georgia Election Operative Gabriel Sterling EXPLODES ON TRUMP VOTERS After Dominion Employee Is Caught on Video Downloading Files on Laptops

In November Gateway Pundit reported on an almost $11 million grant award to the Georgia Secretary of State, Republican Brad Raffensperger and his accomplice Gabe Sterling. Attorney Lin Wood wondered who this Sterling guy was and why did he use a gmail address for state business? Lin Wood zeroed in on an anomaly related to … Continue reading

 **The Gateway Pundit**

Unfortunately for Sterling, we can't even keep up with the amount of corruption in Georgia related to this year's election. Yesterday for example, a video was unearthed by the Trump team showing Democrat counters in Atlanta pulling out suitcases full of ballots and counting them after sending Republicans home due to a falsely reported water main break (um, this is against the law Mr. Sterling).

Video from GA shows suitcases filled with ballots pulled from un...

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



But Sterling still wants to call it all a lie. He claims there was no corruption in this year's election and he shares another totally bogus 'fact check' from Lead Stories as in his Facebook page as support that this is all normal:

Case: 4:21-cv-01424-HEA    Doc. #: 1-2    Filed: 12/05/21    Page: 121 of 320    PageID #: 138

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**This guy is a clown show – how did he get there – what is he hiding – and why is he still there?**

**Submit a Correction**



f Share | Twitter | Gab | | | email | share



**Joe Hoft**

| Summary | Recent Posts | Contact |

Joe Hoft is the twin brother of TGP's founder, Jim Hoft, and a contributing editor at TGP. Joe's reporting is often months ahead of the Mainstream media as was observed in his reporting on the Mueller sham investigation, the origins of the China coronavirus, and 2020 Election fraud. Joe was a corporate executive in Hong Kong for a decade and has years of experience in finance, IT, operations and auditing around the world. The knowledge gained in his career provide him with a unique perspective of current events in the US and globally. He has ten degrees or designations and is the author of three books. Joe is currently co-host of the morning radio show in St. Louis at 93.3 "Tomorrow's News Today". His new book: 'In God We Trust: Not in Lying Liberal Lunatics' is out now - please take a look and buy a copy.

🐦 **@joehoft**



Case: 4:21-cv-01424-HEA Doc #: 1-2 Filed: 12/05/21 Page: 123 of 320 PageID #: 130

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM







Gateway Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

Home            Twitter

About           YouTube

Advertise       Terms

Privacy         Contact

Facebook

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 6

Case: 4:21-cv-01434-HEA  Doc. #: 1-2  Filed: 12/05/21  Page: 126 of 320  PageID #: 133

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# NEW VIDEO Shows Anti-Trump Georgia Ballot Counter Ruby Freeman with Piles of Ballots, Walking Past Boxes of Ballots, Working Alone in Cubes WITH NO GOP OBSERVERS IN SIGHT!

**By Jim Hoft**
**Published December 4, 2020 at 8:53am**
Comments

f Share (2.4k)    Gab    ✉    ➦



*Georgia ballot counter Ruby Freeman with daughter Wandrea "Shaye" Moss*

Case: 4:21-cv-01434-HEA  Doc. #: 1-2  Filed: 12/05/21  Page: 127 of 320  PageID #: 134

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**Earlier on Thursday Cristina Laila reported on the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats pulled out suitcases full of ballots and began counting those ballots without election monitors in the room.**

**Trump's legal team showed a video from the State Farm Arena tabulation center when poll workers were told to leave at 10:25 PM.**

**A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated!**

***This was the most explosive video of the entire campaign season!***

> *WATCH: Video footage from Georgia shows suitcases filled with ballots pulled from under a table AFTER supervisors told poll workers to leave room and 4 people stayed behind to keep counting votes*
> ***pic.twitter.com/AcbTl1pxn4***
>
> *– Team Trump (@TeamTrump)* ***December 3, 2020***

**We identified one of the operatives last night who was caught on video counting illegal ballots from a suitcase stashed under a table!**

## As you can see from the video one woman in a purple top was filmed helping pull out the ballots and then sitting down to count the ballots.

**One woman in a local news video was wearing a purple top.**

She later appeared in the suitcase video!

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**Her name is Ruby Freeman.**

**And she made the mistake of advertising her purse on her desk the same night she was involved in voter fraud on a MASSIVE SCALE.**

Her T-shirt says "Lady Ruby" and her purse says, "LaRuby" which is her company.
This was not a very smart move.

Her company is called **"LaRuby's Unique Treasures."**

**Ruby's purse was a hit and several fans wrote her on her LinkedIn page after they saw her and her purse on TV.**
They then commented on her LinkedIn page.

Ruby Freeman still has an active Facebook page (it was taken down Friday AM).

**On her page Ruby Freeman brags about her "Shaye" being her supervisor.**

Case: 4:21-cv-01434-HEA   Doc. #: 1-2   Filed: 12/05/21   Page: 129 of 320 PageID #: 136

It is clear from a video that was released that Shaye and Ruby are very close.

Here are a few entries from Ruby's Facebook page.



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Case: 4:21-cv-01434-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 130 of 320 PageID #: 137

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



Case: 4:21-cv-01434-HEA   Doc. #: 1-2   Filed: 12/05/21   Page: 131 of 320   PageID #: 138

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



And here is a closeup of the woman in question via a Getty image. Her official name is **"Wandrea Moss."**

11/17/21, 1:48 PM    NEW VIDEO Shows Anti-Trump Georgia Ballot Counter Ruby Freeman with Piles of Ballots, Walking Past Boxes of Ballots, Working Alone …

Case: 4:21-cv-01434-HEA  Doc. #: 1-2  Filed: 12/05/21  Page: 132 of 320  PageID #: 139

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



Thank you Gateway Pundit readers for sending this information.

Now there is video of Ruby Freeman filming herself entering the building to count Georgia ballots.

Ruby walks by several boxes of ballots just sitting around in the room.

The elections workers were each given their own secret cube.

Then Ruby goes to her desk and pulls out a tray of ballots on her desk. There is NO supervisor or GOP observer anywhere in sight.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



And then Ruby leaves the ballots on her desk as she goes to take a break.

This is suspicious activity.  The State Farm Center was full of unsecured ballots and illegal conduct.

> *Ruby Freedom shows us all the Ballots! Shhh don't tell anybody!* 🤣
> **pic.twitter.com/7mJ6U7KFFV**
>
> – *HawkEye (@Q17Follow)* **December 4, 2020**

**Submit a Correction**

Hello Commenters!

The Gateway Pundit is always committed to ensuring your voice can and will be heard. To reinforce that commitment, we are switching our commenting platform to Insticator. Don't worry! All you have to do is create a commenting account with Insticator, and then you will be able to link past comments into your new Insticator account. For more information, we've written an article that you can read **HERE**. If you have any feedback

or questions about your Insticator commenting account, please email them at: **commenting-help@insticator.com**.





**Jim Hoft**

| More Info | Recent Posts | Contact |
| --- | --- | --- |

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



Be the first to react to this post!


Love!


LOL


Whoa


Shrug


Sob


Grrr

SHOP NOW    AliExpress

## Popular in the community

**Dr. Fauci: 'There is a Misplaced Perception About People's Individual Right t…**



4670 Comments

**Kenosha Prosecutor Thomas Binger Raises Rittenhouse's Firearm,…**



2862 Comments

**BREAKING NEWS: Pfizer Hid from Public the Number of Deaths in COVID Clinical…**



1830 Comments

**Rittenhouse Prosecutor Thomas Binger's Closing Argument: "You Lose the…**



1486 Comments

**Band Apologizes After Female Lead Singer Calls Fan on the Stage Then Pee…**



1503 Comments

**Critical Race Theory Supporter Threatens Parents Who Question…**



1489 Comments

**Load more articles**

11/17/21, 1:43 PM    NEW VIDEO Shows Anti-Trump Georgia Ballot Counter Ruby Freeman Piles Ballots, Walking Past Boxes Ballots, Working Alone …

Active on Page: 1

Case: 4:21-cv-01434-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 136 of 320 PageID #: 143

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Leave a comment

Comments                                                                    Log In

Join the conversation

Help                    By posting you agree to our **Terms of Use**



**SHOP TILL YA**

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

Twitter

YouTube

Terms

Contact

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 7

Case: 4:21-cv-01424-HEA    Doc. #: 1-2    Filed: 12/05/21    Page: 139 of 320    PageID #: 146

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# UPDATE: More on the Suitcase Vote Scam, the Elections Supervisor and that Strange "Pass" Between Mother and Daughter That Was Also Caught on Video

**By Jim Hoft**
**Published December 4, 2020 at 1:51pm**
Comments

f Share (2.9k)    Gab    ✉    ➤



*Ruby Freeman and daughter and elections supervisor Wandrea "Shaye" Moss*

11/17/21, 1:50 PM
UPDATE: We Identified the Suitcase Video Scam, Here's Video of Ruby Freeman and Her Strange "Pass" Who Can Also Be Seen in Mother and Daughter That Was Also Ca…

Case: 4:21-cv-01424-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 140 of 320 PageID #: 147

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Earlier on Thursday Cristina Laila reported on the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats pulled out suitcases full of ballots and began counting those ballots without election monitors in the room.

Trump's legal team showed a video from the State Farm Arena tabulation center when poll workers were told to leave at 10:25 PM.

A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated!

*This was the most explosive video of the entire campaign season!*

> *WATCH: Video footage from Georgia shows suitcases filled with ballots pulled from under a table AFTER supervisors told poll workers to leave room and 4 people stayed behind to keep counting votes*
> *pic.twitter.com/AcbTI1pxn4*
>
> *– Team Trump (@TeamTrump) December 3, 2020*

We identified one of the operatives last night who was caught on video counting illegal ballots from a suitcase stashed under a table!

## As you can see from the video one woman in a purple top was filmed helping pull out the ballots and then sitting down to count the ballots.

*Hat tip to Christina Diggins*

One woman in the video is wearing a purple top.

She later appeared in the suitcase video!

11/17/21, 1:50 PM UPDATE: More on the Suitcase Vote Scam, the Electronic Open Books that Strange Pass Down on Maternal Daughter That Was Also Ca…

Case: 4:21-cv-01424-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 141 of 320 PageID #: 148

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



The woman in the purple made a mistake and left her purse on her desk advertising her business.
**Her name is Ruby Freeman.**

**And she made the mistake of advertising her purse on her desk the same night she was involved in voter fraud on a MASSIVE SCALE.**

**Ruby's purse was a hit and several fans wrote her on her LinkedIn page after they saw her and her purse on TV.**
They then commented on her LinkedIn page.
**Note:** *Please do not confuse this with a similar business in Snellville!*

Ruby Freeman had an active Facebook page last night.

It was shut down early on Friday morning.

**On her page Ruby Freeman brags about her "Shaye" being her supervisor.**
It is clear from a video that was released that Shaye and Ruby are very close.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**Yaacov Apelbaum** sent us more research on Ruby.  Yaacov confirms
Shaye is Ruby's daughter.

It's pretty clear Ruby is anti-Trump.



Here is a closeup of Shaye via a Getty image.
Her official name is **"Wandrea Moss."**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**And now there is video of Ruby secretly passing something to her daughter during the ballot counting.**

**It is not clear what was passed. Some readers say it was a USB stick but it is not clear what they passed to each other.**

It sure looks like they were trying to hide this transaction.

> **#BREAKING** UPDATE: Video evidence of a USB handoff caught on camera!
> USB Handoff , **#StopTheSteal** pic.twitter.com/uk8MzKWcZl
>
> – 🇺🇸⭐Space Cowboy⭐🇺🇸 (@X14Eagle) **December 4, 2020**

*Thank you Gateway Pundit readers for sending this information.*

11/17/21, 1:50 PM    UPDATE: More on the Suitcase Vote, Shaye Ross Electronically Pulled that Strange Pass, Her Nathurima Daughter That Was Also Ca…

Case: 4:21-cv-01424-HEA   Doc. #: 1-2   Filed: 12/05/21   Page: 144 of 320   PageID #: 151

**Submit a Correction**

Hello Commenters!

The Gateway Pundit is always committed to ensuring your voice can and will be heard. To reinforce that commitment, we are switching our commenting platform to Insticator. Don't worry! All you have to do is create a commenting account with Insticator, and then you will be able to link past comments into your new Insticator account. For more information, we've written an article that you can read **HERE**. If you have any feedback or questions about your Insticator commenting account, please email them at: **commenting-help@insticator.com**.





**Jim Hoft**

| More Info | Recent Posts | Contact |
|---|---|---|

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.

11/17/21, 1:50 PM    UPDATE: More on the Suitcase Vote Scam, the Electron Count, and How that Strange Pass Between Ruby Freeman and her Daughter that Was Also Ca...

Case: 4:21-cv-01424-HEA   Doc. #: 1-2   Filed: 12/05/21   Page: 145 of 320   PageID #: 152





**Be the first to react to this post!**



Love!



LOL



Whoa



Shrug



Sob



Grrr

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

11/17/21, 1:50 PM UPDATE: Video on the Suitcase Vote Scam, the Election Supervisor and that Strange Pass Also Caught on Video… Ruby Freeman's Daughter That Was Also Ca…

Case: 4:21-cv-01424-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 146 of 320 PageID #: 153

# Popular in the community

**Dr. Fauci: 'There is a Misplaced Perception About People's Individual Right to Make a Decision that Supersedes the Societal Safety' (VIDEO)**



4670 Comments

**Kenosha Prosecutor Thomas Binger Raises Rittenhouse's Firearm, Points it at People in Courtroom with Finger on Trigger (VIDEO)**



2862 Comments

**BREAKING NEWS: Pfizer Hid from Public the Number of Deaths in COVID Clinical Trials -- Actual Number Was 21 Which Was 6 More than...**



1830 Comments

**Rittenhouse Prosecutor Thomas Binger's Closing Argument: "You Lose the Right to Self-Defense When You're the One Who Brought the Gun"...**



1486 Comments

**Band Apologizes After Female Lead Singer Calls Fan on the Stage Then Pees on His Face (VIDEO)**



1503 Comments

**Critical Race Theory Supporter Threatens Parents Who Question CRT: "I've Got Over 1,000 Soldiers - Locked And Loaded" (VIdeo)**



1489 Comments

**Load more articles**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**Active on Page: 1**

Leave a comment

**Comments**                                                                 Log In

**Join the conversation**

**Help**

By posting you agree to our **Terms of Use**



11/17/21, 1:50 PM  UPDATE: More on the Suitcase Vote Scam, the Electronic Culpeper Box that Strange Pass Between Mother and Daughter That Was Also Ca…

Case: 4:21-cv-01424-HEA   Doc #: 1-3   Filed: 12/05/21   Page: 148 of 320 PageID #: 155

**SHOP TILL YA**

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

Home
About
Advertise
Privacy
Facebook

Twitter
YouTube
Terms
Contact

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 8

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# UNBELIEVABLE: Anti-Trump Democrat In Georgia 'Suitcase Scandal' Caught Running Same Batch of Ballots Through Tabulator THREE TIMES! (VIDEO)

By **Joe Hoft**
**Published December 4, 2020 at 5:45pm**
Comments



f Share (7.4k)   Tweet   Gab         ✉   ➤



The mother – daughter team of ballot counters in Atlanta really overdid their fraud.  We saw last night how they stuck around and counted ballots after kicking Republicans out of the State Farm Center on a fake water main break hoax.



