# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RUBY FREEMAN,
and WANDREA MOSS

    Plaintiffs,

v.

JAMES HOFT, JOSEPH HOFT, and
TGP COMMUNICATIONS, LLC,
d/b/a The Gateway Pundit

    Defendants.

Cause No.

# EXHIBIT C

## MOTIONS PENDING IN STATE COURT

| Motion | Response Filed | Status |
|---|---|---|
| Motion for Special Process Server (MO Defendants) | N | Granted |
| Motion for Special Process Server (FL Defendant) | N | Granted |

2122-CC09815

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

**In the**
# CIRCUIT COURT
### City of St. Louis, Missouri



| | |
|---|---|
| Ruby Freeman and Wandrea Moss | |
| Plaintiff/Petitioner | December 2, 2021 |
| | Date |
| vs. | |
| James Hoft, Joseph Hoft, and TGP Communications | Case number |
| Defendant/Respondent | |
| | Division |

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __Ruby Freeman and Wandrea Moss__, pursuant
              *Requesting Party*
to Local Rule 14, requests the appointment by the Circuit Clerk of

| Robert Thomure, MetroOne Investigations | PO Box 23008, St. Louis, MO 63156 | 314-533-0010 |
|---|---|---|
| Name of Process Server | Address | Telephone |
| | | |
| Name of Process Server | Address | Telephone |
| | | |
| Name of Process Server | Address | Telephone |

to serve the summons and petition in this cause on the below named parties.

**SERVE:**
James Hoft
Name
5105 Lindell
Address
St. Louis, MO 63108
City/State/Zip

**SERVE:**
TGP Communications d/b/a The Gateway Pundit
Name
5105 Lindell
Address
St. Louis, MO 63108
City/State/Zip

**SERVE:**
Name
Address
City/State/Zip

**SERVE:**
Name
Address
City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER, Circuit Clerk**

By _____
    Deputy Clerk

Date 12/3/22

/s/ James F. Bennett
Attorney/Plaintiff/Petitioner
46826
Bar No.
7733 Forsyth Blvd., #1900, St. Louis, MO 63105
Address
314-889-7300
Phone No.

Electronically Filed - City of St. Louis - December 02, 2021 - 08:51 AM

# 2122-CC09815

**In the**
# CIRCUIT COURT
**City of St. Louis, Missouri**



Ruby Freeman and Wandrea Moss
Plaintiff/Petitioner

vs.

James Hoft, Joseph Hoft, and TGP Communications
Defendant/Respondent

December 2, 2021
Date

Case number

Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now Ruby Freeman and Wandrea Moss , pursuant
Requesting Party
to Local Rule 14, requests the appointment by the Circuit Clerk of

| HPS Process Service and Investigations | 1669 Jefferson, KC, MO 64108 | 816-842-9800 |
|---|---|---|
| Name of Process Server | Address | Telephone |
| | | |
| Name of Process Server | Address | Telephone |
| | | |
| Name of Process Server | Address | Telephone |

to serve the summons and petition in this cause on the below named parties.

SERVE:
Joesph Hoft
Name
8750 South Ocean Dr., Unit 534
Address
Jensen Beach, FL 34957
City/State/Zip

SERVE:
Name
Address
City/State/Zip

SERVE:
Name
Address
City/State/Zip

SERVE:
Name
Address
City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER**, Circuit Clerk

By _____
Deputy Clerk

Date 12/2/2021

/s/ James F. Bennett
Attorney/Plaintiff/Petitioner
46826
Bar No.
7733 Forsyth Blvd., #1900, St. Louis, MO 63105
Address
314-889-7300
Phone No.