IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Ruby Freeman and Wandrea Moss,<br><br>Plaintiff(s),<br><br>v.<br><br>James Hoft, Joseph Hoft, and TGP Communications LLC d/b/a *The Gateway Pundit*,<br><br>Defendant(s). | Case No. 4:21-CV-01424-HEA |

## MEMORANDUM TO CLERK

COMES NOW, Plaintiffs Ruby Freeman and Wandrea Moss, and through counsel Dowd Bennett LLP, request that the Clerk issue a Summons as to Defendant Joseph Hoft. Plaintiffs submit this request as this matter was removed from the Circuit Court of the City of St. Louis, State of Missouri to the Eastern District of Missouri before Defendant Joseph Hoft was served.

Dated: December 7, 2021

Respectfully submitted,

**Dowd Bennett LLP**

By: */s/ Matt D. Ampleman*
James F. Bennett
Matt D. Ampleman
7733 Forsyth Blvd, Suite 1900
St. Louis, MO 63105
Phone: (314) 889-7300
Fax: (314) 863-2111
jbennett@dowdbennett.com
mampleman@dowdbennett.com

Attorney for Plaintiffs Ruby Freeman and Wandrea Moss

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served upon all parties electronically through the Court's ECF system on this 7th day of December, 2021.

*/s/ Matt D. Ampleman*