# Exhibit A

## Full-Text Documents

**All Full-Text Documents**

### Drivers Licenses (1)

To Summary

**Driver License Record**

**Source Information**

| Information Current Through: | 03/27/2021 |
|---|---|
| Database Last Updated: | 10/19/2021 |
| Update Frequency: | WEEKLY |
| Current Date: | 12/06/2021 |
| Source: | FL DEPT OF HIGHWAY SAFETY AND MOTOR VEHICLES |

**License Information**

| Issuing State: | FL |
|---|---|
| License Type: | REGULAR LICENSE |
| Issue Date: | 08/17/2020 |
| License Expiration Date: | 12/XX/2028 |
| Original Issue Date: | 08/17/2020 |

**Other Information:**

| Drivers License Number: | H130499614XXX |
|---|---|
| Previous License State: | MO |
| Previous License Number: | T980095XXX |

**Licensee Information**

| Name: | JOSEPH WALTER HOFT |
|---|---|
| County: | ST LUCIE |
| Date of Birth: | ▮▮/1961 |
| Gender: | MALE |
| Mailing Address: | 8750 S OCEAN DR APT 534<br>JENSEN BEACH, FL 34957 |
| Race: | WHITE |
| Height: | 6'04" |
| File Acquired Date: | 08/22/2020 |

**End of Document**　　　　　　　© 2021 Thomson Reuters. No claim to original U.S. Government Works.

### Utility Header Records (6)

To Summary

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.