# Exhibit B



## Voter Registrations  (1)

To Summary

| Voter Registration Record |
|---|

### Source Information

| | |
|---|---|
| **Information Current Through:** | 05/12/2021 |
| **Database Last Updated:** | 06/18/2021 |
| **Update Frequency:** | ANNUAL |
| **Current Date:** | 12/06/2021 |

### Name and Personal Information

| | |
|---|---|
| **Name:** | JOSEPH WALTER HOFT |
| **Address:** | 8750 S OCEAN DR UNIT 534<br>JENSEN BEACH, FL 34957 |

### Voter History

| | |
|---|---|
| **General 2020** | VOTED |
| **Last Date Voted:** | 11/03/2020 |

### Demographic Information

| | |
|---|---|
| **Date of Birth:** | ███/1961 |
| **Age:** | 55-64 |
| **Gender:** | MALE |
| **Political Party:** | REPUBLICAN |

### Registration Information

| | |
|---|---|
| **Voter Identification Number:** | 128499774 |
| **Registration Date:** | 08/17/2020 |

End of Document                                    © 2021 Thomson Reuters. No claim to original U.S. Government Works.

## Historical People Records  (1)

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.