# Exhibit D

X01450123
Date Filed: 06/30/2021
Expire Date: 06/30/2026
John R. Ashcroft
Missouri Secretary of State

**State of Missouri**
**John R. Ashcroft Secretary of State**

Corporations Division
PO Box 778 / 600 W.Main St., Rm. 322
Jefferson City, MO 65102

# Registration of Fictitious Name

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417,RSMo)

Reference Number     SR368242

Receipt Number       TR2102810

## The undersigned is doing business under the following name and at the following address:

**Business name to be registered:**   Real Talk Radio - The Voice of Freedom

**Business Address:**   17824 Edison Avenue

**City, State and Zip Code:**   Chesterfield, Missouri, 63005

## Owner Information:

If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Charter # | Name of Owners, Individual or Business Entity | Address | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|
| LC1792844 | Ellis Broadcasting & Media, LLC | 17824 Edison Avenue, Chesterfield, Missouri, 63005, United States | 100 |

## In Affirmation thereof, the facts stated above are true and correct:

The undersigned believes the statements presented in this filing are true and correct to the best of their knowledge and belief, they are subject to the penalties provided under section 575.040 RSMo. for making a false declaration under Section 575.060 RSMo

The undersigned agrees and represents that he/she is authorized to execute this document

**Name**     Tracy  Ellis   **On Behalf of** Ellis Broadcasting & Media, LLC
**Title**    Owner
**Date**     06/30/2021