# Exhibit F

# Property Database Search

Please note: Information maintained by this office is for Assessment purposes only and should not be used to verify or transfer ownership. All maps maintained, provided and/or purchased are based on Assessment information and do not represent a legal survey of the parcels shown and shall not be used for conveyance or the establishment of property boundaries.

2021 Assessor Certified Values

## Property Details

Information is current as of 12/05/2021

| | |
|---|---|
| **Account Number:** T131800024 | **Parcel ID:** 4-0059-A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.0000000 |
| **Owner(s):**<br>HOFT JOSEPH W &<br>HOFT CATHERINE Z<br>1518 RIDGEPOINTE PLACE DR<br>LAKE ST LOUIS, MO 63367 | **Property Address:** 1518 RIDGEPOINTE PLACE DR 63367<br>**School District:** Wentzville<br>**City:** Lake St. Louis<br>**Fire District:** Lake St. Louis<br>**Neighborhood Code:** 4463<br>**Subdivision:** LSL #277 RESUB VILLAS AT RIDGEPOINTE #1 & #3 |
| **Legal Description:** LSL #277 RESUB VILS AT RIDGEPOINTE #1 & #3 LT 187 | |
| **Lot Size:** 0.1800 AC | Site Map (https://maps.sccmo.org/public_web_map/?find=T131800024) |

### Building Data

| | |
|---|---|
| **Year Built:** 2015 | **Property Type:** OTHER-RESIDENTIAL (R) |
| **Quality Code:** R - 50 - Very Good | **Architectural Type:** |
| **Bedrooms:** 2 | **Total Area:** 1,998 |
| **Bathrooms:** 3 | **Base Area:** 1,998 |
| **Half Bathrooms:** 0 | **Parking Area:** 528 |
| **Total Rooms:** 5 | **Basement Area** 1,998 |
| | **Finished Basement Area:** 329 |

# Property Details

Information is current as of 12/05/2021



(https://lookups.sccmo.org/assessor/sketch/T131800024/1)

Click to Enlarge (https://lookups.sccmo.org/assessor/sketch/T131800024/1)

## Assessed Value

| | |
|---|---|
| **Commercial Value:** $0 | **Total Market Value:** $375,300 |
| **Residential Value:** $71,307 | **Land Value:** N/A |
| **Agriculture Value:** $0 | |

## Sales History

| Previous Owner(s) | Sale Date | Sale Price | Book/Year & Page/Doc No. | Qualified? |
|---|---|---|---|---|
| | | Adj. Sale Price | U.P.S.F. | |
| HACKWORTH DUANE*HACKWORTH LINDA | 09/07/2021 | $489,900 | 02021-074586 | Y |
| | | $489,900 | $245.20 | |
| RIVERVIEW REAL ESTATE COMPANY LLC | 04/08/2016 | $325,063 | 06519-000194 | Y |
| | | $325,063 | $162.69 | |
| ALPHA LAND DEVELOPMENT LLC | 10/30/2015 | $40,000 | 06443-001121 | Y |
| | | $40,000 | $20.02 | |

## Find Comparable Sales

Download CSV (https://lookups.sccmo.org/assessor/compareexport?target_account=T131800024)

# Property Details

Information is current as of 12/05/2021

## Real Estate Tax Data

Property Tax Data (https://www.stcharlesmocollector.com/#/WildfireSearch/T131800024)

Copyright 2021 St. Charles County Government