# Exhibit G

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record  Certified copies may be obtained from that individual state's Department of State  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

First InfoSource does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq  (FCRA)  Accordingly, First InfoSource may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

# MOTOR VEHICLE REPORT

| | |
|---|---|
| State of Origin: | FL |
| VIN: | JTJBARBZ8J2171670 |
| Data Source: | Governmental |

## *Vehicle Description*

| | |
|---|---|
| Description: | **Silver 2018 LexusNX - 4 Dr Wagon Sport Utility** |
| Engine: | **4 Cylinder 122 Cubic Inch** |
| Anti-lock Braks: | **4 wheel standard** |
| Air Conditioning: | **Standard** |
| Power Steering: | **Standard** |
| Daytime Running Lights: | **Standard** |
| Power Brakes: | **Standard** |
| Power Windows: | **Standard** |
| Security System: | **Passive Immobilize Key, Keyless entry, and alarm** |
| Roof: | **Power sun/moon roof** |
| Base Price: | **$37,385** |
| Radio: | **AM/FM CD/DVD** |
| Optional Radio 1: | **Satellite** |
| Front Wheel Drive: | **No** |
| Four Wheel Drive: | **No** |
| Transmission: | **R - 6 speed automatic** |
| Tilt Wheel: | **Standard** |

## *Registrant(s)*

| | |
|---|---|
| Name: | **JOSEPH WALTER HOFT** |
| Address | **1518 RIDGEPOINTE PLACE DR, LAKE SAINT LOUIS, MO 63367-2628** |
| County: | **ST. CHARLES** |
| Driver License: | H130499614560 |
| Potential SSN: | XXX-XX-6424 |
| DOB: | ▇▇/1961 |
| Gender: | **Male** |
| Age: | **59** |

## Registration Information

| | |
|---|---|
| Tag Number: | **19AGDW** |
| Issue State | **FL** |
| Plate Type: | **PRV - Private** |
| Earliest Registration Date: | **10/31/2021** |
| Latest Registration Date: | **10/31/2021** |
| Expiration Date | **12/16/2023** |
| Decal Number: | **03230748** |
| Previous License Plate | **19AGDW** |
| Previous License State: | **FL** |

| | |
|---|---|
| State of Origin | FL |
| VIN: | JTJBARBZ8J2171670 |
| Data Source | Governmental |

## Vehicle Description

| | |
|---|---|
| Description: | **Silver 2018 LexusNX - 4 Dr Wagon Sport Utility** |
| Engine | **4 Cylinder 122 Cubic Inch** |
| Anti-lock Braks: | **4 wheel standard** |
| Air Conditioning | **Standard** |
| Power Steering: | **Standard** |
| Daytime Running Lights | **Standard** |
| Power Brakes: | **Standard** |
| Power Windows | **Standard** |
| Security System: | **Passive Immobilize Key, Keyless entry, and alarm** |
| Roof | **Power sun/moon roof** |
| Base Price: | **$37,385** |
| Radio | **AM/FM CD/DVD** |
| Optional Radio 1: | **Satellite** |
| Front Wheel Drive | **No** |
| Four Wheel Drive: | **No** |
| Transmission | **R   6 speed automatic** |
| Tilt Wheel: | **Standard** |

## Owner(s)

| | |
|---|---|
| Name: | **JOSEPH WALTER HOFT** |
| Address | **8750 OCEAN DR, JENSEN BEACH, FL 34957 2125** |
| County: | **ST. LUCIE** |
| Driver License | **H130499614560** |
| Potential SSN: | **XXX-XX-6424** |
| DOB | **/1961** |
| Gender: | **Male** |
| Age | **59** |

## Title Information

| | |
|---|---|
| Title Number: | **0143804540** |

| | |
|---|---|
| State of Origin: | FL |
| VIN | JTJBARBZ8J2171670 |
| Data Source: | Governmental |

## Vehicle Description

| | |
|---|---|
| Description | Silver 2018 LexusNX   4 Dr Wagon Sport Utility |
| Engine: | 4 Cylinder 122 Cubic Inch |
| Anti lock Braks | 4 wheel standard |
| Air Conditioning: | Standard |
| Power Steering | Standard |
| Daytime Running Lights: | Standard |
| Power Brakes | Standard |
| Power Windows: | Standard |
| Security System | Passive Immobilize Key, Keyless entry, and alarm |
| Roof: | Power sun/moon roof |
| Base Price | $37,385 |
| Radio: | AM/FM CD/DVD |
| Optional Radio 1 | Satellite |
| Front Wheel Drive: | No |
| Four Wheel Drive | No |
| Transmission: | R - 6 speed automatic |
| Tilt Wheel | Standard |

## Registrant(s)

| | |
|---|---|
| Name | JOSEPH WALTER HOFT |
| Address: | 8750 OCEAN DR, JENSEN BEACH, FL 34957-2125 |
| County | ST. LUCIE |
| Driver License: | H130499614560 |
| Potential SSN | XXX XX 6424 |
| DOB: | ███/1961 |
| Gender | Male |
| Age: | 59 |

