IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RUBY FREEMAN and WANDREA MOSS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 4:21-CV-1424-HEA |
| JAMES HOFT, JOSEPH HOFT, and TGP COMMUNICATIONS LLC d/b/a *THE GATEWAY PUNDIT*, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## FIRST AMENDED COMPLAINT

Plaintiffs Ruby Freeman and Wandrea Moss, through their attorneys, file this First Amended Complaint against Defendants James Hoft, Joseph Hoft, and TGP Communications LLC d/b/a *The Gateway Pundit* (collectively, "Defendants").[1]

### INTRODUCTION

1.      The intentional dissemination of known falsehoods aimed at sowing doubt about the integrity of our elections threatens our very ability to function as a democracy. These falsehoods also destroy the lives of America's election workers, whose service to our system of government places them in the crosshairs of those who seek to undermine it with their disinformation. Plaintiffs Ruby Freeman and Wandrea "Shaye" Moss have been the targets of such a campaign of lies, accused by Defendants James Hoft, Joseph Hoft, and *The Gateway Pundit* of committing ballot fraud to alter the outcome of the 2020 presidential election in

---

[1] Plaintiffs file this amended complaint only because the statute of limitations period will shortly close for several additional instances of Defendants' defamation included in this amended complaint about which Plaintiffs were previously unaware.

Georgia. The lies about Ms. Freeman and Ms. Moss have not only devastated their personal and professional reputations but instigated a deluge of intimidation, harassment, and threats that has forced them to change their phone numbers, delete their online accounts, and fear for their physical safety.

2.      *The Gateway Pundit* presents itself as an online news source committed to responsible journalism: "All our content should be true. No value is more important than this."[2] But *The Gateway Pundit*'s stock in trade is spreading disinformation, including lies about the integrity of the 2020 election. According to NewsGuard, a company that rates journalistic credibility, during the 2020 presidential election *The Gateway Pundit* regularly featured "false reports, conspiracy theories, and unfounded allegations, with no distinction made between opinions and actual news reports."[3]

3.      In fact, Defendants are among the leading purveyors of false information in the United States, spreading baseless conspiracy theories and disinformation for fame and fortune. *The Gateway Pundit* has been identified as ***the*** top producer of false content during and after the 2020 presidential election. In the fourth quarter of 2020, *The Gateway Pundit* raked in ad revenue by achieving 7.2 million shares on social media of its bogus election fraud stories—far more than the social media shares for such national news sites such as *The Washington Post*, NBC News and NPR.[4]

---

[2] Gateway Pundit, *About*, https://www.thegatewaypundit.com/about/ (last visited Nov. 30, 2021).

[3] NewsGuard, *Media Analysis of the US Election: August 2020*, Pressrelations – Knowledge Discovery, 36 (Sept. 4, 2020), https://www.pressrelations.com/files/user_upload/US-election_analysis_August_withAppendix_EN.pdf.

[4] Adrienne Goldstein, *Social Media Engagement with Deceptive Sites Reached Record Highs in 2020 | Strengthening Transatlantic Cooperation*, German Marshall Fund of the United States (Jan. 27, 2021), https://www.gmfus.org/news/social-media-engagement-deceptive-sites-reached-record-highs-2020/.

4.       This action seeks to hold Defendants accountable for just some of their knowing lies—their false and endlessly repeated accusations that Ms. Freeman and Ms. Moss committed election fraud by, among other things, conspiring to empty the room where they were counting ballots of poll watchers, producing secret "suitcases" full of illegal ballots, and running those ballots through vote counting machines multiple times. In making these false accusations, Defendants apparently drew their inspiration from lawyers for the Trump campaign, who contended on December 3, 2021, that grainy security camera footage showed unidentified persons counting illegal ballots. Defendants took these unsupported factual assertions and almost immediately published them to millions of readers, subsequently attributing names and additional accusations of criminal fraud against Ms. Freeman and Ms. Moss.

5.       Within 24 hours, the claims had been publicly and definitively refuted by Georgia elections officials through a detailed explanation of what the misinterpreted video actually showed: no suitcases; no illegal ballots; no voter fraud. Defendants nonetheless repeated and republished the completely fictitious account, month after month, long after it was conclusively shown to be untrue. With no concern for the truth or the consequences of their willful conduct, Defendants baselessly portrayed Plaintiffs as traitors who participated in a carefully planned conspiracy to steal the presidential election in Georgia.

6.       Defendants' reports were both false and consequential. They caused Ms. Freeman and Ms. Moss to be vilified on social media and subjected to an onslaught of violent, racist threats and harassment of all kinds. At the height of Defendants' campaign of disinformation, Ms. Freeman, at the recommendation of the FBI, fled her home and did not return for two months. On January 6, 2021, a crowd on foot and in vehicles surrounded Ms. Freeman's house. Ms. Freeman was forced to shutter her online business when social media became impossible to

3

navigate. Ms. Moss has suffered personal and professional consequences in her ongoing work on Fulton County elections. On at least two occasions, strangers showed up at her grandmother's home and attempted to push into the house in order to make a "citizens' arrest." Fulton County elections' general email address would forward incoming emails to Ms. Moss and many of her colleagues, filling her workplace with harassing messages.

7.      As a result of Defendants' ongoing campaign, both women are afraid to live normal lives. Ms. Freeman is fearful when she hears her name called in public; Ms. Moss now fears risking even a visit to the grocery store and must get her groceries delivered instead. Defendants have inflicted and continue to inflict severe and ongoing emotional, and economic damage on both plaintiffs.

8.      Plaintiffs file this lawsuit to vindicate their reputations and to ensure that other patriotic Americans who step forward to help make our election system function do not likewise become victims of abuse.

## **PARTIES**

9.      Plaintiff Ruby Freeman is a natural person and citizen of Georgia. Ms. Freeman worked as a temporary election worker with the Fulton County Registration and Elections Department during the 2020 general election. Her responsibilities as a temporary election worker included verifying signatures as absentee ballots came in, and then preparing absentee ballots for counting and processing.

10.      Plaintiff Wandrea "Shaye" Moss is a natural person and citizen of Georgia. Ms. Moss has worked for the Fulton County Registration and Elections Department since 2012. Ms. Moss's current position with the County is a Registration Officer, and her responsibilities

include processing voter applications and assisting voters in person and over the phone. During

the 2020 general election, she supervised Fulton County's absentee ballot operation.

11.     Defendant James "Jim" Hoft is a natural person and citizen of Missouri whose

principal place of residence is in St. Louis City, Missouri. Jim Hoft is the owner and the sole

organizer of TGP Communications LLC. He is the editor of and frequent contributor to a

political website and blog called *The Gateway Pundit* that he created in 2004.

12.     Defendant Joseph "Joe" Hoft is a natural person and citizen of Missouri, where he

hosts a daily radio show from a studio in Chesterfield, Missouri. He also maintains a residence in

Jensen Beach, Florida. He is Jim Hoft's twin brother. Joe Hoft writes regularly for *The Gateway

Pundit*.

13.     Defendant TGP Communications LLC d/b/a The Gateway Pundit ("*The Gateway

Pundit*") is a limited liability company organized and existing under the laws of Missouri. At all

times, *The Gateway Pundit* was acting by or through its authorized agent(s), employee(s),

representative(s) or owner(s). Upon information and belief, *The Gateway Pundit* publishes its

articles and related social media posts from James Hoft's principal place of residence in St. Louis

City, Missouri.

14.     *The Gateway Pundit* has no registered agent. Gregory J. Hickel, the only agent *the

Gateway Pundit* had registered with the Missouri Secretary of State, passed away in 2016, and

*The Gateway Pundit* has not registered another agent.

## JURISDICTION AND VENUE

15.     Plaintiffs filed this case in Missouri state court. Defendants improperly removed

the case to this Court in violation of 28 U.S.C. § 1441(b)(2). This Court accordingly lacks

5

jurisdiction over this case, and Plaintiffs have filed a pending motion to remand this case to the Courts of the State of Missouri.

16.     The Courts of the State of Missouri have personal jurisdiction over all Defendants because all Defendants have published defamatory statements in Missouri, and taken other actions in Missouri, such statements and actions being the subject of this Petition, and accordingly this suit arises out of and relates to Defendants' contacts with Missouri.

17.     The Courts of the State of Missouri may exercise personal jurisdiction over Jim Hoft as he is a resident and domiciliary of Missouri and he committed tortious actions giving rise to this cause of action within Missouri.

18.     The Courts of the State of Missouri may exercise personal jurisdiction over Joe Hoft as he is a resident and domiciliary of Missouri, writes for and maintains business contacts with *The Gateway Pundit*, and, on information and belief, visited Missouri and/or had contacts with this State in connection with the conduct giving rise to this action.

19.     The Courts of the State of Missouri Court may exercise personal jurisdiction over *The Gateway Pundit* as it is formed within and exists under the laws of Missouri, and it committed tortious actions giving rise to this cause of action within Missouri.

20.     Venue is proper in St. Louis City, Missouri, because, pursuant to §508.010 R.S. Mo., in this action for defamation, Plaintiffs were first injured in St. Louis City, the jurisdiction in which the defamation was first published.  Additionally, individual defendant Jim Hoft's principal place of residence is St. Louis City, Missouri.

## FACTS

**A.     The Role, Reach, and Reputation of *The Gateway Pundit***

21.     *The Gateway Pundit* reaches a large audience. A study by the Berkman Klein Center for Internet & Society at Harvard University of mainstream and social media coverage during the 2016 presidential race showed that the website was one of the most popular media sources on the right. Between May 1, 2015, and November 7, 2016, the website was the fifth-most popular source on Twitter and the third-most popular source on Facebook (notably, Fox News was the fourth most popular source on Facebook for the same period).[5]

22.     The reach of *The Gateway Pundit* grew further in the 2020 election cycle. Research by the German Marshall Fund, a non-partisan policy organization, found the site to have been "particularly dominant" during the election, with a ninefold increase in the sharing of its content on Twitter between the fourth quarter of 2018 and the fourth quarter of 2020.[6] The report also noted that nine of the website's ten most popular articles in the fourth quarter of 2020 presented disinformation about voter fraud.

23.     In September 2021, *The Gateway Pundit* had more than 2.8 million unique visitors, making it the eleventh-most-visited U.S. conservative site, according to one assessment.[7] More than 650,000 users "like" its Facebook page, while 630,000 users "follow"

---

[5] Robert Faris et al., *Partisanship, Propaganda, and Disinformation: Online Media and the 2016 U.S. Presidential Election* at 13, Berkman Klein Ctr. for Internet & Soc'y, 13 (2017), http://nrs.harvard.edu/urn-3:HUL.InstRepos:33759251/.

[6] Goldstein, *supra* note 3.

[7] *US Conservative Websites Ranked by Unique Visitors, September 2021*, The Righting, https://www.therighting.com/september-2021-conservative-website-metrics (last visited Nov. 30, 2021).

the page.[8] Roughly 98,000 people subscribe to its YouTube channel, and its videos regularly garner thousands of views.[9]

24.     According to published reports, *The Gateway Pundit* earned as much as $1.1 million in Google Ad revenue between November 2020 and June 2021.[10] In February 2021, *The Gateway Pundit* began offering a subscription service.[11]

25.     Despite its professed allegiance to the truth, *The Gateway Pundit* regularly publishes false claims. The Berkman Klein Center study identified seven online sources—both left- and right-leaning—that were highly influential on social media, highly partisan, and sometimes explicitly deceptive. Among these, the study stated, "Gateway Pundit is in a class of its own, known for 'publishing falsehoods and spreading hoaxes.'"[12]

26.     Defendant Jim Hoft has responded derisively to the notion that *The Gateway Pundit* should verify information before publishing it. After a *New Yorker* reporter interviewing him in 2017 told Hoft to expect a call from the magazine's fact-checkers, he responded: "Oh yeah, just like at the Gateway Pundit. We've got a huge department of full-time fact-checkers." He then "laughed so hard that he nearly spilled his lemonade."[13]

---

[8] *Gateway Pundit*, Facebook, https://www.facebook.com/gatewaypundit (last visited Nov. 30, 2021).

[9] *Gateway Pundit*, YouTube, https://www.youtube.com/c/GatewayPunditVideo/ (last visited Nov. 30, 2021).

[10] *One of the Biggest Publishers of Election Misinfo Earned Up to $1.1 Million in Google Ad Revenue*, Ctr. for Countering Digital Hate (July 29, 2021), https://www.counterhate.com/post/gatewaypundit.

[11] Paul Wagman, *Loud, shrill and unknown: The strange case of the Gateway Pundit*, Gateway Journalism Review (July 6, 2021), https://gatewayjr.org/loud-shrill-and-unknown-the-strange-case-of-the-gateway-pundit/; *Subscribe to The Gateway Pundit!*, The Gateway Pundit, https://www.thegatewaypundit.com/join/ (last visited Nov. 30, 2021).

[12] Faris et al, *supra* note 4, at 15 (quoting Ben Schreckinger, *'Real News' Joins the White House Briefing Room*, Politico Mag. (Feb. 15, 2017), https://www.politico.com/magazine/story/2017/02/fake-news-gateway-pundit-white-house-trump-briefing-room-214781/).

[13] Andrew Marantz, *Is Trump Trolling the White House Press Corps?*, New Yorker (Mar. 13, 2017), https://www.newyorker.com/magazine/2017/03/20/is-trump-trolling-the-white-house-press-corps.

**B.      The 2020 Election in Fulton County, Georgia**

27.      In the fall of 2020, Americans cast ballots in the nation's 59th presidential election, which pitted the incumbent, Republican Donald J. Trump, against the former Vice President, Democrat Joseph R. Biden. News coverage in the lead-up to Election Day noted that Georgia had "emerged as one of the nation's biggest electoral battlegrounds in the race for the White House."[14]

28.      The voting process in Georgia began on September 15, 2020, when local officials began mailing out absentee ballots. Voters could cast early voting ballots in-person from October 12, 2020 until October 30, 2020, and they could vote by mail until Election Day, on November 3, 2020. All told, more than 4 million Georgians cast ballots during early voting or via absentee ballot in the 2020 election.[15] On Election Day, when another 975,540 people cast votes,[16] Georgia Secretary of State Brad Raffensperger observed, "We are having a successful election in Georgia today."[17]

29.      In Fulton County, absentee ballots were counted in State Farm Arena. Plaintiffs were employed to assist in the vote tabulation process at the arena.

---

[14] Greg Bluestein, *Election Day Arrives: 5 Factors That Will Decide Georgia's 2020 Race*, Atlanta J.-Const., (Nov. 3, 2020), https://www.ajc.com/politics/election-day-arrives-5-factors-that-will-decide-georgias-2020-race/5K5HAAJJGBHDRLB6KWTHQ7ODRE/; *see also id.* (noting how "tantalizingly close" Democrats came to winning a statewide official in 2018).

[15] *November 3, 2020 General Election*, Ga. Sec'y of State, https://results.enr.clarityelections.com/GA/105369/web.264614/#/detail/5000 (last visited Nov. 30, 2021).

[16] *Id.*

[17] Kate Brumback & Sudhin Thanawala, *Despite A Few Hiccups, Voting in Georgia Goes Smoothly*, Associated Press (Nov. 4, 2020), https://apnews.com/article/election-2020-virus-outbreak-primary-elections-georgia-elections-ce8204935e991f740c94d6bc464481cf.

30.     On November 3, 2020, an overflowing urinal at State Farm Arena led to a brief

voluntary evacuation of the affected area.[18] According to a press release at the time:

> At approximately 6:07 a.m., the staff at State Farm Arena notified
> Fulton County Registration & Elections of a water leak affecting
> the room where absentee ballots were being tabulated. The State
> Farm Arena team acted swiftly to remediate the issue. Within 2
> hours, repairs were complete. No ballots were damaged, nor was
> any equipment affected. There was a brief delay in tabulating
> absentee ballots while the repairs were being conducted.[19]

The *Atlanta Journal-Constitution* reported on November 3 that a pipe break had caused a water

leak at the ballot processing site and specifically noted that no ballots were damaged.[20] It was

later determined that the water leak had been caused by an overflowing urinal.[21]

31.     On November 13, 2020, NBC and CNN declared Biden the projected winner of

Georgia.[22]

32.     From November 11 through November 19, 2020, county election officials carried

out a risk-limiting audit, which included a full manual tally of all votes cast and confirmed Biden

---

[18] Decl. of Frances Watson ¶¶ 4, 6, *Pearson v. Kemp*, Civ. No. 1:20-cv-04809-TCB (N.D. Ga. Dec. 6, 2020), ECF No. 72-1, https://s3.documentcloud.org/documents/20420664/frances-watson-affidavit.pdf.

[19] *Statement Regarding Absentee Ballot Tabulation at State Farm Arena*, State Farm Arena (Nov. 3, 2020), https://www.statefarmarena.com/news/detail/statement-regarding-absentee-ballot-tabulation-at-state-farm-arena.

[20] Ben Brasch, *Fulton County Election Results Delayed After Pipe Bursts in Room with Ballots*, Atlanta J.-Const. (Nov. 3, 2020), https://www.ajc.com/news/atlanta-news/fulton-election-results-delayed-after-pipe-bursts-in-room-with-ballots/4T3KPQV7PBEX3JVAIGJBNBSVJY/.

[21] Declaration of Frances Watson ¶ 5, *Pearson v. Kemp*, Civ. No. 1:20-cv-04809-TCB (N.D. Ga. Dec. 6, 2020), ECF No. 72-1 (stating that the Secretary of State's Office launched an investigation that "revealed that the incident initially reported as a water leak late in the evening on November 3rd was actually a urinal that had overflowed early in the morning of November 3rd" and confirming that this leak "did not affect the counting of votes by Fulton County later that evening"), https://s3.documentcloud.org/documents/20420664/frances-watson-affidavit.pdf.

[22] Adam Edelman, *With final states called, Biden's projected Electoral College victory matches Trump's in 2016*, NBC News (Nov. 13, 2020), https://www.nbcnews.com/politics/2020-election/final-states-called-biden-s-projected-electoral-college-victory-matches-n1247766. Gregory Krieg, *Joe Biden becomes first Democrat in 28 years to win Georgia*, CNN (Nov. 13, 2021), https://www.cnn.com/2020/11/13/politics/joe-biden-wins-georgia/index.html.

had won Georgia's election.[23] "Audit boards from all 159 Georgia countries examined 41[,]881 batches, hand-sorting and counting each ballot as part of the process, which was the largest hand count of ballots in United States history." According to the audit, "no individual county showed a variation in margin larger than 0.73%." Moreover, "103 of the 159 counties showed a margin variation of less than 0.05%."[24] It concluded that "the correct winner was reported."[25]

33.    On November 20, 2020, Secretary of State Raffensperger certified Biden's victory. That same day, Republican governor Brian Kemp certified Georgia's election results.[26]

34.    President Trump requested a recount, which was conducted using scanners that read and tally the votes.[27] The recount was the third tally of votes in the Georgia presidential race and the third tally to conclude that Joe Biden won the election. On December 7, 2020, Georgia officials recertified Biden's victory of the state's 16 electoral votes.[28]

---

[23] "Like any risk-limiting audit, this audit does not confirm or correct the exact margin of victory. It only provides sufficient evidence that the correct winner was reported." *Risk-Limiting Audit Report: Georgia Presidential Contest, November 2020*, Georgia Secretary of State (Nov. 19, 2020), https://sos.ga.gov/admin/uploads/11.19_.20_Risk_Limiting_Audit_Report_Memo_1.pdf.

[24] *Id.*

[25] *Id.*

[26] Kate Brumback, *Georgia Officials Certify Election Results Showing Biden Win*, Associated Press (Nov. 20, 2020), https://apnews.com/article/georgia-certify-election-joe-biden-ea8f867d740f3d7d42d0a55c1aef9e69.

[27] Kate Brumback, *Georgia Again Certifies Election Results Showing Biden Won*, Associated Press (Dec. 7, 2021), https://apnews.com/article/election-2020-joe-biden-donald-trump-georgia-elections-4eeea3b24f10de886bcdeab6c26b680a.

[28] *Id.*

C.     **Trump's Legal Team Initiates the Lie That Georgia Election Workers Illegally Instructed Observers to Leave and Counted Thousands of Fraudulent Ballots Unobserved**

35.     On December 3, 2020, Donald Trump's legal team testified before the Georgia State Senate, alleging that fraud and misconduct had occurred during Georgia's November 2020 election.[29]

36.     In an attempt to demonstrate that there had been irregularities in ballot-counting, a lawyer for the Trump campaign named Jacki Pick played cherry-picked snippets of surveillance video of the absentee and military vote count at the State Farm Arena.[30] While the surveillance video of the vote counting on November 3 is 14 hours long, Ms. Pick played only a few brief excerpts during her 17-minute testimony.