## What's Up, Ruby?... BREAKING: Crooked Operative Filmed Pulling Out Suitcases of Ballots in Georgia IS IDENTIFIED

Earlier today Cristina Laila reported on the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats pulled out suitcases full of ballots and began counting those ballots without election monitors in the room. Trump's legal team showed a video from the State Farm Arena tabulation center ... Continue reading

 The Gateway Pundit

We also saw the mother and daughter pass an object the size of a thumb drive between each other in a suspicious manner:

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



## UPDATE: More on the Suitcase Vote Scam, the Elections Supervisor and that Strange "Pass" Between Mother and Daughter That Was Also Caught on Video

Ruby Freeman and daughter and elections supervisor Wandrea "Shaye" Moss Earlier on Thursday Cristina Laila reported on the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats pulled out suitcases full of ballots and began counting those ballots without election monitors in the room. Trump's legal … Continue reading

 The Gateway Pundit

**Now we have evidence mother Ruby sent the same stack of votes through a tabulator in the State Farm Center three times.  This is illegal.**

11/17/21, 1:53 PM  UNBELIEVABLE: Anti-Trump Democrat In Georgia "Star" Case Scandal Caught Running Same Batch of Ballots through Tabulator THREE TI…

Case: 4:21-cv-01464-HEA  Doc. #: 1-2  Filed: 12/05/21  Page: 153 of 320  PageID #: 160

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**The corrupt Republican politicians in Georgia are giving the election to Joe Biden. Besides them, nobody did more to steal the election for Joe Biden than this mother – daughter combo. The good people in Georgia need to stand up.**

**Submit a Correction**

Hello Commenters!

The Gateway Pundit is always committed to ensuring your voice can and will be heard. To reinforce that commitment, we are switching our commenting platform to Insticator. Don't worry! All you have to do is create a commenting account with Insticator, and then you will be able to link past comments into your new Insticator account. For more information, we've written an article that you can read **HERE**. If you have any feedback or questions about your Insticator commenting account, please email them at: **commenting-help@insticator.com**.

Case: 4:21-cv-01464-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 154 of 320 PageID #: 161

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**Joe Hoft**

Summary | Recent Posts | Contact

Joe Hoft is the twin brother of TGP's founder, Jim Hoft, and a contributing editor at TGP. Joe's reporting is often months ahead of the Mainstream media as was observed in his reporting on the Mueller sham investigation, the origins of the China coronavirus, and 2020 Election fraud. Joe was a corporate executive in Hong Kong for a decade and has years of experience in finance, IT, operations and auditing around the world. The knowledge gained in his career provide him with a unique perspective of current events in the US and globally. He has ten degrees or designations and is the author of three books. Joe is currently co-host of the morning radio show in St. Louis at 93.3 "Tomorrow's News Today". His new book: 'In God We Trust: Not in Lying Liberal Lunatics' is out now - please take a look and buy a copy.

🐦 **@joehoft**



11/17/21, 1:5... NEWS FLASH: Anti-Trump Democrat In Georgia "Suitcase Scandal" Caught Running Same Batch of Ballots through Tabulator THREE TI...

Case: 4:21-cv-01464-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 155 of 380 PageID #: 162



**Be the first to react to this post!**



Love!



LOL



Whoa



Shrug



Sob



Grrr

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Case: 4:21-cv-01464-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 156 of 320 PageID #: 163

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

## Popular in the community

**Dr. Fauci: 'There is a Misplaced Perception About People's Individual Right to Make a Decision that Supersedes the Societal Safety' (VIDEO)**



4670 Comments

**Kenosha Prosecutor Thomas Binger Raises Rittenhouse's Firearm, Points it at People in Courtroom with Finger on Trigger (VIDEO)**



2862 Comments

**BREAKING NEWS: Pfizer Hid from Public the Number of Deaths in COVID Clinical Trials -- Actual Number Was 21 Which Was 6 More than…**



1830 Comments

**Rittenhouse Prosecutor Thomas Binger's Closing Argument: "You Lose the Right to Self-Defense When You're the One Who Brought the Gun"…**



1486 Comments

**Band Apologizes After Female Lead Singer Calls Fan on the Stage Then Pees on His Face (VIDEO)**



1503 Comments

**Critical Race Theory Supporter Threatens Parents Who Question CRT: "I've Got Over 1,000 Soldiers - Locked And Loaded" (VIdeo)**



1489 Comments

**Load more articles**

Case: 4:21-cv-01464-HEA  Doc. #: 1-2  Filed: 12/05/21  Page: 157 of 320 PageID #: 164

**Active on Page: 1**

Leave a comment

**Comments**                                                    Log In

**Join the conversation**

**Help**

By posting you agree to our **Terms of Use**



**SHOP TILL YA**

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

Twitter

YouTube

Terms

Contact

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 9

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# Fulton County 2020 Election Case's Request is Granted – Election Workers Ruby Freeman, Wandrea Moss, and Happy Faces Personnel Group Are Added to the Case

By Joe Hoft
Published August 14, 2021 at 9:15am
867 Comments





We first discovered Ruby Freeman and her daughter Shaye Moss in December when The Gateway Pundit first reported that these two election workers took ballots out from under a table on Election night and jammed thousands of ballots into the tabulators numerous times.

11/18/21, 2:41 PM    Fulton County 2020 Election Cases Request is Granted - Election Workers Ruby Freeman, Wandrea Moss and Happy Faces Personnel Group …

Case: 4:21-cv-01424-HEA   Doc. #: 1-2   Filed: 12/05/21   Page: 161 of 320 PageID #: 168

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

This was after all of the election observers were sent home for the night. This was also after Trump had accumulated what experts said was an insurmountable lead in the state.

**We revealed first that the ballots taken out from under tables on Election night were pushed into tabulators up to three times each.**



## BREAKING: CROOKED GEORGIA ELECTIONS SUPERVISER Filmed Pulling Out Suitcases of Ballots from Beneath Table IS IDENTIFIED — IT'S RUBY'S DAUGHTER! (Video)

Ruby Freeman and daughter and elections supervisor Wandrea "Shaye" Moss Earlier on Thursday Cristina Laila reported on the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats pulled out suitcases full of ballots and began counting those ballots without election monitors in the room. Trump's legal … Continue reading

 The Gateway Pundit





A report as a result of observations from that evening was generous in describing the mess and crimes that occurred.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM




## IT WAS A VOTER FRAUD FACTORY: 2nd Carter Jones Report Describes Complete Breakdown of GA Election Systems — BALLOTS EVERYWHERE, NO CHAIN OF CUSTODY, COMPLETE DISARRAY and WE HAVE THE VIDEO

Earlier this week a Fulton County Georgia election official admitted that the chain of custody documents that are legally required per state law are missing from the 2020 election.   Brad Raffensperger, the corrupt Secretary of State in Georgia is ultimately responsible (see picture above).  For the first time an elections official admitted the chain of … Continue reading

**GP**  The Gateway Pundit

Now the Fulton County case of the 2020 Election has added a few of these characters to the case.



**kagbro88** @kagbro88 · Aug 14, 2021     
#BREAKING

A hearing has been scheduled for 9/20/21. The hearing is for all pending motions in this case.

publicrecordsaccess.fultoncountyga.gov/Portal/Documen...

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**kagbro88**
@kagbro88

One of the pending motions is one that would add Ruby Freeman, Keisha Dixon, Wandrea Moss, and Happy Faces Personnel Group Inc to the lawsuit.

publicrecordsaccess.fultoncountyga.gov/Portal/Documen...

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



5:58 AM · Aug 14, 2021                                              ⓘ

♡ 31        💬 6        🔗 Copy link to Tweet

Tweet your reply

An update in the case is as follows:



Fulton County Magistrate, State, and Superior Court Record Search                    Reg

This matter came before the Court on the *Petitioners Caroline Jeffords and Robbin Sotir's First Amended Motion to Add Respondents*, Ruby Freeman (Scanner 1); Keisha Dixon (Scanner 2); Wandrea Moss (Scanner 3), a Fulton County employee; "Monique" Doe (Scanner 4) whose name is not currently known and whose legal name will be substituted once identified during discovery; Lady Doe #5 (Scanner 5), whose name is not currently known and whose legal name will be substituted once identified during discovery; and Happy Faces Personnel Group, Inc. The time for Respondents to file their response was August 2, 2021, which has now passed. Therefore, Petitioners' Motion is unopposed by Respondents.

ORDERED that *Petitioners Caroline Jeffords and Robbin Sotir's First Amended Motion to Add Respondents* GRANTED.

## This is not good for Ruby and her daughter.

## It's also pathetic that these two are not in jail already. Their crimes were videotaped!

Submit a Correction

Case: 4:21-cv-01424-HEA   Doc #: 1-2   Filed: 12/05/21   Page: 166 of 320   PageID #: 173

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Hello Commenters!

The Gateway Pundit is always committed to ensuring your voice can and will be heard. To reinforce that commitment, we are switching our commenting platform to Insticator. Don't worry! All you have to do is create a commenting account with Insticator, and then you will be able to link past comments into your new Insticator account. For more information, we've written an article that you can read **HERE**. If you have any feedback or questions about your Insticator commenting account, please email them at: **commenting-help@insticator.com**.





**Joe Hoft**

| Summary | Recent Posts | Contact |
|---------|--------------|---------|

Joe Hoft is the twin brother of TGP's founder, Jim Hoft, and a contributing editor at TGP. Joe's reporting is often months ahead of the Mainstream media as was observed in his reporting on the Mueller sham investigation, the origins of the China coronavirus, and 2020 Election fraud. Joe was a corporate executive in Hong Kong for a decade and has years of experience in finance, IT, operations and auditing around the world. The knowledge gained in his career provide him with a unique perspective of current events in the US and globally. He has ten degrees or designations and is the author of three books. Joe is currently co-host of the morning radio show in St. Louis at 93.3 "Tomorrow's News Today". His new book: 'In God We Trust: Not in Lying Liberal Lunatics' is out now - please take a look and buy a copy.

**@joehoft**

**Be the first to react to this post!**








Love!    LOL    Whoa    Shrug    Sob    Grrr

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# Popular in the community

**BREAKING NEWS: Pfizer Hid from Public the Number of Deaths in COVID Clinical Trials -- Actual Number Was 21 Which Was 6 More than...**



1999 Comments

**SHOCKING New England Journal of Medicine Study: Vaccine Immunity Wanes Against COVID Virus After ONLY 2 MONTHS**



1993 Comments

**"Q Shaman" Sentenced to 41 Months in Prison For Non-Violent Offense After He Was Allowed Inside US Capitol by Police**



1520 Comments

**BREAKING: Black Lives Matter Protests Outside Kenosha Court House Threatening More Violence -- Where's the FBI? (VIDEO)**



1421 Comments

**"We're Not Going to Have a Country in 3 Years. This Guy Did This in 9 Months. He Destroyed Our Country" - President Trump on Joe Biden with...**



1080 Comments

**UPDATE: Jury in Rittenhouse Case Behind Closed Doors - No Verdict Tonight - Judge Plans to Dismiss Jury For the Evening**



1098 Comments

**Load more articles**

11/18/21, 2:43 PM Fulton County 2020 Election Cases Requests to Add Ruby Freeman, Wandrea Moss to Happy Faces Personnel Group ...

Case: 4:21-cv-01424-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 169 of 320 PageID #: 176

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**Active on Page: 4**

# 867 Comments

⊞

| Leave a comment |

Comments    Sort by Recent        Log In

**RetakeAmerica 1776** ❯   Aug 16

All routers used at State Farm Arena on Election night must absolutely be obtained prior to the start of the intensive FORENSIC ELECTION AUDIT. The data packet captures (pcaps) are absolutely critical to determine outside election interference, manipulation of ballots, all electronic election communications, and most importantly, INTERNET CONNECTIVITY; INCLUDING IP ADDRESSES, IDENTITIES AND EXTERNAL CONNECTIONS AND THEIR LOCATIONS BOTH FOREIGN AND DOMESTIC. The FORENSIC AUDIT is going to provide absolutely stunning criminal fraud evidence revealed from the numerous corrupted routers. Why do you think the

Show more

Reply

**Polijuana Cracker** —   Aug 15

Guess who's a board member of Happy Faces... Stacy Abrams! Being as it is only a misdemeanor they'll only get up to 4 months in jail and maybe a $750 fine. Needs to be a felony charge with a ten year minimum sentence. This won't stop because people are stupid.

Reply

**GVRNMENTSTNKS** —   Aug 15

Go to The Atlanta Journal-Constitution or look up Ralph Jones. Evidently he was involved and got away with some more election stuff. This was an article in November 1, 2018. So he is a crook that didn't get caught then but finally caught up with him this time. The mayor is also a crook!

Reply

**John Smith** — Aug 15

So far it appears most of the ballot counters involved in election fraud are black, and most of the auditors are white . . . wonder why. 😂😂

Reply

**Gangus Khan** — **John Smith** Aug 16

Those are Black Fraudsters and White Hat Hackers and Crackers! "Crack that Whip.... na.. na.. na.. na.. You can do it!"

Reply

**Tony** — Aug 15

Yes, they passed the ballots through three times…………..but, has anyone said that the ballots would be counted three times or instead that the machine would recognize them as the same ballots and only count them once?
I am assuming they would be counted three times but it would be nice to hear and expert comment on my question.

Reply

**Disc Go Tek** ⟫ **Tony** Aug 15

The scanners cannot identify duplicates. You can feed the same ones through over and over again. A dominion employee testified to this himself.

Reply

**Normi** ≡ Aug 15

Ralph jones resigned

Reply

**NTDD** — Aug 15

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Case: 4:21-cv-01424-HEA  Doc #: 1-2  Filed: 12/05/21  Page: 171 of 320 PageID #: 178

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

This event is the bellwether, telltale of the future of our
elections across the country. If this is ignored or a slap on the
wrist nothing will get fixed, investigators will stop and lose
heart. Charges will not filed or just ignored.
Saving our Republic starts here.
They were caught on tape flagrantly violating our election laws.
This is sedition. This was a conspiracy and planned attack on
our elections.
Squeeze all of them until they drip.
Then squeeze some more
RICO.

Show more

Reply

**Art** — Aug 15

Storm looming, media and liberals can't bury this, can't bury the
elephant in the room, fair minded Americans aren't buying this
crap.

Reply

**John D** — Aug 15

Seems there's a common denominator here.

Reply

**G. Convention** — Aug 15

YES! Lock Ruby Freeman UP with her BABY!!!! It's about damn
time! Ruby made a video of her walking down the hall to work
that day……BRAGGING about what they were going to do!

Reply

**Load more comments**

**Help**                      By posting you agree to our **Terms of Use**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

Twitter

YouTube

Terms

Contact

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 10

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXCLUSIVE: Review of Late-Night Ballot Counting in Atlanta's State Farm Arena Shows Mysterious 'Man In Red' Receiving Numerous Calls During the Ballot Heist But from Whom?

By Joe Hoft
Published December 6, 2020 at 6:35pm
Comments





**We've reported numerous times on events in Georgia on election night at the State Farm Arena in Atlanta. We've**

Case: 4:21-cv-01424-HEA    Doc. #: 1-2    Filed: 12/05/21    Page: 176 of 320    PageID #: 183

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

now uncovered more on the incident that exemplifies the 2020 election in Georgia.

On election night we were told that voting stopped in Georgia's State Farm Arena due to a water main break.  President Trump was way ahead in the election at that time.  But a couple days later we uncovered that the water main break never happened.  First an attorney in the Atlanta area asked for information related to the event via an freedom of information request and he shared with us that the only item he received was a couple of text messages related to the event:



### BREAKING EXCLUSIVE: Open Records Request Finds NO INVOICES OR WORK ORDERS on Reported Election Day Water Main Break in Atlanta — Here's What We Found…

What really happened in Georgia when the water main reportedly broke causing a delay the election counting in the state? On election night in Georgia President Trump was running away with the Presidential election, then suddenly it was reported that vote counting had stopped in Fulton County due to a water main break in Atlanta. … Continue reading

 The Gateway Pundit

After posting this, we found out that the water department in Atlanta never even received a call regarding the water main break:



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Case: 4:21-cv-01424-HEA   Doc. #: 1-2   Filed: 12/05/21   Page: 178 of 320   PageID #: 185

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

## BREAKING EXCLUSIVE: More on Georgia Water Main Break Scam on Election Day – There's No Evidence to Show It Even Occurred

Yesterday we reported on the water main break scam in Atlanta on election day.  A water main reportedly broke which caused a delay in vote counting in Atlanta: BREAKING EXCLUSIVE: Open Records Request Finds NO INVOICES OR WORK ORDERS on Reported Election Day Water Main Break in Atlanta — Here's What We Found... We reported ... Continue reading

 The Gateway Pundit

Next it was uncovered that a mother and daughter team as well as a couple others, stuck around after sending everyone home and started running ballots through tabulators.  Ballots were pulled out from under a table that were previously covered up and processed with no Republican observers.