## Registration Information

| | |
|---|---|
| Tag Number | 19AGDW |
| Issue State: | FL |
| Plate Type | PRV   Private |
| Earliest Registration Date: | 7/28/2021 |
| Latest Registration Date | 7/28/2021 |
| Expiration Date: | 12/16/2021 |
| Decal Number | 20392536 |
| Previous License Plate: | HP8K8A |
| Previous License State | MO |

| | |
|---|---|
| State of Origin: | MO |
| VIN | JTJBARBZ8J2171670 |

### Vehicle Description

| | |
|---|---|
| Description: | **2018 LexusNX - 4 Dr Wagon Sport Utility** |
| Engine | **4 Cylinder 122 Cubic Inch** |
| Anti-lock Braks: | **4 wheel standard** |
| Air Conditioning | **Standard** |
| Power Steering: | **Standard** |
| Daytime Running Lights | **Standard** |
| Power Brakes: | **Standard** |
| Power Windows | **Standard** |
| Security System: | **Passive Immobilize Key, Keyless entry, and alarm** |
| Roof | **Power sun/moon roof** |
| Base Price: | **$37,385** |
| Radio | **AM/FM CD/DVD** |
| Optional Radio 1: | **Satellite** |
| Front Wheel Drive | **No** |
| Four Wheel Drive: | **No** |
| Transmission | **R   6 speed automatic** |
| Fuel Type: | **Gasoline** |
| Tilt Wheel | **Standard** |

### Owner(s)

| | |
|---|---|
| Address: | ███████████████ |
| County | **ST. CHARLES** |
| Gender: | **Unknown** |

### Title Information

| | |
|---|---|
| Title Number | **TMR40456** |
| Title Issue Date: | **5/23/2018** |

### Lien Holder(s)

| | |
|---|---|
| Company Name | |
| Address: | **6565 HEADQUARTERS DR, PLANO, TX 75024-** |

---

| | |
|---|---|
| State of Origin | **MO** |
| VIN: | **JTJBARBZ8J2171670** |
| Data Source | **Governmental** |

### Vehicle Description

| | |
|---|---|
| Description: | **2018 LexusNX - 4 Dr Wagon Sport Utility** |
| Engine | **4 Cylinder 122 Cubic Inch** |
| Anti-lock Braks: | **4 wheel standard** |
| Air Conditioning | **Standard** |
| Power Steering: | **Standard** |
| Daytime Running Lights | **Standard** |
| Power Brakes: | **Standard** |
| Power Windows | **Standard** |
| Security System: | **Passive Immobilize Key, Keyless entry, and alarm** |

| | |
|---|---|
| Roof | **Power sun/moon roof** |
| Base Price: | $37,385 |
| Radio | **AM/FM CD/DVD** |
| Optional Radio 1: | **Satellite** |
| Front Wheel Drive | **No** |
| Four Wheel Drive: | **No** |
| Transmission | **R   6 speed automatic** |
| Fuel Type: | **Gasoline** |
| Tilt Wheel | **Standard** |

## *Registrant(s)*

| | |
|---|---|
| Name | |
| Address: | ▇▇▇▇▇▇▇▇▇▇ |
| County | **ST. CHARLES** |
| Gender: | **Unknown** |

### *Registration Information*

| | |
|---|---|
| Tag Number | **HP8K8A** |
| Issue State: | **MO** |
| Plate Type | **PRV   Private** |
| Earliest Registration Date: | 5/3/2018 |
| Latest Registration Date | 5/3/2018 |
| Expiration Date: | 5/31/2020 |

| | |
|---|---|
| Name: | **WESLING CAREY** |
| Address | ▇▇▇▇▇▇▇▇▇▇ |
| County: | **ST. CHARLES** |
| Gender | **Unknown** |

### *Registration Information*

| | |
|---|---|
| Tag Number: | **HP8K8A** |
| Issue State | **MO** |
| Plate Type: | **PRV - Private** |
| Earliest Registration Date | 5/3/2018 |
| Latest Registration Date: | 5/3/2018 |
| Expiration Date | 5/31/2020 |

| | |
|---|---|
| State of Origin: | **MO** |
| VIN | **JTJBARBZ8J2171670** |
| Data Source: | **Governmental** |

## *Vehicle Description*

| | |
|---|---|
| Description | **2018 LexusNX   4 Dr Wagon Sport Utility** |
| Engine: | **4 Cylinder 122 Cubic Inch** |
| Anti lock Braks | **4 wheel standard** |
| Air Conditioning: | **Standard** |
| Power Steering | **Standard** |
| Daytime Running Lights: | **Standard** |

| | |
|---|---|
| Power Brakes | **Standard** |
| Power Windows: | **Standard** |
| Security System | **Passive Immobilize Key, Keyless entry, and alarm** |
| Roof: | **Power sun/moon roof** |
| Base Price | **$37,385** |
| Radio: | **AM/FM CD/DVD** |
| Optional Radio 1 | **Satellite** |
| Front Wheel Drive: | **No** |
| Four Wheel Drive | **No** |
| Transmission: | **R - 6 speed automatic** |
| Fuel Type | **Gasoline** |
| Tilt Wheel: | **Standard** |

## *Lien Holder(s)*

| | |
|---|---|
| Company Name | **TOYOTA LEASE TRUST II** |
| Address: | **PO BOX 105386 , ATLANTA, GA 30348-5386** |

Case: 4:21-cv-01424-HEA   Doc. #:  14-7   Filed: 12/16/21   Page: 7 of 7 PageID #: 719