37.     While playing the video excerpts for the State Senate, Ms. Pick provided her own interpretation of what was being shown. She claimed that Republican observers had been asked to leave the arena in contravention of Georgia law and that, once they were gone, the election workers produced and counted 18,000 hidden, fraudulent ballots—more than the margin of victory in the presidential race.[31]

38.     Ms. Pick described the surveillance videotape as showing Republican observers and the press leaving the room shortly before 11 p.m. after a "lady who has blonde braids" asked them to leave and told them that election workers were going to stop counting ballots for the day.

---

[29] Beau Evans, *Georgia Senate Panel Hosts Trump Attorney Giuliani As Election Officials Dispute Fraud Claims*, Augusta Chron. (Dec. 3, 2020),https://www.augustachronicle.com/story/news/2020/12/03/georgia-senate-panel-probing-election-hosts-trump-attorney-giuliani/3818365001/.

[30] Angelo Fichera, *Video Doesn't Show 'Suitcases' of Illegal Ballots in Georgia*, FactCheck.org (Dec. 4, 2020), https://www.factcheck.org/2020/12/video-doesnt-show-suitcases-of-illegal-ballots-in-georgia/. For video of the hearing, see also 11Alive, *Second Georgia Senate Election Hearing*, YouTube (Dec. 3, 2020), https://www.youtube.com/watch?v=hRCXUNOwOjw.

[31] 11Alive, *Second Georgia Senate Election Hearing*, YouTube (Dec. 3, 2020), https://www.youtube.com/watch?v=hRCXUNOwOjw (showing Ms. Pick's commentary on the surveillance footage from 33:27 to 50:26).

The surveillance video had no sound to corroborate this claim, but Ms. Pick said she had been provided this information by the observers and noted that the video showed four election workers staying while observers and press departed. She identified the election workers in the room as "the lady in purple," "two women in yellow," and "the lady with the blonde braids also, who told everyone to leave."[32]

39.     Ms. Pick's commentary continued as she played her video excerpt: "Once everyone is gone, coast is clear, they are going to pull ballots out from underneath a table." Ms. Pick said it was not typical to store "suitcases" full of ballots under a table and pointed out a table which she claimed had been placed there earlier in the day by "the lady with the blonde braids." Ms. Pick did not identify the four election workers by name but said "one of them had the name Ruby across her shirt somewhere."[33]

40.     Ms. Pick acknowledged that the Trump legal team had taken only a couple of hours to review the 14 hours of surveillance footage, and no one working for the campaign had watched the entire video, even once.[34]

41.     Both the Georgia Secretary of State and the Georgia Bureau of Investigation immediately investigated Ms. Pick's claims. The Secretary of State is a Republican who had been endorsed during his campaign by Donald Trump. They reviewed the security videotape, interviewed all witnesses who were present at the time of the alleged misconduct, and found no evidence whatsoever to substantiate any of Ms. Pick's claims.[35]

---

[32] *Id.*

[33] *Id.*

[34] *Id*.

[35] Response of the Georgia Secretary of State to the Court's Order of September 20, 2021, *Favorito v. Wan*, Civ. No. 2020CV343938 (Fulton Cnty. Ga. Super. Ct. Oct. 12, 2021), https://www.gpb.org/news/2021/10/12/election-investigators-havent-found-evidence-of-counterfeit-ballots-in-georgia/.

42.     Secure the Vote, a website maintained by the office of the Secretary of State, provides a detailed fact check of Ms. Pick's claims about what is depicted in the video.[36] Secure the Vote's timeline documents the events from November 3, 2020, actually shown on the video, including:

| | |
|---|---|
| 5:22 a.m. | Workers arrive at the State Farm Arena and discover a water leak. They immediately move tables and ballots away from the leak to prevent any water damage. |
| 6:30 a.m. | Workers can be seen moving tables, but not tampering with ballots. |
| 7:11 a.m. | Workers are seen vacuuming and drying the floors. |
| 8:22 a.m. | Workers begin rearranging the room to its original layout. They move tables and ballot containers. The table under which a "suitcase" full of ballots was allegedly stashed is moved, revealing nothing hidden there. |
| 9:57 p.m. | Poll workers prepare to stop work for the night and empty ballot containers are brought into the room. Workers then fill the containers with uncounted ballots. |
| 10:06 p.m. | Poll workers store the containers with uncounted ballots under the table for the night while there are still many people in the room. |
| 11:02 p.m. | After the Secretary of State[37] told poll workers they should continue working through the night, they remove the containers with uncounted ballots from underneath the table and resume their counting. |

**D.     Defendants Publish and Republish the Lie**

43.     Immediately after Ms. Pick spoke in the Georgia Senate on December 3, 2020, the false accusation of wrongdoing and misleading excerpts from the surveillance video were

---

[36] *State Farm Arena*, Secure the Vote, https://securevotega.com/fact-check/ (last visited Nov. 30, 2021).

[37] Voting Implementation Manager for the State of Georgia, Gabriel Sterling reported that Georgia's Secretary of State Brad Raffensperger ordered election workers to continue counting ballots through the night. Maggie Astor, A Georgia Election Official Debunked Trump's Claims of Voter Fraud, Point by Point, N.Y. Times (Jan. 4, 2021), https://www.nytimes.com/2021/01/04/us/politics/trump-georgia-election-fraud.html.

14

circulated widely by the Trump campaign and various media outlets. For example, One America News Network rebroadcast the surveillance video shown earlier that day by the Trump lawyers with Ms. Pick's commentary.[38]

44.     The Trump campaign promptly amplified and republished a brief excerpt from the One America News Network's coverage[39] and distributed it repeatedly on Twitter that same day.[40] The excerpt depicted four individuals walking between desks while one individual removes containers from underneath a table in the foreground and brings them back to the desks. The individuals then remove ballots from the containers and process them.[41] (This edited footage from the surveillance video will hereafter be called the "Trump Edited Video.")

45.     That same day, December 3, 2020, *The Gateway Pundit* published its first article disseminating the same Trump Edited Video. The story was promoted under the headline "HUGE! Video Footage From Georgia Shows Suitcases Filled with Ballots Pulled From Under Table AFTER Supervisor Told GOP Poll Workers to Leave Tabulation Center." Written by Cristina Laila, the article republished two Team Trump tweets about the video and added the following claims:

> Poll watchers were kicked out of the State Farm Arena tabulation center on election night after a burst pipe caused flooding.

---

[38] One America News Network, *Giuliani, TRUMP Legal Team Testify in GA.FULL 12/3/20*, YouTube (Dec. 4, 2020), https://www.youtube.com/watch?v=3wObE1JCQMg/.

[39] Donald J. Trump, *Video from GA Shows Suitcases Filled with Ballots Pulled From Under a Table AFTER Poll Workers Left*, YouTube (Dec. 3, 2020), https://www.youtube.com/watch?v=nVP_60Hm4P8/.

[40] @TeamTrump, Twitter (Dec. 3, 2020, 10:32 AM), *available at* https://web.archive.org/web/20201205090637mp_/https://twitter.com/TeamTrump/status/1334566301205925889/ (last visited Dec. 22, 2021); @TeamTrump, Twitter (Dec. 3, 2020, 10:44 AM), *available at* https://web.archive.org/web/20201205122001/https://twitter.com/TeamTrump/status/1334569329334083586/ (last visited Nov. 30, 2021). The @TeamTrump account is no longer accessible on Twitter.

[41] Donald J. Trump, *Video from GA Shows Suitcases Filled with Ballots Pulled from under a Table after Poll Workers Left*, YouTube (Dec. 3, 2020), https://www.youtube.com/watch?v=nVP_60Hm4P8/.

…

We now know that a pipe never burst. It was all a lie in order to kick out poll watchers while a few crooks stayed behind to count illegal ballots for Joe Biden.

Trump's legal team showed a video from the State Farm Arena tabulation center when poll workers were told to leave at 10:25 PM.

A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated![42]

46.    The article concludes with a photo captioned, "Close up photo of the suitcases being wheeled out from under tables."[43]



47.    Defendant Jim Hoft amplified this story and its defamatory claims using his Twitter account.[44]

---

[42] Cristina Laila, *HUGE! Video Footage From Georgia Shows Suitcases Filled with Ballots Pulled From Under Table AFTER Supervisor Told GOP Poll Workers to Leave Tabulation Center*, Gateway Pundit (Dec. 3, 2020, 1:11 PM), https://www.thegatewaypundit.com/2020/12/video-footage-georgia-shows-suitcases-filled-ballots-pulled-table-supervisor-told-gop-poll-workers-leave-tabulation-center/. A true and correct copy of this article is attached as Exhibit 1.

[43] *Id.*

[44] Jim Hoft (@gatewaypundit), Twitter (Dec. 3, 2020), *available at* https://web.archive.org/web/20201207070649/https://twitter.com/gatewaypundit/status/1334577520478392320 (last visited Nov. 30, 2021). The @gatewaypundit account is no longer accessible on Twitter.

48.     A little while later, Hoft again amplified the story and added additional defamatory remarks, calling Ms. Freeman and Ms. Moss "dirty Crooks" and insinuating that they were political operatives:[45]



49.     In the afternoon on December 3, *The Gateway Pundit* published another article, titled, "WHERE'S BILL BARR? — We Got Your Voter Fraud AG Barr — It's On Video and They Attempted to Steal Georgia with It! — HOW ABOUT A FEW ARRESTS?"[46] It accused those in the video of "stay[ing] behind to count illegal ballots for Joe Biden" and "cheating":

> We now know that a pipe never burst. It was all a lie in order to kick out poll watchers while a few crooks stayed behind to count illegal ballots for Joe Biden.
>
> Trump's legal team showed a video from the State Farm Arena tabulation center when poll workers were told to leave at 10:25 PM.
>
> A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated!

---

[45] Jim Hoft (@gatewaypundit), Twitter (Dec. 3, 2020), *available at* https://web.archive.org/web/20201207070649/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021).

[46] Jim Hoft, *WHERE'S BILL BARR? — We Got Your Voter Fraud AG Barr — It's On Video and They Attempted to Steal Georgia with It! — HOW ABOUT A FEW ARRESTS?*, Gateway Pundit (Dec. 3, 2020, 2:29 PM), https://www.thegatewaypundit.com/2020/12/bill-barr-got-voter-fraud-ag-barr-video-attempted-steal-georgia-arrests/. A true and correct copy of this article is attached as Exhibit 2.

They were caught cheating!

50.     Later on December 3, *The Gateway Pundit* published another article repeating the false report, headlined "What's Up, Ruby?… BREAKING: Crooked Operative Filmed Pulling Out Suitcases of Ballots in Georgia IS IDENTIFIED." Written by Defendant Jim Hoft, this article reasserted the false claims about "crooked Democrats" engaging in "voter fraud."[47]

51.     This article was the first to identify by name Plaintiff Ruby Freeman as one of the workers in the video, naming Ms. Freeman and her business and falsely accusing her of voter fraud. It stated:

> One woman in the video is wearing a purple top.
>
> …
>
> Her name is Ruby Freeman.
>
> And she made the mistake of advertising her purse on her desk the same night she was involved in voter fraud on a MASSIVE SCALE.
>
> Her T-shirt says "Lady Ruby" and her purse says, "LaRuby" which is her company.
>
> This was not a very smart move.
>
> Her company is called "LaRuby's Unique Treasures."
>
> It's on her LinkedIn page!
>
> …
>
> Maybe the Georgia police or Bill Barr's DOJ may want to pay Ruby Freeman a visit.[48]

---

[47] Jim Hoft, *What's Up, Ruby?… BREAKING: Crooked Operative Filmed Pulling Out Suitcases of Ballots in Georgia IS IDENTIFIED*, Gateway Pundit (Dec. 3, 2020, 8:49 PM), https://www.thegatewaypundit.com/2020/12/ruby-breaking-crooked-democrat-filmed-pulling-suitcases-ballots-georgia-identified/. A true and correct copy of this article is attached as Exhibit 3.

[48] *Id.*

52.     The article concluded with the following images of Ms. Freeman, over a banner saying "CROOK GETS CAUGHT."



53.     Defendants Jim and Joe Hoft amplified this story on Twitter, too.[49]

**E.      Despite Prompt and Authoritative Refutation of the False Report by Multiple Sources, Defendants Republish and Magnify the Lies for Months**

54.     The Trump legal team's claim of voter fraud in the State Farm Arena was flatly, fully, and publicly repudiated by Georgia election officials within 24 hours after it was made. At 6:41 a.m. on December 4, 2020, the Voting Implementation Manager for the State of Georgia, Gabriel Sterling, shot down the fanciful claim on Twitter: "The 90 second video of election workers at State Farm arena, purporting to show fraud was watched in its entirety (hours) by @GaSecofState investigators. Shows normal ballot processing. Here is the fact check on it."[50]

---

[49] Jim Hoft (@gatewaypundit), Twitter (Dec. 3, 2020), *available at* https://web.archive.org/web/20201207070649/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021); Joe Hoft (@joehoft), Twitter (Dec. 4, 2020), *available at* https://web.archive.org/web/20201207070649/https://twitter.com/joehoft (last visited Nov. 30, 2021). Note that for many of Jim and Joe Hoft's tweets, web.archive.org does not appear to have captured the preview image.

[50] Gabriel Sterling (@GabrielSterling), Twitter (Dec. 4, 2020, 6:41 AM), https://twitter.com/GabrielSterling/status/1334825233610633217.

55.     Mr. Sterling's tweet shared a link to a fact check published by Lead Stories, a fact-checking website that identifies false or misleading stories. It demonstrated that the Trump Edited Video did not show suitcases full of ballots being pulled from under a table, and that poll watchers were not told to leave.[51] The fact check quotes Georgia election officials explaining that the containers in the video contained ballots that were processed for counting earlier in the night, that the vote count data and voter verifications negated the claim that thousands of fraudulent ballots had been introduced into the count, and that it was not illegal for election workers to count ballots in the observers' absence.[52]

56.     Several days earlier, after reports of harassment and death threats against election officials, Mr. Sterling had made clear what he believed were the likely consequences of the continued attacks on Georgia's election system. "Someone's going to get hurt, someone's going to get shot, someone's going to get killed," he had stated in a news conference.[53]

57.     Nonetheless, Jim Hoft authored another article published on *The Gateway Pundit* later that morning under the title "BREAKING: CROOKED GEORGIA ELECTIONS SUPERVISER [sic] Filmed Pulling Out Suitcases of Ballots from Beneath Table IS IDENTIFIED — IT'S RUBY'S DAUGHTER! (Video)." The article repeated the now-debunked allegations from the night before and introduced new false claims:

> Earlier on Thursday Cristina Laila reported on the explosive video
> that was revealed during the Georgia ballot counting at the State
> Farm Arena where crooked Democrats pulled out suitcases full of

---

[51] Alan Duke & Hallie Golden, *Fact Check: Video From Georgia Does NOT Show Suitcases Filled With Ballots Suspiciously Pulled From Under A Table; Poll Watchers Were NOT Told To Leave*, Lead Stories (Dec. 3, 2020), https://leadstories.com/hoax-alert/2020/12/fact-check-video-from-ga-does-not-show-suitcases-filled-with-ballots-pulled-from-under-a-table-after-poll-workers-dismissed.html.

[52] *Id.*; *see* Angelo Fichera, *Video Doesn't Show 'Suitcases' of Illegal Ballots in Georgia*, FactCheck.org (Dec. 4, 2020), https://www.factcheck.org/2020/12/video-doesnt-show-suitcases-of-illegal-ballots-in-georgia/.

[53] Stephen Fowler, *'Someone's Going To Get Killed': Ga. Official Blasts GOP Silence On Election Threats*, NPR (Dec. 1, 2020, 8:58 PM ET), https://www.npr.org/sections/biden-transition-updates/2020/12/01/940961602/someones-going-to-get-killed-ga-official-blasts-gop-silence-on-election-threats.

ballots and began counting those ballots without election monitors in the room.

Trump's legal team showed a video from the State Farm Arena tabulation center when poll workers were told to leave at 10:25 PM.

A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated!

…

We identified one of the operatives last night who was caught on video counting illegal ballots from a suitcase stashed under a table!

As you can see from the video one woman in a purple top was filmed helping pull out the ballots and then sitting down to count the ballots.

That woman has now been identified.

Local 11 News covered the story from the State Farm Arena that a pipe had burst.

(This later was proven to be complete fraud and an excuse to kick out the GOP election observers!)

…

Her name is Ruby Freeman.

And she made the mistake of advertising her purse on her desk the same night she was involved in voter fraud on a MASSIVE SCALE.

…

Ruby's purse was a hit and several fans wrote her on her LinkedIn page after they saw her and her purse on TV.

They then commented on her LinkedIn page.

Ruby Freeman still has an active Facebook page (as of 11 PM on Thursday night).

On her page Ruby Freeman brags about her "Shaye" being her supervisor.

It is clear from a video that was released that Shaye and Ruby are very close.

Here are a few entries from Ruby's Facebook page.

…

Ruby made a post on Facebook on Nov 3, "Look at my Baby giving that look to the employees. Mommie is so proud of you. Supervisor of registration."

And here is a closeup of the woman in question via a Getty image.

Her official name is "Wandrea Moss."

…

You can clearly see "Shaye" the woman in blonde pigtails removing suitcases of ballots from under a table after GOP observers were evacuated from the room and told to go home.[54]

58.    The same morning, Georgia Public Broadcasting published its own article fact-checking the election fraud claims made during the George State Senate hearing on the previous day. The article directly refuted the Trump legal team's claims concerning the contents of the Trump Edited Video. It reported that the video showed a normal tabulation process, which both state and county officials had verified. It also reported that no observers had been asked to leave, but Republican monitors and the press did leave when some election employees stopped their work for the night. And it clarified that Georgia law does not require poll monitors to be present for the ballot counting process.[55]

---

[54] Jim Hoft, *BREAKING: CROOKED GEORGIA ELECTIONS SUPERVISER Filmed Pulling Out Suitcases of Ballots from Beneath Table IS IDENTIFIED — IT'S RUBY'S DAUGHTER! (Video)*, Gateway Pundit (Dec. 4, 2020, 7:35 AM), https://www.thegatewaypundit.com/2020/12/breaking-crooked-elections-superviser-filmed-pulling-suitcases-ballots-georgia-identified-rubys-daughter-video/. A true and correct copy of this article is attached as Exhibit 4.

[55] Stephen Fowler, *Fact Checking Rudy Giuliani's Grandiose Georgia Election Fraud Claim*, Georgia Public Broadcasting (Dec. 4, 2020, 8:27 AM), https://www.gpb.org/news/2020/12/04/fact-checking-rudy-giulianis-grandiose-georgia-election-fraud-claim, archived at https://web.archive.org/web/20201204170112/https://www.gpb.org/news/2020/12/04/fact-checking-rudy-giulianis-grandiose-georgia-election-fraud-claim.

59.     Defendants learned of the ongoing fact checks almost immediately after they were published.

60.     Less than two hours after Voting Implementation Manager Sterling tweeted that what the video of Ms. Freeman and Ms. Moss showed was "normal ballot processing," Defendant Joe Hoft published an article titled, "CLOWN SHOW: Georgia Election Insider Gabriel Sterling Freaks Out and Labels Election Fraud Caught on Camera 'Normal Ballot Processing.'" Rather than acknowledge the falsity of *The Gateway Pundit*'s earlier stories—or even neutrally reporting on the fact checks, that article lobbed a series of ad hominem attacks against Mr. Sterling and doubled down on Defendants' false claims, including the statement:

> Unfortunately for Sterling, we can't even keep up with the amount of corruption in Georgia related to this year's election. Yesterday for example, a video was unearthed by the Trump team showing Democrat counters in Atlanta pulling out suitcases full of ballots and counting them after sending Republicans home due to a falsely reported water main break (um, this is against the law Mr. Sterling).
>
> But Sterling still wants to call it all a lie. He claims there was no corruption in this year's election and he shares another totally bogus 'fact check' from Lead Stories as in his Facebook page as support that this is all normal.[56]

61.     Even after acknowledging the first fact check, and after the second fact check was published and available online, Jim Hoft published another article on *The Gateway Pundit* on December 4, 2020, repeating and realleging the false claims that Ms. Freeman and Ms. Moss secretly brought illicit ballots into the arena to be counted and had committed massive voter fraud. This article was titled "NEW VIDEO Shows Anti-Trump Georgia Ballot Counter Ruby

---

[56] Joe Hoft, *CLOWN SHOW: Georgia Election Insider Gabriel Sterling Freaks Out and Labels Election Fraud Caught on Camera 'Normal Ballot Processing'*, Gateway Pundit (Dec. 4, 2020, 8:15 AM), https://www.thegatewaypundit.com/2020/12/clown-show-georgia-election-insider-gabriel-sterling-freaks-labels-election-fraud-caught-camera-normal-ballot-processing/. A true and correct copy of this article is attached as Exhibit 5.