Case: 4:21-cv-01424-HEA    Doc. #: 1-2    Filed: 12/05/21    Page: 179 of 320    PageID #: 186

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

## BOOM! Unsupervised Election Workers Messed with Voting Machines in Georgia After False Claim of Water Main Break Sent People Home – ALL CAUGHT ON VIDEO

We reported last night that Attorney Sidney Powell Filed a 104 Page BOMBSHELL COMPLAINT of Massive Fraud in the 2020 Georgia Election General Flynn Attorney Abigail Frye posted the following: The Kraken came down to Georgia on this Thanksgiving Eve in the form of a 104 pg BOMBSHELL complaint exposing the massive fraud that overwhelmed … Continue reading

 The Gateway Pundit

The mother – daughter team have become infamous in the annals of voter corruption:

Case: 4:21-cv-01424-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 180 of 320 PageID #: 187

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



### BREAKING: CROOKED GEORGIA ELECTIONS SUPERVISER Filmed Pulling Out Suitcases of Ballots from Beneath Table IS IDENTIFIED — IT'S RUBY'S DAUGHTER! (Video)

Ruby Freeman and daughter and elections supervisor Wandrea "Shaye" Moss Earlier on Thursday Cristina Laila reported on the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats pulled out suitcases full of ballots and began counting those ballots without election monitors in the room. Trump's legal … Continue reading

 The Gateway Pundit

Tonight we have uncovered another observation of events that night. One of the other individuals who stuck around moved from his regular station and moved to another cube where he held numerous calls with someone as the ballot counting went on. **Yaacov Apelbaum at the Illustrated Primer** points out where this mysterious man in red placed himself:

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



According to the composite, the man in red makes two phone calls on Election Night at 10:58pm which then triggers the removal of the ballot cases from under the table covered in black material. Within a couple minutes four boxes of ballots are wheeled out from under the table.

The unique thing about these ballots is that they had already been pre-processed. They had already been taken out of the envelope, unfolded, inspected and placed in a pile for scanning (If they had ever been in envelopes in the first place). During this entire process the man in the red shirt receives numerous calls from someone.

Apelbaum says:

11/28/21, 3:35 PM    EXCLUSIVE: Review of Late-Night Ballot Counting in Atlanta's State Farm Arena Shows Mysterious Man in Red Receiving Numerous Call...

Case: 4:21-cv-01424-HEA    Doc. #: 1-2    Filed: 12/05/21    Page: 182 of 320    PageID #: 189

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

> *The footage shows multiple evidence that the 'special' count session was pre-planned and carefully timed, it's also clear that in 116 minute period the team sprinted through the ballot scanning process to meet some sort of a deadline.*

Apelbaum also estimates between 12 and 24 thousand votes were likely tabulated during this time.

## We'd like to know who the mysterious man in red was talking to and what they were talking about as the steal was taking place in Atlanta.

**Submit a Correction**





**Joe Hoft**

| Summary | Recent Posts | Contact |

Joe Hoft is the twin brother of TGP's founder, Jim Hoft, and a contributing editor at TGP. Joe's reporting is often months ahead of the Mainstream media as was observed in his reporting on the Mueller sham investigation, the origins of the China coronavirus, and 2020 Election fraud. Joe was a corporate executive in Hong Kong for a decade and has years of experience in finance, IT, operations and auditing around the world. The knowledge gained in his career provide him with a unique perspective of current events in the US and globally. He has ten degrees or designations and is the author of three books. Joe is currently co-host of the morning radio show in St. Louis at 93.3 "Tomorrow's News Today". His new book: 'In God We Trust: Not in Lying Liberal Lunatics' is out now - please take a look and buy a copy.

🐦 **@joehoft**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM









**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

Twitter

YouTube

Terms

Contact

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 11

Case: 4:21-cv-01424-HEA   Doc. #: 1-2   Filed: 12/05/21   Page: 186 of 320 PageID #: 193

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# BREAKING EXCLUSIVE: Third Suspect from State Farm Center 'Suitcase Scandal' Identified as Ralph Jones, Sr. – Who Was in the News for Shady Deal with ATL Mayor Keisha Bottoms

**By Jim Hoft**
**Published December 6, 2020 at 9:23pm**
Comments





**We've reported numerous times on events in Georgia on election night at the State Farm Arena in Atlanta.**

## We've now uncovered more on the incident that exemplifies the 2020 election in Georgia.

On election night we were told that voting stopped in Georgia's State Farm Arena due to a water main break.  President Trump was way ahead in the election at that time.  But a couple days later we uncovered that the water main break never happened.  First an attorney in the Atlanta area asked for information related to the event via an freedom of information request and he shared with us that the only item he received was a couple of text messages related to the event:

After posting this, we found out that the water department in Atlanta **never even received a call** regarding the water main break.
It was a scam.



Next it was uncovered that a mother and daughter team, **Ruby Freeman and her daughter "Shaye" Moss** as well as a couple others, stuck around after sending everyone home and started running ballots through tabulators.  Ballots were pulled out from under a table that were previously covered up and processed with no Republican observers.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

The mother – daughter team have become infamous in the annals of voter corruption:

> ***BREAKING: CROOKED GEORGIA ELECTIONS SUPERVISER Filmed Pulling Out Suitcases of Ballots from Beneath Table IS IDENTIFIED – IT'S RUBY'S DAUGHTER! (Video)***

On Sunday night we uncovered another observation of events that night.

One of the other individuals who stuck around moved from his regular station and moved to another cube where he held numerous calls with someone as the ballot counting went on.  **Yaacov Apelbaum at the Illustrated Primer** points out where this mysterious man in red placed himself:

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**According to the composite, the man in red makes two phone calls on Election Night at 10:58pm which then triggers the removal of the ballot cases from under the table covered in black material. Within a couple minutes four boxes of ballots are wheeled out from under the table.**

We now believe the man taking the calls and organizing the massive "suitcase" scandal that night is **Ralph Jones.**

Ralph Jones is the **registrations chief** at Fulton County Government.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



We have video of Ralph Jones taking time out to speak with Ruby Freeman while she was filmed counting ballots.

11/17/21, 4:51 BREAKING EXCLUSIVE: Third Suspect from State Farm Center Suitcase Scandal Identified as Ralph Jones, Sr. Who was in the News for …

Case: 4:21-cv-01424-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 191 of 320 PageID #: 198

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**Here is the video of Ralph and Ruby Freeman.**

Ralph Jones Jr. has his own consulting firm and did work for Mayor Keisha
Lance Bottoms.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Mayor Bottoms paid Ralph Jones Jr's consulting firm $3,600 during her runoff last year.

And then she won her runoff! What a great investment!

The **AJC** reported on Keisha and Ralph in 2018.

> *According to records obtained by Channel 2 Action News and The Atlanta Journal-Constitution, the campaign paid more than $3,600 to RJ Mays Consulting, whose registered agent is Ralph Jones Sr., registration chief of the county's election department.*

> *The filings raise questions about potential conflicts of interest and what experts called an alarming lack of separation between a top election employee and active political campaign.*

**And Ralph's son Ralph Jones Jr. was Keisha's online social media director.**



FYI – We have a huge update coming on this guy.

## Submit a Correction

Hello Commenters!

The Gateway Pundit is always committed to ensuring your voice can and will be heard. To reinforce that commitment, we are switching our commenting platform to Insticator. Don't worry! All you have to do is create a commenting account with Insticator, and then you will be able to link past comments into your new Insticator account. For more information, we've written an article that you can read **HERE**. If you have any feedback or questions about your Insticator commenting account, please email them at: **commenting-help@insticator.com**.

f Share    Twitter    Gab    □    □    ✉    ➦



**Jim Hoft**

| More Info | Recent Posts | Contact |

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**Be the first to react to this post!**








| Love! | LOL | Whoa | Shrug | Sob | Grrr |

Case: 4:21-cv-01424-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 195 of 320 PageID #: 202

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

## Popular in the community

**Dr. Fauci: 'There is a Misplaced Perception About People's Individual Right t...**



4689 Comments

**BREAKING NEWS: Pfizer Hid from Public the Number of Deaths in...**



1983 Comments

**Band Apologizes After Female Lead Singer Calls Fan on the Stage Then Pee...**



1506 Comments

**Critical Race Theory Supporter Threatens Parents Who Question...**



1493 Comments

**BREAKING: Black Lives Matter Protests Outside Kenosha Court House...**



1406 Comments

**"Q Shaman" Sentenced to 41 Months in Prison For Non-Violent Offense Aft...**



1188 Comments

**Load more articles**

11/17/21, 4:51 AM BREAKING-EXCLUSIVE: Third Suspect from State Farm Center Suitcase Scandal Identified as Ralph Jones, Sr. Who was in Big News for …

Case: 4:21-cv-01424-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 196 of 320 PageID #: 203

Active on Page: 1

Leave a comment

**Comments** Log In

**Join the conversation**

**Help**

By posting you agree to our **Terms of Use**



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**SHOP TILL YA**

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

Twitter

YouTube

Terms

Contact

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 12

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# "I Won't Be Able to Be Interviewed – I Need an Attorney" – Georgia's Ruby Freeman Lawyers Up, Cancels Interview

By Jim Hoft
Published December 7, 2020 at 7:15am
Comments





*Ruby Freeman and daughter and elections supervisor Wandrea "Shaye"*
*Moss with Ralph Jones, the **voter registration's chief** in Fulton County.*
*The three are suspects in the suitcase ballot fraud at the State Farm*
*Center. via **Yaacov Apelbaum***

**Earlier on Thursday Cristina Laila reported on the explosive video that**
**was revealed during the Georgia ballot counting at the State Farm**
**Arena where crooked Democrats pulled out suitcases full of ballots**
**and began counting those ballots without election monitors in the**
**room.**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**Trump's legal team showed a video from the State Farm Arena tabulation center when poll workers were told to leave at 10:25 PM.**

**A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated!**

*This was the most explosive video of the entire campaign season!*



*WATCH: Video footage from Georgia shows suitcases filled with ballots pulled from under a table AFTER supervisors told poll workers to leave room and 4 people stayed behind to keep counting votes* **pic.twitter.com/AcbTI1pxn4**

*– Team Trump (@TeamTrump)* **December 3, 2020**

**We later identified** one of the operatives on Thursday night **who was caught on video counting illegal ballots from a suitcase stashed under a table!**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

One woman in the center was wearing a purple top.
She later appeared in the suitcase video!
**Her name is Ruby Freeman.**

And **her daughter Wandrea "Shaye" Moss was later identified** as her supervisor who was helping cart out the hidden ballots in the suitcases to be counted after all of the GOP observers and media was sent home for a "water main" break.

It was all a fraud.

And here is a closeup of the woman in question via a Getty image.
Her official name is **"Wandrea Moss."**



*Thank you Gateway Pundit readers for sending this information.*

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Following our report **Carolyn Ryan** from **Carolyn Ryan TV** reached out to Ruby for an interview.

**At first Ruby accepted the invitation. But then she declined the interview. She said she needed a lawyer.**
**Good idea.**

Via **The National File**.

Carolyn posted her text messages with Ruby Freeman.
Notice The Gateway Pundit report in the text messages.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



11/18/21, 4:48 PM                  I Won't Be Able to Be Interviewed - I Need an Attorney - Georgia's Ruby Freeman Lawyers Up, Cancels Interview

Case: 4:21-cv-01424-HEA Doc. #: 1-3 Filed: 12/05/21 Page: 205 of 320 PageID #: 212

**Then Ruby backed out.**



**Yup. It's probably best that Ruby gets herself a lawyer.**

**Maybe the Biden campaign will pitch in and help?**



**Carolyn Ryan**
@CarolynRyanTV

"THIS IS BIGGER THAN ME": Woman identified in Fulton Co (alleged) election fraud video agrees to interview, then back tracks & declines; later makes private and/or deletes FB page.

WATCH the & SUBSCRIBE 👇
rumble.com/vblk0n-this-is...

#gapol #rubyfreeman #stopthesteal #election2020

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

5:51 PM · Dec 4, 2020   ⓘ

♡ 567    💬 77    🔗 Copy link to Tweet

**Tweet your reply**

## Submit a Correction

Hello Commenters!

The Gateway Pundit is always committed to ensuring your voice can and will be heard. To reinforce that commitment, we are switching our commenting platform to Insticator. Don't worry! All you have to do is create a commenting account with Insticator, and then you will be able to link past comments into your new Insticator account. For more information, we've written an article that you can read **HERE**. If you have any feedback or questions about your Insticator commenting account, please email them at: **commenting-help@insticator.com**.





**Jim Hoft**

| More Info | Recent Posts | Contact |

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Foundation in May 2016.





**Be the first to react to this post!**



Love!



LOL



Whoa



Shrug



Sob



Grrr

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Case: 4:21-cv-01424-HEA  Doc. #: 1-3  Filed: 12/05/21  Page: 208 of 320 PageID #: 215

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# Popular in the community

**BREAKING NEWS: Pfizer Hid from Public the Number of Deaths in COVID Clinical...**



2014 Comments

**SHOCKING New England Journal of Medicine Study: Vaccine Immunit...**



2010 Comments

**HUGE EXCLUSIVE: Archbishop Carlo Maria Vigan Calls on People of...**



1751 Comments

**"Q Shaman" Sentenced to 41 Months in Prison For Non-Violent Offense Aft...**



1559 Comments

**Leftists at Work: Police Officer Finds Suspicious Pile of Bricks in Kenosha Back...**



1415 Comments

**UPDATE WITH VIDEO: MSNBC BANNED FROM RITTENHOUSE TRIAL AN...**



1335 Comments

**Load more articles**

11/18/21, 4:43 AM
"I Won't Be Able to Be Interviewed - I Need an Attorney" Georgia's Ruby Freeman Lawyers Up, Cancels Interview

Active on Page: 5

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Leave a comment

Comments                                                                    Log In

Join the conversation

Help                          By posting you agree to our **Terms of Use**





Gateway Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

Twitter

YouTube

Terms

Contact

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 13

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# HUGE! WE CAUGHT THEM! Conspiracy Revealed – 3rd Suspect in GA "Suitcase Scandal" is Also the Same Man Who Spoke to Reporters on Water Main Break

**By Jim Hoft**
**Published December 7, 2020 at 8:29am**
**Comments**



*This is an update to our earlier report from Sunday night–*

**Ralph Jones, Sr. was identified as the third suspect in the Fulton County Georgia suitcase scandal.**

\*\* Ralph led a team of operatives in carrying out a massive voter fraud scandal on election night at the State Farm Center in Atlanta, Georgia.

\*\* Ralph and his team plotted to remove ALL elections observers (Republicans) from the counting room so they could roll out their suitcases full of Joe Biden ballots and run them through the machine.

\*\* Ralph Jones **told local Atlanta news channel 11Alive** that a water main broke at the State Farm Arena.  Local **WVLT8** reported: Nearly 40,000 absentee ballots will not be counted for the state of Georgia until at least Wednesday after a water main break, Fulton County officials said.

**Apelbaum** has more on the timeline.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Here is the headline from **WVLT8.**

## Some ballots will not be counted until Wednesday in Georgia following water main break

Officials said no ballots were damaged as a result of the water main break.