Freeman with Piles of Ballots, Walking Past Boxes of Ballots, Working Alone in Cubes WITH

NO GOP OBSERVERS IN SIGHT!" and made new false and defamatory claims about Ms.

Freeman:

> Now there is video of Ruby Freeman filming herself entering the building to count Georgia ballots.
>
> Ruby walks by several boxes of ballots just sitting around in the room.
>
> The elections workers were each given their own secret cube.
>
> Then Ruby goes to her desk and pulls out a tray of ballots on her desk.
>
> There is NO supervisor or GOP observer anywhere in sight.
>
> And then Ruby leaves the ballots on her desk as she goes to take a break.
>
> This is suspicious activity. The State Farm Center was full of unsecured ballots and illegal conduct.[57]

62.     Jim and Joe Hoft amplified this story using their Twitter accounts.[58]

63.     Seeking to magnify the false claims and gain still more shares on social media,

Jim Hoft published a third article on *The Gateway Pundit* on December 4, repeating the false and

disproven claims from his earlier articles. This article was titled, "UPDATE: More on the

Suitcase Vote Scam, the Elections Supervisor and that Strange 'Pass' Between Mother and

Daughter That Was Also Caught on Video." It discussed the relationship between Ms. Freeman

---

[57] Jim Hoft, *NEW VIDEO Shows Anti-Trump Georgia Ballot Counter Ruby Freeman with Piles of Ballots, Walking Past Boxes of Ballots, Working Alone in Cubes WITH NO GOP OBSERVERS IN SIGHT!*, Gateway Pundit (Dec. 4, 2020, 8:53 AM), https://www.thegatewaypundit.com/2020/12/new-video-shows-anti-trump-georgia-ballot-counter-ruby-freeman-piles-ballots-walking-past-boxes-ballots-no-gop-observers-sight. A true and correct copy of this article is attached as Exhibit 6.

[58] Jim Hoft (@gatewaypundit), Twitter (Dec. 4, 2020), *available at* https://web.archive.org/web/20201207070649/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021); Joe Hoft (@joehoft), Twitter (Dec. 4, 2020), *available at* https://web.archive.org/web/20201208010821/https://twitter.com/joehoft (last visited Nov. 30, 2021).

and Ms. Moss and introduced a new baseless allegation of still more illicit activity supposedly

shown on the Trump Edited Video:

> On her [Facebook] page Ruby Freeman brags about her "Shaye"
> being her supervisor.
>
> …
>
> And now there is video of Ruby secretly passing something to her
> daughter during the ballot counting.
>
> It is not clear what was passed. Some readers say it was a USB
> stick but it is not clear what they passed to each other.
>
> It sure looks like they were trying to hide this transaction.[59]

64.     This article made clear Defendants' ill-will toward Ms. Freeman in repeating the

false claims against her over and over again. In it, Jim Hoft noted the consequences of *The*

*Gateway Pundit*'s publicity on Ms. Freeman and implicitly urged readers to harass her:

> Ruby's purse was a hit and several fans wrote her on her LinkedIn
> page after they saw her and her purse on TV.
>
> They then commented on her LinkedIn page.
>
> Note: Please do not confuse this with a similar business in
> Snellville!
>
> Ruby Freeman had an active Facebook page last night.
>
> It was shut down early on Friday morning.[60]

65.     Jim Hoft amplified this story on social media.[61]

---

[59] Jim Hoft, *UPDATE: More on the Suitcase Vote Scam, the Elections Supervisor and that Strange "Pass" Between Mother and Daughter That Was Also Caught on Video*, Gateway Pundit (Dec. 4, 2020, 1:51 PM), https://www.thegatewaypundit.com/2020/12/update-ruby-freeman-elections-supervisor-shaye-ross-strange-pass-also-caught-video/. A true and correct copy of this article is attached as Exhibit 7.

[60] *Id.*

[61] Jim Hoft (@gatewaypundit), Twitter (Dec. 4, 2020), *available at* https://web.archive.org/web/20201207070649/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021).

66.     At approximately 10:08 a.m. ET, Voting Implementation Manager Gabe Sterling joined Newsmax for a roughly 17-minute segment.[62] After playing a clip of the Trump Campaign's footage and soliciting comments from another guest, the host asked Sterling to weigh in on the video. Sterling straightforwardly debunked any claim that the video showed anything nefarious:

> Unlike watching 90 seconds of it like we saw in the Senate hearing yesterday, we've had our investigators watch all many several hours of it yesterday. And what essentially happened is—and we knew about this, part of this, on election night itself—around 10:15/10:20, there's two groups of people in this room that are working. There are cutters—the people who are opening the envelopes—and then there's the people who are scanning, which is the ones we see on the video.

> And let's keep a few things in mind. I've been in this room. It's really obvious there's video cameras everywhere, so they know they're being watched on that front.

> So what happened was, when the cutters were—they were, once they were done, they were, they was like, "Okay, we're done, time to go home," and the media started packing up. And then the monitors kept packing up.

> Now the one thing we have is that he said she said, where the officials there said, "we didn't tell anybody that they had to leave." The people who left—the Republican monitor said, "we were told we had to leave." And we have no audio from those videotapes to ascertain the absolute truth. That's what is he said she said on that front.

> But when you watch the video, the process—those aren't suitcases. Those are regular absentee carriers used in dozens of counties across the state. That's how they bring those in. Nothing was brought in without the monitors there, so everything was there. There was nothing new brought in. We didn't see somebody wheeling stuff into the room; we saw stuff that was already in the room that the monitors already saw brought in.

---

[62] Monkey Savant, *Gabriel Sterling and Chad Robichaux On Newsmax Discuss The GA Ballot Fraud Situation 12/04/20*, YouTube (Dec. 4, 2020), https://www.youtube.com/watch?v=o6k2zRRPx4I.

And then you saw the processes they're doing. Essentially what happened, the elections director called the absentee coordinator that's saying we're not shutting down. Tell them they gotta go get back to work because the counting people thought they were also getting to go home. So they were kind of disappointed. So you see him on his phone. He walks over to them, they kind of shrug their shoulders like, "crap, we got to go back to work again." So, so they started doing that, and then we found out that the monitors weren't there anymore. So, we called their elections directors, and we called our state elections board monitor, who we have placed in Fulton County under a consent decree that we had ordered because of their screw-ups in the June election, and yes, there was 82 minutes where there wasn't a person there. But we have all the videotape that we are literally looking at right now.

We have to ask ourselves in that period of time, I think it was about three to five thousand votes that were scanned, and did this elections crew of, you know, medium-paid, tired elections workers suddenly become the Ocean's Eleven crew as part of a theft of an election? Or is it more likely they were tired and irritated?

You see when the SEB monitor gets there, and when the investigator gets there, the armed investigator, they keep doing the exact same thing they were doing. They don't even pay any mind because it's just—they're doing their regular processes.

And the problem we have is people don't understand this, and when people whip people's emotions up, it goes back to the issue I was talking about before of threats being against these thousands of workers across the country.

67.     On information and belief, Jim Hoft watched this segment, as he immediately

criticized Newsmax for airing the segment and reiterated his false claims:[63]

---

[63] Jim Hoft (@gatewaypundit), Twitter (Dec. 4, 2020), *available at* https://web.archive.org/web/20201207070649/https://twitter.com/gatewaypundit/status/1334881814670938113 (last visited Nov. 30, 2021). Plaintiffs believe the timestamp available through web.archive.org is in Pacific Time.



68.    Not satisfied with the harm done, Defendants published another article about

Ms. Freeman on *The Gateway Pundit* later on December 4. Written by Joe Hoft, this article

summarized the false and already debunked claims in the three previous articles by Jim Hoft, and

it advanced the new false and defamatory smear that Ms. Freeman supposedly counted the same

votes for Biden three times. Titled "UNBELIEVABLE: Anti-Trump Democrat In Georgia

'Suitcase Scandal' Caught Running Same Batch of Ballots Through Tabulator THREE TIMES!

(VIDEO)," the article stated:

> The mother – daughter team of ballot counters in Atlanta really
> overdid their fraud. We saw last night how they stuck around and
> counted ballots after kicking Republicans out of the State Farm
> Center on a fake water main break hoax.
>
> We also saw the mother and daughter pass an object the size of a
> thumb drive between each other in a suspicious manner[.]
>
> Now we have evidence mother Ruby sent the same stack of votes
> through a tabulator in the State Farm Center three times. This is
> illegal.
>
> The corrupt Republican politicians in Georgia are giving the
> election to Joe Biden. Besides them, nobody did more to steal the
> election for Joe Biden than this mother – daughter combo. The
> good people in Georgia need to stand up.[64]

---

[64] Joe Hoft, *UNBELIEVABLE: Anti-Trump Democrat In Georgia 'Suitcase Scandal' Caught Running Same Batch of Ballots Through Tabulator THREE TIMES! (VIDEO)*, Gateway Pundit (Dec. 4, 2020, 5:45 PM), https://www.thegatewaypundit.com/2020/12/unbelievable-mother-along-daughter-handled-counted-ballots-alone-

69.     Defendants also posted the video embedded in this article to *The Gateway Pundit*'s YouTube channel with the caption, "Poll Worker Ruby Freeman Loads Up The Same Stack Of Ballots To Be Counted 3X," which has been viewed more than 51,385 times at the time of filing.[65]

70.     Defendants later boasted that they originated the false and defamatory claim that Ms. Freeman tabulated the same votes three times.[66]

71.     On December 4, PolitiFact—a non-profit website that checks the accuracy of claims made by elected officials and others—published another fact check of the claim repeatedly made by *The Gateway Pundit* that video footage from Georgia showed suitcases filled with ballots being illegally counted after election monitors were told to leave. The PolitiFact article confirmed the conclusions of Lead Stories and Georgia Public Broadcasting that the claim was plainly false. It featured a statement from Richard Barron, the elections director in Fulton County, who confirmed that no announcement was made telling people to leave. Rather, certain staff members left as their work was finished. Mr. Barron himself told the workers scanning the ballots to keep working. Mr. Barron also confirmed that it was normal to keep containers under the tables near the scanners.[67]

---

hours-georgia-ruby-freeman-caught-running-batch-ballots-tabulator-three-times/. A true and correct copy of this article is attached as Exhibit 8.

[65] Gateway Pundit, *Corrupt Georgia Election Worker Seen Loading Same Ballots 3 Times into Machine*, YouTube (Dec. 4, 2020), https://www.youtube.com/watch?v=RiREC3Zy20E (last visited Jan. 12, 2022).

[66] Joe Hoft, *Fulton County 2020 Election Case's Request is Granted - Election Workers Ruby Freeman, Wandrea Moss, and Happy Faces Personnel Group Are Added to the Case*, Gateway Pundit (Aug. 14, 2021, 9:15 AM), https://www.thegatewaypundit.com/2021/08/fulton-county-2020-election-cases-request-add-ruby-freeman-wandrea-moss-happy-faces-personnel-group-case-granted/. A true and correct copy of this article is attached as Exhibit 9.

[67] Bill McCarthy, *No, Georgia Election Workers Didn't Kick Out Observers and Illegally Count 'Suitcases' of Ballots*, PolitiFact (Dec. 4, 2020), https://www.politifact.com/factchecks/2020/dec/04/facebook-posts/no-georgia-election-workers-didnt-kick-out-observe/.

72.     Two days later, on December 6, 2020, after the Defendants' statements had been thoroughly refuted by multiple state and county officials, Defendants published two more articles in *The Gateway Pundit.* The articles purported to disclose "exclusive" new information about the "man in red" shown in the security video, and each repeated the false claims that Ms. Freeman and Ms. Moss were involved in "voter corruption":

> [I]t was uncovered that a mother and daughter team, Ruby Freeman and her daughter "Shaye" Moss as well as a couple others, stuck around after sending everyone home and started running ballots through tabulators. Ballots were pulled out from under a table that were previously covered up and processed with no Republican observers.
>
> The mother - daughter team have become infamous in the annals of voter corruption[.][68]

73.     Jim Hoft amplified this story on Twitter.[69]

74.     Also on December 6, Georgia Governor Brian Kemp filed in federal court a sworn affidavit from Frances Watson, chief investigator for the Georgia Secretary of State, further refuting these lies. Gov. Kemp filed this affidavit in *Pearson v. Kemp*, Civ. No. 1:20-cv-04809-TCB (N.D. Ga), in response to claims by a group of Presidential Electors for Trump of widespread election-related misconduct. The affidavit detailed the results of an investigation by Ms. Watson into the alleged events at the State Farm Arena. Ms. Watson attested that her investigative team interviewed witnesses and reviewed the entire security footage. Her

---

[68] Joe Hoft, *EXCLUSIVE: Review of Late-Night Ballot Counting in Atlanta's State Farm Arena Shows Mysterious 'Man In Red' Receiving Numerous Calls During the Ballot Heist But from Whom?*, Gateway Pundit (Dec. 6, 2020, 6:35 PM), https://www.thegatewaypundit.com/2020/12/review-late-night-ballot-counting-atlantas-state-farm-arena-shows-mysterious-man-red-making-numerous-calls/; Jim Hoft, *BREAKING EXCLUSIVE: Third Suspect from State Farm Center 'Suitcase Scandal' Identified as Ralph Jones, Sr. – Who Was in the News for Shady Deal with ATL Mayor Keisha Bottoms*, Gateway Pundit (Dec. 6, 2020, 9:23 PM), https://www.thegatewaypundit.com/2020/12/breaking-exclusive-third-suspect-state-farm-center-suitcase-scandal-identified-ralph-jones-sr-news-shady-deal-atl-mayor-keisha-bottoms/ (republishing same paragraph). True and correct copies of these articles are attached as Exhibits 10 & 11.

[69] Jim Hoft (@gatewaypundit), Twitter (Dec. 6, 2020), *available at* https://web.archive.org/web/20201207070649/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021).

investigation found that (a) observers and members of the press were *not* told to leave, but exited the room after seeing a group of workers responsible for opening envelopes leave; and (b) no ballots were brought in from an unknown location and hidden under a table. She also stated that the video showed opened but uncounted ballots being placed in boxes and stored under the table, and later showed the boxes being opened so the workers could scan the ballots when the counting resumed later that night.[70]

75.     The Watson affidavit's submission and its content were widely reported in the press on December 6 and 7, 2020.[71]

76.     Nonetheless, Jim Hoft published two more articles early on December 7 containing additional false and defamatory statements about Plaintiffs. The first labeled Ms. Freeman and Ms. Moss "suspects in the suitcase ballot fraud at the State Farm Center" and said they were captured on the "most explosive video of the entire campaign season" pulling "hidden ballots in the suitcases" out and counting them "after all of the GOP observers and media was sent home for a 'water main' break." It then mocked Ms. Freeman for supposedly saying she "needed a lawyer" and declining an interview request by "Carolyn Ryan TV."[72]

---

[70] Declaration of Frances Watson, *Pearson v. Kemp*, Civ. No. 1:20-cv-04809-TCB (N.D. Ga. Dec. 6, 2020), ECF No. 72-1, *available at* https://s3.documentcloud.org/documents/20420664/frances-watson-affidavit.pdf.

[71] *See, e.g.,* Daniel Chaitin, *Chief Georgia Investigator: No 'Mystery Ballots' Seen in Security Video,* Wash. Examiner (Dec. 6, 2020, 11:56 PM), https://www.washingtonexaminer.com/news/chief-georgia-investigator-no-mystery-ballots-seen-in-security-video; Ronn Blitzer, *No 'Mystery Ballots' Hidden Under Table in Fulton County, Georgia Investigator Swears in Affidavit*, Fox News (Dec. 7, 2020), https://www.foxnews.com/politics/fulton-county-georgia-no-mystery-ballots-under-table-investigator-affidavit; Peter Weber, *Georgia's Top Election Investigator Debunks A Vote Fraud Conspiracy Involving 'Suitcases' of Ballots, A Urinal*, Yahoo News (Dec. 7, 2020), https://news.yahoo.com/georgias-top-election-investigator-debunks-115236191.html.

[72] Jim Hoft, *"I Won't Be Able to Be Interviewed – I Need an Attorney" — Georgia's Ruby Freeman Lawyers Up, Cancels Interview*, Gateway Pundit (Dec. 7, 2020, 7:15 AM), https://www.thegatewaypundit.com/2020/12/wont-able-interviewed-need-attorney-georgias-ruby-freeman-lawyers-cancels-interview/. A true and correct copy of this article is attached as Exhibit 12.

77.     Jim Hoft amplified this article on Twitter.[73]

78.     In a second article on December 7, 2020, Jim Hoft blasted out the "HUGE" news that the third "suspect" in the "suitcase scandal" was the same man who told reporters there had been a "water main break." The article depicted the claim of a water problem as clever ruse to facilitate election fraud by Plaintiffs:

> We know this was a lie because there was NEVER a work order filed and the water department never received a call. It never happened!
>
> But it gave Ralph and Ruby and Shaye cover to complete their scam on Georgia and America![74]

79.     Jim Hoft amplified this story on Twitter.[75]

80.     In a news conference on December 7, Gabriel Sterling, Georgia's Voting Implementation Manager, once more refuted the lies about the Trump Edited Video that *The Gateway Pundit* was continuing to spread. He yet again confirmed that the surveillance video showed that the containers taken from under a table held valid, uncounted ballots that had been stored by workers who thought they were leaving for the night. After realizing that they were staying, the workers unpacked the ballots from the containers and resumed scanning them. Mr. Sterling specifically refuted the claim that election workers had illegally scanned the same ballots multiple times, explaining that any such action would have been revealed by the hand

[73] Jim Hoft (@gatewaypundit), Twitter (Dec. 6, 2020), *available at* https://web.archive.org/web/20201207070649/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021).

[74] Jim Hoft, *HUGE! WE CAUGHT THEM! Conspiracy Revealed — 3rd Suspect in GA 'Suitcase Scandal' is Also the Same Man Who Spoke to Reporters on Water Main Break*, Gateway Pundit (Dec. 7, 2020, 8:29 AM), https://www.thegatewaypundit.com/2020/12/huge-caught-criminal-conspiracy-revealed-3rd-suspect-ga-suitcase-scandal-also-man-spread-lies-water-main-broke-state-farm-center/. A true and correct copy of this article is attached as Exhibit 13.

[75] Jim Hoft (@gatewaypundit), Twitter (Dec. 7, 2020), *available at* https://web.archive.org/web/20201208081456/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021).

count undertaken by Georgia election officials and machine-based recount requested by the

Trump campaign. Neither recount showed a meaningful change in results originally reported.[76]

81.    In the evening on December 7, Jim Hoft further evidenced Defendants' awareness

of the fact checks, sharing a link to an article in *The Federalist* discussing the various fact-

checks:[77]



82.    Nonetheless, with full awareness that his statements about Ms. Freeman and

Ms. Moss had been flatly and fully refuted by multiple officials and multiple fact-checking

organizations, Jim Hoft continued to publish false statements on *The Gateway Pundit*.

83.    On December 8, 2020, Jim Hoft published three new articles repeating and

doubling down on the false and defamatory claims. The first article was titled "CONFIRMED:

Supervisor Shaye Moss - Who "Yelled Out" for Georgia GOP Observers to GO Home - Is Same

---

[76] Nick Corasaniti, *Top Georgia Election Official Debunks 'Ridiculous' Claims About Election Fraud*, The New York Times (Dec. 7, 2020), https://www.nytimes.com/2020/12/07/technology/suitcases-ballots-georgia-election.html.