**They sent everyone home!**

Should people who committed election fraud go to jail?

○ Yes    ○ No    Enter your email

Submit

Completing this poll entitles you to The Gateway Pundit news updates free of charge. You may opt out at anytime. You also agree to our **Privacy Policy** and **Terms of Use**.

> *No one disputes that Fulton County elections officials falsely announced that the counting of ballots would stop at 10:30 p.m. No one disputes that Fulton County elected officials unlawfully resumed the counting of ballots after our observers left the center.*
>
> *– David Shafer (@DavidShafer) **November 10, 2020***

For the record – Georgia anti-Trump elections official Gabe Sterling later said that the local officials called for the counting to resume at 11 PM but this is just not true. This directly **contradicts** the County Spokeswoman.



** The elections officials used the "water main break" to say there was a delay in counting and they used that to send people home – except for the suitcase gang.

** Then Ralph Jones, Sr., Ruby Freeman and her daughter Shaye Ross went to work rolling out the hidden suitcases of ballots stashed under the table and hidden from view.

** It was their actions that gave Joe Biden the spike in unexplained votes in Georgia on Wednesday morning.

** It appears this was a conspiracy to lie to the public including local news, to remove observers from the center and then to commit their hidden suitcase ballot fraud.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



Here is what Ralph told **11Alive**:

> *Fulton County election officials said they are behind – possibly by about two hours – counting absentee ballots after a pipe burst near a room at State Farm Arena where some of those ballots were being held.*
>
> *According to election officials, none of the ballots were damaged in the process. No voting equipment was effected either, officials said.*
>
> *Fulton County Registration chief Ralph Jones said that the pipe burst just after 6 a.m. Tuesday in the room above where they ballots were being kept, and water was draining down to the left side of the room where the ballots were.*
>
> *State Farm did come to fix the issue – which was repaired by about 8 a.m. – but there was a brief delay in tabulating the absentee ballots while the*

*repairs were being made, Jones said.*

**We know this was a lie because there was NEVER a work order filed and the water department never received a call.**
**It never happened!**

**But it gave Ralph and Ruby and Shaye cover to complete their scam on Georgia and America!**

**\* \* \* \* \* \* \* \* \* \***



# We've reported numerous times on events in Georgia on election night at the State Farm Arena in Atlanta.
# We've now uncovered more on the incident that exemplifies the 2020 election in Georgia.

On election night we were told that voting stopped in Georgia's State Farm Arena due to a water main break. President Trump was way ahead in the election at that time. But a couple days later we uncovered that the

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

water main break never happened.  First an attorney in the Atlanta area asked for information related to the event via an freedom of information request and he shared with us that the only item he received was a couple of text messages related to the event:

After posting this, we found out that the water department in Atlanta **never even received a call** regarding the water main break.
It was a scam.



Next it was uncovered that a mother and daughter team, **Ruby Freeman and her daughter "Shaye" Moss** as well as a couple others, stuck around after sending everyone home and started running ballots through tabulators.  Ballots were pulled out from under a table that were previously covered up and processed with no Republican observers.

The mother – daughter team have become infamous in the annals of voter corruption:



## BREAKING: CROOKED GEORGIA ELECTIONS SUPERVISER Filmed Pulling Out Suitcases of Ballots from Beneath Table IS IDENTIFIED — IT'S RUBY'S DAUGHTER! (Video)

Ruby Freeman and daughter and elections supervisor Wandrea "Shaye" Moss Earlier on Thursday Cristina Laila reported on the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats pulled out suitcases full of ballots and began counting those ballots without election monitors in the room. Trump's legal ... Continue reading

 The Gateway Pundit

On Sunday night we uncovered another observation of events that night.

One of the other individuals who stuck around moved from his regular station and moved to another cube where he held numerous calls with someone as the ballot counting went on. **Yaacov Apelbaum at the Illustrated Primer** points out where this mysterious man in red placed himself:

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**According to the composite, the man in red makes two phone calls on Election Night at 10:58pm which then triggers the removal of the ballot cases from under the table covered in black material. Within a couple minutes four boxes of ballots are wheeled out from under the table.**

We now believe the man taking the calls and organizing the massive "suitcase" scandal that night is **Ralph Jones.**

Ralph Jones is the **registrations chief** at Fulton County Government.



We have video of Ralph Jones taking time out to speak with Ruby Freeman while she was filmed counting ballots.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**Here is the video of Ralph and Ruby Freeman.**



LIVE: Georgia Election Officials Continue Counting Ballots in Atla...

Ralph Jones Jr. has his own consulting firm and did work for Mayor Keisha
Lance Bottoms.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Mayor Bottoms paid Ralph Jones Jr's consulting firm $3,600 during her runoff last year.

And then she won her runoff! What a great investment!

The **AJC** reported on Keisha and Ralph in 2018.

> *According to records obtained by Channel 2 Action News and The Atlanta Journal-Constitution, the campaign paid more than $3,600 to RJ Mays Consulting, whose registered agent is Ralph Jones Sr., registration chief of the county's election department.*
>
> *The filings raise questions about potential conflicts of interest and what experts called an alarming lack of separation between a top election employee and active political campaign.*

**And Ralph's son Ralph Jones Jr. was Keisha's online social media director.**





FYI – We have a huge update coming on this guy.

## Submit a Correction

Hello Commenters!

The Gateway Pundit is always committed to ensuring your voice can and will be heard. To reinforce that commitment, we are switching our commenting platform to Insticator. Don't worry! All you have to do is create a commenting account with Insticator, and then you will be able to link past comments into your new Insticator account. For more information, we've written an article that you can read **HERE**. If you have any feedback or questions about your Insticator commenting account, please email them at: **commenting-help@insticator.com**.

f Share | Twitter | Gab | | | | ➤



**Jim Hoft**

More Info | Recent Posts | Contact

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM





**Be the first to react to this post!**

          

Love!        LOL        Whoa        Shrug        Sob        Grrr

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

## Popular in the community

**BREAKING NEWS: Pfizer Hid from Public the Number of Deaths in COVID Clinical...** 

2014 Comments

**SHOCKING New England Journal of Medicine Study: Vaccine Immunit...** 

2010 Comments

**HUGE EXCLUSIVE: Archbishop Carlo Maria Vigan Calls on People of...** 

1751 Comments

**"Q Shaman" Sentenced to 41 Months in Prison For Non-Violent Offense Aft...** 

1559 Comments

**Leftists at Work: Police Officer Finds Suspicious Pile of Bricks in Kenosha Back...** 

1414 Comments

**UPDATE WITH VIDEO: MSNBC BANNED FROM RITTENHOUSE TRIAL AN...** 

1321 Comments

**Load more articles**

11/18/21, 4:46 PM — HUGE Caught: Criminal Conspiracy Revealed – Third Suspect in GA Suitcase Scandal – Also the Same Man Who Spoke to Reporters …

Case: 4:21-cv-01424-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 226 of 320 PageID #: 233

Active on Page: 1

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Leave a comment

**Comments**

**Log In**

Join the conversation

**Help**

By posting you agree to our **Terms of Use**





Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

Twitter

YouTube

Terms

Contact

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 14

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# CONFIRMED: Supervisor Shaye Moss – Who "Yelled Out" for Georgia GOP Observers to Go Home – Is Same Woman Who Pulled the Suitcase Ballots Out from Underneath the Table When they Left

By Jim Hoft
Published December 8, 2020 at 7:20am
1 Comment

  Gab  

Share (3.5k)



*Ruby Freeman and daughter and elections supervisor Wandrea "Shaye" Moss*

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Last Thursday Cristina Laila reported on the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats pulled out suitcases full of ballots and began counting those ballots without election monitors in the room.

Trump's legal team showed a video from the State Farm Arena tabulation center after poll workers were told to leave at 10:25 PM.

*(The liberal media is now pretending this call to quit was a myth despite the numerous reports to the contrary!.)*

A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated!



*This was the most explosive video of the entire campaign season!*

*WATCH: Video footage from Georgia shows suitcases filled with ballots pulled from under a table AFTER supervisors told poll workers to leave room and 4 people stayed behind to keep counting votes*
*pic.twitter.com/AcbTI1pxn4*

– *Team Trump (@TeamTrump) December 3, 2020*

**We identified** one of the operatives **last Thursday who was caught on video counting illegal ballots from a suitcase stashed under a table!**

**As you can see from the video one woman in a purple top was filmed helping pull out the ballots and then sitting down to count the ballots.**

**That woman has now been identified.**

**Her name is Ruby Freeman.**

Her T-shirt says "Lady Ruby" and her purse says, "LaRuby" which is her company.
This was not a very smart move.  We reported extensively on this last week.

**On her Facebook page Ruby Freeman bragged about her "Shaye" being her supervisor.**
It is clear from a video that was released that Shaye and Ruby are very close.

Here are a few entries from Ruby's Facebook page.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



Ruby made a post on Facebook on Nov 3, "Look at my Baby giving that look to the employees. Mommie is so proud of you. Supervisor of registration."

11/17/21, 4:52 PM    CONFIRMED: Supervisor Shaye Moss Who "Yelled" Out for Georgia GOP Observers to Go Home - Same Woman Who Pulled the Suitcas…

Case: 4:21-cv-01424-HEA  Doc. #: 1-2  Filed: 12/05/21  Page: 234 of 320  PageID #: 241

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



And here is a closeup of the woman in question via a Getty image.
Her official name is **Wandrea "Shaye" Moss.**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



"Shaye" was the woman in blonde braids who was filmed removing suitcases of ballots from under a table after GOP observers were evacuated from the room and told to go home.

**But that's not all.**

Mollie Hemingway at The Federalist reported earlier today that poll watchers in sworn affidavits claim it was "a woman with blonde braids" who appeared to be a supervisor "yelled out" to those present in the room that they would stop working for the night and would resume in the morning.

Shaye told everyone to go home.

Then Shaye, her mother and a couple others including Ralph Jones, Sr. were filmed taking "suitcases" of ballots hidden under a table out to be tabulated. This was right before Joe Biden got his surprise spike in ballots.



And now the liberal media and their fake "fact-checkers" are lying about the incredible incident caught on video!

**The Federalist** reported:

> *Were Republican Poll Watchers and the Media Told Counting Had Stopped For The Night?*
> *Georgia Republican Party Chairman David Shafer has consistently said that's what happened at State Farm Arena, beginning hours after the election:*

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



*That claim, which he has **repeated consistently**, is backed by **sworn affidavits from two Republican observers**, who further allege they were kept an **unreasonable distance from the ballots** even while they were at State Farm Arena, making it completely impossible to meaningfully do their jobs. (The video, which shows the room from four different angles, fully supports the claim that poll watchers were kept away from meaningful observation of ballot handling.)*

*The observers say that they arrived for their observation jobs around 8 p.m. They say in the first half of the 10 o'clock hour, a woman with blonde braids who appeared to be a supervisor "yelled out" to those present in the room that they would stop working for the night and would resume in the morning. The Republican poll watchers said they asked Fulton County Elections Spokesperson Regina Waller questions about the status of the ballot count multiple times but that she refused to answer.*

**Submit a Correction**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Hello Commenters!

The Gateway Pundit is always committed to ensuring your voice can and will be heard. To reinforce that commitment, we are switching our commenting platform to Insticator. Don't worry! All you have to do is create a commenting account with Insticator, and then you will be able to link past comments into your new Insticator account. For more information, we've written an article that you can read **HERE**. If you have any feedback or questions about your Insticator commenting account, please email them at: **commenting-help@insticator.com**.





**Jim Hoft**

More Info | Recent Posts | Contact

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.



11/17/21, 4:51 PM Confirmed: Supervisor Shaye Moss Who "Yelled Out" for Georgia GOP Observers to Go Home - Same Woman Who Pulled the Suitcas…

Case: 4:21-cv-01524-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 239 of 320 PageID #: 246



**Be the first to react to this post!**



Love!        LOL        Whoa

Shrug        Sob        Grrr

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

11/17/21, 4:53 PM   Confirmed: Supervisor Shaye Moss Who 'Yelled' for Georgia GOP Observers to Go Home - and Woman Who Pulled The Suitcas…

Case: 4:21-cv-01424-HEA  Doc. #: 1-2  Filed: 12/05/21  Page: 240 of 320 PageID #: 247

# Popular in the community

**Dr. Fauci: 'There is a Misplaced Perception About People's Individual Right to Make a Decision that Supersedes the Societal Safety' (VIDEO)**



4689 Comments

**BREAKING NEWS: Pfizer Hid from Public the Number of Deaths in COVID Clinical Trials -- Actual Number Was 21 Which Was 6 More than...**



1983 Comments

**Band Apologizes After Female Lead Singer Calls Fan on the Stage Then Pees on His Face (VIDEO)**



1506 Comments

**Critical Race Theory Supporter Threatens Parents Who Question CRT: "I've Got Over 1,000 Soldiers - Locked And Loaded" (VIdeo)**



1493 Comments

**"Q Shaman" Sentenced to 41 Months in Prison For Non-Violent Offense After He Was Allowed Inside US Capitol by Police**



1189 Comments

**BREAKING: Black Lives Matter Protests Outside Kenosha Court House Threatening More Violence -- Where's the FBI? (VIDEO)**



1406 Comments

**Load more articles**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

11/17/21, 4:51 AM    COVID-19 Supervisor Shaye Moss, Who "Yelled Out" for Georgia GOP Observers to "Go Home," Is Same Woman Who Pulled the Suitcas…

Case: 4:21-cv-01824-HEA   Doc. #: 1-2   Filed: 12/05/21   Page: 241 of 320   PageID #: 248

**Active on Page: 1**

# 1 Comment

Leave a comment

**Comments**                                          Log In

### uratrick

Jun 18

Tell her shes going to jail and she will Rat out all guilty parties
including Momma.

Reply

**Help**

By posting you agree to our **Terms of Use**



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

Twitter

YouTube

Terms

Contact

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 15

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# NOW WITH AUDIO: Georgia Election Official Ralph Jones, Sr. Announced on Nov. 3rd Evening that Counting would Stop at 11 PM – Then Led Team to Count Stashed 'Suitcase' Ballots

By Jim Hoft
Published December 8, 2020 at 8:59am
1 Comment



f Share (2.3k)    Gab    ✉    ➤

**The Gateway Pundit identified Ralph Jones, Sr. as the third suspect in the Fulton County Georgia suitcase scandal.**

** Ralph led a team of operatives in carrying out a massive voter fraud scandal on election night at the State Farm Center in Atlanta, Georgia.

** Ralph and his team plotted to remove ALL elections observers (Republicans) from the counting room so they could roll out their suitcases full of Joe Biden ballots and run them through the machine.

** Ralph Jones **told local Atlanta news channel 11Alive** that a water main broke at the State Farm Arena.  Local **WVLT8** reported: Nearly 40,000 absentee ballots will not be counted for the state of Georgia until at least Wednesday after a water main break, Fulton County officials said.

**Apelbaum** has more on the timeline.



Here is the headline from **WVLT8.**

## Some ballots will not be counted until Wednesday in Georgia following water main break

Officials said no ballots were damaged as a result of the water main break.

**They sent everyone home!**

---

**David Shafer** ✔ @DavidShafer · Nov 9, 2020
Let me repeat. Fulton County elections officials told the media and our observers that they were shutting down the tabulation center at State Farm Arena at 10:30 p.m. on election night only to continue counting ballots in secret until 1:00 a.m.



**David Shafer** ✔
@DavidShafer

No one disputes that Fulton County elections officials falsely announced that the counting of ballots would stop at 10:30 p.m. No one disputes that Fulton County elected officials unlawfully resumed the counting of ballots after our observers left the center.

7:34 PM · Nov 9, 2020



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

♡ 17.2K        ⟳ 353        🔗 Copy link to Tweet

Tweet your reply

For the record – Georgia anti-Trump elections official Gabe Sterling later
said that the local officials called for the counting to resume at 11 PM but
this is just not true. This directly **contradicts** the County Spokeswoman.