[77] Jim Hoft (@gatewaypundit), Twitter (Dec. 7, 2020, 6:38 PM), https://twitter.com/gatewaypundit/status/1336137974875033602, *available at* https://web.archive.org/web/20201208024013/https://twitter.com/gatewaypundit/status/1336137974875033602 (including link to Mollie Hemingway, *No, The Georgia Vote-Counting Video Was Not 'Debunked.' Not Even Close*, Federalist (Dec. 7, 2020), https://thefederalist.com/2020/12/07/no-the-georgia-vote-counting-video-was-not-debunked-not-even-close/).

Woman Who Pulled the Suitcase Ballots Out from Underneath the Table When they Left." In

addition to repeating previously made false claims about Ms. Freeman and Ms. Moss, it stated:

> Mollie Hemingway at The Federalist reported earlier today that
> poll watchers in sworn affidavits claim it was "a woman with
> blonde braids" who appeared to be a supervisor "yelled out" to
> those present in the room that they would stop working for the
> night and would resume in the morning.
>
> Shaye told everyone to go home.
>
> Then Shaye, her mother and a couple others including Ralph Jones,
> Sr. were filmed taking "suitcases" of ballots hidden under a table
> out to be tabulated. This was right before Joe Biden got his
> surprise spike in ballots.
>
> And now the liberal media and their fake "fact-checkers" are lying
> about the incredible incident caught on video![78]

84.      Jim Hoft's second article on December 8 was titled, "NOW WITH AUDIO:

Georgia Election Official Ralph Jones, Sr. Announced on Nov. 3rd Evening that Counting would

Stop at 11 PM — Then Led Team to Count Stashed 'Suitcase' Ballots." This article noted both

the *Pearson v. Kemp* affidavit, which stated that the count was never intended to stop at 10:00

p.m., and Mr. Sterling's statement that counting was resumed at 11:00 p.m. It stated:

> Ralph led a team of operatives in carrying out a massive voter
> fraud scandal on election night at the State Farm Center in Atlanta,
> Georgia.
>
> Ralph and his team plotted to remove ALL elections observers
> (Republicans) from the counting room so they could roll out their
> suitcases full of Joe Biden ballots and run them through the
> machine.
>
> …

---

[78] Jim Hoft, *CONFIRMED: Supervisor Shaye Moss – Who "Yelled Out" for Georgia GOP Observers to Go Home – Is Same Woman Who Pulled the Suitcase Ballots Out from Underneath the Table When they Left*, Gateway Pundit (Dec. 8, 2020, 7:20 AM), https://www.thegatewaypundit.com/2020/12/confirmed-supervisor-shaye-moss-yelled-georgia-gop-observers-go-home-woman-pulled-suitcase-ballots-underneath-table-left/. A true and correct copy of this article is attached as Exhibit 14.

For the record — Georgia anti-Trump elections official Gabe Sterling later said that the local officials called for the counting to resume at 11 PM but this is just not true.

…

The elections officials used the "water main break" to say there was a delay in counting and they used that to send people home — except for the suitcase gang.

Then Ralph Jones, Sr., Ruby Freeman and her daughter Shaye Ross went to work rolling out the hidden suitcases of ballots stashed under the table and hidden from view.

It was their actions that gave Joe Biden the spike in unexplained votes in Georgia on Wednesday morning.

It appears that this was a conspiracy to remove observers from the center and then to commit their hidden suitcase ballot fraud.

…

The lying fake news media wants you to believe this entire incident was debunked.

Nothing could be further from the truth — something that is lacking in the mainstream media and their "fact-checkers" today.

We now have actual audio of Ralph Jones — the elections official at the heart of the "suitcase scandal" telling government officials the State Farm Center will shut down at 10 or 11 PM on Election night!

Georgia Secretary of State officials released an affidavit insisting there never was an intent to stop the count at 10:00 PM, but only the cutters were going to stop.[79]

85.    Jim Hoft authored a third article that same day to discredit the fact check organization Lead Stories, one of the several outside groups that had found the "suitcase

---

[79] Jim Hoft, *NOW WITH AUDIO: Georgia Election Official Ralph Jones, Sr. Announced on Nov. 3rd Evening that Counting would Stop at 11 PM — Then Led Team to Count Stashed 'Suitcase' Ballots*, Gateway Pundit (Dec. 8, 2020, 8:59 AM), https://www.thegatewaypundit.com/2020/12/now-audio-georgia-election-official-ralph-jones-sr-announced-nov-3rd-evening-counting-stop-11-pm-led-team-count-stashed-suitcase-ballots/. A true and correct copy of this article is attached as Exhibit 15.

scandal" to be no scandal at all. He sought to undermine their credibility by writing: "Lead Stories we now know is funded by Facebook and a Chinese company. So it makes sense that they would target any conservative outlet that reported on this explosive video."[80] He used the occasion to repeat yet again the false claim that Plaintiffs had "stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated after the GOP inspectors and media left the room," in a pre-planned conspiracy to commit election fraud.

86.     Jim Hoft amplified each of these stories on Twitter.[81]

87.     Defendants' false and defamatory tirade targeting Ms. Freeman and Ms. Moss continued later that same month. On December 23, 2020, Jim Hoft published an article repeating a tweet posted by Team Trump the day before. This article was titled "Has the FBI Spoken with Ruby Freeman or Ralph Jones Yet? And If Not, Why in the Hell Do we Have an FBI?" It repeated prior false and defamatory claims about Ms. Freeman and Ms. Moss published on *The Gateway Pundit*, boasting of the publication's leading role in spreading the misinformation:

> On Tuesday night President Trump tweeted out an OANN report on a Gateway Pundit investigation of the Atlanta suitcase voter fraud scandal.
>
> The Gateway Pundit was first to identify Ruby Freeman, her daughter Wandrea "Shaye" Moss, and their boss Ralph Jones, Sr. in the infamous suitcase ballot hoist [sic].
>
> We later reported on Ruby Freeman running the same batch of ballots through the counting machines at least three times after these Democrat operatives cleared the room of observers!

---

[80] Jim Hoft, *China-Funded 'Fact-Checker' Lead Stories Pushes Bullsh\*t That Fulton County 'Suitcase' Scandal Was Debunked — Will They EVER Tell the Truth?*, Gateway Pundit (Dec. 8, 2020, 1:11 PM), https://www.thegatewaypundit.com/2020/12/china-funded-facebook-fact-checker-lead-stories-pushes-bullsht-fulton-county-suitcase-scandal-debunked-will-ever-tell-truth/. A true and correct copy of this article is attached as Exhibit 16.

[81] Jim Hoft (@gatewaypundit), Twitter (Dec. 8, 2020), *available at* https://web.archive.org/web/20201208224901/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021).

On Tuesday night President Trump tweeted this OANN and
Gateway Pundit video.



Shaye Moss is the same person who called out for observers to go
home late on election night before the ballot hoist [sic].

Ralph Jones, Sr. is ON AUDIO telling reporters he was going to
shut down the State Farm Center early and send observers home.
This was BEFORE the suitcase ballot hoist [sic]!

It was a carefully planned event!

They had NO IDEA they would get caught!

At this time there is no evidence that FBI or the Georgia Bureau of
Investigations have interviewed or arrested Ruby Freeman, Shaye
Ross, or Ralph Jones, Sr.

They were able to flip Georgia for Beijing Biden by their actions.

Why is the FBI or DOJ not involved?

37

This tells you everything you need to know about your federal government.[82]

88.     Jim Hoft amplified this story on Twitter.[83]

89.     On January 2, 2021, Donald Trump placed a telephone call to Georgia's Secretary of State Brad Raffensperger, during which Mr. Trump pressured Mr. Raffensperger to change the outcome of the Georgia presidential election by finding more votes for him. To justify his request, Mr. Trump repeated some of the many false allegations about Ms. Freeman that Defendants had been publishing throughout December. These include statements calling her "a vote scammer, a professional vote scammer and hustler," and asserting, "we're so far ahead of these numbers, even the phony ballots of Ruby Freeman — known scammer."[84]

90.     The next day, Jim Hoft published an article on *The Gateway Pundit* about this phone call. The article's headline announced, "HUGE: TRUMP DROPS A BOMB DURING PHONE CALL! Tells Raffensperger 'Vote Scammer and Hustler' Ruby Freeman Was Behind Alleged 18,000 FRAUDULENT VOTES in Suitcase Scandal! (VIDEO)." The article republished the portion of the call's transcript when Mr. Trump made the accusation of election fraud that Defendants had been publishing repeatedly since December 3, and it inserted Ms. Freeman's name where it had been omitted by *The Washington Post*, which had broken the story about the call. It stated:

> President Trump: We have at least 18,000, that's on tape. We had them counted very painstakingly. 18,000 voters having to [sic] with BEEP [in red] (Ruby Freeman). She's a vote scammer, a

---

[82] Jim Hoft, *Has the FBI Spoken with Ruby Freeman or Ralph Jones Yet? And If Not, Why in the Hell Do we Have an FBI?*, *The Gateway Pundit* (Dec. 23, 2020, 8:40 AM), https://www.thegatewaypundit.com/2020/12/fbi-spoken-ruby-freeman-ralph-jones-yet-not-fbi/. A true and correct copy of this article is attached as Exhibit 17.

[83] Jim Hoft (@gatewaypundit), Twitter (Dec. 23, 2020), *available at* https://web.archive.org/web/20201226003813/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021).

[84] WSJ Staff, *Trump's Georgia Call: Listen to the Audio and Read a Full Transcript*, Wall St. J. (Jan. 3, 2021, 9:47 PM), https://www.wsj.com/articles/listen-to-the-full-trump-ga-call-11609713527.

> professional vote scammer and hustler. BEEP [in red] (Ruby
> Freeman) that is the tape that is shown all over the world. It makes
> everybody look bad, you, me and everybody else. Number one,
> they said very clearly, and it's been reported that they said that
> there's a water main break. Everybody fled the area. And then they
> came back. BEEP [in red] (Ruby Freeman) and her daughter and a
> few people.[85]

91.     The article then reminded readers of *The Gateway Pundit* that it "was first to
identify Ruby Freeman, her daughter Shaye Moss and supervisor Ralph Jones, Sr. in the suitcase
fraud scandal that was caught on tape and went viral online."[86]

92.     Jim Hoft amplified this story on Twitter.[87]

93.     On January 4, 2021, Georgia election officials held yet another press conference
to refute the already-debunked election fraud allegations that Mr. Trump had raised in his call
with Mr. Raffensperger.[88] Gabriel Sterling once again described the events that occurred on
election day at State Farm Arena, explained how they represented entirely normal ballot
processing, and directed listeners to the Georgia's Secretary of State's website for a detailed
timeline matched to the surveillance footage.[89] Sterling reiterated for the assembled reporters the
actual series of events:

> Late in the evening, after the water main break had been fixed,
> election workers prepared to go home for the night and followed
> standard procedures to store ballots securely: placing them in
> containers and affixing numbered seals. But when Mr.

---

[85] Jim Hoft, *HUGE: TRUMP DROPS A BOMB DURING PHONE CALL! Tells Raffensperger 'Vote Scammer and Hustler' Ruby Freeman Was Behind Alleged 18,000 FRAUDULENT VOTES in Suitcase Scandal! (VIDEO)*, Gateway Pundit (Jan. 3, 2021, 6:20 PM), https://www.thegatewaypundit.com/2021/01/huge-trump-drops-bomb-phone-call-tells-raffensperger-vote-scammer-hustler-ruby-freeman-behind-18000-fraudulent-votes-suitcase-scandal-video/. A true and correct copy of this article is attached as Exhibit 18.

[86] *Id.*

[87] Jim Hoft (@gatewaypundit), Twitter (Jan. 2, 2021), *available at* https://web.archive.org/web/20210105040422/https://twitter.com/gatewaypundit (last visited Nov. 30, 2021).

[88] 11Alive, *Georgia Senate Runoffs | Secretary of State's Office Addresses Election Day, Claims*, YouTube (Jan. 4, 2021), https://www.youtube.com/watch?v=K7lDlqJ66fU&t=740s.

[89] *Fact Check*, Secure the Vote, https://securevotega.com/fact-check/ (last accessed Nov. 7, 2021).

> Raffensperger found out that they were closing up shop, he ordered
> them to continue counting through the night — so the workers
> retrieved the containers and resumed counting ballots.[90]

Sterling expressed his great frustration that the Trump legal team "had the entire tape" revealing

these facts, and nevertheless "intentionally misled the State Senate, the voters and the people of

the United States about this."[91]

94.     Defendants were well aware of the Georgia Secretary of State's website and

additional fact check, as evidenced by Jim Hoft's tweet on January 4, 2021:[92]



95.     PolitiFact published a fact-check article about the Raffensperger call that same

day, finding that the events described by Mr. Sterling lined up with previous reports from

PolitiFact and other fact-checkers. This article repeated PolitiFact's earlier assessment that the

arena surveillance video showed no wrongdoing and provided no evidence of election fraud. It

---

[90] Maggie Astor, *A Georgia Election Official Debunked Trump's Claims of Voter Fraud, Point by Point*, N.Y. Times (Jan. 4, 2021), https://www.nytimes.com/2021/01/04/us/politics/trump-georgia-election-fraud.html.

[91] *Id.*

[92]  Jim Hoft (@gatewaypundit), Twitter (Jan. 4, 2021), *available at* https://web.archive.org/web/20210105040422/https://twitter.com/gatewaypundit/status/1346240056055517185 (last visited Nov. 30, 2021).

rated Mr. Trump's claim that Georgia election workers pulled 18,000 ballots from suitcases and counted them for Biden as "Pants on Fire!" false.[93]

**F.    *The Gateway Pundit's* Continuing Publication of False and Defamatory Claims**

96.    Nonetheless, Defendants returned to their false statements about Ms. Freeman and Ms. Moss shortly afterward and continued long after Inauguration Day.

97.    On January 17, 2021, Jim Hoft published an article on *The Gateway Pundit* titled "HERE THEY ARE: The Five Most Obvious Acts of Fraud in the 2020 Election that You Are No Longer Allowed to Discuss." In this article, he listed "[t]he Georgia Late Night Hidden Suitcase Heist" as the first "MOST SIGNIFICANT ACT[] OF FRAUD IN THE 2020 ELECTION," republished the boast about the publication's role in spreading disinformation about Plaintiffs, falsely characterized their conduct as a criminal conspiracy in which "[t]hey had NO IDEA they would get caught," and baselessly insinuated that they should be subject to federal investigation.[94]

98.    In May 2021, in response to a court order in *Favorito v. Wan*, No. 2020CV343938 (Fulton Cnty. Ga. Super. Ct. May 21, 2021), to unseal absentee ballots in Fulton County, Joe Hoft published another article falsely alleging voter fraud by Plaintiffs. After republishing earlier defamatory statements describing Plaintiffs as a "mother-daughter team of ballot counters in Atlanta [who] really overdid their fraud" and Ms. Freeman as a "Crooked Operative," Joe Hoft again touted *The Gateway Pundit*'s role in spreading the debunked narrative of Plaintiffs' fraud:

> We nailed it in Georgia. We identified in the video below that the same ballots were pushed through voting machines two and three times.

---

[93] Bill McCarthy, *Trump Rehashes Debunked Claim About 'Suitcases' of Ballots in Georgia Phone Call*, PolitiFact (Jan. 4, 2021), https://www.politifact.com/factchecks/2021/jan/04/donald-trump/trump-rehashes-debunked-claim-about-suitcases-ball/.

[94] Jim Hoft, *HERE THEY ARE: The Five Most Obvious Acts of Fraud in the 2020 Election that You Are No Longer Allowed to Discuss*, Gateway Pundit (Jan. 17, 2021, 6:33 PM), https://www.thegatewaypundit.com/2021/01/five-obvious-acts-fraud-2020-election/. A true and correct copy of this article is attached as Exhibit 19.



President Trump retweeted this story (but this was taken down by Twitter.)[95]

99.     On June 6, 2021, based on reports that Ms. Moss had been subpoenaed, Joe Hoft

published an article on *The Gateway Pundit* republishing prior defamatory statements about

Plaintiffs:

---

[95] Joe Hoft, *UPDATE: Georgia Judge Orders 145,000 Absentee Ballots from Fulton County to Be Scanned to Determine Legitimacy – Case Revolves Around Explosive Dec. Report from Gateway Pundit*, Gateway Pundit (May 21, 2021, 12:34 PM), https://www.thegatewaypundit.com/2021/05/update-georgia-judge-orders-145000-absentee-ballots-fulton-county-scanned-determine-legitimacy-case-revolves-around-disturbing-tgp-findings/. A true and correct copy of this article is attached as Exhibit 20.



It's getting hot in Georgia! One of the individuals caught on tape late on election night in Fulton County, Georgia, Wandrea Shaye Moss, has been subpoenaed for a deposition in a civil trial in Fulton County.

Who can forget Ruby, Ralph, and Ruby's daughter Wandrea Shaye?

After removing everyone from the State Farm Arena on 2020 Election night and sending them home, these three individuals and a couple of others pulled out ballots hidden under the table and began jamming them into the vote tabulation machines. The election workers were filmed shoving *stacks of ballots* through the machines two and three times each.

In early December The Gateway Pundit was first to identify the culprits. Ruby Freeman and her daughter Wandrea were two of the individuals who pulled the hidden ballots out from under the table on election night[.]

. . .

The Gateway Pundit also discovered that these piles of ballots were run through the tabulators multiple times.

. . .

We asked in December why the FBI had not spoken with the culprits and arrested them for election-related crimes.[96]

100.    The following day, he published a similar article about Ms. Freeman, titled

"BREAKING GEORGIA UPDATE: Ruby Freeman who Jammed Suspect Ballots Into Voting

Machines Multiple Times on Election Night Is Subpoenaed," in which he repeated prior

defamatory statements:

> Shaye Moss was famous for kicking everyone out of the room where votes were counted in Fulton County and telling observers to go home. Then Shaye and others including Ralph Jones and her mother Ruby dragged hidden boxes of ballots out from underneath tables and started running them through the machines. Ruby Freeman was caught on tape running the same stack of suspect ballots through the machines multiple times.[97]

101.    Jim Hoft republished defamatory statements from this article a week later in a

new posting on *The Gateway Pundit*.[98]

102.    Then, on June 17, 2021, he published an article featuring a video of Secretary of

State Raffensperger describing election safeguards, and averring that Georgia "had safe, secure,

and honest elections." Despite this, Jim Hoft included an image from election night identifying

Ms. Freeman by name and again falsely alleging that Plaintiffs engaged in voter fraud:

> Of course, NOTHING could be further of [sic] the truth.
>
> The Gateway Pundit wrote several reports on the likely fraud and corruption in the November 2020 Georgia election.

---

[96] Joe Hoft, *BREAKING: Ruby Freeman's Daughter Election Supervisor Wandrea Shaye Moss Is Subpoenaed for Deposition in Fulton County GA*, Gateway Pundit (June 6, 2021, 7:53 AM), https://www.thegatewaypundit.com/2021/06/breaking-ruby-freemans-daughter-election-supervisor-wandrea-shaye-moss-subpoenaed-deposition-fulton-county-ga/. A true and correct copy of this article is attached as Exhibit 21.

[97] Joe Hoft, *BREAKING GEORGIA UPDATE: Ruby Freeman who Jammed Suspect Ballots Into Voting Machines Multiple Times on Election Night is Subpoenaed*, Gateway Pundit (June 7, 2021, 9:43 PM), https://www.thegatewaypundit.com/2021/06/breaking-georgia-update-ruby-freeman-jammed-suspect-ballots-voting-machines-multiple-times-election-night-subpoenaed/. A true and correct copy of this article is attached as Exhibit 22.

[98] Jim Hoft, *CONFIRMED: Judge Delays Depositions from Georgia Election Workers Ruby Freeman and Her Daughter Shae Moss*, Gateway Pundit (June 14, 2021, 10:33 AM), https://www.thegatewaypundit.com/2021/06/confirmed-judge-delays-depositions-georgia-election-workers-ruby-freeman-daughter-shae-moss/. A true and correct copy of this article is attached as Exhibit 23.

. . .

[A] Gateway Pundit report exposed Georgia election officials repeatedly feeding hundreds and possibly thousands of ballots through the voting machines late at night in Atlanta, Georgia after the election observers were sent home.[99]

103.     The next day, in response to a report from independent election monitor Carter

Jones on election integrity in Fulton County, Jim Hoft published three more articles on *The*

*Gateway Pundit* that republished prior defamatory statements about Plaintiffs being "leftist

operatives" who were part of a "crew" that scanned fraudulent ballots. In the first, he wrote:

A new report confirms Fulton County election worker Ruby Freeman was not the only leftist operative double counting stacks of ballots in Atlanta on election night.