** The elections officials used the "water main break" to say there was a
delay in counting and they used that to send people home – except for
the suitcase gang.

** Then Ralph Jones, Sr., Ruby Freeman and her daughter Shaye Ross went
to work rolling out the hidden suitcases of ballots stashed under the table
and hidden from view.

** It was their actions that gave Joe Biden the spike in unexplained votes in
Georgia on Wednesday morning.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

** It appears that this was a conspiracy to remove observers from the center and then to commit their hidden suitcase ballot fraud.

Mollie Hemingway has **more on the shutdown** at the State Farm Center on Election night.

The lying fake news media wants you to believe this entire incident was debunked.
Nothing could be further from the truth – something that is lacking in the mainstream media and their "fact-checkers" today.

## We now have actual audio of Ralph Jones – the elections official at the heart of the "suitcase scandal" telling government officials the State Farm Center will shut down at 10 or 11 PM on Election night!

Georgia Secretary of State officials released an affidavit insisting there never was an intent to stop the count at 10:00 PM, but only the cutters were going to stop.

But The Gateway Pundit was sent this link to the Zoom call from the evening of November 3rd and Ralph Jones, Sr. definitely told those listening that they are going to stop work at around 10 to 11 PM.

At the 28:00-28:23 minute mark.

> **RALPH JONES:** *"I think we'll still be scanning late today a little later on um we are scheduled to scan up to 10 and 11:00 o'clock today I should say tonight at the present time"*

Here is the audio-video:

Fulton County Board of Registration & Elections Special Called M...

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**This video from the Fulton County Government YouTube page only has 368 views.**

We have access to a hard copy in case the slimy officials decide to remove it.

*Hat Tip: u/3-10*

**Submit a Correction**

Hello Commenters!

The Gateway Pundit is always committed to ensuring your voice can and will be heard. To reinforce that commitment, we are switching our commenting platform to Insticator. Don't worry! All you have to do is create a commenting account with Insticator, and then you will be able to link past comments into your new Insticator account. For more information, we've written an article that you can read **HERE**. If you have any feedback or questions about your Insticator commenting account, please email them at: **commenting-help@insticator.com**.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**Jim Hoft**

More Info | Recent Posts | Contact

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.





**Be the first to react to this post!**


Love!


LOL


Whoa


Shrug


Sob


Grrr

Case: 4:21-cv-01424-HEA   Doc. #: 1-2   Filed: 12/05/21   Page: 251 of 320   PageID #: 258

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

## Popular in the community

**Dr. Fauci: 'There is a Misplaced Perception About People's Individual Right t…**



4689 Comments

**BREAKING NEWS: Pfizer Hid from Public the Number of Deaths in…**



1983 Comments

**Band Apologizes After Female Lead Singer Calls Fan on the Stage Then Pee…**



1506 Comments

**Critical Race Theory Supporter Threatens Parents Who Question…**



1493 Comments

**"Q Shaman" Sentenced to 41 Months in Prison For Non-Violent Offense After He…**



1188 Comments

**BREAKING: Black Lives Matter Protests Outside Kenosha Court House…**



1406 Comments

**Load more articles**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**Active on Page: 1**

# 1 Comment

Leave a comment

**Comments**                                                           Log In

**FQ**

Jun 18

This clown, Ralph Jones, has worked in Georgia Elections for 3 decades!!! Now, the scumbag is finally caught running the same stacks of ballots through the machines multiple times. Water main…. yeah right….

Reply

**Help**

By posting you agree to our **Terms of Use**





SHOP TILL YA DROP

Quality you can count on + prices that can't be beat

SHOP NOW    AliExpress

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

Home            Twitter

About           YouTube

Advertise       Terms

Privacy         Contact

Facebook

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 16

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# China-Funded 'Fact-Checker' Lead Stories Pushes Bullsh*t That Fulton County "Suitcase" Scandal Was Debunked – Will They EVER Tell the Truth?

By Jim Hoft
Published December 8, 2020 at 1:11pm
Comments



We've reported numerous times on events in Georgia on election night at the State Farm Arena in Atlanta. We've now uncovered more on the incident that exemplifies the 2020 election in Georgia.

Last Thursday Cristina Laila reported on the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats pulled out suitcases full of ballots and began counting those ballots without election monitors in the room.

11/18/21, 5:... China-Funded Fact-Checker' Lead Stories Pushes Bullshit Fulton County "Suitcase Scandal" Debunked & They'll Tell the ...

Case: 4:21-cv-01424-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 256 of 320 PageID #: 263

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



Trump's legal team showed a video from the State Farm Arena tabulation center after poll workers were told to leave at 10:25 PM. The poll workers signed sworn affidavits saying they were told to leave at that time.

A few liberal election "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated after the GOP inspectors and media left the room!

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

*This was the most explosive video of the entire campaign season!*

> *WATCH: Video footage from Georgia shows suitcases filled with ballots pulled from under a table AFTER supervisors told poll workers to leave room and 4 people stayed behind to keep counting votes* **pic.twitter.com/AcbTl1pxn4**
>
> *– Team Trump (Text TRUMP to 88022) (@TeamTrump)* **December 3, 2020**

The Gateway Pundit identified **Ralph Jones, Sr.**, **Ruby Freeman** and **Shaye Moss** as three of the suspects in the suitcase ballot scandal.

It was a planned effort to count the hidden ballots. One worker was even seen pushing the same votes through the ballot counter three different times.

But the Facebook "fact check" group Lead Stories said the "suitcase" scandal **had been debunked** and that the GOP observers and media were not told to leave the area and go home.

Lead Stories we now know is funded by Facebook and a Chinese company. So it makes sense that they would target any conservative outlet that reported on this explosive video.

> *"Lead Stories claims it is funded by Facebook, Google, and ByteDance. The latter is the Beijing-based and China Communist Party-linked company known for TikTok."* **https://t.co/hhArRsNroX**
>
> *– ℘ Flavius Josephus ℘ (@Zip_It_Hippie)* **December 7, 2020**

Unfortunately, we were forced to "debunk" Lead Stories with **audio of Ralph Jones, Sr.** announcing the center was going to shut down early between 10 and 11 AM.



Ralph Jones is the same guy who was leading the directly the efforts to count the hidden ballots that was later captured on video from the counting room.

**It looks like the Chinese-backed Lead Stories was just caught in another fake news story?**

Case: 4:21-cv-01424-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 259 of 320 PageID #: 266

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**Today The Federalist also pointed out how Lead Stories is dishonestly reporting the "suitcase" scandal was debunked.**

**The Federalist** reported:

> *Facebook is censoring criticism of a fake fact-check published by an "independent fact-checker," who is bankrolled by both China and Big Tech.*
>
> *The Federalist published a piece Monday headlined, **"The Georgia Vote-Counting Video Was Not 'Debunked.' Not Even Close,"** by Federalist Senior Editor Mollie Hemingway, which investigates how one of Facebook's designated fact-checkers supposedly debunked claims related to an explosive video corroborating Republican charges of election fraud in Georgia.*
>
> *Moments before the post was published on Facebook however, the company released a notification to users that the post had been flagged for misinformation based on a supposed "fact-check" by one of its third-party fact-checkers, LeadStories.*

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

> *According to LeadStories, which **relies** on funding from a mix of Silicon Valley tech giants Google and Facebook in addition to Chinese-operated ByteDance headquartered in Beijing, allegations of unmonitored ballot-counting in Georgia based on footage released last week supporting Republicans' timeline of events bear no merit.*

**Submit a Correction**

Hello Commenters!

The Gateway Pundit is always committed to ensuring your voice can and will be heard. To reinforce that commitment, we are switching our commenting platform to Insticator. Don't worry! All you have to do is create a commenting account with Insticator, and then you will be able to link past comments into your new Insticator account. For more information, we've written an article that you can read **HERE**. If you have any feedback or questions about your Insticator commenting account, please email them at: **commenting-help@insticator.com**.



 **Jim Hoft**

More Info | Recent Posts | Contact

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.





**Be the first to react to this post!**

Love!

LOL

Whoa

Shrug

Sob

Grrr

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

## Popular in the community

**BREAKING NEWS: Pfizer Hid from Public the Number of Deaths in COVID Clinical Trials -- Actual Number Was 21 Which Was 6 More than...**



2014 Comments

**SHOCKING New England Journal of Medicine Study: Vaccine Immunity Wanes Against COVID Virus After ONLY 2 MONTHS**



2010 Comments

**HUGE EXCLUSIVE: Archbishop Carlo Maria Vigan Calls on People of Faith to Unite in a Worldwide Anti-Globalist Alliance to Free Humanity from...**



1751 Comments

**"Q Shaman" Sentenced to 41 Months in Prison For Non-Violent Offense After He Was Allowed Inside US Capitol by Police**



1559 Comments

**Leftists at Work: Police Officer Finds Suspicious Pile of Bricks in Kenosha Back Alley - Report (AUDIO)**



1417 Comments

**UPDATE WITH VIDEO: MSNBC BANNED FROM RITTENHOUSE TRIAL AND COURTHOUSE! Reporter Taken Into Custody - Was Following,...**



1387 Comments

**Load more articles**

**Active on Page: 1**

Leave a comment

**Comments**                                                    **Log In**

**Join the conversation**

**Help**

By posting you agree to our **Terms of Use**





Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

**Home**

**About**

**Advertise**

**Privacy**

**Facebook**

**Twitter**

**YouTube**

**Terms**

**Contact**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 17

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



# Has the FBI Spoken with Ruby Freeman or Ralph Jones Yet? And If Not, Why in the Hell Do we Have an FBI?

By Jim Hoft
Published December 23, 2020 at 8:40am
Comments

f Share (2.4k)   Tweet   Gab



On Tuesday night President Trump tweeted out an OANN report on a Gateway Pundit investigation of the Atlanta suitcase voter fraud scandal.

The Gateway Pundit was first **to identify Ruby Freeman**, her daughter **Wandrea "Shaye" Moss**, and their boss **Ralph Jones, Sr.** in the infamous suitcase ballot hoist.

We later reported on Ruby Freeman **running the same batch of ballots** through the counting machines at least three times after these Democrat operatives cleared the room of observers!

On Tuesday night President Trump tweeted this OANN and Gateway Pundit video.



*pic.twitter.com/WtIQLiq65y*

*— Donald J. Trump (@realDonaldTrump) December 23, 2020*

Shaye Moss is **the same person who called out** for observers to go home late on election night before the ballot hoist.

**Ralph Jones, Sr. is ON AUDIO telling reporters he was going to shut down the State Farm Center early and send observers home. This was BEFORE the suitcase ballot hoist!**

It was a carefully planned event!
**They had NO IDEA they would get caught!**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



## NOW WITH AUDIO: Georgia Election Official Ralph Jones, Sr. Announced on Nov. 3rd Evening that Counting would Stop at 11 PM — Then Led Team to Count Stashed 'Suitcase" Ballots

The Gateway Pundit identified Ralph Jones, Sr. as the third suspect in the Fulton County Georgia suitcase scandal. ** Ralph led a team of operatives in carrying out a massive voter fraud scandal on election night at the State Farm Center in Atlanta, Georgia. ** Ralph and his team plotted to remove ALL elections observers ... Continue reading

 **The Gateway Pundit**

**At this time there is no evidence that FBI or the Georgia Bureau of Investigations have interviewed or arrested Ruby Freeman, Shaye Ross, or Ralph Jones, Sr.**

They were able to flip Georgia for Beijing Biden by their actions.

Why is the FBI or DOJ not involved?
This tells you everything you need to know about your federal government.

Case: 4:21-cv-01424-HEA  Doc. #: 1-2  Filed: 12/05/31  Page: 869 of 320  PageID #: 276

Hello Commenters!

The Gateway Pundit is always committed to ensuring your voice can and will be heard. To reinforce that commitment, we are switching our commenting platform to Insticator. Don't worry! All you have to do is create a commenting account with Insticator, and then you will be able to link past comments into your new Insticator account. For more information, we've written an article that you can read **HERE**. If you have any feedback or questions about your Insticator commenting account, please email them at: **commenting-help@insticator.com**.





**Jim Hoft**

|                | More Info | Recent Posts | Contact |
| -------------- | --------- | ------------ | ------- |

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**Be the first to react to this post!**



Love!          LOL           Whoa

Shrug          Sob           Grrr

# Popular in the community

**Dr. Fauci: 'There is a Misplaced Perception About People's Individual Right to Make a Decision that Supersedes the Societal Safety' (VIDEO)**



4690 Comments

**BREAKING NEWS: Pfizer Hid from Public the Number of Deaths in COVID Clinical Trials -- Actual Number Was 21 Which Was 6 More than...**



1986 Comments

**Band Apologizes After Female Lead Singer Calls Fan on the Stage Then Pees on His Face (VIDEO)**



1508 Comments

**"Q Shaman" Sentenced to 41 Months in Prison For Non-Violent Offense After He Was Allowed Inside US Capitol by Police**



1236 Comments

**BREAKING: Black Lives Matter Protests Outside Kenosha Court House Threatening More Violence -- Where's the FBI? (VIDEO)**



1409 Comments

**Beto O'Rourke Running For Governor Of Texas - Says He Is Going After People's Guns**



1221 Comments

**Load more articles**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

11/18/21, 12:52 PM    Has the FBI Spoken with Ruby Freeman or Ralph Jones Yet? And If Not, Why? | The Gateway Pundit | by Jim Hoft

Case: 4:21-cv-01424-HEA  Doc. #: 1-2  Filed: 12/05/31  Page: 272 of 320  PageID #: 279

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**Active on Page: 2**



Leave a comment

**Comments**                                                     Log In

**Join the conversation**

**Help**          By posting you agree to our **Terms of Use**



Case: 4:21-cv-01424-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 273 of 320 PageID #: 280



Gateway Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

Twitter

YouTube

Terms

Contact

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 18

11/18/21, 1:34 ... HUGE: TRUMP DROPS A BOMB DURING PHONE CALL! Tells Raffensperger "Vote Scammer and Hustler" Ruby Freeman Was Behind A...

Case: 4:21-cv-01434-NFA   Doc #: 1-2   Filed: 12/05/21   Page: 275 of 320   PageID #: 382

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# HUGE: TRUMP DROPS A BOMB DURING PHONE CALL! Tells Raffensperger "Vote Scammer and Hustler" Ruby Freeman Was Behind Alleged 18,000 FRAUDULENT VOTES in Suitcase Scandal! (VIDEO)

By Jim Hoft
Published January 3, 2021 at 6:20pm
7 Comments

f Share (2.7k)  Tweet  Gab  ✉  ➤



**President Trump held a call with Georgia Secretary of State Brad Raffensperger on Saturday. After the call, Raffensperger leaked to the audio to the nasty anti-Trump publication, the Washington Post.**

## Raffensperger then went on Twitter and refuted President Trump and told him "the truth will come out."

We reported earlier on the call the President held with Georgia Secretary of State Brad Raffensperger earlier:



### Raffensperger's Team Leaks President Trump's Saturday Call to Fake News WaPo — Tells You Everything About the Dirty Georgia Leadership

The travesty in Georgia continues. President Trump held a one-hour long phone call on Saturday with crooked Secretary of State Brad Raffensperger and state election officials on the 2020 election in his state that was wrought with fraud. It's not clear if Ruby Freeman or Ralph Jones, Sr. were on the call. In the one-hour … Continue reading

 The Gateway Pundit



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



After the call, nasty Raffensperger leaked the call to the WaPo and then called the President a liar.

> *Somehow missed Raffensperger's response earlier:*
> *pic.twitter.com/fCMxjsPofy*
>
> *– S.V. Dáte (@svdate) January 3, 2021*

If you listen to the selectively edited segments released by the WaPo of the call, with only selective segments released by WaPo, there is nothing that the President says that is untrue.