. . .

Ralph Jones was the person who sent home all of the election observers.
Then his crew, including Ruby and daughter Shaye, went to work on election night!

. . .

The Gateway Pundit was first to report that Ruby Freeman was seen scanning stacks of ballots up to three times at the State Farm Center in Atlanta, Georgia after observers were sent home on election night.

Our source caught Ruby Freeman in the purple shirt scanning the same stack of ballots multiple times on election night.[100]

---

[99] Jim Hoft, *Raffensperger's Own Team Was Saying "Bad, Bad Things" Were Happening in Fulton County Elections – He Ignored Them and Attacked Trump Instead (VIDEO)*, Gateway Pundit (June 17, 2021, 11:04 AM), https://www.thegatewaypundit.com/2021/06/raffenspergers-team-saying-bad-bad-things-happening-fulton-county-elections-ignored-attacked-trump-instead-video/. A true and correct copy of this article is attached as Exhibit 24.

[100] Jim Hoft, *EXPLOSIVE DEVELOPMENT: Election Worker Ralph Jones Is Now Caught Double-Counting Ballots at the State Farm Center on Election Night!*, Gateway Pundit (June 18, 2021, 8:00 AM), https://www.thegatewaypundit.com/2021/06/explosive-new-report-confirms-least-two-elections-officials-ruby-freeman-ralph-jones-caught-double-counting-ballots-state-farm-center-election-night/. A true and correct copy of this article is attached as Exhibit 25.

104.     Defendants' characterizations of Carter Jones' report were in direct contradiction with Mr. Jones' own takeaways from the election, as evidenced by his interview with The Associated Press. In the AP interview, Mr. Jones challenged rumors of "suitcases filled with ballots" by noting that the ballot containers in the widely circulated videos from the State Farm Arena are standard ballot bins used all over the state, "So they're not mysteries, they're not suitcases, they're ballots."[101]

105.     Three hours after Defendants' first article on the Carter Jones report, *The Gateway Pundit* published another article titled "Author of Fulton County Elections Report Tries Desperately to Walk Back Explosive Accusations – BUT IT'S TOO LATE," to try to discredit Mr. Jones' debunking the false narrative of fraud and suitcases of ballots that *The Gateway Pundit* was peddling:

> The lying fake news media is trying desperately to downplay the damning elections report from Fulton County Georgia today.
>
> . . .
>
> In the 29-page report Carter Jones tells of two more instances where the election officials were double-scanning votes late at night after the election observers and news media was sent home!
>
> The Gateway Pundit was first to report that Ruby Freeman was also seen double scanning stacks of ballots at the State Farm Center in Atlanta, Georgia after observers were sent home on election night.[102]

After quoting extensively from Mr. Jones' comments debunking the fraud allegations, Jim Hoft dismissed the comments as false.

---

[101] Kate Brumback, *Observer: Georgia county's elections messy, not fraudulent*, Associated Press (June 16, 2021), https://apnews.com/article/donald-trump-ga-state-wire-georgia-elections-government-and-politics-87bb23d4d9b2ec80a1db715e6bf1c633.

[102] Jim Hoft, *Author of Fulton County Elections Report Tries Desperately to Walk Back Explosive Accusations – BUT IT'S TOO LATE*, Gateway Pundit (June 18, 2021, 11:06 AM), https://www.thegatewaypundit.com/2021/06/author-fulton-county-elections-report-tries-desperately-walk-back-explosive-accusations-late/. A true and correct copy of this article is attached as Exhibit 26.

106.     Minutes later, Jim Hoft published a third article on *The Gateway Pundit* that republished his claim that "Ruby Freeman . . . was filmed feeding the same stacks of ballots through voting machines late at night at the center – after observes [sic] were sent home," by which he intended to, and did, falsely convey that she was fraudulently inflating the Biden-Harris vote count.[103]

107.     The next day, on June 19, 2021, prompted by an online report that batches of absentee ballots were missing in Fulton County, he published another article replete with baseless and disproven allegations of voter fraud by plaintiffs:

> This follows news first reported by The Gateway Pundit that election operative Ruby Freeman was also caught tripe [sic] counting stacks of votes late at night at the counting center after GOP observers were sent home.
>
> …
>
> On December 4th TGP reported with video on anti-Trump ballot counter Ruby Freeman working in a private cube with trays of ballots, walking past open boxes of ballots, working alone with NO ELECTION OBSERVERS IN SIGHT!
>
> This is the DEFINITION OF CHEATING!
>
> The video and tweet was removed from Twitter but we found the video on YouTube and we are saving a copy. [Embedded is a copy of an Instagram video taken by Ms. Freeman in October 2020 that she had removed.]
>
> …
>
> Now there is video of Ruby Freeman filming herself entering the building to count Georgia ballots.
>
> Ruby walks by several boxes of ballots just sitting around in the room.

---

[103] Jim Hoft, *Twitter Subpoenaed in Georgia Lawsuit Involving Fulton County Elections Supervisor Wandrea Shaye Moss*, Gateway Pundit (June 18, 2021, 11:29 AM), https://www.thegatewaypundit.com/2021/06/twitter-subpoenaed-georgia-lawsuit-involving-fulton-county-elections-supervisor-wandrea-arshaye-moss/. A true and correct copy of this article is attached as Exhibit 27.

The elections workers were each given their own secret cube.

Then Ruby goes to her desk and pulls out a tray of ballots on her desk.

There is NO supervisor or GOP observer anywhere in sight.

And then Ruby leaves the ballots on her desk as she goes to take a break.

This is suspicious activity. The State Farm Center was full of unsecured ballots and illegal conduct.

The Democrat operatives were running a voter fraud factory inside the State Farm Center on Election Day and into Election Week![104]

108.    On June 24, 2021, *The Gateway Pundit* published an article titled "Fulton County Hires CRIMINAL Attorneys to Stop Election Audit," which baselessly insinuated that Plaintiffs had engaged in criminal conduct, contrary to the reports of state and county officials and numerous fact checkers, as Defendants were aware:

On Thursday, we received news that Fulton County officials have hired two new CRIMINAL attorneys to stop the court-ordered Georgia audit.

. . .

Fulton County is home to the infamous Ruby Freeman and her daughter Shaye Moss who were caught pulling ballot boxes from under tables and scanning the same ballots multiple times after GOP elections observers were sent home on election night.

. . .

If Fulton County officials are SO confident in the security of Georgia's election, why are they hiring CRIMINAL DEFENSE attorneys?

---

[104] Jim Hoft, *IT WAS A VOTER FRAUD FACTORY: 2nd Carter Jones Report Describes Complete Breakdown of GA Election Systems — BALLOTS EVERYWHERE, NO CHAIN OF CUSTODY, COMPLETE DISARRAY and WE HAVE THE VIDEO*, Gateway Pundit (June 19, 2021, 8:31 PM), https://www.thegatewaypundit.com/2021/06/voter-fraud-factory-2nd-carter-jones-report-describes-complete-breakdown-election-systems-ballots-everywhere-no-chain-custody-complete-disarray-video/. A true and correct copy of this article is attached as Exhibit 28.

This is not how innocent people act. They are hiding something in Fulton County, Georgia.[105]

109.     On July 14, 2021, Jim Hoft published another article on *The Gateway Pundit* republishing prior false statements that Plaintiffs "really overdid their fraud" and that Ms. Freeman is a "Crooked Operative":

> As we have previously reported Fulton County election officials cleared out election observers and the media from the State Farm Arena on election night, but a handful of people stayed behind and continued to count ballots in private from around 10:30 pm until 1:00 am.
>
> As The Gateway Pundit first reported in December 2020 – This included scanning the same sets of ballots multiple times.[106]

110.     Later that day, he published an article on *The Gateway Pundit* again claiming credit for identifying Ms. Freeman as the Fulton County election official "feeding stacks of ballots through the voting machines at least three times each on November 4th in the early morning after the GOP election observers were told to go home."[107]

111.     On August 14, 2021, Joe Hoft published another article on *The Gateway Pundit* falsely describing how Ms. Freeman, Ms. Moss, and other election workers had been added to a lawsuit against Fulton County alleging election fraud.[108] The article republished *The Gateway*

---

[105] Jordan Conradson, *Fulton County Hires CRIMINAL Attorneys to Stop Election Audit*, Gateway Pundit (June 24, 2021, 8:35 PM), https://www.thegatewaypundit.com/2021/06/fulton-county-hires-criminal-attorneys-stop-election-audit/. A true and correct copy of this article is attached as Exhibit 29.

[106] Jim Hoft, *Hard Evidence Presented: Duplicate Ballots were Counted in Fulton County Georgia in 2020 Election*, Gateway Pundit (July 14, 2021, 7:30 AM), https://www.thegatewaypundit.com/2021/07/hard-evidence-presented-duplicate-ballots-counted-fulton-county-georgia-2020-election/. A true and correct copy of this article is attached as Exhibit 30.

[107] Jim Hoft, *FANTASTIC! Tucker Carlson Covers the Election Fraud in Fulton County Georgia 8 Months After Election – Here Are the Background Reports (VIDEO)*, Gateway Pundit (July 14, 2021, 9:19 PM), https://www.thegatewaypundit.com/2021/07/fantastic-tucker-carlson-covers-election-fraud-fulton-county-georgia-8-months-election-background-reports-video/. A true and correct copy of this article is attached as Exhibit 31.

[108] This lawsuit has since been dismissed. *See* Associated Press, *Judge Dismisses Fulton County Ballot Review Case in Georgia*, U.S. News (Oct. 13, 2021), https://www.usnews.com/news/best-states/georgia/articles/2021-10-13/judge-dismisses-fulton-county-ballot-review-case-in-georgia.

*Pundit*'s prior defamatory statements about Ms. Freeman and boasted about its role in

promulgating and amplifying the false claims:

> We first discovered Ruby Freeman and her daughter Shaye Moss
> in December when The Gateway Pundit first reported that these
> two election workers took ballots out from under a table on
> Election night and jammed thousands of ballots into the tabulators
> numerous times.
>
> This was after all of the election observers were sent home for the
> night. This was also after Trump had accumulated what experts
> said was an insurmountable lead in the state.
>
> We revealed first that the ballots taken out from under tables on
> Election night were pushed into tabulators up to three times each.
>
> …
>
> This is not good for Ruby and her daughter.
>
> It's also pathetic that these two are not in jail already. Their crimes
> were videotaped![109]

112.    On September 20, 2021, Joe Hoft published an article republishing *The Gateway

Pundit*'s prior defamatory statements describing Ms. Moss as a "Crooked Georgia Elections

Superviser [sic]" and Plaintiffs' actions on election night as being part of a "Voter Fraud

Factory."[110]

113.    On September 25, 2021, in response to an internal financial review of Fulton

County's Registration and Elections Department, Joe Hoft published yet another article on *The

Gateway Pundit* falsely insinuating that Plaintiffs' actions on election night nearly a year before

were corrupt:

---

[109] Ex. 9.

[110] Joe Hoft, *Wake Up Georgia: ACLU Is Currently Recruiting Leftist Poll Workers to Run the Next Election Like the Last*, Gateway Pundit (Sept. 20, 2021, 3:30 PM), https://www.thegatewaypundit.com/2021/09/wake-georgia-aclu-currently-recruiting-poll-workers-run-next-election-like-last/. A true and correct copy of this article is attached as Exhibit 32.

Fulton County Georgia is a mess. The election results there are in question ever since election night when Ruby and her daughter jammed the same (Biden) ballots through tabulators continuously for more than an hour.

. . .

Fulton County was a mess and the activities of its employees surrounding the 2020 Election were corrupt. To certify the results from this county in the 2020 Election, a man would have to have no integrity. A man would have to be corrupt.[111]

## G. Defendants Published the Statements With Knowledge of Their Falsity or Serious Doubts About Their Truth

114.    Defendants knew that their statements about Ms. Freeman and Ms. Moss were not true or had serious doubts about their truth.  Indeed, the story that two poll workers could secretly inject tens of thousands of fraudulent ballots into the vote count and process the fraudulent ballots for counting multiple times without detection, despite several machine and hand recounts, is not credible on its face. Defendants' defamatory statements were inherently improbable to begin with and have only become more improbable over time.

115.    Defendants were aware of the numerous statements by Georgia officials disproving the portrayal of misconduct that had been advanced by the Trump lawyers, and they also knew that multiple fact-checking organizations had confirmed the facts as presented by the Georgia officials. Defendants baselessly disregarded the reliable sources refuting their claims and had no credible basis for the false allegations they continued to make.

116.    At no point in publishing their many stories about Ms. Freeman and Ms. Moss did Defendants ever attempt to contact Plaintiffs to obtain their account of the events being reported.

---

[111] Joe Hoft, *BREAKING EXCLUSIVE: Report Shows Fulton County, GA 2020 Election Had $2 million in Unsupported OT, 15 Missing Routers, an Agreement with the SPLC to Put in Place Drop Boxes, and More*, Gateway Pundit (Sept. 25, 2021, 7:10 AM), https://www.thegatewaypundit.com/2021/09/breaking-exclusive-report-shows-fulton-county-ga-2020-election-2-million-ot-without-support-15-missing-routers-agreement-splc-put-place-drop-boxes/. A true and correct copy of this article is attached as Exhibit 33.

Nor did Defendants contact for corroboration other obvious available sources, and they specifically avoided contacting sources who had evidence to disprove their lies.

117.    Defendants ignored the truth because they had a predetermined story in mind that would continue to attract readers—that widespread voter fraud would taint the 2020 presidential election. Even before the vote counting began, Defendants cultivated this narrative.[112] In November 2020, Defendants published multiple articles focusing on baseless claims of election fraud in several states.[113]

118.    Defendants advanced this predetermined fictitious storyline in the face of the facts because it was financially advantageous to do so. They were motivated to publish lies about Plaintiffs because lying about the election was more profitable than telling the truth.

119.    Defendants consciously avoided the truth in order to profit from the repeated publication of scandalous material. *The Gateway Pundit*'s articles about voter fraud throughout the 2020 election cycle increased its readership, reach, and engagement. Its articles about voter

---

[112] *See, e.g.*, Jim Hoft, *BREAKING: US Mail Found in Ditch in Rural Wisconsin – Included Absentee Ballots*, Gateway Pundit (Sept. 23, 2020, 11:18 AM), https://www.thegatewaypundit.com/2020/09/breaking-us-mail-found-ditch-greenville-wisconsin-included-absentee-ballots/.

[113] *E.g.*, Cristina Laila, As Many as 6,000 Illegal Votes Identified in Nevada – Thousands of People Referred to DOJ For Potential Criminal Violation of Election Laws, Gateway Pundit (Nov. 5, 2020, 7:45 PM), https://www.thegatewaypundit.com/2020/11/many-6000-illegal-votes-identified-nevada-thousands-people-referred-doj-potential-criminal-violation-election-laws/; Jim Hoft, *HUGE! Corrupted Software Used in Michigan County that Stole 6,000 Votes from Trump – Is Also Used in ALL SWING STATES – PA, GA, NV, MI, WI, AZ, MN!*, Gateway Pundit (Nov. 6, 2020, 8:35 PM), https://www.thegatewaypundit.com/2020/11/huge-corrupted-software-used-michigan-county-stole-6000-votes-trump-also-used-swing-states-pa-ga-nv-mi-wi-az-mn/; Joe Hoft, *BREAKING EXCLUSIVE: Analysis of Election Night Data from All States Shows MILLIONS OF VOTES Either Switched from President Trump to Biden or Were Lost*, Gateway Pundit (Nov. 10, 2020, 6:32 PM), https://www.thegatewaypundit.com/2020/11/breaking-exclusive-analysis-election-night-data-states-shows-millions-votes-either-switched-president-trump-biden-lost/); Joe Hoft, *SHOCKING EXCLUSIVE: WE CAUGHT THEM! Pennsylvania Results Show a Statistically Impossible Pattern Behind Biden's Steal! WE CAUGHT THEM!*, Gateway Pundit (Nov. 13, 2020, 6:47 PM), https://www.thegatewaypundit.com/2020/11/shocking-exclusive-caught-pennsylvania-results-show-statistically-impossible-pattern-behind-bidens-steal-caught/; Jim Hoft, *WE CAUGHT THEM! Part 2: Email Inventor Dr. Shiva Finds SAME IMPOSSIBLE BALLOT RATIO Feature in Michigan Results – WE CAUGHT THEM!*, Gateway Pundit (Nov. 14, 2020, 5:49 PM), https://www.thegatewaypundit.com/2020/11/caught-part-2-email-inventor-dr-shiva-finds-impossible-ballot-ratio-feature-michigan-results-caught/.

fraud, in particular, performed well, and it earned increased advertising revenue by publishing and republishing such well-performing falsehoods about Plaintiffs.

120.    Defendants additionally hoped that repeating their preconceived narrative would affect the outcome of the presidential election.

## H.    Defendants' Failure to Retract, Despite Plaintiffs' Cease and Desist Letters and The Filing of This Lawsuit

121.    In an effort to attempt to mitigate the harm caused by the publication of the false statements in Defendants' stories, Ms. Freeman and Ms. Moss engaged legal counsel, Dowd Bennett, LLC, and DuBose Miller, LLC to seek retraction from Defendants.

122.    On November 22, 2021, counsel sent Defendants a letter demanding that they correct and retract the numerous defamatory statements they have published and continue to publish about Ms. Freeman and Ms. Moss.[114]

123.    As of the date of this filing, Defendants have not responded to that letter nor taken any action to correct and retract their statements. Moreover, even after the initial filing of this lawsuit specifying Defendants' willfully false and malicious statements and the consequent harm to Plaintiffs, Defendants have kept up their defamatory campaign, coupled with requests for financial contributions to support their legal defense.

124.    On December 2, 2021, hours after this lawsuit was filed, Jim Hoft published an article on *The Gateway Pundit* titled "Ruby Freeman and Daughter Sue Gateway Pundit for Posting Video of Her Shoving Ballots Through Voting Machines Numerous Times – PLEASE HELP UP Fight This Latest Lawsuit," in which he again boasted about the publication's role in first identifying Plaintiffs by name:

---

[114] A true and correct copy of this letter is attached as Exhibit 34.

The Gateway Pundit was also first to report that Ruby Freeman was caught on video shoving stacks of ballots through the voting machines numerous times late at night after all of the election observers were sent home.

The anti-Trump officials in Georgia insisted that this was normal procedure in the state of Georgia. We disagree.[115]

The article concluded with a request for donations to help protect against "this latest assault."

125.    The following day, Jim Hoft published an article on *The Gateway Pundit* titled "Interesting. FBI Investigated Alleged Threats to Ruby Freeman but There Is No Record of FBI Investigating the Illicit Late Night Actions at State Farm Center." He falsely accused Plaintiffs of illegal conduct and then attempted to discredit an ABC News article from the day before about the lawsuit which noted that "[t]he allegation that 'suitcases' of ballots were pulled from under tables away from the eyes of observers was almost immediately debunked."[116] In response, Mr. Hoft wrote:

ABC News, a lapdog outlet for the Democrat regime, reported on the lawsuit on Thursday.

ABC News said the suitcase scandal was "debunked." It wasn't. And 9 of 10 people who view the video and hears the entire story KNOWS this was suspicious activist [sic] – to be kind.[117]

He again concluded with an appeal for funds to defend against Plaintiffs' "assault" on *The Gateway Pundit.*

---

[115] Jim Hoft, *Ruby Freeman and Daughter Sue Gateway Pundit for Posting Video of Her Shoving Ballots Through Voting Machines Numerous Times – PLEASE HELP US Fight This Latest Lawsuit*, Gateway Pundit (Dec. 2, 2021, 12:42 PM), https://www.thegatewaypundit.com/2021/12/ruby-freeman-daughter-sue-gateway-pundit-posting-video-shoving-ballots-voting-machines-numerous-times-please-help-us-fight-latest-lawsuit/. A true and correct copy of this article is attached as Exhibit 35.

[116] Kate Brumback, *Election workers sue conservative site over fraud claims*, ABC News (Dec. 2, 2021), https://abcnews.go.com/Politics/wireStory/election-workers-sue-conservative-site-fraud-claims-81520609.