Later the Washington Post released the entire recorded conversation. This is something that is common during the Trump years.  Information from private calls are leaked to the liberal media by nefarious characters in an attempt to embarrass or damage President Trump.

Later the far left Washington Post released the full audio from the call.



One thing that is noticeable in the first five minutes of the call is the Washington Post beeped out a name of a person who President Trump calls out Ruby Freeman a **"vote scammer and professional fraudster."**

**Then, President Trump dropped THIS BOMB – Ruby Freeman and her comrades manufactured 18,000 fraudulent votes for Joe Biden in the State Farm Center after ALL election observers were sent home for the night.**

Here is the text:

> *President Trump:  We have at least 18,000, that's on tape.  We had them counted very painstakingly.  **18,000 voters having to with BEEP (Ruby Freeman).  She's a vote scammer, a professional vote scammer and hustler.**  BEEP (Ruby Freeman) that is the tape that is shown all over the world.  It makes everybody look bad, you, me and everybody else.  Number one, they said very clearly, and it's been reported that they said that there's a water main break.  Everybody fled the area.  And then they came back.*

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

*BEEP* (Ruby Freeman) and her daughter and a few people. There were no Republican poll watchers. Actually, there were no Democrat poll watchers. I guess they were them. But there were no Democrats either. And no law enforcement. Early in the morning they went to the table with the black robe, the black shield and they pulled out the votes. Those votes were put there a number of hours before. Brad, you would know. It was probably eight hours, or seven hours before, and then it was stuffed with votes. They weren't in an official voter boxes they were in what looked to be suitcases, or trunks, or suitcases. But they weren't in voter boxes. The minimum number they could be because they watched it certified in slow motion, instant replay, if you can believe it, and it was magnified many times over, and the minimum it was was 18,000 ballots all for Biden.

**The Gateway Pundit was first to identify Ruby Freeman, her daughter Shaye Moss and supervisor Ralph Jones, Sr. in the suitcase fraud scandal that was caught on tape and went viral online.**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

11/18/21, 1:35 PM  HUGE! Trump DROPS A BOMB DURING PHONE CALL! Tells Raffensperger Vote Scammer Hustler Ruby Freeman Was Behind A...

Case: 4:21-cv-01434-HEA   Doc. #: 1-2   Filed: 12/05/21   Page: 280 of 320 PageID #: 387

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



## Has the FBI Spoken with Ruby Freeman or Ralph Jones Yet? And If Not, Why in the Hell Do we Have an FBI?

On Tuesday night President Trump tweeted out an OANN report on a Gateway Pundit investigation of the Atlanta suitcase voter fraud scandal. The Gateway Pundit was first to identify Ruby Freeman, her daughter Wandrea "Shaye" Moss, and their boss Ralph Jones, Sr. in the infamous suitcase ballot hoist. We later reported on Ruby Freeman running … Continue reading

 The Gateway Pundit

That is more than enough votes to flip the state of Georgia.

It also puts Raffensperger on notice! We have the fraud! Now do your job.

**May Raffensperger should have listened to the US president rather than stab him in the back and leak his conversation to some WaPo hack.**

And **here is audio** of President Trump telling Secretary of State Brad Raffensperger that fraudsters were able to manufacture 18,000 illegal votes in the State Farm Center in the dead of night on election day!

Case: 4:21-cv-01434-HEA    Doc. #: 1-2    Filed: 12/05/21    Page: 281 of 320 PageID #: 388

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**Submit a Correction**

Hello Commenters!

The Gateway Pundit is always committed to ensuring your voice can and will be heard. To reinforce that commitment, we are switching our commenting platform to Insticator. Don't worry! All you have to do is create a commenting account with Insticator, and then you will be able to link past comments into your new Insticator account. For more information, we've written an article that you can read **HERE**. If you have any feedback or questions about your Insticator commenting account, please email them at: **commenting-help@insticator.com**.



 **Jim Hoft**

More Info | Recent Posts | Contact

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.





Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

11/18/21, 1:54 PM · HUGE: Trump DROPS A BOMB DURING PHONE CALL… Tells Raffensperger Vote-Scammer and Hustler Ruby Freeman YOU Behind A…

Case: 4:21-cv-01324-NEA Doc. #: 1-2 Filed: 12/05/21 Page: 283 of 320 PageID #: 300

**Be the first to react to this post!**



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# Popular in the community

**Dr. Fauci: 'There is a Misplaced Perception About People's Individual Right t...** 

4690 Comments

**BREAKING NEWS: Pfizer Hid from Public the Number of Deaths in...** 

1986 Comments

**Band Apologizes After Female Lead Singer Calls Fan on the Stage Then Pee...** 

1508 Comments

**"Q Shaman" Sentenced to 41 Months in Prison For Non-Violent Offense Aft...** 

1237 Comments

**BREAKING: Black Lives Matter Protests Outside Kenosha Court House...** 

1409 Comments

**Beto O'Rourke Running For Governor Of Texas - Says He Is Going After...** 

1221 Comments

**Load more articles**

11/18/21, 1:38 AM    HUGE: Trump DROPS A BOMB DURING Phone Call! TELLS Georgia's Secretary of State Ruby Freeman Behind A…

Active on Page: 2

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# 7 Comments

⊡ | Leave a comment

**Comments**    Sort by **Recent**                                    Log In

**Lov3r** Jun 21

Victims of Swamp Scum: ALL Legal Voters…. over 80 Million- A World Record- PRO TRUMP... Independent Loving (USA) Lifers! Down with dirty creatures, denaturing natural, committing crimes against humanity. Thank you Donald J. Trump, the People's POTUS~

Show more

Reply

**GalSal** Jun 20

Call Raffenspergers office n tell him we want him arrested and charged with treason. The fraud that went on in Georgia, Pennsylvania, Arizona n Nevada on election night was purposely done by bad people. They committed high treason when they did it n we the people need to demand arrests! Never forget there are millions more of us than them! Biden only got around 30% of the vote; that tells you the amount of fraud that was perpetrated.

Show more

Reply

**Ye Olde Sage** Jun 20

Interesting thought...How did Trump know so early. Somebody made sure got a frame by frame examination and explanation. A favored scenario: One day next week, SoS BR will cave in return for complete immunity. Then, watch the scramble

Show more

Reply

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Reply

**Linda**  Jun 20

If any of you had done some research on your own you would of found out the truth. See below:

Investigations surrounding the matter further revealed nothing suspicious and the ballots shown in the footage are in ballot containers, not suitcases

Georgia law regarding poll watchers states that political parties are "entitled" to have official poll watchers, however, it is not required for observers to be present for vote counting to continue.

Both an independent monitor and an investigator oversaw the vote count in Fulton County, and an election board monitor and

Show more

Reply

**Right wing**   **Linda**  Jun 21

Except we saw the suitcases on tape.

Show more

Reply

**Linda** −    **Right wing**  Jul 17

Golly gee well hooray for you, you can see thru suitcases & know they are ballets. I've seen that video numerous times. The contents are not visible. There could be anything in those suitcases. I guess you have Superman vision.

Show more

Reply

**Clearly101**  Jun 20

THIS IS WAR ON THE AMERICAN PEOPLE, NOTHING LESS.

Show more

Reply

11/18/21, 1:34 PM    HUGE: TRUMP DROPS A BOMB DURING PHONE CALL… Raffensperger, Vote Scammer & Hustler Ruby Freeman Behind A…

Case: 4:21-cv-01434-HEA   Doc. #: 1-2   Filed: 12/05/21   Page: 287 of 320 PageID #: 394

Help                By posting you agree to our **Terms of Use**



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

Twitter

YouTube

Terms

Contact

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 19

Case: 4:21-cv-01424-HEA  Doc. #: 1-2  Filed: 12/05/21  Page: 290 of 320 PageID #: 307

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# IT WAS A VOTER FRAUD FACTORY: 2nd Carter Jones Report Describes Complete Breakdown of GA Election Systems – BALLOTS EVERYWHERE, NO CHAIN OF CUSTODY, COMPLETE DISARRAY and WE HAVE THE VIDEO

By **Jim Hoft**
Published June 19, 2021 at 8:31pm
1799 Comments





**Earlier this week a Fulton County Georgia election official admitted that the chain of custody documents**

**that are legally required per state law are missing from the 2020 election.**

Brad Raffensperger, the corrupt Secretary of State in Georgia is ultimately responsible (see picture above).  For the first time an elections official admitted the chain of custody documents are missing in Georgia **per the Georgia Star.**



## Fulton County Georgia Election Official Admits Legally Required Chain of Custody Documentation Is Missing from 24% of Ballots from 2020 Election — Or 1 in 4 Ballots!

An election official in Georgia finally admitted that the chain of custody documents that are legally required are missing in Georgia. Brad Raffensperger, the corrupt Secretary of State in Georgia is ultimately responsible (see picture above).  For the first time an elections official admitted the chain of custody documents are missing in Georgia per the … Continue reading

 **The Gateway Pundit**

Then today John Solomon and Just The News reported that an audit of documents found that more than 100 batches of absentee ballots are

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

11/18/21, 2:28 AM    IT WAS A VAR FACTORY! HEAD FLOOR #2nd Carter Jones Report Describes Complete Breakdown Of Election Systems - BALLOTS EVE…

Case: 4:21-cv-01424-HEA  Doc. #: 1-2  Filed: 12/05/21  Page: 292 of 320  PageID #: 299

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

missing in Fulton County Georgia!

**Is this why Fulton County officials recently hired top criminal defense attorneys to defend them?**

The 29-page report revealed that election official was caught double-counting ballots at the State Farm Center in Atlanta, Georgia. This follows news first reported by The Gateway Pundit that election operative Ruby Freeman was also caught tripe counting stacks of votes late at night at the counting center after GOP observers were sent home.

**The author of the 29-page November Fulton County report, Carter Jones, also released a 14 page report in January on the election irregularities in Fulton County Georgia.**

# This 14page document also details several instances of voter fraud and a complete breakdown of the system.
**Here is the full 14-page document.**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Millions of books, audiobooks, magazines, documents, sheet music, and more for free.

SEVEN HILLS STRATEGIES

**State Election Board Report – Post-Election Executive Summary**
**January 12, 2021**

**Introduction**

Seven Hills Strategies, LLC (SHS) has been contracted by the State Election Board (SEB) to serve as an independent, non-partisan monitor for the pre-electoral processes in Fulton County leading up to the November 3, 2020 general election and for any subsequent runoffs. SHS will observe absentee ballot request processing procedures, absentee ballot processing/scanning, early voting procedures, and actual ballot counting on Election Day and beyond. The goal of SHS is to ensure that Fulton County is adequately prepared for the scrutiny that they will be subjected to due to the national implications of the election results.

**Fulton County's Compliance with the Terms of Sec. 12 of the Consent Order**

In addition to this report on compliance with the terms of Consent Order, SHS believes that is necessary to share this observation: From October to January, I spent nearly 270 hours at various locations observing every aspect of Fulton County's election processes. At no time did I ever observe any conduct by Fulton County election officials that involved dishonesty, fraud, or intentional malfeasance. During my weeks of monitoring, I witnessed neither "ballot stuffing" nor "double-counting" nor any other fraudulent conduct that would undermine the validity, fairness, and accuracy of the results published and certified by Fulton County.

A) **Absentee Ballot Procedures:**

1) Leading up to the Nov. 3 general election, SHS had the opportunity to observe the signature matching processes for absentee ballot applications being processed both at Darnell Senior Center and at Fulton County headquarters. During the runoff, I was stationed at Georgia World Congress Center (GWCC) and was able to monitor the vast majority of signature matching for the weeks leading into the runoff.

Download this PDF          1      of 14

**14 Page Fulton County State…** by **Jim Hoft**

On **page 2** of the report, Carter Jones describes a counting center in chaos with a complete lack of proper control.  Chain of custody rules were completely ignored at the State Farm Center.

This was the largest ballot processing center in the state of Georgia.

2) Although Fulton County allocated ample resources for absentee ballot processing leading into the general elections, the processes themselves were extremely sloppy and replete with chain of custody issues as the massive tide of ballots bounced around the Fulton Gov't HQ building.

The system, created by Ralph Jones, Registration Chief for Fulton County, seemed to function, but there were many processes that seemed to be *ad hoc* solutions to problems caused by a lack of organization or permanent staff with the expertise to manage the system in place. For example, the room which housed the team doing additional voter verification was also a temporary housing location for ballots between the mail room (which receives, opens, and records the numbers of ballots) and the ENET processing room. Staff in this room seemed to not understand the process, and Jones had to intervene to stop a temporary staffer from moving a pile of recently-accepted but unverified absentee ballots into the stack to go straight to State Farm Arena for scanning/counting. Had Jones not been there with me to catch this mistake, it is safe to assume that those ballots would've been counted as if they had been verified.

I observed an additional security issue here, as one staff member told me that people had not been signing out batches of ballots as they moved around the building in trays between processing rooms, which is a clear failure in the chain of custody mandated by the O.C.G.A.

**This should not be a surprise to Gateway Pundit readers.**

On December 4th TGP reported with video on anti-Trump ballot counter Ruby Freeman working in a private cube with trays of ballots, walking past open boxes of ballots, working alone with NO ELECTION OBSERVERS IN SIGHT!

**This is the DEFINITION OF CHEATING!**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



## NEW VIDEO Shows Anti-Trump Georgia Ballot Counter Ruby Freeman with Piles of Ballots, Walking Past Boxes of Ballots, Working Alone in Cubes WITH NO GOP OBSERVERS IN SIGHT!

Georgia ballot counter Ruby Freeman with daughter Wandrea "Shaye" Moss Earlier on Thursday Cristina Laila reported on the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats pulled out suitcases full of ballots and began counting those ballots without election monitors in the room. Trump's legal … Continue reading

 The Gateway Pundit

**The video and tweet was removed from Twitter but we found the video on YouTube and we are saving a copy.**

RUBY FREEMAN (GA Poll Worker) Video herself on Instagram.



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**What is described in the 14-page Carter Jones report we posted video of in December.**

**On her page Ruby Freeman brags about her "Shaye" being her supervisor.**
It is clear from a video that was released that Shaye and Ruby are very close.

Here are a few entries from Ruby's Facebook page.

11/18/21, 2:28 PM VOTER FRAUD FACTORY: 2nd Carter Jones Report Describes Complete Breakdown of Voting Systems, BALLOTS EVE…

Case: 4:21-cv-01424-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 297 of 320 PageID #: 304



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**How votes are counted election night, beyond**

Board of Registration and Elections workers at State Farm Arena in Atlanta process absentee ballots on ...ttes will not be tabulated until after the polls close on Election Day.

of ballots – absentee or otherwise – begins after polls close Tues...

See the results and other info about the 2020 US Election.
See Election Results

😊😮❤️ 42                                    2 Comments  3 Shares

👍 Like                    ↪ Share

Canisia Brewster
That's Awesome! PRICELESS moment.
Like · 4w                                        ❤️ 1

Quita Stokes
GO Shae Shae!!!
Like · 4w                                        ❤️ 1

And here is a closeup of the woman in question via a Getty image.
Her official name is **"Wandrea Moss."**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



Thank you Gateway Pundit readers for sending this information.

Now there is video of Ruby Freeman filming herself entering the building to count Georgia ballots.

Ruby walks by several boxes of ballots just sitting around in the room.

The elections workers were each given their own secret cube.

Then Ruby goes to her desk and pulls out a tray of ballots on her desk. There is NO supervisor or GOP observer anywhere in sight.

Case: 4:21-cv-01424-HEA    Doc. #: 1-2    Filed: 12/05/21    Page: 301 of 320 PageID #: 308

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



And then Ruby leaves the ballots on her desk as she goes to take a break.

This is suspicious activity.  The State Farm Center was full of unsecured ballots and illegal conduct.