[117] Jim Hoft, *Interesting. FBI Investigated Alleged Threats to Ruby Freeman but There Is No Record of FBI Investigating the Illicit Late Night Actions at State Farm Center* (Dec. 3, 2021, 12:02 PM), https://www.thegatewaypundit.com/2021/12/interesting-fbi-investigated-alleged-threats-ruby-freeman-no-record-fbi-investigating-illicit-late-night-actions-state-farm-center/. A true and correct copy of this article is attached as Exhibit 36.

126.     On December 8, 2021, Jim Hoft published another article on *The Gateway Pundit* taking credit for identifying Plaintiffs and republishing prior false statements that Ms. Freeman was "caught on video shoving stacks of ballots through the voting machines numerous times late at night after all of the election observers were sent home." He went on to falsely suggest that Plaintiffs' lawful processing of ballots was actually election theft on behalf of President Biden:

> The anti-Trump officials in Georgia insisted that this was normal procedure in the state of Georgia to kick out observers pull out hidden suitcases of ballots and feed them through the machines in an empty room numerous times when your candidate is losing the race.
>
> We disagree.
>
> Today Georgia Secretary of State Brad Raffensperger went on the popular John Fredericks Radio Show. Raffensperger argued that the "suitcase scandal" was an urban myth.
>
> . . .
>
> Raffensperger allows this obvious stealing of votes in Georgia elections.[118]

127.     Later that day, Joe Hoft published another article with an embedded audio clip of an episode of the Joe Hoft Show on RealTalk 93.3. In the audio clip, Joe Hoft defamed Plaintiffs again by falsely accusing them of corrupt activity:

> So these people stuck around, and they decided to pull ballots out from underneath the tables . . . in suitcases, and then they opened them up, and they started shoving them through the tabulators.
>
> . . .

---

[118] Jim Hoft, *Brad Raffensperger Argues the State Farm Suitcase Video Was "Urban Myth"—Kicking Out Obversers* [sic]*, Rolling Out Suitcases and Shoving Ballots Thru Machines 3 Times in Middle of Night is Completely Acceptable (VIDEO)*, Gateway Pundit (Dec. 8, 2021, 7:41 PM), https://www.thegatewaypundit.com/2021/12/brad-raffensperger-argues-state-farm-suitcase-video-urban-myth-kicking-obversers-rolling-suitcases-shoving-ballots-thru-machines-3-times-middle-night-completely-acc/. A true and correct copy of this article is attached as Exhibit 37.

Do we want an election where anybody can just grab suitcases of ballots and start shoving them through machines when nobody is watching?[119]

128.    The following week, Jim Hoft published an article on *The Gateway Pundit* attempting to discredit a news report from the *St. Louis Post-Dispatch* about the lawsuit, which had observed that the Georgia Secretary of State had "quickly and forcefully debunked the allegations" of suitcases of fake ballots being processed unsupervised.[120] In response, Mr. Hoft objected that *The Gateway Pundit* was not spreading conspiracy theories and republished its initial reporting, again accusing Plaintiffs of corrupt conduct, allegations disproven by state and county officials and third-party fact-checkers many times over.[121]

129.    On December 24, 2021, counsel sent Defendants a second letter demanding that they correct and retract their additional defamatory statements, including those described above, some of which post-dated Plaintiff's first retraction letter.[122]

130.    As of the date of this filing, Defendants have not responded to that letter, either, nor taken any action to correct or retract their false stories. Instead, they published at least one new story defaming Plaintiffs.

131.    On December 25, 2021, Jim Hoft published another article on *The Gateway Pundit* republishing Defendants' earlier defamatory statements about Plaintiffs, describing them

---

[119] Joe Hoft, *You're Really About to Destroy Yourselves . . . You Just Don't Know the Grave You're Digging for Yourselves" – Jessica Laurent on Georgia Suitcase Sandal and Lawsuit Against Gateway Pundit*, Gateway Pundit (Dec. 8, 2021, 8:50 PM), https://www.thegatewaypundit.com/2021/12/really-destroy-just-dont-know-grave-digging-jessica-laurent-ruby-shaye-lawsuit-gateway-pundit/. A true and correct copy of this article is attached as Exhibit 38.

[120] Peter Eisler & Joel Currier, *Two Georgia election workers sue St. Louis-based Gateway Pundit website over false fraud claims* (Dec. 2, 2021), https://www.stltoday.com/news/local/crime-and-courts/two-georgia-election-workers-sue-st-louis-based-gateway-pundit-website-over-false-fraud-claims/article_2619f7b7-575f-58fe-965e-ee3f4d118dc1.html.

[121] Jim Hoft, *The St. Louis Post-Dispatch Refused to Publish Gateway Pundit's Response to Their Numerous Hit Pieces and Lies – So We Are Posting It Here Where It Will Get More Traffic*, Gateway Pundit (Dec. 15, 2021, 8:00 AM), https://www.thegatewaypundit.com/2021/12/response-st-louis-post-dispatch-recent-attempts-dilute-jury-pool-based-lies-far-left-opinion/.

[122] A true and correct copy of this letter is attached as Exhibit 39.

as "election operatives" and stating that Ms. Freeman was "caught on video shoving stack of ballots through the voting machines numerous times late at night after all of the election observers were sent home." Mr. Hoft went on to describe Plaintiffs as "lawless individuals" engaged in unethical conduct and to question whether they had actually been defamed:

> But were they?
>
> There is absolutely no way to explain away these actions.
>
> If this behavior is accepted then it will be the end of our free, fair, and trusted elections.
>
> If this behavior becomes the norm in future elections then we will be reduced to banana-republic status.
>
> . . .
>
> So where are all of the GOP lawmakers speaking out against the shady actions CAUGHT ON VIDEO from inside the State Farm Center on election night?
>
> . . .
>
> You can't be considered a viable opposition when you submit to lawless individuals. You just can't.[123]

I.    **Defendants Caused Substantial Reputational Harm With Their False Statements About Ms. Freeman and Ms. Moss That Constitute Defamation** *Per Se*

132.    Defendants falsely stated or implied that (a) Ms. Freeman and Ms. Moss planned and carried out with others a plot to "steal the election" and "flip Georgia" for Joe Biden; (b) Ms. Freeman and Ms. Moss helped to fake a water main break that was used as a cover to bring suitcases stuffed with fraudulent ballots into the vote tabulation center; (c) Ms. Freeman and

---

[123] Jim Hoft, *If Republican Leaders Will Not Speak out Against Election Officials Removing GOP Observers from Room, Pulling Out Hidden Suitcases of Votes and Shoving Stacks of Ballots Thru Machines 3 Times, Then the Grand Old Party's Days Are Over*, Gateway Pundit (Dec. 25, 2021, 12:25 PM), https://www.thegatewaypundit.com/2021/12/republican-leaders-will-not-speak-election-officials-removing-gop-observers-room-pulling-hidden-suitcases-votes-shoving-stacks-ballots-thru-machines-3-times-th/. A true and correct copy of this article is attached as Exhibit 40.

Ms. Moss engaged in a criminal conspiracy to exclude observers during the counting of ballots

so that they could engage in election fraud; (d) Ms. Freeman and Ms. Moss criminally introduced

"suitcases" of illegal ballots into the ballot counting process when no observers were present;

(e) Ms. Freeman fraudulently triple-counted the same ballots by running them through a

tabulator three times; and (f) Ms. Freeman and Ms. Moss committed election fraud and other

crimes for which they are subject to arrest and imprisonment. These claims are false and

constitute defamation *per se*.

133.    Given the nature of Plaintiffs' employment with the Registration and Elections

Department of Fulton County, Defendants' claims that Ms. Freeman and Ms. Moss participated

in a conspiracy to fraudulently overturn a democratic election would tend to injure them in their

trade, office, or profession: a reputation for integrity is a requirement for workers in a profession

whose responsibility is to accurately and legitimately tabulate and report elections results while

maintaining public confidence in elections.

134.    Defendants also stated that Ms. Freeman and Ms. Moss participated in criminal

activity punishable by law. Defendants labeled both Ms. Freeman and Ms. Moss as "crooks" and

claimed that "nobody did more to steal the election for Joe Biden than this mother-daughter

combo."[124] Defendants asserted that the actions of Ms. Freeman and Ms. Moss were "illegal"

and that "the Georgia police or Bill Barr's DOJ may want to pay Ruby Freeman a visit."[125]

135.    Published on a website with nearly three million unique visitors per month,

Defendants' stories did cause and continue to cause substantial reputational harm to Ms.

Freeman and Ms. Moss.

---

[124] Ex. 8.

[125] Ex. 3.

136.    Defendants are directly responsible for the reputational harm that Ms. Freeman and Ms. Moss experienced. Though the initial claims by the Trump legal team were based only on short selections of security footage and did not name any individual Fulton County election workers, "[t]he Gateway Pundit was first to identify Ruby Freeman [and] her daughter Wandrea "Shaye" Moss . . . in the infamous suitcase ballot hoist [sic]," as the Defendants themselves boast.[126]

## J.    Impact of Defendants' Campaign Against Ms. Freeman and Ms. Moss

137.    Defendants repeatedly published the full names of Ms. Freeman and Ms. Moss, in addition to numerous images of Ms. Freeman and Ms. Moss, the name of Ms. Freeman's business, and Ms. Freeman's social media account information. In so doing, Defendants were fully aware that their readers would target Ms. Freeman and Ms. Moss in response to their stories. Defendants even urged their readers not to "confuse [Ms. Freeman's business] with a similar business in Snellville!"[127]

138.    As a direct result of Defendants' campaign of lies, Ms. Freeman and Ms. Moss began receiving—almost immediately—an onslaught of extremely violent and graphic threats and dangerous harassment.

Ms. Freeman

139.    As Defendants' false accusations began to spread across the internet, Ms. Freeman received at least 420 emails and seventy-five text messages, including one that read, "We know where you live, we coming to get you."

---

[126] Ex. 17.

[127] Ex. 7.

140.     Ms. Freeman sought intervention from the local police; a local officer answered more than twenty harassing calls on Ms. Freeman's cell phone. Despite these efforts, Ms. Freeman was ultimately forced to change her phone number and email address.

141.     On multiple occasions, strangers camped out at Ms. Freeman's home and/or knocked on her door. When Ms. Freeman was not home or would not answer the door, these strangers would sometimes also harass her neighbors. Strangers were coming to her home so frequently that the local police agreed to add her address to their patrols of the area.

142.     During this time, numerous pizza deliveries showed up at her home that she and her family had never ordered. This is an often-chronicled result of being "doxxed"—the term for when strangers post and share a target's personal information as a means to organize a coordinated harassment campaign.

143.     Christmas cards were mailed to Ms. Freeman's address with messages like, "Ruby please report to the FBI and tell them you committed voter fraud. If not you will be sorry," and "You deserve to go to jail, you worthless piece of shit whore."

144.     The level of harassment Ms. Freeman received at her home led the FBI to conclude that she would not be safe in her home on beginning on January 6, 2021, the date of former President Trump's infamous rally and the subsequent insurrection at the U.S. Capitol, and continuing at least through Inauguration Day, January 20, 2021.

145.     On January 6, 2021, a crowd surrounded Ms. Freeman's house, some on foot, some in vehicles, others equipped with a bullhorn. Fortunately, Ms. Freeman had followed the FBI's advice and had temporarily relocated from her home. She was not able to return for two months.

146.    Since returning home, Ms. Freeman has had to purchase eleven cameras and three motion sensors in an effort to safeguard her own home.

147.    Ms. Freeman was also forced to deactivate the social media pages for herself and her business, Lady Ruby's Unique Treasures, a pop-up clothing boutique. Though she has long been a local entrepreneur, she was forced to shutter her business when she was unable to attend public events or conduct online marketing through social media.

148.    The reputational impacts of Defendants' lies continue to be felt across Ms. Freeman's social and professional networks. After being publicly accused of crimes, she has lost friendships.

149.    When people recognize her in public and call out her name, Ms. Freeman is fearful. Her experiences over the months since *The Gateway Pundit*'s defamation campaign began have taught Ms. Freeman to be distrustful of strangers and concerned for her safety.

150.    The stress of this period also took a toll on Ms. Freeman's body, including manifesting through stress-related dental injuries.

151.    To this day, Ms. Freeman continues to receive threatening communications referencing Defendants' defamation. On November 13, 2021, she received an email accusing her of treason, insinuating she would soon be serving jail time, and including a link to an article about election fraud in Georgia from *The Gateway Pundit.*

Ms. Moss

152.    The day after *The Gateway Pundit*'s campaign of falsehoods began, Ms. Moss's then fourteen-year-old son informed her that numerous calls were coming into Ms. Moss's old phone, which he was using at the time. When he answered the calls, he was bombarded with

racial slurs and threats of violence. One caller stated that her son "should hang alongside [his] nigger momma." Her son fielded these harassing calls for months.

153.     Defendants' defamation also caused Ms. Moss to suffer an onslaught of online harassment. She received dozens of messages through Facebook, LinkedIn, and Pinterest, many of which threatened violence. These messages did not merely suggest Ms. Moss lose her job but insisted that she deserved to die and would be killed in retribution for her "treason." She has since deleted her Pinterest and LinkedIn accounts.

154.     Because Ms. Moss had previously lived with her grandmother, it was her grandmother's address that harassers found and exploited. As they did with Ms. Freeman, these harassers repeatedly sent unwanted pizzas to Ms. Moss's grandmother's house.

155.     On at least two occasions, strangers showed up at her grandmother's home and attempted to push into the house in order to make a "citizens' arrest." On these occasions, Ms. Moss's grandmother, who is in her mid-seventies, called her in a panic, confused and scared for her safety.

156.     The impacts of Defendants' lies also followed Ms. Moss at work. The general email addresses used by the public to contact the Fulton County elections offices would forward incoming emails to Ms. Moss and many of her colleagues. As a result, Ms. Moss and her colleagues received, directly in their work inboxes, harassing emails sent to those public email addresses.

157.     Inspired by the demonstrably false conspiracy theory pushed by Defendants, people have also protested about Ms. Moss outside of her Fulton County workplace, demanding she be fired from her job.

158.    This whirlwind of negative attention around Ms. Moss has left her feeling fearful and ashamed in an office where she has worked since 2012. Before the 2020 general election, she generally enjoyed the parts of her job that allowed her to work with and assist the public. Now, even when she is assisting constituents over the phone, she begins to sweat and feel anxious if they ask her name. She is afraid that when people hear her name, they will think she is a fraud and a cheater.

159.    Like her mother, Ms. Moss is now fearful whenever people recognize her in public. As a result, Ms. Moss has largely retreated from social and public life. She has gone as far as to avoid the grocery store, opting to have groceries delivered in order to avoid it. She feels trapped by the unshakable fear that there are unknown people after her who want her dead.

160.    Over the last year, Ms. Moss has suffered from disrupted sleep and has gained fifty pounds as a result of the stress caused by Defendants' campaign of lies.

161.    The onslaught of threats that Plaintiffs have experienced and the necessary measures they have been forced to take to protect themselves are the direct result of Defendants' defamatory conduct. Plaintiffs have and will continue to experience serious and severe emotional distress as a result. The harm Defendants have caused to Plaintiffs' reputations, privacy, safety, and earnings and other pecuniary loss is immense.

## FIRST CLAIM
### (Defamation of Ms. Freeman)

162.    Plaintiffs incorporate and re-allege all paragraphs preceding and following as if fully set forth herein.

163.    Beginning on December 3, 2020, Defendants published a series of false and defamatory statements of fact about Ms. Freeman, including by and through *The Gateway*

*Pundit*'s own agents making the statements themselves; and by republishing the statements on

*The Gateway Pundit*'s website and social media accounts, and the social media accounts of its

agents, as detailed extensively above. Those statements include, but are not limited to, the

following nonexhaustive list:

    a) In their December 3, 2020, article published at 1:11 p.m., Defendants made the following false statements, which they republished verbatim on December 3, 2020 at 2:29 p.m.:

> Poll watchers were kicked out of the State Farm Arena tabulation center on election night after a burst pipe caused flooding.
>
> …
>
> We now know that a pipe never burst. It was all a lie in order to kick out poll watchers while a few crooks stayed behind to count illegal ballots for Joe Biden.

    b) In their December 3, 2020, article published at 1:11 p.m., Defendants made the following false statement, which they republished verbatim eight (8) times on December 3, 2020 at 2:29 p.m. and 8:49 p.m.; December 4, 2020 at 7:35 a.m., 8:53 a.m., and 1:51 p.m.; December 7, 2020 at 7:15 a.m.; and December 8, 2020 at 7:20 a.m. and 1:11 p.m.[128]:

> A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated!

    c) In their December 3, 2020, article published at 8:49 p.m., Defendants made the following false statement, which they republished verbatim thirteen (13) times on December 4, 2020 at 7:35 a.m., 8:53 a.m., 1:51 p.m., and 5:45 p.m.; December 6, 2020 at 6:35 p.m. and 9:23 p.m.; December 7, 2020 at 7:15 a.m. and 8:29 a.m.; December 8, 2020 at 7:20 a.m. and 1:11 p.m.; June 14, 2021 at 10:33 a.m.; August 14, 2021 at 9:15 a.m.; and September 20, 2021 at 3:30 p.m.[129]:

> Cristina Laila reported on the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats

---

[128] The December 3, 2020, 2:29 p.m. article added the additional defamatory statement: "They were caught cheating!" The December 8, 2020, 1:11 p.m. article added the additional defamatory statement: "A few liberal election 'workers' stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated after the GOP inspectors and media left the room!"

[129] The December 3, 2020, 8:49 p.m. and December 4, 2020, 5:45 p.m. articles added the additional defamatory statement "What's Up, Ruby? . . . BREAKING: CROOKED OPERATIVE Filmed Pulling Out Suitcases of Ballots in Georgia IS IDENTIFIED."

pulled out suitcases full of ballots and began counting those ballots without election monitors in the room.

d)  In their December 3, 2020, article published at 8:49 p.m., Defendants made the following false statement, which they republished verbatim five (5) times on December 4, 2020 at 7:35 a.m., 8:53 a.m., and 1:51 p.m.; December 7, 2020 at 7:15 a.m.; and December 8, 2020 at 7:20 a.m.:

We identified one of the operatives [last/Thursday] night who was caught on video counting illegal ballots from a suitcase stashed under a table!

e)  In their December 3, 2020, article published at 8:49 p.m., Defendants made the following false statement, which they republished verbatim four (4) times on December 4, 2020 at 7:35 a.m., 8:53 a.m., and 1:51 p.m.; and December 8, 2020 at 7:20 a.m.:

As you can see from the video one woman in a purple top was filmed helping pull out the ballots and then sitting down to count the ballots.

f)  In their December 3, 2020, article published at 8:49 p.m., Defendants made the following false statements, which they republished four (4) times on December 4, 2020 at 7:35 a.m., 8:53 a.m.,[130] and 1:51 p.m.[131]; and December 8, 2020 at 7:20 a.m.:

One woman in the video is wearing a purple top.

She later appeared in the suitcase video!

The woman in the purple made a mistake and left her purse on her desk advertising her business.

Her name is Ruby Freeman.

And she made the mistake of advertising her purse on her desk the same night she was involved in voter fraud on a MASSIVE SCALE.

Her T-shirt says "Lady Ruby" and her purse says, "LaRuby" which is her company.

This was not a very smart move.

Her company is called "LaRuby's Unique Treasures."

It's on her LinkedIn page!

---

[130] The December 4, 2020, 8:53 a.m. article's republication deletes the following sentences: "The woman in the purple made a mistake and left her purse on her desk advertising her business," and "It's on her LinkedIn page!"

[131] The December 4, 2020, 1:51 p.m. article's republication deletes the following sentences: "Her T-shirt says 'Lady Ruby' and her purse says, 'LaRuby' which is her company. This was not a very smart move. Her company is called 'LaRuby's Unique Treasures.' It's on her LinkedIn page!"

Ruby's purse was a hit and several fans wrote her on her LinkedIn page after they saw her and her purse on TV.

They then commented on her LinkedIn page.[132]

g) Defendants end their December 3, 2020, article published at 8:49 p.m. with the following false statements:

Maybe the Georgia police or Bill Barr's DOJ may want to pay Ruby Freeman a visit.

…

CROOK GETS CAUGHT

h) In their December 4, 2020, article published at 8:53 a.m., Defendants made the following false statements, which they republished verbatim on June 19, 2021 at 8:31 p.m.:

Now there is video of Ruby Freeman filming herself entering the building to count Georgia ballots.

Ruby walks by several boxes of ballots just sitting around in the room.