**The Democrat operatives were running a voter fraud factory inside the State Farm Center on Election Day and into Election Week!**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**Submit a Correction**

Hello Commenters!

The Gateway Pundit is always committed to ensuring your voice can and will be heard. To reinforce that commitment, we are switching our commenting platform to Insticator. Don't worry! All you have to do is create a commenting account with Insticator, and then you will be able to link past comments into your new Insticator account. For more information, we've written an article that you can read **HERE**. If you have any feedback or questions about your Insticator commenting account, please email them at: **commenting-help@insticator.com**.

f Share | Twitter | Gab | | | ✉ | ➤



**Jim Hoft**

| More Info | Recent Posts | Contact |

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.





Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Case: 4:21-cv-01424-HEA  Doc. #: 1-2  Filed: 12/05/21  Page: 304 of 320  PageID #: 311

**Be the first to react to this post!**


Love!


LOL


Whoa


Shrug


Sob


Grrr

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# Popular in the community

**Dr. Fauci: 'There is a Misplaced Perception About People's Individual Right t...**


4690 Comments

**BREAKING NEWS: Pfizer Hid from Public the Number of Deaths in...**


1986 Comments

**Band Apologizes After Female Lead Singer Calls Fan on the Stage Then Pee...**


1508 Comments

**"Q Shaman" Sentenced to 41 Months in Prison For Non-Violent Offense Aft...**


1237 Comments

**BREAKING: Black Lives Matter Protests Outside Kenosha Court House...**


1409 Comments

**Beto O'Rourke Running For Governor Of Texas - Says He Is Going After...**


1221 Comments

**Load more articles**

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

11/18/21, 2:28 PM  Case: 4:21-cv-01424-HEA  Doc. #: 1-2  Filed: 12/05/21  Page: 306 of 320  PageID #: 313 FOX'S A14424:RRFHEAD FLOOR #: 2nd Carter Jones Report Describes Complete Breakdown of Voter... Systems, Ballots EVE…

Active on Page: 3

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# 1799 Comments

↦  | Leave a comment |

**Comments**    Sort by Recent    Log In

---

**Renewnews**  Jun 21

Just keep slapping US in the face….
Joe Biden actually told US like it is…. and the proof keeps popping up, **challenging US to do something about it!** HAH…. like that's ever gonna happen.

Reply

---

**Long Ben**  Jun 21

In general affirmative action hires do not enjoy the best reputation usually. But affirmative action hires with the evil agenda of the Dem Machine that's a whole different class of bad.

Reply

---

**Harold Angel**  Jun 21

Those people are just f'g different…

Reply

---

**wdg**  Jun 21

Systemic fraud and corruption as far as the eye can see… And yet, the DOJ and FBI are missing in action.

Reply

---

**KSEMBB1**  Jun 21

Miss Ruby pretends to be a Christian with her gospel music and all … and then she cheats.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Reply

**Romanian patriot** Jun 21

Without chain of custody in 25% of ballots, the electoral votes result in Georgia goes to President Trump!!! And the officials that oversaw and certified the fraud go to prison!!!!

Reply

**mike** — Jun 20

Oh c'mon now ladies and gentleman. We all know it was the most secure election in the history of mankind.

Reply

**katie** Jun 20

Wow. She brings Jesus into an election she helped steal. You can't make this stuff up. Maybe next she will ask Jesus to help her rob a bank too.

Reply

**useyourhead2** Jun 20

Thankfully, this EVIDENCE will put the careers of backstabbing RINOs Governor Brian Kemp and Sec. of State Brad Raffensperger on a fast track to hell. We look forward to a lawsuit to demonstrate EVIDENCE and to put these jokers under oath to do som splaining; but not before auditing their bank accounts and those of their family members and cronies - WE JUST KNOW THAT THEY GOT ENVELOPES FILLED WITH BENJAMINS!!!

Reply

**Whiskey Tango Foxtrot** — Jun 20

good, now lets add michigan, wisconsin, maine. all together this will prove major voter fraud as planned by the democratic leaders. President Trump needs to be reinstated as POTUS. biden and harris need to be lock up and convicted for fraud.

11/18/21, 2:28 PM IT WAS A VOTER FRAUD FACTORY! 2nd Carter Jones Report Describes Complete Breakdown Of Election Systems - BALLOTS EVE…

Case: 4:21-cv-01424-HEA Doc. #: 1-2 Filed: 12/05/21 Page: 308 of 320 PageID #: 315

Reply

**Load more comments**

**Help**                    By posting you agree to our **Terms of Use**



Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

11/18/21, 2:28 PM — TRUTH WAS ALWAYS RELEASED FLOOR! 2nd Carter-Jones Report Describes Complete Breakdown of Our Election Systems - BALLOTS EVE…

Case: 4:21-cv-01424-HEA   Doc. #: 1-2   Filed: 12/05/21   Page: 309 of 320 PageID #: 316

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM



**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

Home

About

Advertise

Privacy

Facebook

Twitter

YouTube

Terms

Contact

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# EXHIBIT 20

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# DOWD BENNETT LLP

**James F. Bennett**                    **Phone: (314) 889-7300**                    **Email: jbennett@dowdbennett.com**

November 22, 2021

**VIA E-MAIL & MAIL**

James Hoft
12 Godwin Lane
St. Louis, Missouri 63124
midwestjim@charter.net

Joseph Hoft
8750 South Ocean Drive, Unit 534
Jensen Beach, FL 34957

TGP Communications LLC, dba The Gateway Pundit
c/o Gregory J. Hickel
12300 Old Tesson Road, Suite 400-G
St. Louis, Missouri 63128
gh@hickellaw.com

Re:   **Kindly Retract, Correct, and Stop Spreading Lies About Ruby Freeman and Wandrea Moss**

Dear Messrs. Hoft and Hickel,

We represent Ms. Ruby Freeman and Ms. Wandrea Moss, and we write to demand that you retract, correct, and stop spreading lies about our clients. As you know, neither Ms. Freeman nor Ms. Moss engaged in any fraud or misconduct in the course of their work counting ballots after the 2020 presidential election.

And yet, beginning on December 3, 2020, you and/or *The Gateway Pundit* published a series of no fewer than sixteen articles lying about and defaming Ms. Freeman and/or Ms. Moss. Each of these articles remains published online today. What follows is a summary of the false and defamatory material contained in those articles that must be retracted and corrected; Ms. Freeman and Ms. Moss reserve all rights with respect to all statements contained in them.

**Your Lies.**

On December 3, 2020, you republished video and images of our clients under the headline, "HUGE! Video Footage From Georgia Shows Suitcases Filled with Ballots Pulled From Under Table AFTER Supervisor Told GOP Poll Workers to Leave Tabulation Center."[1]

---

[1] Cristina Laila, *HUGE! Video Footage From Georgia Shows Suitcases Filled with Ballots Pulled From Under Table AFTER Supervisor Told GOP Poll Workers to Leave Tabulation Center*, Gateway Pundit (Dec. 3,

Electronically Filed - City Of St. Louis - December 02, 2021 - 08:51 AM

# DOWD BENNETT LLP

November 22, 2021
Page 2 of 7

That article described our clients as "a few crooks [who] stayed behind to count illegal ballots for Joe Biden." Later that same day, you published a second article under the headline, "What's Up, Ruby?… BREAKING: Crooked Operative Filmed Pulling Out Suitcases of Ballots in Georgia IS IDENTIFIED."[2] This second article republished numerous images of Ms. Freeman, as well as defamatory statements about her, and identified her by name. The article also stated that Ms. Freeman "was involved in voter fraud on a MASSIVE SCALE," and that "[m]aybe the Georgia police or Bill Barr's DOJ may want to pay Ruby Freeman a visit."

The following day, December 4, 2020, you published no fewer than four articles defaming Ms. Freeman and Ms. Moss. At 7:35 a.m., you published numerous images of Ms. Freeman and Ms. Moss and identified both by name.[3] You stated that they were "crooked Democrats [who] pulled out suitcases full of ballots and began counting those ballots without election monitors in the room." At 8:53 a.m., you published images and statements about Ms. Freeman and Ms. Moss and stated, "This is suspicious activity. The State Farm Center was full of unsecured ballots and illegal conduct."[4] At 1:51 p.m., you republished your earlier images and statements about Ms. Freeman and Ms. Moss and suggested that they had illicitly passed a USB stick to each other during the ballot counting process.[5] At 5:45 p.m., you published an article entitled, "UNBELIEVABLE: Anti-Trump Democrat In Georgia 'Suitcase Scandal' Caught Running Same Batch of Ballots Through Tabulator THREE TIMES!," which claims, among other defamatory statements, "Now we have evidence mother Ruby sent the same stack of votes through a tabulator in the State Farm Center three times. This is illegal."[6] You then went on to say that, other than "corrupt Republican politicians in Georgia," "nobody did more to steal the election for Joe Biden than this mother-daughter combo."

---

2020, 1:11 PM), https://www.thegatewaypundit.com/2020/12/video-footage-georgia-shows-suitcases-filled-ballots-pulled-table-supervisor-told-gop-poll-workers-leave-tabulation-center/.

[2] Jim Hoft, *What's Up, Ruby?... BREAKING: Crooked Operative Filmed Pulling Out Suitcases of Ballots in Georgia IS IDENTIFIED*, Gateway Pundit (Dec. 3, 2020, 8:49 PM), https://www.thegatewaypundit.com/2020/12/ruby-breaking-crooked-democrat-filmed-pulling-suitcases-ballots-georgia-identified/.

[3] Jim Hoft, *BREAKING: CROOKED GEORGIA ELECTIONS SUPERVISER Filmed Pulling Out Suitcases of Ballots from Beneath Table IS IDENTIFIED — IT'S RUBY'S DAUGHTER! (Video)*, Gateway Pundit (Dec. 4, 2020, 7:35 AM), https://www.thegatewaypundit.com/2020/12/breaking-crooked-elections-superviser-filmed-pulling-suitcases-ballots-georgia-identified-rubys-daughter-video/.

[4] Jim Hoft, *NEW VIDEO Shows Anti-Trump Georgia Ballot Counter Ruby Freeman with Piles of Ballots, Walking Past Boxes of Ballots, Working Alone in Cubes WITH NO GOP OBSERVERS IN SIGHT!*, Gateway Pundit (Dec. 4, 2020, 8:53 AM), https://www.thegatewaypundit.com/2020/12/new-video-shows-anti-trump-georgia-ballot-counter-ruby-freeman-piles-ballots-walking-past-boxes-ballots-no-gop-observers-sight/.

[5] Jim Hoft, *UPDATE: More on the Suitcase Vote Scam, the Elections Supervisor and that Strange "Pass" Between Mother and Daughter That Was Also Caught on Video*, Gateway Pundit (Dec. 4, 2020, 1:51 PM), https://www.thegatewaypundit.com/2020/12/update-ruby-freeman-elections-supervisor-shaye-ross-strange-pass-also-caught-video/.

[6] Joe Hoft, *UNBELIEVABLE: Anti-Trump Democrat In Georgia 'Suitcase Scandal' Caught Running Same Batch of Ballots Through Tabulator THREE TIMES! (VIDEO)*, Gateway Pundit (Dec. 4, 2020, 5:45 PM), https://www.thegatewaypundit.com/2020/12/unbelievable-mother-along-daughter-handled-counted-ballots-alone-hours-georgia-ruby-freeman-caught-running-batch-ballots-tabulator-three-times/.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# DOWD BENNETT LLP

November 22, 2021
Page 3 of 7

On December 6, 2020, you published an article which referred to Ms. Freeman and Ms. Moss by name and contained images of them and stated, among other defamatory claims, that "[t]he mother-daughter team have become infamous in the annals of voter corruption."[7]

On December 7, 2020, you published two articles naming and defaming Ms. Freeman and Ms. Moss. The first, published at 7:15 a.m., was entitled, "'I Won't Be Able to Be Interviewed – I Need an Attorney' — Georgia's Ruby Freeman Lawyers Up, Cancels Interview."[8] In this article, you referred to Ms. Freeman as an "operative" "caught on video counting illegal ballots from a suitcase stashed under a table," and claimed Ms. Moss "help[ed] cart out the hidden ballots in the suitcases to be counted after all of the GOP observers and media was sent home for a 'water main' break. It was all a fraud." Then, at 8:29 a.m., you again identified Ms. Freeman and Ms. Moss by name, and included defamatory statements about them both, under the headline, "HUGE! WE CAUGHT THEM! Conspiracy Revealed — 3rd Suspect in GA 'Suitcase Scandal' is Also the Same Man Who Spoke to Reporters on Water Main Break."[9] Both December 7 articles included images of our clients.

On December 8, 2020, you published three articles naming and defaming Ms. Freeman and Ms. Moss. The first, published at 7:20 a.m., was entitled "CONFIRMED: Supervisor Shaye Moss – Who "Yelled Out" for Georgia GOP Observers to Go Home – Is Same Woman Who Pulled the Suitcase Ballots Out from Underneath the Table When they Left."[10] It also stated that Ms. Freeman "was caught on video counting illegal ballots from a suitcase stashed under a table." The second, published at 8:29 a.m., stated that, after everyone else was sent home, Ms. Freeman and Ms. Moss "went to work rolling out the hidden suitcases of ballots stashed under the table and hidden from view. It was their actions that gave Joe Biden the spike in unexplained votes in Georgia on Wednesday morning. It appears that this was a conspiracy to remove observers from the center and then to commit their hidden suitcase ballot fraud."[11] The third

---

[7] Jim Hoft, *BREAKING EXCLUSIVE: Third Suspect from State Farm Center 'Suitcase Scandal' Identified as Ralph Jones, Sr. – Who Was in the News for Shady Deal with ATL Mayor Keisha Bottoms*, Gateway Pundit (Dec. 6, 2020, 9:23 PM), https://www.thegatewaypundit.com/2020/12/breaking-exclusive-third-suspect-state-farm-center-suitcase-scandal-identified-ralph-jones-sr-news-shady-deal-atl-mayor-keisha-bottoms/.

[8] Jim Hoft, *"I Won't Be Able to Be Interviewed – I Need an Attorney" — Georgia's Ruby Freeman Lawyers Up, Cancels Interview*, Gateway Pundit (Dec. 7, 2020, 7:15 AM), https://www.thegatewaypundit.com/2020/12/wont-able-interviewed-need-attorney-georgias-ruby-freeman-lawyers-cancels-interview/.

[9] Jim Hoft, *HUGE! WE CAUGHT THEM! Conspiracy Revealed — 3rd Suspect in GA "Suitcase Scandal" is Also the Same Man Who Spoke to Reporters on Water Main Break*, Gateway Pundit (Dec. 7, 2020, 8:29 AM), https://www.thegatewaypundit.com/2020/12/huge-caught-criminal-conspiracy-revealed-3rd-suspect-ga-suitcase-scandal-also-man-spread-lies-water-main-broke-state-farm-center/.

[10] Jim Hoft, *CONFIRMED: Supervisor Shaye Moss – Who "Yelled Out" for Georgia GOP Observers to Go Home – Is Same Woman Who Pulled the Suitcase Ballots Out from Underneath the Table When they Left*, Gateway Pundit (Dec. 8, 2020, 7:20 AM), https://www.thegatewaypundit.com/2020/12/confirmed-supervisor-shaye-moss-yelled-georgia-gop-observers-go-home-woman-pulled-suitcase-ballots-underneath-table-left/.

[11] Jim Hoft, *NOW WITH AUDIO: Georgia Election Official Ralph Jones, Sr. Announced on Nov. 3rd Evening that Counting would Stop at 11 PM — Then Led Team to Count Stashed "Suitcase" Ballots*, Gateway

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# DOWD BENNETT LLP

November 22, 2021
Page 4 of 7

article, published at 1:11 pm, was entitled "China-Funded 'Fact-Checker' Lead Stories Pushes Bullsh*t That Fulton County 'Suitcase' Scandal Was Debunked — Will They EVER Tell the Truth?"[12] In this article, you identified our clients as "suspects in the suitcase ballot scandal," "a planned effort to count the hidden ballots." You also reiterated the false claim that "[o]ne worker was even seen pushing the same votes through the ballot counter three different times."