The elections workers were each given their own secret cube.

Then Ruby goes to her desk and pulls out a tray of ballots on her desk.

There is NO supervisor or GOP observer anywhere in sight.

And then Ruby leaves the ballots on her desk as she goes to take a break.

This is suspicious activity. The State Farm Center was full of unsecured ballots and illegal conduct.

i) In their December 4, 2020, article published at 1:51 p.m., Defendants made the following false statements:

And now there is video of Ruby secretly passing something to her daughter during the ballot counting.

It is not clear what was passed. Some readers say it was a USB stick but it is not clear what they passed to each other.

It sure looks like they were trying to hide this transaction.

j) In their December 4, 2020, article published at 5:45 p.m., Defendants made the following false statements, which they republished verbatim eight (8) times on

---

[132] The original publication of this article added that "Ruby Freeman still has an active Facebook page (as of 11 PM on Thursday night)," while republications noted that Freeman's Facebook account was no longer active.

May 21, 2021 at 12:34 p.m., June 6, 2021 at 7:53 a.m.; June 18, 2021 at 8:00 a.m.; July 14, 2021 at 7:30 a.m.; December 2, 2021 at 12:42 p.m.; December 3, 2021 at 12:02 p.m.; and December 8, 2021 at 7:41 p.m.[133]:

> UNBELIEVABLE: Anti-Trump Democrat in Georgia 'Suitcase Scandal' Caught running Same Batch of Ballots Through Tabulator THREE TIMES! (VIDEO)

> The mother – daughter team of ballot counters in Atlanta really overdid their fraud. We saw last night how they stuck around and counted ballots after kicking Republicans out of the State Farm Center on a fake water main break hoax.

k)  In their December 4, 2020, article published at 5:45 p.m., Defendants also made the following false statements:

> We also saw the mother and daughter pass an object the size of a thumb drive between each other in a suspicious manner[.]

> Now we have evidence mother Ruby sent the same stack of votes through a tabulator in the State Farm Center three times. This is illegal.

> The corrupt Republican politicians in Georgia are giving the election to Joe Biden. Besides them, nobody did more to steal the election for Joe Biden than this mother – daughter combo. The good people in Georgia need to stand up.

l)  In their December 6, 2020, article published at 9:23 p.m., Defendants made the following false statements, which they republished on December 7, 2020 at 8:29 a.m.:

> Next it was uncovered that a mother and daughter team, Ruby Freeman and her daughter "Shaye" Moss as well as a couple others, stuck around after sending everyone home and started running ballots through tabulators. Ballots were pulled out from under a table that were previously covered up and processed with no Republican observers.

> The mother – daughter team have become infamous in the annals of voter corruption[.]

---

[133] The republications each added the additional defamatory statement "What's Up, Ruby? . . . BREAKING: CROOKED OPERATIVE Filmed Pulling Out Suitcases of Ballots in Georgia."

m) In their December 7, 2020, article published at 8:29 a.m., Defendants made the following false statements, which they republished verbatim on December 8, 2020 at 8:59 a.m. and republished in part on December 23, 2020 at 8:40 a.m.[134]:

> Ralph Jones, Sr. was identified as the third suspect in the Fulton County Georgia suitcase scandal.
>
> ** Ralph led a team of operatives in carrying out a massive voter fraud scandal on election night at the State Farm Center in Atlanta, Georgia.
>
> ** Ralph and his team plotted to remove ALL elections observers (Republicans) from the counting room so they could roll out their suitcases full of Joe Biden ballots and run them through the machine.
>
> ...
>
> They sent everyone home!
>
> ...
>
> ** The elections officials used the "water main break" to say there was a delay in counting and they used that to send people home — except for the suitcase gang.
>
> ** Then Ralph Jones, Sr., Ruby Freeman and her daughter Shaye Ross went to work rolling out the hidden suitcases of ballots stashed under the table and hidden from view.
>
> ** It was their actions that gave Joe Biden the spike in unexplained votes in Georgia on Wednesday morning.
>
> ** It appears this was a conspiracy to lie to the public including local news, to remove observers from the center and then to commit their hidden suitcase ballot fraud.

n) Defendants end their December 7, 2020, article published at 8:29 a.m. with the following false statements:

> We know [the alleged pipe burst at State Farm Arena] was a lie because there was NEVER a work order filed and the water department never received a call.
>
> It never happened!
>
> But it gave Ralph and Ruby and Shaye cover to complete their scam on Georgia and America!

---

[134] The December 8, 2020, 8:59 a.m. article shortens the final sentence to read, "It appears this was a conspiracy to remove observers from the center and then to commit their hidden suitcase ballot fraud." The December 23, 2020, 8:40 a.m. article includes the first two sentences and ends with "** Ralph and his team plotted to remove ALL elections observers."

o)  In their December 8, 2020, article published at 7:20 a.m., Defendants made the following false statements:

> Shaye told everyone to go home.
>
> Then Shaye, her mother and a couple others including Ralph Jones, Sr. were filmed taking "suitcases" of ballots hidden under a table out to be tabulated. This was right before Joe Biden got his surprise spike in ballots.
>
> And now the liberal media and their fake "fact-checkers" are lying about the incredible incident caught on video!

p)  In their December 23, 2020, article published at 8:40 a.m., Defendants made the following false statement, which they republished on January 3, 2021 at 6:20 p.m.; January 17, 2021 at 6:33 p.m.; and June 6, 2021 at 7:53 a.m.[135]:

> The Gateway Pundit was first to identify Ruby Freeman, her daughter Wandrea "Shaye" Moss, and their boss Ralph Jones, Sr. in the infamous suitcase ballot hoist [sic].

q)  In their December 23, 2020, article published at 8:40 a.m., Defendants also made the following false statements, which they largely republished on January 17, 2021 at 6:33 p.m.[136]:

> We later reported on Ruby Freeman running the same batch of ballots through the counting machines at least three times after these Democrat operatives cleared the room of observers!
>
> ...
>
> Shaye Moss is the same person who called out for observers to go home late on election night before the ballot hoist [sic].
>
> Ralph Jones, Sr. is ON AUDIO telling reporters he was going to shut down the State Farm Center early and send observers home. This was BEFORE the suitcase ballot hoist [sic]!
>
> It was a carefully planned event!
>
> They had NO IDEA they would get caught!
>
> At this time there is no evidence that FBI or the Georgia Bureau of Investigations have interviewed or arrested Ruby Freeman, Shaye Ross, or Ralph Jones, Sr.

---

[135] The articles on December 23, 2020 at 8:40 a.m. and June 6, 2021 at 7:53 a.m. added the additional defamatory statement "Has the FBI Spoken with Ruby Freeman or Ralph Jones Yet? And If Not, Why in the Hell Do we Have an FBI?"

[136] The January 17, 2021, 1:54 p.m. article included all but the last three sentences of these defamatory statements."

They were able to flip Georgia for Beijing Biden by their actions.

Why is the FBI or DOJ not involved?

This tells you everything you need to know about your federal government.

r)  In their January 3, 2021, article published at 6:20 p.m., Defendants made the following false statements:

President Trump: We have at least 18,000, that's on tape. We had them counted very painstakingly. 18,000 voters having to with BEEP [in red] (Ruby Freeman). She's a vote scammer, a professional vote scammer and hustler. BEEP [in red] (Ruby Freeman) that is the tape that is shown all over the world. It makes everybody look bad, you, me and everybody else. Number one, they said very clearly, and it's been reported that they said that there's a water main break. Everybody fled the area. And then they came back. BEEP [in red] (Ruby Freeman) and her daughter and a few people.

s)  In their January 17, 2021, article, published at 6:33 p.m., Defendants made the following false statements:

FIVE MOST SIGNIFICANT ACTS OF FRAUD IN THE 2020 ELECTION:

1.)  The Georgia Late Night Hidden Suitcase Heist:

t)  In their June 6, 2021, article published at 7:53 a.m., Defendants made the following statements:

Who can forget Ruby, Ralph, and Ruby's daughter Wandrea Shaye?

After removing everyone from the State Farm Arena on 2020 Election night and sending them home, these three individuals and a couple of others pulled out ballots hidden under the table and began jamming them into the vote tabulation machines. The election workers were filmed shoving stacks of ballots through the machines two and three times each.

In early December The Gateway Pundit was first to identify the culprits. Ruby Freeman and her daughter Wandrea were two of the individuals who pulled the hidden ballots out from under the table on Election night:

. . .

The Gateway Pundit also discovered that these piles of ballots were run through the tabulators multiple times.

. . .

We asked in December why the FBI had not spoken with the culprits and arrested them for election-related crimes.

. . .

u)  In their June 7, 2021, article published at 9:43 p.m., Defendants made the following false statements, which they republished on June 14, 2021 at 10:33 a.m. and June 18, 2021 at 8:00 a.m.[137]:

Shaye Moss was famous for kicking everyone out of the room where votes were counted in Fulton County and telling observers to go home. Then Shaye and others including Ralph Jones and her mother Ruby dragged hidden boxes of ballots out from underneath tables and started running them through the machines. [Our source caught Ruby Freeman in the purple shirts scanning / Ruby Freeman was caught on tape running] the same stack of suspect ballots through the machines multiple times

v)  In their June 18, 2021 article published at 8:00 a.m., Defendants made the following false statements:

A new report confirms Fulton County election worker Ruby Freeman was not the only leftist operative double counting stacks of ballots in Atlanta on election night. Top Atlanta election official Ralph Jones was also double scanning ballots late at night at the State Farm Center in Atlanta, Georgia on election night.

. . .

Ralph Jones was the person who sent home all of the election observers. Then his crew, including Ruby and daughter Shaye, went to work on election night!

. . .

w)  In their June 18, 2021 article published at 8:00 a.m., Defendants made the following additional false statement, which they republished on June 18, 2021 at 11:06 a.m. and December 2, 2021 at 12:42 p.m.:

The Gateway Pundit was first to report that Ruby Freeman was [seen / caught on video] [scanning stacks of ballots up to three times / double

---

[137] The June 7, 2021, 9:43 p.m. article added the additional defamatory statement "BREAKING GEORGIA UPDATE: Ruby Freeman who Jammed Suspect Ballots Into Voting Machines Multiple Times on Election Night is Subpoenaed."

scanning stacks of ballots / shoving stacks of ballots through the voting machines numerous times] [at the State Farm Center in Atlanta, Georgia after observers were sent home on election night / late at night after all of the election observers were sent home].

x)  In their June 18, 2021 article published at 11:29 a.m., Defendants made the following false statement:

Shaye is the daughter of Ruby Freeman who was filmed feeding the same stacks of ballots through voting machines late at night at the center – after observes [sic] were sent home.

y)  In their June 19, 2021, article published at 8:31 p.m., Defendants made the following false statements:

This follows news first reported by The Gateway Pundit that election operative Ruby Freeman was also caught tripe [sic] counting stacks of votes late at night at the counting center after GOP observers were sent home.

It was a carefully planned event!

They had NO IDEA they would get caught!

On December 4th TGP reported with video on anti-Trump ballot counter Ruby Freeman working in a private cube with trays of ballots, walking past open boxes of ballots, working alone with NO ELECTION OBSERVERS IN SIGHT!

This is the DEFINITION OF CHEATING!

…

The Democrat operatives were running a voter fraud factory inside the State Farm Center on Election Day and into Election Week!

z)  In their July 14, 2021, article published at 9:19 p.m., Defendants made the following false statements:

That a Fulton County election official – identified by The Gateway Pundit as Ruby Freeman – was feeding stacks of ballots through the voting machines at least three times each on November 4th in the early morning after GOP election observers were told to go home.

. . .

** Dec. 4, 2020- Anti-Trump Democrat in Georgia 'Suitcase Scandal' Caught Running Same Batch of Ballots Through Tabulator THREE TIMES! (VIDEO)

aa) In their August 14, 2021, article published at 9:15 a.m., Defendants made the following false statements:

> We first discovered Ruby Freeman and her daughter Shaye Moss in December when The Gateway Pundit first reported that these two election workers took ballots out from under a table on Election night and jammed thousands of ballots into the tabulators numerous times.
>
> This was after all of the election observers were sent home for the night. This was also after Trump had accumulated what experts said was an insurmountable lead in the state.
>
> We revealed first that the ballots taken out from under tables on Election night were pushed into tabulators up to three times each.
>
> …
>
> This is not good for Ruby and her daughter.
>
> It's also pathetic that these two are not in jail already. Their crimes were videotaped!

bb) In their September 25, 2021, article published at 7:10 a.m., Defendants made the following false statements:

> Fulton County Georgia is a mess. The election results there are in question ever since election night when Ruby and her daughter jammed the same (Biden) ballots through tabulators continuously for more than an hour.
>
> . . .
>
> Fulton County was a mess and the activities of its employees surrounding the 2020 Election were corrupt. To certify the results from this county in the 2020 Election, a mand would have to have no integrity. A man would have to be corrupt.

cc) In their December 2, 2021, article published at 12:42 p.m., Defendants made the following false statements, which they republished on December 3, 2021 at 12:02 p.m. and December 8, 2021 at 7:41 p.m.[138]:

> The two women and their far-left funders targeted The Gateway Pundit after we were the first to identify the women in the late-night ballot-

---

[138] The December 8, 2021, 7:41 p.m. article elaborated on typical election procedures with an additional defamatory statement: "The anti-Trump officials in Georgia insisted that this was normal procedure in the state of Georgia to kick out observers pull out hidden suitcases of ballots and feed them through the machines in an empty room numerous times when your candidate is losing the race. We disagree."

counting video at the State Farm Arena in Atlanta Georgia on November 3rd and the morning of November 4th.

The Gateway Pundit was also first to report that Ruby Freeman was caught on video shoving stacks of ballots through the voting machines numerous times late at night after all of the election observers were sent home.

The anti-Trump officials in Georgia insisted that this was normal procedure in the state of Georgia. We disagree.

dd) In their December 8, 2021, article published at 8:50 p.m. with embedded audio, Defendants made the following false statements:

Joe Hoft:     That night . . . I don't know if you remember the news first came out that night, and was saying there was a water main break and they needed to stop counting in Georgia. Remember that? . . . And then we were told later that was a lie and it never happened. And then they said it happened in the morning. And then apparently they just kind of tried to say it never happened.

. . .

There was no water main break. . . . So, that was a lie.

So what happened then was they shut down for the night at 10:30. Now everybody else is thinking, wait a minute, I thought we counted until the election was done. I didn't think we were going to take shifts here, you know, go to bed. . . . So they decide to shut down. And there's evidence that they were doing that.

And then what happened is five people stuck around. Now, I know at least three of them are black. And it doesn't matter.  To me, it doesn't matter. I don't care if they were . . .

So these people stuck around, and they decided to pull ballots out from underneath the tables. Do you remember this story? Did you see that video? . . . Everybody saw it. The video came out, they pulled these ballots out from underneath the tables, and in suitcases, and then they opened them up, and they started shoving them through the tabulators.

. . .

Now later they're trying to say this is normal.

. . .

I mean, do we want an election where anybody can just grab suitcases of ballots and start shoving them through machines when nobody is watching?

164.     The defamatory meanings of Defendants' false statements are apparent from the face of the publications, refer to Ms. Freeman by name, are accompanied by images of Ms. Freeman, and/or are understood to be about her.

165.     The statements authored and published by Defendants about Ms. Freeman are reasonably understood to state or imply that she:

   a) Planned and carried out with others a plot to "steal the election" and "flip Georgia" for Joe Biden;

   b) Helped to fake a water main break that was used as a cover to bring suitcases stuffed with fraudulent ballots into the vote tabulation center;

   c) Engaged in a criminal conspiracy to exclude observers during the counting of ballots so that election fraud could be committed;

   d) Criminally introduced illegal ballots taken from the hidden suitcases into the ballot counting process when no observers were present;

   e) Fraudulently triple-counted ballots by running them through a tabulator three times; and

   f) Committed election fraud and other crimes for which she is subject to arrest and imprisonment.

166.     Each of these statements and implications is false and defamatory.

167.     Each of these statements was read by millions of visitors to *The Gateway Pundit* website, as well as social media users who read social media posts shared by Defendants.

168.     Each of these false statements was published with actual malice, *i.e.*, with knowledge of its falsity or with reckless disregard as to its truth.

169.     Defendants failed to contact and question obvious available sources for corroboration; disregarded reliable sources refuting their claims; had no credible basis for the false allegations made; and published their allegations in a manner to create false inferences.

170.    Defendants had both political and financial motives for promulgating lies about Plaintiffs.

171.    Defendants did not neutrally report the allegations about Ms. Freeman that were advanced by Trump lawyers and promptly disproven by Georgia election officials. Rather, they endorsed and adopted the allegations as their own, publishing and republishing them for months with full knowledge of their falsity or reckless disregard for their truth.

172.    Defendants had no applicable privilege or legal authorization to make these false and defamatory statements, or if they did, they abused it.

173.    Defendants repeated and embellished the false accusations without ever attempting to verify them and invented and published defamatory lies about Ms. Freeman without once seeking comment from her.

174.    Defendants' defamatory statements were inherently improbable to begin with and have only become more improbable over time.

175.    Defendants have never corrected or retracted their defamatory statements and those statements remain published on *The Gateway Pundit* to this day. Even after Plaintiffs specifically requested that Defendants correct and retract their defamatory statements, Defendants took no action to correct or retract and only published additional defamatory statements, further evidencing their actual malice.

176.    Defendants' statements and implications about Ms. Freeman constitute defamation *per se* in that they damaged her in her trade, office, or profession and claimed that she participated in criminal activity punishable by law and labeled her a "crook."

177.    Defendants acted with willful misconduct, malice, fraud, wantonness, oppression, and/or entire want of care which would raise the presumption of conscious indifference to consequences, and they specifically intended to cause Ms. Freeman harm.

178.    Defendants' statements damaged Ms. Freeman's reputation in the general public, in her profession, in her neighborhood, and with friends, relatives, and neighbors.

179.    As a direct and proximate result of Defendants' conduct, Ms. Freeman has suffered significant general, actual, consequential, and special damages including, without limitation, impairment of reputation and standing in the community, personal humiliation, mental anguish and suffering, emotional distress, stress, anxiety, lost earnings, and other pecuniary loss. Among other things, Ms. Freeman lost income when she was forced to shutter her online business.

## SECOND CLAIM
### (Defamation of Ms. Moss)

180.    Plaintiffs incorporate and re-allege all paragraphs preceding and following as if fully set forth herein.

181.    Beginning on December 3, 2020, Defendants published a series of false and defamatory statements of fact about Ms. Moss, including by and through *The Gateway Pundit*'s own agents making the statements themselves; and by republishing the statements on *The Gateway Pundit*'s website and social media accounts, and the social media accounts of its agents, as detailed extensively above. Those statements include, but are not limited to, the following nonexhaustive list:

   a) In their December 3, 2020, article published at 1:11 p.m., Defendants made the following false statements, which they republished verbatim on December 3, 2020 at 2:29 p.m.:

> Poll watchers were kicked out of the State Farm Arena tabulation center on election night after a burst pipe caused flooding.
>
> …
>
> We now know that a pipe never burst. It was all a lie in order to kick out poll watchers while a few crooks stayed behind to count illegal ballots for Joe Biden.

b) In a December 3, 2020, article published at 1:11 p.m., Defendants made the following false statement, which they republished verbatim eight (8) times on December 3, 2020 at 2:29 p.m. and 8:49 p.m.; December 4, 2020 at 7:35 a.m., 8:53 a.m., 1;51 p.m.; December 7, 2020 at 7:15 a.m.; and December 8, 2020 at 7:20 a.m. and 1:11 p.m.:

> A few "workers" stayed behind and were seen pulling suitcases full of ballots out from under tables to be tabulated!

c) In their December 3, 2020, article published at 8:49 p.m., Defendants made the following false statement, which they republished verbatim thirteen (13) times on December 4, 2020 at 7:35 a.m., 8:53 a.m., 1:51 p.m., and 5:45 p.m.; December 6, 2020 at 6:35 p.m. and 9:23 p.m.; December 7, 2020 at 7:15 a.m. and 8:29 a.m.; December 8, 2020 at 7:20 a.m. and 1:11 p.m.; June 14, 2021 at 10:33 a.m.; August 14, 2020 at 9:15 a.m.; and September 20, 2021 at 3:30 p.m.[139]:

> Cristina Laila reported on the explosive video that was revealed during the Georgia ballot counting at the State Farm Arena where crooked Democrats pulled out suitcases full of ballots and began counting those ballots without election monitors in the room.

d) In their December 3, 2020, article published at 8:49 p.m., Defendants made the following false statement, which they republished verbatim on December 4, 2020 at 7:35 a.m.:

> Local 11 News covered the story from the State Farm Arena that a pipe had burst. (This later was proven to be complete fraud and an excuse to kick out the GOP election observers!)

e) In their December 4, 2020, article published at 7:35 a.m., Defendants made the following false statement, which they republished verbatim on December 8, 2020 at 7:20 a.m.:

---

[139] The articles on December 4, 2020 at 7:35 a.m.; December 6, 2020 at 6:35 p.m.; December 7, 2020 at 8:29 a.m.; August 14, 2021 at 9:15 a.m.; and September 20, 2021 at 3:30 p.m. add the additional defamatory statement: "BREAKING: CROOKED GEORGIA ELECTIONS SUPERVISER Filmed Pulling out Suitcases of Ballots from Beneath Table IS IDENTIFIED – IT'S RUBY'S DAUGHTER! (Video)."

"Shaye" [was] the woman in blonde [pigtails/braids] [who was filmed] removing suitcases of ballots from under a table after GOP observers were evacuated from the room and told to go home.

f) In their December 4, 2020, article published at 1:51 p.m., Defendants made the following false statements:

And now there is video of Ruby secretly passing something to her daughter during the ballot counting.

It is not clear what was passed. Some readers say it was a USB stick but it is not clear what they passed to each other.

It sure looks like they were trying to hide this transaction.

g) In their December 4, 2020, article published at 5:45 p.m., Defendants made the following false statements, which they republished verbatim eight (8) times on May 21, 2021 at 12:34 p.m., June 6, 2021 at 7:53 a.m.; June 18, 2021 at 8:00 a.m.; July 14, 2021 at 7:30 a.m.; December 2, 2020 at 12:42 p.m.; December 3, 2021 at 12:02 p.m.; and December 8, 2021 at 7:41 p.m.:

The mother – daughter team of ballot counters in Atlanta really overdid their fraud. We saw last night how they stuck around and counted ballots after kicking Republicans out of the State Farm Center on a fake water main break hoax.

h) In their December 4, 2020, article published at 5:45 p.m., Defendants also made the following false statements:

We also saw the mother and daughter pass an object the size of a thumb drive between each other in a suspicious manner[.]

Now we have evidence mother Ruby sent the same stack of votes through a tabulator in the State Farm Center three times. This is illegal.

The corrupt Republican politicians in Georgia are giving the election to Joe Biden. Besides them, nobody did more to steal the election for Joe Biden than this mother – daughter combo. The good people in Georgia need to stand up.

i) In their December 7, 2020, article published at 7:15 a.m., Defendants made the following false statements:

And [Ruby's] daughter Wandrea "Shaye" Moss was later identified as her supervisor who was helping cart out the hidden ballots in the suitcases to be counted after all of the GOP observers and media was sent home for a "water main" break.

It was all a fraud.

j) In their December 7, 2020, article published at 8:29 a.m., Defendants made the following false statements, which they republished verbatim on December 8, 2020 at 8:59 a.m. and republished in part on December 23, 2020 at 8:40 a.m.:

Ralph Jones, Sr. was identified as the third suspect in the Fulton County Georgia suitcase scandal.

** Ralph led a team of operatives in carrying out a massive voter fraud scandal on election night at the State Farm Center in Atlanta, Georgia.

** Ralph and his team plotted to remove ALL elections observers (Republicans) from the counting room so they could roll out their suitcases full of Joe Biden ballots and run them through the machine.

...

They sent everyone home!

...

** The elections officials used the "water main break" to say there was a delay in counting and they used that to send people home — except for the suitcase gang.

** Then Ralph Jones, Sr., Ruby Freeman and her daughter Shaye Ross went to work rolling out the hidden suitcases of ballots stashed under the table and hidden from view.

** It was their actions that gave Joe Biden the spike in unexplained votes in Georgia on Wednesday morning.

** It appears this was a conspiracy to lie to the public including local news, to remove observers from the center and then to commit their hidden suitcase ballot fraud.

k) Defendants end their December 7, 2020, article published at 8:29 a.m. with the following false statements:

We know [the alleged pipe burst at State Farm Arena] was a lie because there was NEVER a work order filed and the water department never received a call.

It never happened!

But it gave Ralph and Ruby and Shaye cover to complete their scam on Georgia and America!

l) In their December 8, 2020, article published at 7:20 a.m., Defendants made the following false statements:

80

Shaye told everyone to go home.

Then Shaye, her mother and a couple others including Ralph Jones, Sr. were filmed taking "suitcases" of ballots hidden under a table out to be tabulated. This was right before Joe Biden got his surprise spike in ballots.

And now the liberal media and their fake "fact-checkers" are lying about the incredible incident caught on video!

m)  In their December 23, 2020, article published at 8:40 a.m., Defendants made the following false statements, which they republished on January 3, 2021 at 6:20 p.m.; January 17, 2021 at 6:33 p.m.; and June 6, 2021 at 7:53 a.m.:

The Gateway Pundit was first to identify Ruby Freeman, her daughter Wandrea "Shaye" Moss, and their boss Ralph Jones, Sr. in the infamous suitcase ballot hoist [sic].

n)  In their December 23, 2020, article published at 8:40 a.m., Defendants also made the following false statements, which they largely republished on January 17, 20201 at 6:33 p.m.:

We later reported on Ruby Freeman running the same batch of ballots through the counting machines at least three times after these Democrat operatives cleared the room of observers!

...

Shaye Moss is the same person who called out for observers to go home late on election night before the ballot hoist.

Ralph Jones, Sr. is ON AUDIO telling reporters he was going to shut down the State Farm Center early and send observers home. This was BEFORE the suitcase ballot hoist[sic]!

It was a carefully planned event!

They had NO IDEA they would get caught!

At this time there is no evidence that FBI or the Georgia Bureau of Investigations have interviewed or arrested Ruby Freeman, Shaye Ross, or Ralph Jones, Sr.

They were able to flip Georgia for Beijing Biden by their actions.

Why is the FBI or DOJ not involved?

This tells you everything you need to know about your federal government.

o)  In their January 3, 2021, article published at 6:20 p.m., Defendants made the following false statements:

President Trump: We have at least 18,000, that's on tape. We had them counted very painstakingly. 18,000 voters having to with BEEP [in red] (Ruby Freeman). She's a vote scammer, a professional vote scammer and hustler. BEEP [in red] (Ruby Freeman) that is the tape that is shown all over the world. It makes everybody look bad, you, me and everybody else. Number one, they said very clearly, and it's been reported that they said that there's a water main break. Everybody fled the area. And then they came back. BEEP [in red] (Ruby Freeman) and her daughter and a few people.

p) In their January 17, 2021, article, published at 6:33 p.m., Defendants made the following false statements:

FIVE MOST SIGNIFICANT ACTS OF FRAUD IN THE 2020 ELECTION:

2.) The Georgia Late Night Hidden Suitcase Heist:

q) In their June 6, 2021, article published at 7:53 a.m., Defendants made the following statements:

Who can forget Ruby, Ralph, and Ruby's daughter Wandrea Shaye?

After removing everyone from the State Farm Arena on 2020 Election night and sending them home, these three individuals and a couple of others pulled out ballots hidden under the table and began jamming them into the vote tabulation machines. The election workers were filmed shoving stacks of ballots through the machines two and three times each.

In early December The Gateway Pundit was first to identify the culprits. Ruby Freeman and her daughter Wandrea were two of the individuals who pulled the hidden ballots out from under the table on Election night:

. . .

The Gateway Pundit also discovered that these piles of ballots were run through the tabulators multiple times.

. . .

We asked in December why the FBI had not spoken with the culprits and arrested them for election-related crimes.

. . .

r) In their June 7, 2021, article published at 9:43 p.m., Defendants made the following false statements, which they republished on June 14, 2021 at 10:33 a.m. and June 18, 2021 at 8:00 a.m.:

> Shaye Moss was famous for kicking everyone out of the room where votes were counted in Fulton County and telling observers to go home. Then Shaye and others including Ralph Jones and her mother Ruby dragged hidden boxes of ballots out from underneath tables and started running them through the machines. [Our source caught Ruby Freeman in the purple shirts scanning / Ruby Freeman was caught on tape running] the same stack of suspect ballots through the machines multiple times

s) In their June 18, 2021 article published at 8:00 a.m., Defendants made the following false statements:

> A new report confirms Fulton County election worker Ruby Freeman was not the only leftist operative double counting stacks of ballots in Atlanta on election night. Top Atlanta election official Ralph Jones was also double scanning ballots late at night at the State Farm Center in Atlanta, Georgia on election night.
>
> . . .
>
> Ralph Jones was the person who sent home all of the election observers. Then his crew, including Ruby and daughter Shaye, went to work on election night!
>
> . . .

t) In their June 19, 2021, article published at 8:31 p.m., Defendants made the following false statement:

> The Democrat operatives were running a voter fraud factory inside the State Farm Center on Election Day and into Election Week!

u) In their August 14, 2021, article published at 9:15 a.m., Defendants made the following false statements:

> We first discovered Ruby Freeman and her daughter Shaye Moss in December when The Gateway Pundit first reported that these two election workers took ballots out from under a table on Election night and jammed thousands of ballots into the tabulators numerous times.
>
> This was after all of the election observers were sent home for the night. This was also after Trump had accumulated what experts said was an insurmountable lead in the state.

We revealed first that the ballots taken out from under tables on Election night were pushed into tabulators up to three times each.

…

This is not good for Ruby and her daughter.

It's also pathetic that these two are not in jail already. Their crimes were videotaped!

v)  In their September 25, 2021, article published at 7:10 a.m., Defendants made the following false statements:

> Fulton County Georgia is a mess. The election results there are in question ever since election night when Ruby and her daughter jammed the same (Biden) ballots through tabulators continuously for more than an hour.
>
> . . .
>
> Fulton County was a mess and the activities of its employees surrounding the 2020 Election were corrupt. To certify the results from this county in the 2020 Election, a man would have to have no integrity. A man would have to be corrupt.

w)  In their December 2, 2021, article published at 12:42 p.m., Defendants made the following false statements, which they republished on December 3, 2021 at 12:02 p.m. and December 8, 2021 at 7:41 p.m.:

> The two women and their far-left funders targeted The Gateway Pundit after we were the first to identify the women in the late-night ballot-counting video at the State Farm Arena in Atlanta Georgia on November 3rd and the morning of the [sic] November 4th.
>
> The Gateway Pundit was also first to report that Ruby Freeman was caught on video shoving stacks of ballots through the voting machines numerous times late at night after all of the election observers were sent home.
>
> The anti-Trump officials in Georgia insisted that this was normal procedure in the state of Georgia. We disagree.

x)  In their December 8, 2021, article published at 8:50 p.m. with embedded audio, Defendants made the following false statements:

Joe Hoft:     That night . . . I don't know if you remember the news first came out that night, and was saying there was a water main break and they needed to stop counting in Georgia. Remember that? . . . And then we were told later that was a lie and it never happened. And then they said it happened in the morning. And then apparently they just kind of tried to say it never happened.

. . .

There was no water main break. . . . So, that was a lie.

So what happened then was they shut down for the night at 10:30. Now everybody else is thinking, wait a minute, I thought we counted until the election was done. I didn't think we were going to take shifts here, you know, go to bed. . . . So they decide to shut down. And there's evidence that they were doing that.

And then what happened is five people stuck around. Now, I know at least three of them are black. And it doesn't matter.  To me, it doesn't matter. I don't care if they were . . .

So these people stuck around, and they decided to pull ballots out from underneath the tables. Do you remember this story? Did you see that video? . . . Everybody saw it. The video came out, they pulled these ballots out from underneath the tables, and in suitcases, and then they opened them up, and they started shoving them through the tabulators.

. . .

Now later they're trying to say this is normal.

. . .

I mean, do we want an election where anybody can just grab suitcases of ballots and start shoving them through machines when nobody is watching?

182.    The defamatory meanings of Defendants' false statements are apparent from the face of the publications, refer to Ms. Moss by name, are accompanied by images of Ms. Moss, and/or are understood to be about her.

183.    The statements authored and published by Defendants about Ms. Moss are reasonably understood to state or imply that she:

a) Planned and carried out with others a plot to "steal the election" and "flip Georgia" for Joe Biden;

b) Helped to fake a water main break that was used as a cover to bring suitcases stuffed with fraudulent ballots into the vote tabulation center;

c) Engaged in a criminal conspiracy to exclude observers during the counting of ballots so that election fraud could be committed;

d) Criminally introduced illegal ballots taken from the hidden suitcases into the ballot counting process when no observers were present;

e) Committed election fraud and other crimes for which she is subject to arrest and imprisonment.

184.     Each of these statements and implications is false and defamatory.

185.     Each of these statements were read by millions of visitors to *The Gateway Pundit* website, as well as social media users who read social media posts shared by Defendants.

186.     Each of these false statements was published with actual malice, *i.e.* with knowledge of its falsity or with reckless disregard as to its truth.

187.     Defendants failed to contact and question obvious available sources for corroboration; disregarded reliable sources refuting their claims; had no credible basis for the false allegations made; and published their allegations in a manner to create false inferences.

188.     Defendants had both political and financial motives for promulgating lies about Plaintiffs.

189.     Defendants did not neutrally report the allegations about Ms. Moss that were advanced by Trump lawyers and promptly disproven by Georgia election officials. Rather, they endorsed and adopted the allegations as their own, publishing and republishing them for months with full knowledge of their falsity or reckless disregard for their truth.

190.     Defendants had no applicable privilege or legal authorization to make these false and defamatory statements, or if they did, they abused it.

191.     Defendants repeated and embellished the false accusations without ever attempting to verify them, and they invented and published defamatory lies about Ms. Moss without once seeking comment from her.

192.     Defendants' defamatory statements were inherently improbable to begin with and have only become more improbable over time.

193.     Defendants have never corrected or retracted their defamatory statements and those statements remain published on *The Gateway Pundit* to this day. Even after Plaintiffs specifically requested that Defendants retract their defamatory statements, Defendants took no action to correct or retract and only published additional defamatory statements, further evidencing their actual malice.

194.     Defendants' statements and implications about Ms. Moss constitute defamation *per se* in that they claim Ms. Moss participated in criminal activity punishable by law and labeled her a "crook."

195.     Defendants acted with willful misconduct, malice, fraud, wantonness, oppression, and/or entire want of care which would raise the presumption of conscious indifference to consequences, and they specifically intended to cause Ms. Moss harm.

196.     Defendants' statements damaged Ms. Moss's reputation in the general public, in her profession, in her neighborhood, and with friends, relatives, and neighbors.

197.     As a direct and proximate result of Defendants' conduct, Ms. Moss has suffered significant general, actual, consequential, and special damages including, without limitation, impairment of reputation and standing in the community, personal humiliation, mental anguish and suffering, emotional distress, stress, anxiety, lost earnings, and other pecuniary loss.

## THIRD CLAIM

### (Intentional Infliction of Emotional Distress)

198.    Plaintiffs incorporate and re-allege all paragraphs preceding and following as if fully set forth herein.

199.    Defendants' months-long campaign of false and defamatory accusations directed specifically at Ms. Freeman and Ms. Moss was malicious, wanton, and intentional.

200.    Defendants carried out their campaign with actual malice as they either knew that their accusations were false or published them with reckless disregard for their truth.

201.    Defendants wrongful conduct was extreme and outrageous, and it was calculated to cause harm to Ms. Freeman and Ms. Moss. Defendants accused plaintiffs of stealing an election through a pre-conceived plan that would make them "infamous in the annals of voter corruption." They exploited public fear and taunted the "good people of Georgia" to stand up to the corrupt "mother-daughter combo" who stole the election for Joe Biden. Defendants encouraged readers to retaliate and harass plaintiffs, publicizing that Ms. Freeman could be contacted through the LinkedIn page of her business and coyly warning not to confuse her business with another in Georgia with a similar name.

202.    Defendants' wrongful conduct is so outrageous in character and so extreme in degree that it is beyond all possible bounds of decency and is to be regarded as atrocious and utterly intolerable in a civilized community.

203.    Defendants acted with willful misconduct, malice, fraud, wantonness, oppression, and/or entire want of care which would raise the presumption of conscious indifference to consequences, and they specifically intended to cause Ms. Freeman and Ms. Moss harm.

204.    Defendants' wrongful conduct had its intended effect. All aspects of Plaintiffs' lives have been altered as a result of Defendants' actions, including such simple things as where

to live, how to go out in public, and when to see family and friends. This result was entirely foreseeable. Defendants' conduct is so outrageous in character and extreme in degree as to be beyond all bounds of decency. It should be regarded as atrocious and determined intolerable in a civilized community.

205.    Defendants' wrongful conduct has inflicted severe emotional distress on Plaintiffs. They have suffered mental reactions including fright and fear for their safety, horror and helplessness in the face of the intense hatred directed at them by Defendants and by their readers, anger, anxiety, sleeplessness, shame and humiliation. The emotional distress Defendants caused to be inflicted on Ms. Freeman and Ms. Moss was so severe that no reasonable person could be expected to endure it.

206.    Defendants' wrongful conduct caused physical manifestations of harm to Plaintiffs, including dental injuries, weight gain, disrupted sleep, and anxiety attacks, as well as mental anguish, requiring them to seek treatment for the mental anguish resulting directly from the severe emotional trauma inflicted by Defendants.

207.    As a direct and proximate result of Defendants' conduct, Plaintiffs have suffered significant general, actual, incidental, and special damages including, without limitation, emotional distress, overwhelming stress and anxiety, lost earnings, and other pecuniary loss.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against Defendants for each of the causes of action raised herein. Plaintiffs respectfully request a judgment in their favor and against Defendants for:

A.  Nominal damages;

B.  Compensatory damages, including general, actual, consequential, and special damages, in an amount to be determined at trial;

C.  Punitive damages;

D.  Reasonable and necessary attorneys' fees;

E.  Reasonable and necessary costs of the suit;

F.  Prejudgment and post-judgment interest at the highest lawful rates;

G.  Declaratory relief stating that the statements authored and published by Defendants identified within this Petition, individually and collectively, were and are false;

H.  Injunctive relief enjoining Defendants to remove their false and defamatory statements about plaintiffs from any website and/or social media accounts under their control;

I.  Such other and further relief as this Court deems just and appropriate.

Dated:  January 14, 2022                     Respectfully submitted,

                                            *By: /s/ James F. Bennett*

                                            James F. Bennett, No. 46826
                                            John C. Danforth, No. 18438
                                            Matt D. Ampleman, No. 69938
                                            Dowd Bennett LLP
                                            7733 Forsyth Blvd, Suite 1900
                                            St. Louis, MO 63105
                                            Phone: (314) 889-7373
                                            Fax: (314) 863-2111
                                            jbennett@dowdbennett.com
                                            jdanforth@dowdbennett.com
                                            mampleman@dowdbennett.com

                                            Von A. DuBose*
                                            75 14th Street, NE
                                            Suite 2110
                                            Atlanta, Georgia 30309

Telephone: (404) 720-8111
dubose@dubosemiller.com

Kurt G. Kastorf*
Kastorf Law LLC
1387 Iverson Street NE
Suite #100
Atlanta, GA 30307
(404) 900-0330
kurt@kastorflaw.com

Brittany Williams*
UNITED TO PROTECT DEMOCRACY, INC.
15 Main St., Suite 312
Watertown, MA 02472
(202) 579-4582
brittany.williams@protectdemocracy.org

John Langford
Rachel Goodman
UNITED TO PROTECT DEMOCRACY, INC.
82 Nassau Street, #601
New York, NY 10038
(202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

David A. Schulz
Michael Linhorst
Stephanie Rice (law student intern)
Chelsea Thomeer (law student intern)
MEDIA FREEDOM & INFORMATION
        ACCESS CLINIC
FLOYD ABRAMS INSTITUTE FOR
        FREEDOM OF EXPRESSION
YALE LAW SCHOOL
127 Wall Street
P.O. Box 208215
New Haven, CT 06520
(203) 436-5827
david.schulz@yale.edu
michael.linhorst@yale.edu

*Pro hac vice forthcoming

Attorneys for Plaintiffs

91

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served upon all parties electronically through the Court's ECF system on this 14th day of January, 2022.

*/s/ James F. Bennett*