On December 23, 2020, you published an article entitled "Has the FBI Spoken with Ruby Freeman or Ralph Jones Yet? And If Not, Why in the Hell Do we Have an FBI?"[13] This article once again stated that Ms. Freeman and Ms. Moss had been part of "the infamous suitcase ballot hoist [sic]" and that Ms. Freeman had "run[ ] the same batch of ballots through the counting machines at least three times after these Democrat operatives cleared the room of observers!" It also asked, "Why is the FBI or DOJ not involved?"

Your defamatory campaign against our clients continued into 2021. On January 3, you published an article entitled "HUGE: TRUMP DROPS A BOMB DURING PHONE CALL! Tells Raffensperger 'Vote Scammer and Hustler' Ruby Freeman Was Behind Alleged 18,000 FRAUDULENT VOTES in Suitcase Scandal! (VIDEO)."[14] This piece republished defamatory statements made by former President Trump concerning Ms. Freeman. In fact, it went out of its way to specifically defame Ms. Freeman, noting that *The Washington Post* "beeped out a name of a person who President Trump calls out [sic] Ruby Freeman a 'vote scammer and professional fraudster.'" It also stated, "The Gateway Pundit was first to identify Ruby Freeman, her daughter Shaye Moss and supervisor Ralph Jones, Sr. in the suitcase fraud scandal that was caught on tape and went viral online."

On June 19, 2021, you published an article that republished numerous of your prior defamatory statements about Ms. Freeman and Ms. Moss along with images of them.[15] In that article, you stated:

---

Pundit (Dec. 8, 2020, 8:59 AM), https://www.thegatewaypundit.com/2020/12/now-audio-georgia-election-official-ralph-jones-sr-announced-nov-3rd-evening-counting-stop-11-pm-led-team-count-stashed-suitcase-ballots/.

[12] Jim Hoft, *China-Funded 'Fact-Checker' Lead Stories Pushes Bullsh*t That Fulton County "Suitcase" Scandal Was Debunked — Will They EVER Tell the Truth?*, Gateway Pundit (Dec. 8, 2020, 1:11 PM), https://www.thegatewaypundit.com/2020/12/china-funded-facebook-fact-checker-lead-stories-pushes-bullsht-fulton-county-suitcase-scandal-debunked-will-ever-tell-truth/.

[13] Jim Hoft, *Has the FBI Spoken with Ruby Freeman or Ralph Jones Yet? And If Not, Why in the Hell Do we Have an FBI?*, Gateway Pundit (Dec. 23, 2020, 8:40 AM), https://www.thegatewaypundit.com/2020/12/fbi-spoken-ruby-freeman-ralph-jones-yet-not-fbi/.

[14] Jim Hoft, *HUGE: TRUMP DROPS A BOMB DURING PHONE CALL! Tells Raffensperger "Vote Scammer and Hustler" Ruby Freeman Was Behind Alleged 18,000 FRAUDULENT VOTES in Suitcase Scandal! (VIDEO)*, Gateway Pundit (Jan. 3, 2021, 6:20 PM), https://www.thegatewaypundit.com/2021/01/huge-trump-drops-bomb-phone-call-tells-raffensperger-vote-scammer-hustler-ruby-freeman-behind-18000-fraudulent-votes-suitcase-scandal-video/.

[15] Jim Hoft, *IT WAS A VOTER FRAUD FACTORY: 2nd Carter Jones Report Describes Complete Breakdown of GA Election Systems — BALLOTS EVERYWHERE, NO CHAIN OF CUSTODY, COMPLETE DISARRAY and WE HAVE THE VIDEO*, Gateway Pundit (June 19, 2021, 8:31 PM),

# DOWD BENNETT LLP

> This follows news first reported by The Gateway Pundit that election operative Ruby Freeman was also caught tripe [sic] counting stacks of votes late at night at the counting center after GOP observers were sent home. . . . This is the DEFINITION OF CHEATING!

On August 14, 2021, you published an article which, yet again, republished numerous of your prior defamatory statements about Ms. Freeman and Ms. Moss along with images of them.[16] In addition to these republished statements, you reported that a pending litigation in Fulton County had successfully added them as respondents, and again falsely accused them of committing crimes: "It's . . . pathetic that these two are not in jail already. Their crimes were videotaped!"

### **Neither Ms. Freeman nor Ms. Moss Engaged in Any Fraudulent or Illegal Conduct.**

The above statements claim and/or imply that (a) Ms. Freeman and Ms. Moss engaged in a criminal conspiracy to exclude observers during the counting of ballots so that they could engage in election fraud; (b) Ms. Freeman criminally introduced "suitcases" of illegal ballots into the ballot counting process; (c) Ms. Freeman fraudulently triple-counted the same ballots by running them through a tabulator three times; and (d) that Ms. Freeman and Ms. Moss committed crimes for which they are subject to arrest and imprisonment. Each of these conveyed facts is false.

First, observers were not tricked or forced to leave the room during the counting of ballots. A team of investigators from the Georgia Secretary of State's Office determined that "observers and media were not asked to leave. They simply left on their own when they saw one group of workers, whose job was only to open envelopes and had completed that task, also leave."[17] This fact was established in a declaration sworn under penalty of perjury by Frances Watson, Chief Investigator in the Office of the Georgia Secretary of State. Ms. Watson has also confirmed, after discussion with the media liaison who was present during the events, that there was never an announcement made about the counting being over for the night and observers needing to leave.[18] Because no one was excluded from observation of the vote count, Ms. Freeman and Ms. Moss cannot have been involved in a conspiracy to prevent such observation.

---

https://www.thegatewaypundit.com/2021/06/voter-fraud-factory-2nd-carter-jones-report-describes-complete-breakdown-election-systems-ballots-everywhere-no-chain-custody-complete-disarray-video/.

[16] Joe Hoft, *Fulton County 2020 Election Case's Request is Granted – Election Workers Ruby Freeman, Wandrea Moss, and Happy Faces Personnel Group Are Added to the Case*, Gateway Pundit (Aug. 14, 2021, 9:15 AM), https://www.thegatewaypundit.com/2021/08/fulton-county-2020-election-cases-request-add-ruby-freeman-wandrea-moss-happy-faces-personnel-group-case-granted/.

[17] Decl. of Frances Watson ¶ 6, *Pearson v. Kemp*, No. 1:20-cv-4809 (N.D. Ga. Dec. 5, 2020), ECF No. 72-1, *available at* https://s3.documentcloud.org/documents/20420664/frances-watson-affidavit.pdf.

[18] Alan Duke & Hallie Golden, *Fact Check: Video From Georgia Does NOT Show Suitcases Filled With Ballots Suspiciously Pulled From Under A Table; Poll Watchers Were NOT Told To Leave*, Lead Stories (Dec. 3,

# DOWD BENNETT LLP

November 22, 2021
Page 6 of 7

Second, the ballots that Ms. Freeman and Ms. Moss took out from under the table were legally cast and validly counted, and they were stored in standard ballot containers. Ms. Watson's declaration also states that "there were no mystery ballots that were brought in from an unknown location and hidden under tables."[19] She explains that at 10 p.m., when employees thought they were done for the night, they placed ballots that had already been opened but not counted in the boxes and stored them under the table. When counting continued later, those boxes were opened. In a December 7 press conference by the Office of the Georgia Secretary of State, Republican voting implementation manager Gabriel Sterling confirmed these facts.[20] Ms. Watson also stated in an interview that the ballots were in standard containers,[21] a point also made by Fulton elections director Rick Barron.[22] This is further corroborated by the website maintained by the office of Georgia's Secretary of State, *Secure the Vote*, which provides a detailed overview of the relevant security footage of the Fulton County ballot count process.[23] It is thus abundantly clear that Ms. Freeman and Ms. Moss did not introduce illegal ballots into the counting process.

Third, Ms. Freeman did not engage in fraud by feeding the same ballots through the tabulator three times. As Mr. Sterling pointed out at the December 7 press conference, had any ballot been fed through a tabulator multiple times, that "would have shown up in the hand count" that Georgia election officials undertook of all ballots statewide after the election ended, and no such anomaly was found.[24]

Fourth, Ms. Freeman and Ms. Moss committed no crimes. For the reasons detailed above, none of the actions you identified as criminal occurred. We remind you that a statement is defamatory *per se* where it "[i]mput[es] to another a crime punishable by law" or "mak[es] charges against another in reference to [her] trade, office, or profession, calculated to injure [her] therein." O.C.G.A. § 51-5-4(a); *see Cottrell v. Smith*, 788 S.E.2d 772, 781–82, *adopted*, (Ga. 2016). Your statements accusing Ms. Freeman and Ms. Moss of crimes straightforwardly satisfy these standards.

\* \* \*

---

2020), https://leadstories.com/hoax-alert/2020/12/fact-check-video-from-ga-does-not-show-suitcases-filled-with-ballots-pulled-from-under-a-table-after-poll-workers-dismissed.html.

[19] Decl. of Frances Watson, *supra* note 17, ¶ 7.

[20] Nick Corasaniti, *Top Georgia Election Official Debunks 'Ridiculous' Claims About Election Fraud*, N.Y. Times (Dec. 7, 2020), https://www.nytimes.com/2020/12/07/technology/suitcases-ballots-georgia-election.html.

[21] Duke & Golden, *supra* note 18.

[22] Stephen Fowler, *Fact Checking Rudy Giuliani's Grandiose Georgia Election Fraud Claim*, Ga. Pub. Broad. (Dec. 4, 2020), https://www.gpb.org/news/2020/12/04/fact-checking-rudy-giulianis-grandiose-georgia-election-fraud-claim.

[23] *Fact Check*, Secure the Vote, https://securevotega.com/fact-check/ (last visited Nov. 7, 2021).

[24] Corasaniti, *supra* note 20.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# DOWD BENNETT LLP

November 22, 2021
Page 7 of 7

In short, your assertions that Ms. Freeman and Ms. Moss engaged in fraudulent and illegal conduct as they counted ballots are all entirely untrue. We accordingly demand that you immediately retract and publicly correct these false statements and refrain from publishing any further false statements about our clients.

In addition, because your publication and republication of these statements constitutes defamation and is actionable in a court of law, we are enclosing a litigation hold and preservation notice. Our clients expressly reserve all rights.

If you, collectively or individually, are represented by counsel, please have your counsel contact me at the earliest opportunity.

Sincerely,

James F. Bennett
Dowd Bennett LLP
7733 Forsyth Blvd
St. Louis, MO 63105
(314) 889-7300
Jbennett@dowdbennett.com

CC     Von DuBose
       Kurt Kastorf

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# DOWD BENNETT LLP

James F. Bennett                     Phone: (314) 889-7300                     Email: jbennett@dowdbennett.com

---

## LITIGATION HOLD NOTICE &
## DOCUMENT PRESERVATION REQUEST

Because of your false accusations about Ruby Freeman and Wandrea Moss—including your repeated false claims that they secreted "suitcases" full of ballots under a table in a vote tabulation center in Fulton County, Georgia and ran them through the vote counting machines when poll watchers left the room—they may now have various legal claims, including for defamation. Accordingly, as set forth in detail below, you must preserve all documents related to Ms. Freeman and Ms. Moss, the statements published about them on *The Gateway Pundit* on from December 3, 2020, to the present, and the claims you make in these statements.

You must give this litigation hold letter to all of your agents, contractors, volunteers, or anyone else who is designated, retained, employed, or otherwise utilized by you who has possession or control of potentially relevant evidence. All such persons are likewise subject to this litigation hold letter.

In general, "[a] party that anticipates litigation is under a duty to preserve what it knows, or reasonably should know is relevant in the action, is reasonably calculated to lead to the discovery of admissible evidence, is reasonably likely to be requested during discovery and/or is the subject of a pending discovery request." *Stiriling v. St. Louis Cnty. Police Dep't*, No. 4:11-CV-01932 AGF, 2013 WL 2244638, at *1 (E.D. Mo. May 21, 2013). "Consequently, upon anticipation of litigation, parties must suspend their routine document retention/destruction policies and put in place a 'litigation hold' to ensure the preservation of relevant documents." *Id.* Please preserve and ensure that you and your agents and/or representatives preserve all such documents and evidence in their possession, custody and/or control. This includes, but is not limited to the following:

Please preserve and ensure that you and your agents and/or representatives preserve all such documents and evidence in their possession, custody and/or control. This includes, but is not limited to the following:

1. All documents and evidence, whether paper or electronic, including but not limited to written records, photographs, video, audio, recordings, spreadsheets, calendars, contact lists and/or contact files, logs, data files, dictations, databases, images, texts, timelines, archive files, browsing histories and tangible evidence.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# DOWD BENNETT LLP

November 22, 2021
Page 2 of 3

2. All communications and correspondence, whether paper or electronic, including but not limited to written correspondence, voice mails, e-mails, calendar invites, text messages, instant messages, third-party messaging systems/applications messages and data, chats/chat strings, video files, audio files, and social media posts and messages, whether designated as public or private. This includes but is not limited to any communications and/correspondence on third party messaging systems/applications such as WhatsApp, SnapChat, Telegram, and Signal.

3. All Social Media information, including but not limited to account information, posts, communications, photographs, images, videos, audio, invites, likes, tweets, comments and messages. Social Media includes, but is not limited to, Facebook, Twitter, Instagram, TikTok, Reddit, Tumblr, SnapChat, Meetup, Parler, MeWe, Gab, and/or LinkedIn.

The above list is not exhaustive and is not intended to act as a substitute for careful review by you and your agents of all documents, files, and evidence to identify and preserve those documents and evidence that may relate to our clients' claims against you and your agents.

Please keep in mind that the term "documents" is interpreted broadly to include paper, electronic, audio and video recordings, computer-based records (i.e., databases), e-records/digital records, and any other recorded forms of information that may be related to your and your agents' actions described above. It is imperative that any documents that relate to the above allegations be (1) identified, (2) separated from other files, and (3) preserved and protected from destruction or alteration. All documents that may relate to the allegations should be maintained and preserved regardless of their date. This may include documents that were created prior to the alleged events in question, as well as after. All documents that are preserved must be maintained in their original state, without destruction or alteration, until we have notified you in writing that any dispute arising from the allegations has been fully resolved. This includes maintaining in its original form all metadata.

A failure to preserve these materials could prove detrimental to the legal interests of our clients. The case law in the United States Court of Appeals for the Eighth Circuit empower trial courts to impose sanctions against parties who fail to preserve evidence. The body of case law includes the imposition of potentially significant sanctions for the willful destruction of evidence, including default judgment, exclusion of evidence, attorneys' fees or other monetary sanction. *E.g.*, *Am. Builders & Contractors Supply Co. v. Roofers Mart, Inc.*, No. 1:11-CV-19 CEJ, 2012 WL 2992627, at *3 (E.D. Mo. July 20, 2012).

Our clients reserve their rights to seek redress of their grievances and to be made whole in a court of law.

# DOWD BENNETT LLP

November 22, 2021
Page 3 of 3

     Please take steps immediately to preserve any and all documents and evidence that may be related to our clients, your and your agents' allegations about our clients, the Georgia vote count in the 2020 Presidential election, and the facts and allegations contained in this correspondence. If you should have any questions or need further information, please do not hesitate to contact me. If you, collectively or individually, are represented by counsel, please have your counsel contact me at the earliest opportunity.

     Sincerely,

James F. Bennett
Dowd Bennett LLP
7733 Forsyth Blvd
St. Louis, MO 63105
(314) 889-7300
Jbennett@dowdbennett.com

CC    Von DuBose
       Kurt Kastorf

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM